| Kenton J. McAllister | | | | |
|---|---|---|---|---|
| Land Purchase History | | | | |
| Amended 10/25/2023 | | | | |
| | | | | |
| **TRX Date** | **YEAR** | **Grantor** | **Grantee** | **Lots** | **Deed Ref.** | **NOTES** |
| 1/25/1839 | 1839 | SFdA Corp. | Gilbert Longstreet | 207 & 244 | V. B/17 | |
| 1/7/1839 | 1839 | SFdA Corp. | Caswell Parrish | 205 & 246 | V. A/379 | |
| 3/18/1839 | 1839 | Caswell Parrish | Wm. P. Huff & Elinor Huff (Minor) | Lot 246 | V. B/1 | |
| 3/18/1839 | 1839 | Caswell Parrish | Wm. P. Huff & Elinor Huff (Minor) | Lot 205 | V. B/ 1-2 | |
| 3/26/1839 | 1839 | Chancey Shepard | Gilbert Longstreet | 206 & 245 | V. B/7 | |
| 1/22/1839 | 1839 | SFdA Corp. | Chancey Shepard | 206 & 245 | V. B/239 | |
| 11/20/1858 | 1858 | Nathaniel Townsend | F.A. Engelke | 142-144; 181-183 | V. G/573-574 | |
| 12/21/1859 | 1859 | F.A. & Frederica Engelke | R. R. Penn | 142-144; 181-183 | V. H/649 | |
| 12/29/1868 | 1868 | R.R. & Sarah Penn | John W. Allen | 142-144; 181-183 | V. Q/126 | |
| 12/23/1876 | 1876 | SFdA Corp. | S.O. & F.G. Eidman | 205-207, 208-244-246; 271-273; 310-312 | V. U/594-595 | |
| 11/8/1873 | 1873 | S.O. Eidman | John W. Allen | 202, 203, 247-249; 268-270; 313-315 (NOT 204) | V. S/401-402 | |
| 6/5/1876 | 1876 | SFdA Corp. | John W. Allen | 139-141; 184-186; 199-201; 250-252 | V. U/143-144 | |
| 4/12/1879 | 1879 | John W. Allen | O. G. Cannon (sole) | 139-143; 181-186; 199-204; 247-252; 268-270 & 313-315; NOT 144 | V. W/248-249 | |
| 11/22/1880 | 1880 | O.G. & W.W. Cannon | John E. Roberson | 139-143; 181-186; 199-204; 247-252; 268-270 & 313-315; NOT 144 | V. X/327-328 | |
| 1/5/1886 | 1886 | J. E. Roberson | SFdAC | Quitclaim for South 1/2 of lots 313-315 | V. 4/282-283 | |
| 12/1/1887 | 1887 | S.O. Eidman | W. L Gray | 145-146; 205-207; 244-246; 271-273; 310-312; NOT 147 | V. 6/443; NOT LOT 147 (Bettie Ross's?) | |
| 10/21/1891 | 1891 | W.L Gray | Peter Brooks | 205-207; 244-246; 271-273; 310-312 | V. 11/351 | |

| Kenton J. McAllister | | | | | |
|---|---|---|---|---|---|
| Land Purchase History | | | | | |
| Amended 10/25/2023 | | | | | |
| | | | | | |
| TRX Date | YEAR | Grantor | Grantee | Lots | Deed Ref. | NOTES |

| TRX Date | YEAR | Grantor | Grantee | Lots | Deed Ref. | NOTES |
|---|---|---|---|---|---|---|
| 12/1/1897 | 1897 | Peter & Susan Brooks | Bettie Ross | 205-207; 244-246; 271-273; 310-312 | V. 21/468 | |
| 12/1/1900 | 1900 | M.E. (Bettie) Ross | T.O. Howard/W.R. Cook | 205-207; 244-246; 271-273; 310-312 | V. 26/20-21 | |
| 6/26/1901 | 1901 | Austin Co. District Ct. | Catherine & Fay Roberson | 139-143; 181-186; 199-204; 247-252 & 268-270; NOT 144 | Dist. Ct. Record 3845 | |
| 12/10/1904 | 1904 | W.R. & Lillian Cook/T.O. & Ann Howard | Felix Lambert | 205-207; 244-246; 271-273; 310-312 | V. 30/178 | Ref. to V. 30/178-180; M.E. Ross (Bettie) to W.R. Cook/T.O. Howard; 12/1/1900 |
| 8/26/1918 | 1918 | Roberson & Roberson | Clinton Fort (sole) | 139-143; 181-186; 199-204; 247-252 & 268-270; NOT 144 | V. 54/17 | |
| 9/30/1918 | 1918 | F. B. Magruder | Clinton Fort (sole) | 144 | V. 54/457 | |
| 4/30/1957 | 1957 | SFdA Corp. | Ida Louise Fort, et al | 139-141; 184-186; 199-204; 247-252 & 268-270 | V. 231/502; QUITCLAIM | Not 142-144 or 181-183 |
| 4/13/1957 | 1957 | SFdA Corp. | Ida Louise Fort, et al | Quitclaim Resolution for 139-141; 184-186; 199-201; 202-204; 247-249; 250-252; 268-270 | V. 231/500-503; Quitclaim Resolution | Why did SFdAC not mention 142-144 & 181-183? Why did SFdAC not see SFdAC conveyance of land to John W. Allen in 1876? And SFdAC conveyance to S.O. Eidman in 1871? |
| 5/2/1957 | 1957 | Ida Louise Fort, et al | Dewey Walden | 139-141; 184-186; 142-144; 181-183; 199-201; 250-252, 202-204, 247-249 & 268-270 | V. 231/504 | |
| 3/29/1958 | 1958 | SFdA Corp. | Wm. C. & Eiko Hill | 265-267; 313-318 | V. 238/254-256 | |
| 5/27/1964 | 1964 | Dewey Walden | Wm. D. & Dolores Dazey | 139-144; 181-186; 199-204; 247-252 | V. 274/681 | |
| 5/27/1964 | 1964 | Dewey Walden | Wm. D. & Dolores Dazey | 139-144; 181-186; 199-204; 247-252 | V. 290/39; Release of Lien | |
| 5/27/1964 | 1964 | Dewey Walden | Wm. B. & Dolores Dazey | 139-144; 181-186; 199-204; 247-252 | Mortgage V. 39/40 Vendors Lien | |
| 6/27/1964 | 1964 | Wood/Koy/Robertson (X.E.)/Estlinbaum | Dewey Walden | 205-207; 244-246; 271-273; 310-312 | V. 273/439-440 | |
| 9/22/1966 | 1966 | Wm. B. & Dolores Dazey | Brenners | 139-144; 181-186; 199-204; 247-252; 268-270 | V. 290/40 | |
| 12/23/1976 | 1976 | SFdA Corp. | S.O. & F.G. Eidman | Corrective for 244-246 & 205-207 | V. U/594 | |

| Kenton J. McAllister | | | | | | |
|---|---|---|---|---|---|---|
| Land Purchase History | | | | | | |
| Amended 10/25/2023 | | | | | | |
| | | | | | | |
| TRX Date | YEAR | Grantor | Grantee | Lots | Deed Ref. | NOTES |
| 11/11/1999 | 1999 | Brenners | Brenner FLP | 205-207; 244-246; 271-273; 310-312 | Comp. Record 996502 | |
| 11/11/1999 | 1999 | Brenners | Brenner FLP | 268-270 | Comp. Record 996804 | |
| 3/9/2006 | 2006 | Brenner FLP | KJM | 142-144; 181-183 | Comp. Record 061374 | |
| 3/10/2006 | 2006 | Brenner FLP | KJM | 139-141; 184-186; 199-204; 247-252; 268-270 | Comp. Record 061447 | |
| 3/10/2006 | 2006 | Brenner FLP | KJM | 142-144; 181-183 (2.62 ac.) | Comp. Record 061374 | |
| 6/5/2013 | 2013 | Brenner FLP | KJM | 12.666 ac. | Record # 133099; Release of $60K lien | |
| | | | | | | |
| | | | | | | |

PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)      01-06-03

## ONE TO FOUR FAMILY RESIDENTIAL CONTRACT (RESALE)

NOTICE: Not For Use For Condominium Transactions

1. **PARTIES:** _____ Brenner Family Limited Partnership _____ (Seller) agrees to sell and convey to _____ Kent McAllister _____ (Buyer) and Buyer agrees to buy from Seller the Property described below.

2. **PROPERTY:**
   A. LAND: Lot _____, Block _____, see attached Exhibit A _____
   _____ Addition, City of _____ San Felipe _____,
   County, Texas, known as _____ 223 Park Road _____
   _____ 77473 _____ (address/zip code), or as described on attached exhibit.
   B. IMPROVEMENTS: The house, garage and all other fixtures and improvements attached to the above-described real property, including without limitation, the following permanently installed and built-in items, if any: all equipment and appliances, valances, screens, shutters, awnings, wall-to-wall carpeting, mirrors, ceiling fans, attic fans, mail boxes, television antennas and satellite dish system and equipment, heating and air-conditioning units, security and fire detection equipment, wiring, plumbing and lighting fixtures, chandeliers, water softener system, kitchen equipment, garage door openers, cleaning equipment, shrubbery, landscaping, outdoor cooking equipment, and all other property owned by Seller and attached to the above described real property.
   C. ACCESSORIES: The following described related accessories, if any: window air conditioning units, stove, fireplace screens, curtains and rods, blinds, window shades, draperies and rods, controls for satellite dish system, controls for garage door openers, entry gate controls, door keys, mailbox keys, above ground pool, swimming pool equipment and maintenance accessories, and artificial fireplace logs.
   D. EXCLUSIONS: The following improvements and accessories will be retained by Seller and excluded: _____

   The land, improvements and accessories are collectively referred to as the "Property".

3. **SALES PRICE:**
   A. Cash portion of Sales Price payable by Buyer at closing . . . . . . . . . . . . . . . $ _____
   B. Sum of all financing described below (excluding any loan funding fee or mortgage insurance premium) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ___ 157,000.00
   C. Sales Price (Sum of A and B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ___ 157,000.00

4. **FINANCING:** The portion of Sales Price not payable in cash will be paid as follows: (Check applicable boxes below)
   ☒ A. THIRD PARTY FINANCING: One or more third party mortgage loans in the total amount of $157,000.00 _____. If the Property does not satisfy the lenders' underwriting requirements for the loan(s), this contract will terminate and the earnest money will be refunded to Buyer. (Check one box only)
       ☒ (1) This contract is subject to Buyer being approved for the financing described in the attached Third Party Financing Condition Addendum.
       ☐ (2) This contract is not subject to Buyer being approved for financing and does not involve FHA or VA financing.
   ☐ B. ASSUMPTION: The assumption of the unpaid principal balance of one or more promissory notes described in the attached TREC Loan Assumption Addendum.
   ☐ C. SELLER FINANCING: A promissory note from Buyer to Seller of $ n/a _____, bearing _____ n/a _____ % interest per annum, secured by vendor's and deed of trust liens, and containing the terms and conditions described in the attached TREC Seller Financing Addendum. If an owner policy of title insurance is furnished, Buyer shall furnish Seller with a mortgagee policy of title insurance.

5. **EARNEST MONEY:** Upon execution of this contract by both parties, Buyer shall deposit $800.00 _____ as earnest money with _____ Bellville Abstract Company _____ as escrow agent, at _____ 131 Main Street, Sealy TX 77474 _____ (address). Buyer shall deposit additional earnest money of $ n/a _____ with escrow agent within _____ n/a _____ days after the effective date of this contract. If Buyer fails to deposit the earnest money as required by this contract, Buyer will be in default.

Initialed for identification by Buyer _____ _____ and Seller _____ _____        **01A**      TREC NO. 20-6

Travis Abel & Associates 220 N Meyer,  Sealy TX 77474
Phone: (979) 885-3524          Fax: (979) 885-6759          Travis Abel                      223 Park Road

223 Park Road

Contract Concerning _____ San Felipe, TX  77473 _____ Page Two  01-06-03

(Address of Property)

**6. TITLE POLICY AND SURVEY:**

A. TITLE POLICY: Seller shall furnish to Buyer at ☒ Seller's ☐ Buyer's expense an owner policy of title insurance (Title Policy) issued by Bellville Abstract Company 131 Main Street, Sealy TX 77474 _____ (Title Company) in the amount of the Sales Price, dated at or after closing, insuring Buyer against loss under the provisions of the Title Policy, subject to the promulgated exclusions (including existing building and zoning ordinances) and the following exceptions:

(1) Restrictive covenants common to the platted subdivision in which the Property is located.

(2) The standard printed exception for standby fees, taxes and assessments.

(3) Liens created as part of the financing described in Paragraph 4.

(4) Utility easements created by the dedication deed or plat of the subdivision in which the Property is located.

(5) Reservations or exceptions otherwise permitted by this contract or as may be approved by Buyer in writing.

(6) The standard printed exception as to marital rights.

(7) The standard printed exception as to waters, tidelands, beaches, streams, and related matters.

(8) The standard printed exception as to discrepancies, conflicts, shortages in area or boundary lines, encroachments or protrusions, or overlapping improvements. Buyer, at Buyer's expense, may have the exception amended to read, "shortages in area".

B. COMMITMENT: Within 20 days after the Title Company receives a copy of this contract, Seller shall furnish to Buyer a commitment for title insurance (Commitment) and, at Buyer's expense, legible copies of restrictive covenants and documents evidencing exceptions in the Commitment (Exception Documents) other than the standard printed exceptions. Seller authorizes the Title Company to mail or hand deliver the Commitment and Exception Documents to Buyer at Buyer's address shown in Paragraph 21. If the Commitment and Exception Documents are not delivered to Buyer within the specified time, the time for delivery will be automatically extended up to 15 days or the Closing Date, whichever is earlier. earlier.

C. SURVEY: The survey must be made by a registered professional land surveyor acceptable to the Title Company and any lender. (Check one box only)

☐ (1) Within _____ days after the effective date of this contract, Seller, at Seller's expense, shall furnish a new survey to Buyer.

☒ (2) Within ___7___ days after the effective date of this contract, Buyer, at Buyer's expense, shall obtain a new survey.

☐ (3) Within _____ days after the effective date of this contract, Seller shall furnish Seller's existing survey of the Property to Buyer and the Title Company, along with Seller's affidavit acceptable to the Title Company for approval of the survey. If the survey is not approved by the Title Company or Buyer's lender, a new survey will be obtained at ☐ Seller's ☐ Buyer's expense no later than 3 days prior to the Closing Date.

D. OBJECTIONS: Within ___7___ days after Buyer receives the Commitment, Exception Documents and the survey, Buyer may object in writing to defects, exceptions, or encumbrances to title: disclosed on the survey other than items 6A(1) through (7) above; disclosed in the Commitment other than items 6A(1) through (8) above; or which prohibit the following use or activity: Residential Use _____ . Buyer's failure to object within the time allowed will constitute a waiver of Buyer's right to object; except that the requirements in Schedule C of the Commitment are not waived. Seller shall cure the timely objections of Buyer or any third party lender within 15 days after Seller receives the objections and the Closing Date will be extended as necessary. If objections are not cured within such 15 day period, this contract will terminate and the earnest money will be refunded to Buyer unless Buyer waives the objections.

E. TITLE NOTICES:

(1) ABSTRACT OR TITLE POLICY: Broker advises Buyer to have an abstract of title covering the Property examined by an attorney of Buyer's selection, or Buyer should be furnished with or obtain a Title Policy. If a Title Policy is furnished, the Commitment should be promptly reviewed by an attorney of Buyer's choice due to the time limitations on Buyer's right to object.

(2) MANDATORY OWNERS' ASSOCIATION MEMBERSHIP: The Property ☐ is ☒ is not subject to mandatory membership in an owners' association. If the Property is subject to mandatory membership in an owners' association, Seller notifies Buyer under §5.012, Texas Property Code, that, as a purchaser of property in the residential community in

Initialed for identification by Buyer _____ and Seller _____      01A      TREC NO. 20-6

Contract Concerning _____  **223 Park Road**
**San Felipe, TX   77473**          Page Three   01-06-03
(Address of Property)

which the Property is located, you are obligated to be a member of the owners' association. Restrictive covenants governing the use and occupancy of the Property and a dedicatory instrument governing the establishment, maintenance, and operation of this residential community have been or will be recorded in the Real Property Records of the county in which the Property is located. Copies of the restrictive covenants and dedicatory instrument may be obtained from the county clerk. You are obligated to pay assessments to the owners' association. The amount of the assessments is subject to change. Your failure to pay the assessments could result in a lien on and the foreclosure of the Property.

(3) STATUTORY TAX DISTRICTS: If the Property is situated in a utility or other statutorily created district providing water, sewer, drainage, or flood control facilities and services, Chapter 49, Texas Water Code requires Seller to deliver and Buyer to sign the statutory notice relating to the tax rate, bonded indebtedness, or standby fee of the district prior to final execution of this contract.

(4) TIDE WATERS: If the Property abuts the tidally influenced waters of the state, §33.135, Texas Natural Resources Code, requires a notice regarding coastal area property to be included in the contract. An addendum containing the notice promulgated by TREC or required by the parties must be used.

(5) ANNEXATION: If the Property is located outside the limits of a municipality, Seller notifies Buyer under §5.011, Texas Property Code, that the Property may now or later be included in the extraterritorial jurisdiction of a municipality and may now or later be subject to annexation by the municipality. Each municipality maintains a map that depicts its boundaries and extraterritorial jurisdiction. To determine if the Property is located within a municipality's extraterritorial jurisdiction or is likely to be located within a municipality's extraterritorial jurisdiction, contact all municipalities located in the general proximity of the Property for further information.

## 7. PROPERTY CONDITION:

A. INSPECTIONS, ACCESS AND UTILITIES: Buyer may have the Property inspected by inspectors selected by Buyer and licensed by TREC or otherwise permitted by law to make inspections. Seller shall permit Buyer and Buyer's agents access to the Property at reasonable times. Seller shall pay for turning on existing utilities for inspections.

B. SELLER'S DISCLOSURE NOTICE PURSUANT TO §5.008, TEXAS PROPERTY CODE (Notice): (Check one box only)
☒ (1) Buyer has received the Notice.
☐ (2) Buyer has not received the Notice. Within _____ days after the effective date of this contract, Seller shall deliver the Notice to Buyer. If Buyer does not receive the Notice, Buyer may terminate this contract at any time prior to the closing and the earnest money will be refunded to Buyer. If Seller delivers the Notice, Buyer may terminate this contract for any reason within 7 days after Buyer receives the Notice or prior to the closing, whichever first occurs, and the earnest money will be refunded to Buyer.
☐ (3) The Texas Property Code does not require this Seller to furnish the Notice.

C. SELLER'S DISCLOSURE OF LEAD-BASED PAINT AND LEAD-BASED PAINT HAZARDS is required by Federal law for a residential dwelling constructed prior to 1978.

D. ACCEPTANCE OF PROPERTY CONDITION: Buyer accepts the Property in its present condition; provided Seller, at Seller's expense, shall complete the following specific repairs and treatments: Buyer accepts property as is, where is. _____

E. LENDER REQUIRED REPAIRS AND TREATMENTS: Unless otherwise agreed in writing, neither party is obligated to pay for lender required repairs, which includes treatment for wood destroying insects. If the parties do not agree to pay for the lender required repairs or treatments, this contract will terminate and the earnest money will be refunded to Buyer. If the cost of lender required repairs and treatments exceeds 5% of the Sales Price, Buyer may terminate this contract and the earnest money will be refunded to Buyer.

F. COMPLETION OF REPAIRS AND TREATMENTS: Unless otherwise agreed in writing, Seller shall complete all agreed repairs and treatments prior to the Closing Date. All required permits must be obtained, and repairs and treatments must be performed by persons who are licensed or otherwise authorized by law to provide such repairs or treatments. At Buyer's election, any transferable warranties received by Seller with respect to the repairs and treatments will be transferred to Buyer at Buyer's expense. If Seller fails to complete any agreed repairs and

Initialed for identification by Buyer ____ ____ and Seller ____ ____          **01A**    TREC NO. 20-6

Contract Concerning _____ 223 Park Road _____ Page Four   01-06-03
San Felipe, TX   77473
(Address of Property)

treatments prior to the Closing Date, Buyer may do so and receive reimbursement from Seller at closing. The Closing Date will be extended up to 15 days, if necessary, to complete repairs and treatments.

G. ENVIRONMENTAL MATTERS: Buyer is advised that the presence of wetlands, toxic substances, including asbestos and wastes or other environmental hazards, or the presence of a threatened or endangered species or its habitat may affect Buyer's intended use of the Property. If Buyer is concerned about these matters, an addendum promulgated by TREC or required by the parties should be used.

H. RESIDENTIAL SERVICE CONTRACTS: Buyer may purchase a residential service contract from a residential service company licensed by TREC. If Buyer purchases a residential service contract, Seller shall reimburse Buyer at closing for the cost of the residential service contract in an amount not exceeding $n/a _____ . Buyer should review any residential service contract for the scope of coverage, exclusions and limitations. **The purchase of a residential service contract is optional. Similar coverage may be purchased from various companies authorized to do business in Texas.**

**8. BROKERS' FEES:** All obligations of the parties for payment of brokers' fees are contained in separate written agreements.

**9. CLOSING:**

A. The closing of the sale will be on or before _____ **January 23** _____, **2006** ___, or within 7 days after objections to matters disclosed in the Commitment or by the survey have been cured, whichever date is later (Closing Date). If either party fails to close the sale by the Closing Date, the non-defaulting party may exercise the remedies contained in Paragraph 15.

B. At closing:
(1) Seller shall execute and deliver a general warranty deed conveying title to the Property to Buyer and showing no additional exceptions to those permitted in Paragraph 6 and furnish tax statements or certificates showing no delinquent taxes on the Property.
(2) Buyer shall pay the Sales Price in good funds acceptable to the escrow agent.
(3) Seller and Buyer shall execute and deliver any notices, statements, certificates, affidavits, releases, loan documents and other documents required of them by this contract, the Commitment or law necessary for the closing of the sale and the issuance of the Title Policy.

C. Unless expressly prohibited by written agreement, Seller may continue to show the Property and receive, negotiate and accept back up offers.

D. All covenants, representations and warranties in this contract survive closing.

**10. POSSESSION:** Seller shall deliver to Buyer possession of the Property in its present or required condition, ordinary wear and tear excepted: ☒ upon closing and funding ☐ according to a temporary residential lease form promulgated by TREC or other written lease required by the parties. Any possession by Buyer prior to closing or by Seller after closing which is not authorized by a written lease will establish a tenancy at sufferance relationship between the parties. *Consult your insurance agent prior to change of ownership or possession because insurance coverage may be limited or terminated. The absence of a written lease or appropriate insurance coverage may expose the parties to economic loss.*

**11. SPECIAL PROVISIONS:** (Insert only factual statements and business details applicable to the sale. TREC rules prohibit licensees from adding factual statements or business details for which a contract addendum, lease or other form has been promulgated by TREC for mandatory use.)

Buyer may continue to enter and exit property via the metal gate on the south easterly property line next to Guadalupe Street.

Mobile Homes or Modular Homes are not allowed on any of the lots.

Initialed for identification by Buyer _____ and Seller _____     01A     TREC NO. 20-6

Exhibit 3, pg 8 of 143

| Contract Concerning | **223 Park Road** **San Felipe, TX  77473** (Address of Property) | Page Five  01-06-03 |

**12. SETTLEMENT AND OTHER EXPENSES:**
A. The following expenses must be paid at or prior to closing:
   (1) Expenses payable by Seller (Seller's Expenses):
      (a) Releases of existing liens, including prepayment penalties and recording fees; release of Seller's loan liability; tax statements or certificates; preparation of deed; one-half of escrow fee; and other expenses payable by Seller under this contract.
      (b) Seller shall also pay an amount not to exceed $ <u>n/a</u> to be applied in the following order: Buyer's Expenses which Buyer is prohibited from paying by FHA, VA, Texas Veteran's Housing Assistance Program or other governmental loan programs; Buyer's prepaid items; other Buyer's expenses.
   (2) Expenses payable by Buyer (Buyer's Expenses):
      (a) Loan origination, discount, buy-down, and commitment fees (Loan Fees).
      (b) Appraisal fees; loan application fees; credit reports; preparation of loan documents; interest on the notes from date of disbursement to one month prior to dates of first monthly payments; recording fees; copies of easements and restrictions; mortgagee title policy with endorsements required by lender; loan-related inspection fees; photos, amortization schedules, one-half of escrow fee; all prepaid items, including required premiums for flood and hazard insurance, reserve deposits for insurance, ad valorem taxes and governmental assessments; final compliance inspection; courier fee, repair inspection, underwriting fee and wire transfer, expenses incident to any loan, and other expenses payable by Buyer under this contract.
B. Buyer shall pay Private Mortgage Insurance Premium (PMI), VA Loan Funding Fee, or FHA Mortgage Insurance Premium (MIP) as required by the lender.
C. If any expense exceeds an amount expressly stated in this contract for such expense to be paid by a party, that party may terminate this contract unless the other party agrees to pay such excess. Buyer may not pay charges and fees expressly prohibited by FHA, VA, Texas Veteran's Housing Assistance Program or other governmental loan program regulations.

**13. PRORATIONS:** Taxes for the current year, interest, maintenance fees, assessments, dues and rents will be prorated through the Closing Date. If taxes for the current year vary from the amount prorated at closing, the parties shall adjust the prorations when tax statements for the current year are available. If taxes are not paid at or prior to closing, Buyer shall pay taxes for the current year.

**14. CASUALTY LOSS:** If any part of the Property is damaged or destroyed by fire or other casualty after the effective date of this contract, Seller shall restore the Property to its previous condition as soon as reasonably possible, but in any event by the Closing Date. If Seller fails to do so due to factors beyond Seller's control, Buyer may (a) terminate this contract and the earnest money will be refunded to Buyer (b) extend the time for performance up to 15 days and the Closing Date will be extended as necessary or (c) accept the Property in its damaged condition with an assignment of insurance proceeds and receive credit from Seller at closing in the amount of the deductible under the insurance policy. Seller's obligations under this paragraph are independent of any obligations of Seller under Paragraph 7.

**15. DEFAULT:** If Buyer fails to comply with this contract, Buyer will be in default, and Seller may (a) enforce specific performance, seek such other relief as may be provided by law, or both, or (b) terminate this contract and receive the earnest money as liquidated damages, thereby releasing both parties from this contract. If, due to factors beyond Seller's control, Seller fails within the time allowed to make any non-casualty repairs or deliver the Commitment, or survey, if required of Seller, Buyer may (a) extend the time for performance up to 15 days and the Closing Date will be extended as necessary or (b) terminate this contract as the sole remedy and receive the earnest money. If Seller fails to comply with this contract for any other reason, Seller will be in default and Buyer may (a) enforce specific performance, seek such other relief as may be provided by law, or both, or (b) terminate this contract and receive the earnest money, thereby releasing both parties from this contract.

**16. MEDIATION:** It is the policy of the State of Texas to encourage resolution of disputes through alternative dispute resolution procedures such as mediation. Any dispute between Seller and Buyer related to this contract which is not resolved through informal discussion ☒ will ☐ will not be submitted to a mutually acceptable mediation service or provider. The parties to the mediation shall bear the mediation costs equally. This paragraph does not preclude a party from seeking equitable relief from a court of competent jurisdiction.

Initialed for identification by Buyer _____ _____ and Seller _____ _____          **01A**     **TREC NO. 20-6**

| Contract Concerning | 223 Park Road | |
|---|---|---|
| | San Felipe, TX 77473 | Page Six   01-06-03 |
| | (Address of Property) | |

**17. ATTORNEY'S FEES:** The prevailing party in any legal proceeding related to this contract is entitled to recover reasonable attorney's fees and all costs of such proceeding incurred by the prevailing party.

**18. ESCROW:** The escrow agent is not (a) a party to this contract and does not have liability for the performance or nonperformance of any party to this contract, (b) liable for interest on the earnest money and (c) liable for the loss of any earnest money caused by the failure of any financial institution in which the earnest money has been deposited unless the financial institution is acting as escrow agent. At closing, the earnest money must be applied first to any cash down payment, then to Buyer's Expenses and any excess refunded to Buyer. If both parties make written demand for the earnest money, escrow agent may require payment of unpaid expenses incurred on behalf of the parties and a written release of liability of escrow agent from all parties. If one party makes written demand for the earnest money, escrow agent shall give notice of the demand by providing to the other party a copy of the demand. If escrow agent does not receive written objection to the demand from the other party within 30 days after notice to the other party, escrow agent may disburse the earnest money to the party making demand reduced by the amount of unpaid expenses incurred on behalf of the party receiving the earnest money and escrow agent may pay the same to the creditors. If escrow agent complies with the provisions of this paragraph, each party hereby releases escrow agent from all adverse claims related to the disbursal of the earnest money. Escrow agent's notice to the other party will be effective when deposited in the U.S. Mail, postage prepaid, certified mail, return receipt requested, addressed to the other party at such party's address shown below. Notice of objection to the demand will be deemed effective upon receipt by escrow agent.

**19. REPRESENTATIONS:** Seller represents that as of the Closing Date (a) there will be no liens, assessments, or security interests against the Property which will not be satisfied out of the sales proceeds unless securing payment of any loans assumed by Buyer and (b) assumed loans will not be in default. If any representation of Seller in this contract is untrue on the Closing Date, Buyer may terminate this contract and the earnest money will be refunded to Buyer.

**20. FEDERAL TAX REQUIREMENTS:** If Seller is a "foreign person" as defined by applicable law, or if Seller fails to deliver an affidavit to Buyer that Seller is not a "foreign person," then Buyer shall withhold from the sales proceeds an amount sufficient to comply with applicable tax law and deliver the same to the Internal Revenue Service together with appropriate tax forms. Internal Revenue Service regulations require filing written reports if currency in excess of specified amounts is received in the transaction.

**21. NOTICES:** All notices from one party to the other must be in writing and are effective when mailed to, hand-delivered at, or transmitted by facsimile as follows:

| To Buyer at: | To Seller at: |
|---|---|
| 5906 Pine Lake Dr. | 7 Falling Leaf Lane |
| Katy, TX 77493 | Houston, TX 77024 |
| Telephone: (281) 961-0334 | Telephone: (713) 465-3316 |
| Facsimile: (281) 391-9091 | Facsimile: 949-627-0344 |

**22. AGREEMENT OF PARTIES:** This contract contains the entire agreement of the parties and cannot be changed except by their written agreement. Addenda which are a part of this contract are (check all applicable boxes):

[X] Third Party Financing Condition Addendum

[ ] Seller Financing Addendum

[ ] Addendum for Property Subject to Mandatory Membership in an Owners' Association

[X] Environmental Assessment, Threatened or Endangered Species and Wetlands

Initialed for identification by Buyer _____ and Seller _____      **01A**    TREC NO. 20-6

Contract Concerning _____ 223 Park Road
San Felipe, TX 77473 _____ Page Seven 01-06-03
(Address of Property)

☐ Loan Assumption Addendum
☐ Buyer's Temporary Residential Lease
☐ Seller's Temporary Residential Lease

☐ Addendum for Sale of Other Property by Buyer

☒ Addendum for Seller's Disclosure of Information on Lead-based Paint and Lead-based Paint Hazards as Required by Federal Law

☐ Addendum for "Back-Up" Contract
☐ Addendum for Coastal Area Property
☐ Addendum for Property Located Seaward of the Gulf Intracoastal Waterway
☐ Addendum for Release of Liability on Assumption of FHA, VA, or Conventional Loan Restoration of Seller's Entitlement for VA Guaranteed Loan

☒ Other (list): "Information About Brokerage Services""For Your Protection Get a Home Inspection"

23. **TERMINATION OPTION:** This paragraph will be a part of this contract ONLY if both blanks are filled in and Buyer has paid the Option Fee. Buyer has paid Seller $n/a_____ (Option Fee) for the unrestricted right to terminate this contract by giving notice of termination to Seller within _____n/a_____ days after the effective date of this contract. If Buyer gives notice of termination within the time specified, the Option Fee will not be refunded, however, any earnest money will be refunded to Buyer. The Option Fee ☐ will ☐ will not be credited to the Sales Price at closing. For the purpose of this paragraph, time is of the essence; strict compliance with the time for performance stated herein is required.

24. **CONSULT AN ATTORNEY:** Real estate licensees cannot give legal advice. READ THIS CONTRACT CAREFULLY. If you do not understand the effect of this contract, consult an attorney BEFORE·signing.

Buyer's
Attorney is: _____

Seller's
Attorney is: _____

_____

_____

Telephone: _____

Telephone: _____

Facsimile: _____

Facsimile: _____

EXECUTED the _30_ day of _December_, _2005_ (EFFECTIVE DATE).
(BROKER: FILL IN THE DATE OF FINAL ACCEPTANCE.)

_____
Buyer Kent McAllister

_____
Seller Brenner Family Limited Partner

_____
Buyer

_____
Seller

The form of this contract has been approved by the Texas Real Estate Commission. TREC forms are intended for use only by trained real estate licensees. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not suitable for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, 1-800-250-8732 or (512) 459-6544 (http://www.trec.state.tx.us) TREC NO. 20-6. This form replaces TREC No. 20-5.

Initialed for identification by Buyer _____ _____ and Seller _____ _____     **01A**   TREC NO. 20-6

Contract Concerning _____ **223 Park Road**
**San Felipe, TX  77473**
(Address of Property)                    Page Eight    01-06-03

---

## SELLER'S RECEIPT

Receipt of $ <u>n/a</u> _____ (Option Fee) in the form of _____ <u>n/a</u> _____ is acknowledged.

Seller **Brenner Family Limited Partner** _____  Date _____

---

## BROKER INFORMATION AND RATIFICATION OF FEE

Listing Broker has agreed to pay Other Broker _____ of the total sales price when Listing Broker's fee is received. Escrow Agent is authorized and directed to pay Other Broker from Listing Broker's fee at closing.

_____          **Travis Abel & Associates (*  )**
Other Broker                          Listing Broker

_____          **0138700**              **(979) 885-3524**
License No.            Telephone      License No.                    Telephone

represents ☐ Buyer only as Buyer's agent          represents ☐ Seller and Buyer as an intermediary
           ☐ Seller as Listing Broker's subagent             ☐ Seller only as Seller's agent

                                                              **(979) 885-3524**
_____          **Curtis Brenner**
Associate             Telephone      Listing Associate                Telephone

_____          **220 N. Meyer Street**
Broker's Address                     Listing Associate's Office Address    Facsimile

                                                              **(979) 885-3524**
_____          **George Kimmey**
Facsimile                            Selling Associate                Telephone

**\*The total commission of this**   **220 N.Meyer Street**
**sale is $6,005.25**                Selling Associate's Office Address    Facsimile

---

## RECEIPT

Receipt of ☒ Contract and ☒ $ **800.00** _____  Earnest Money in the form of _____ **check** _____
is acknowledged.
Escrow Agent: **Bellville Abstract Company**        Date: 12-30-05

By: _____

**131 Main Street**                                 Telephone: **(979) 885-0808**
Address

**Sealy** _____ **TX** _____ **77474** Facsimile: **(979) 885-0909**
City                State          Zip

**01A    TREC NO. 20-6**

# TEXAS RESIDENTIAL OWNER POLICY OF TITLE INSURANCE ONE-TO-FOUR FAMILY

## Issued by **Lawyers Title Insurance Corporation**

 **LandAmerica**
**Lawyers Title**

*Lawyers Title Insurance Corporation is a member of the LandAmerica family of title insurance underwriters.*

**POLICY NUMBER**

A80-0128557

### OWNER'S COVERAGE STATEMENT

This Policy insures your title to the land described in Schedule A – if that land is a one-to-four family residential prope or condominium unit.

Your insurance, as described in this Coverage Statement, is effective on the Policy Date shown in Schedule A.

This document is title insurance. It is not an opinion or report of your title. It is a contract of indemnity, meaning a prom to pay you or take other action if you have a loss resulting from a covered title risk.

Your insurance under this contract is limited by the following:

- Exclusions on page 2.

- Exceptions in Schedule B, page 4.

- Conditions on pages 2 and 5.

We insure you against actual loss resulting from:

- Any title risks covered by this Policy – up to the Policy Amount, and

- Any costs, attorneys' fees and expenses we have to pay under this Policy. We must approve the attorney bef the attorney begins to work. You have the right to disapprove our choice of attorney for reasonable cause.

### OUR DUTY TO DEFEND AGAINST COURT CASES

We will defend your title in the part or parts of a court case involving a Title Risk covered by this Policy. We will the costs, attorneys' fees, and expenses that we incur in that defense. We will not pay for the parts of a case involving a covered title risk. You may disapprove our choice of attorney for reasonable cause.

We can end this duty to defend your title by exercising any of our options listed in Item 4 of the Conditions, page 5.

This Policy is not complete without Schedules A and B.

**LAWYERS TITLE INSURANCE CORPORATI**

Dated:    March 13, 2006

By: *Janet A. Alpert*

Presid

Countersigned:    Bellville Abstract

**SEAL 1925**

## TABLE OF CONTENTS

OWNER'S COVERAGE STATEMENT...........................1
COVERED TITLE RISKS .....................................2
OUR DUTY TO DEFEND AGAINST COURT CASES .............1
SCHEDULE A .............................................3
POLICY NUMBER, DATE AND AMOUNT........................3
   1. Name of Insured
   2. Interest in Land Covered
   3. Description of the Land
SCHEDULE B - EXCEPTIONS ..................................4
EXCLUSIONS ...............................................2
CONDITIONS.............................................2 and 5
   1. Definitions ........................................2
   2. Continuation of Coverage ...........................2
   3. Your Duties if You Make a Claim ................2 and 5
   4. Our Choices When You Notify Us of a Claim.............5
   5. Handling a Claim or Court Case .....................5
   6. Limitation of Our Liability ........................5
   7. Transfer of Your Rights ............................5
   8. Arbitration .......................................5
   9. Entire Contract Provision...........................5
   10. Complaint Notice .................................5

### COVERED TITLE RISKS

This Policy covers the following title risks subject to the Exceptions (Schedule B, p. 4) and Exclusions (p. 2), if they affect your title to the land on the Policy Date. We do not promise that there are no covered risks. We do insure you if there are covered title risks.

1. Someone else owns an interest in your title.
2. A document is invalid because of improper signature, acknowledgment, delivery, or recording.
3. A document is invalid because of forgery, fraud, duress, incompetency, incapacity or impersonation.
4. Restrictive covenants apply to your title.
5. There is a lien on your title because of:
   * a mortgage or deed of trust,
   * a judgment, tax, or special assessment, or
   * a charge by a homeowner's or condominium association.
6. There are liens on your title for labor and material which have their inception before the policy date. However, we will not cover liens for labor and material that you agreed to pay for.
7. Others have rights in your title arising out of leases, contracts or options.
8. Someone else has an easement on your land.
9. You do not have good and indefeasible title.
10. There are other defects in your title.
11. There are other liens or encumbrances on your title.

**This Policy also covers the following title risk:**

You do not have any legal right of access to and from the land.

### EXCLUSIONS

In addition to the Exceptions in Schedule B, we do not insure you against loss, costs, attorney's fees, and expenses resulting from these Exclusions:

1. We do not cover loss caused by the exercise of governmental police power or the enforcement or violation of any law or government regulation. This includes building and zoning ordinances and laws and regulations concerning:
   a. Land use
   b. Improvements on the land
   c. Land division
   d. Environmental protection
   This exclusion does not apply to notices of violations or notices of enforcement that appear in the public records at Policy Date. However, there may be an Exception in Schedule B.
2. We do not cover the right to take the land by condemning it, unless:
   a. a notice of exercise of the right appears in the public records on the Policy Date, or
   b. the taking happened before the Policy Date and is binding...

### CONDITIONS - continued

   d. that first affect your title after the Policy Date – this the labor and material lien coverage in Item 6 of the Risks.
4. We do not cover the effect of failure to pay value for your ti
5. We do not cover lack of a right:
   a. to any land outside the area specifically described a in Item 3 of Schedule A.
   b. in streets, alleys, or waterways that touch your land. This exclusion does not limit the access coverage in th Risks.
6. We do not cover any claim based upon allegations that y of title (or acquisition of title by gift or otherwise):
   a. was a fraudulent conveyance, fraudulent trans distribution, or voidable dividend;
   b. should be subordinated or recharacterized as a resul subordination;
   c. was a preferential transfer unless
      (1) the company or its issuing agent failed to timely the deed to you after delivery or
      (2) the recordation of the deed to you is not legal rec (We do cover the two types of claims described in c. above.)
7. We do not cover the refusal of any person to buy, lease o on your land because of unmarketability of the title.
8. We do not cover claims concerning the physical condition or of the access to your land.

### CONDITIONS

1. **DEFINITIONS.**
   a. **Actual Loss.** This is the difference between the value without the covered title risk and the value of your land with title risk. These values are the respective values at the ti furnish proof of your loss.
   b. **Document.** A deed or other conveyance of title to you or a
   c. **Easement.** A portion of your land someone else has the rig a special purpose.
   d. **Government Regulation.** Any federal, state, or local law, provision, regulation, ordinance, or guideline.
   e. **Land.** The land and condominium unit described in Schedu improvements on the land that are real property.
   f. **Knowledge or known.** Actual knowledge, not constructiv or notice that may be imputed to an insured by the public re
   g. **Mortgage.** A type of lien on the land such as a deed of t security instrument.
   h. **Public Records.** Those records required by Texas law and by public officials in the county where the property is loca legal notice of matters affecting your title.
   i. **Title.** The ownership interest in the land, as shown in Sched
   j. **We, us or our.** The title insurance company. This is L Insurance Corporation.
   k. **You, your.** The insured.

2. **CONTINUATION OF COVERAGE.**
   We insure you as long as you:
      a. own your Title,
      b. own a mortgage from anyone who buys your Title, or
      c. are liable for any Title warranties you make.
   We insure anyone who receives your title because of your death. We do not insure your transferee or assignee.

3. **YOUR DUTIES IF YOU MAKE A CLAIM.**
   You must follow this process to make a claim:
      a. **You Must Give Us Notice of Your Claim.**
      If anyone claims a right against your insured title, you us promptly.
      Send the notice to Lawyers Title Insurance Corpo Rambler Road, Suite 1200, Dallas, TX 75231, or call 7067 and ask for a claims attorney. If you initially r phone, we recommend that you also notify us in writ include the Policy...

## OWNER'S INFORMATION SHEET

| | |
|---|---|
| Your Title Insurance Policy is a legal contract between you and Lawyers Title Insurance Corporation. This policy is not an opinion or report of your title. It is a contract of indemnity, meaning a promise to pay you or to take other action if you have a loss resulting from a covered title risk.

It applies only to an improved one-to-four family residential property or condominium unit. If your land is not either of these, contact us immediately. | Su Póliza de Seguro de Título es un contrato legal entre usted y Lawyers Title Insurance Corporation. Esta póliza no es una opinión o reporte en relación a su título de propiedad. Es un contrato de indemnificación, esto es, la promesa de reembolsarle o de tomar cualquier otro tipo de acción si usted sufre una perdida como resultado de cualquier riesgo cubierto por la póliza.Esta forma de póliza ha sido designada para ser utilizada exclusivamente en los casos de propiedades en las cuales hay construidas viviendas para no más de cuatro familias o en los casos de unidades en condominios. Si su propiedad no es ninguna de las anteriores, por favor, notifíquenos inmediatamente. |

ıre you against certain risks to your land title. We list these risks on page 2.  The following limit your coverage:

Exclusions on page 2.
Exceptions on Schedule B.
Conditions on pages 2 and 5.

ıuld keep the policy even if you transfer the title to your land. If you want to make a claim, see Section 3 under Conditions ıs 2 and 5.

not owe any more premiums for the Policy.

ɛet is not your insurance Policy. It is only a brief outline of some of the important Policy features. The Policy explains in ıur rights and obligations and our rights and obligations.  The Policy – and not this sheet – is the legal document.

### YOU SHOULD READ THE POLICY VERY CAREFULLY.

)LL-FREE NUMBER OF LAWYERS TITLE INSURANCE CORPORATION IS 1-800-442-7067.  YOU MAY CALL THIS ˙R TO DISCUSS THIS POLICY OR TO MAKE A COMPLAINT.  YOU MAY WRITE TO LAWYERS TITLE INSURANCE ˙RATION AT THE ADDRESS IN SECTION 3 UNDER CONDITIONS ON PAGE 2.

ıformation Sheet – Residential Owners Policy T-1R
ur Families                                                          ORIGINAL

he statement must have the following information to the best of our knowledge:

1) the Covered Title Risks which resulted in your loss,
2) the dollar amount of your loss, and
3) the method you used to compute the amount of your loss.

**You Must Provide Papers We Request.**

We may require you to show us your records, checks, letters, contracts, and other papers that relate to your claim of loss. We may make copies of these papers.

you tell us this information is confidential, we will not disclose it to nyone else unless we reasonably believe the disclosure is ecessary to administer the claim.

**ou Must Answer Questions Under Oath.**

We may require you to answer questions under oath.

**ffect of Failure to Cooperate.**

ur obligation to you reduces or ends if you fail or refuse to:

1) (a) provide a statement of loss,
   (b) answer our questions under oath, or
   (c) show us the papers we request, and
2) your failure or refusal affects our ability to dispose of or to defend you against the claim.

**CHOICES WHEN YOU NOTIFY US OF A CLAIM.**

fter we receive your claim notice or in any other way learn of a atter for which we are liable, we can do one or more of the llowing:

) Pay the claim against your title.
) Negotiate a settlement.
) Prosecute or defend a court case related to the claim.
) Pay you the amount required by this Policy.
) Take other action under Section 4b.
) Cancel this policy by paying the Policy Amount, then in force, and only those costs, attorneys' fees and expenses incurred up to that time that we are obligated to pay.

 choose which of these to do.

you report to us that a covered title risk exists, we will promptly vestigate to determine if that covered title risk is valid and not rred by law or statute. A covered title risk is a title risk that this licy does not exclude or except.

de that your claim, or any part of your claim, is covered by the ill take one or more of the following actions to the extent that it is

) Institute all necessary legal proceedings to clear the title to the property;
) Indemnify you pursuant to the terms of the policy;
) Issue a new title policy without making exception to the covered title risk. If another insurer issues the new title policy to your purchaser, lender or other transferee without making exception to the covered title risk, we will indemnify the other insurer.
) Secure a release of the covered title risk.

we deny your claim, or any part of your claim, not more than 15 ys after we deny the claim, we will:

 notify you in writing, and
 give you the reasons for denial of your claim in writing.

**NG A CLAIM OR COURT CASE.**

operate with us in handling any claim or court case and give us formation.

pay you only for those settlement costs, attorneys' fees and t we approve in advance.

fend or sue to clear your title, we have a right to choose the u have the right to disapprove our choice of attorney for ause. We can appeal any decision to the highest court. We do

b. If we remove the claim against your title with reasonable diligence or take other action under this policy after receiving notice of it, we will have no further liability for it.
c. All payments we make under this policy – except for costs, attorneys' fees and expenses – will be subtracted from your Policy Amount.
d. If the Covered Title Risk is an easement, we may pay an insured mortgage holder instead of paying you when a written agreement between you and the mortgage holder allows. If the claim involves another Covered Title Risk, we may pay the mortgage holder instead of paying you. The amount paid to the mortgage holder is considered a payment to you under your policy and will be subtracted from your policy amount.
e. If you do anything to affect any right of recovery or defense you may have, we can subtract from our liability the amount by which you reduced the value of that right or defense. But we must add back to our liability any amount by which our expenses are reduced as a result of your action.

**7.  TRANSFER OF YOUR RIGHTS.**

When we settle a claim, we have all the rights you had against any person or property related to the claim. You must transfer these rights to us when we ask, and you must not do anything to affect these rights. You must let us use your name in enforcing these rights.

We will not be liable to you if we do not pursue these rights or if we do not recover any amount that might be recoverable.

With the money we recover from enforcing these rights, we will pay whatever part of your loss we have not paid. We have a right to keep what is left.

**8.  ARBITRATION.**

If it is permitted under Texas or federal law, you and we may agree to arbitration when you file a claim.

The arbitration may decide any matter in dispute between you and us.

Arbitration is one means of alternative dispute resolution. It may lessen the time and cost of claims settlement. You may wish to consider another form of mediation or use the court system. If you choose arbitration, you may give up some discovery rights and your right to sue.

The arbitration award may:

a. include attorneys' fees if allowed by state law, and/or
b. be entered as a judgment in the proper court.

The arbitration shall be under the Title Insurance Arbitration Rules of the American Arbitration Association. You may choose current Rules or Rules in existence on Policy Date.

The Law used in the arbitration is the law of the place where the property is located.

You can get a copy of the Rules from us.

**9.  ENTIRE CONTRACT PROVISION.**

This policy and any endorsements we attach are the entire contract between you and us.

Any claim you make against us must be under this Policy and is subject to its terms.

**10.  COMPLAINT NOTICE.**

Should any dispute arise about your premium or about a claim that you have filed, contact the agent or write to us. OUR TOLL-FREE NUMBER IS 1-800-442-7067. If we do not resolve the problem, you also may write the Texas Department of Insurance, P.O. Box 149091, Austin, Texas 78714-9091, Fax No. (512) 475-1771. THE TOLL-FREE NUMBER FOR THE TEXAS DEPARTMENT OF INSURANCE IS 1-800-252-3439.

This notice of complaint procedure is for information only. It does not became a part or condition of this policy.

# TEXAS RESIDENTIAL POLICY OF TITLE INSURANCE

(One-to-Four Family Residences)

Issued by

## Lawyers Title Insurance Corporation

**Lawyers Title Insurance Corporation**
is a member of the LandAmerica family of title insurance
underwriters.



LandAmerica Financial Group, Inc.
101 Gateway Centre Parkway
Richmond, Virginia 23235-5153
www.landam.com

Form B 1186-9

---

## THANK YOU.

Title insurance provides for the
real estate investment. We sug
policy in a safe place where
available for future reference.

If you have questions about tit
coverage provided by this p
office that issued this policy,
write:

Lawyers Title Insurance Corpora
Consumer Affairs
P.O. Box 27567
Richmond, Virginia 23261-7567
*telephone, toll free:* 800 446-70
*web:* www.landam.com

We thank you for choosing to
Lawyers Title Insurance Corp
forward to meeting your future tit

**Lawyers Title Insurance Corporation**
is a member of the LandAmerica fa
underwriters.



T-1R: Residential Owner Policy of Title Insurance

Form Prescribed by Texas Department of Insurance (1/1/93)

File No. 34972

Owner Policy No.  **O-A80-00-128557**

## SCHEDULE B

### EXCEPTIONS FROM COVERAGE

This policy does not insure against loss or damage (and the Company will not pay costs, attorney's fees or expenses) that arise by reason of the terms and conditions of the leases and easements, if any, shown in Schedule A, and the following matters:

1.    The following restrictive covenants of record itemized below, (the Company must either insert specific recording data or delete this exceptions):

    Those certain covenants, restrictions, reservations and easements as shown by Declaration of Restrictions dated MARCH 9, 2006, filed for record in the office of the County Clerk of Austin County, Texas, in CLERK'S FILE NUMBER 06-1374 of the OFFICIAL Records.  NOTE:  To the extent that the above restrictions violate 42USC3604 ( c ) by indicating a preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status or national origin, such restrictions are hereby omitted.

2.    Any discrepancies, conflicts, or shortages in area or boundary lines, or any encroachments or protrusions, or any overlapping of improvements.

3.    Homestead or community property or survivorship rights, if any, of any spouse of any insured.

4.    Any titles or rights asserted by anyone, including but not limited to, persons, the public, corporations, governments or other entities,

    a)    to tidelands, or lands comprising the shores or beds of navigable or perennial rivers and streams, lakes, bays, gulfs or oceans, or

    b)    to lands beyond the line of the harbor or bulkhead lines as established or changed by any government, or

    c)    to filled-in lands, or artificial islands, or

    d)    to statutory water rights, including riparian rights, or

    e)    to the area extending from the line of mean low tide to the line of vegetation, or the right of access to that area or easement along and across that area.

5.    Standby fees, taxes and assessments by any taxing authority for the year 2006 and subsequent years, and subsequent taxes and assessments by any taxing authority for prior years due to change in land usage or ownership but not those taxes or assessments for prior years because of an exemption granted to a previous owner of the property under Section 11.13, Texas Tax Code, or because of improvements not assessed for a previous tax year.

6.    The following matters and all terms of the documents creating or offering evidence of the matters (The Company must insert matters or delete this exception.):

    a)    Vendor's Lien retained in Deed dated MARCH 9, 2006, executed by BRENNER FAMILY LIMITED PARTNERSHIP to KENT MCALLISTER AND WIFE ANDREA MCALLISTER, securing a payment of one Note of even date therewith in the principal amount of $80,000.00, payable to MICHAEL L. RIDDLE, and said note being additionally secured by Deed of Trust of even date therewith to LONG BEACH MORTGAGE COMPANY, , Trustee, said Deed of Trust filed for records in the office of the County Clerk of Austin County, Texas, on MARCH 13, 2006, under Clerk's File No. 06-1375, Official Records; together with all indebtedness of whatsoever nature secured or to be secured by said Deed of Trust and subject to the terms conditions and stipulations contained in said Note and Deed of Trust.

Schedule B of this Policy consists of  2  page(s)

By _____
Authorized Countersignature

**Lawyers Title Insurance Corporation**

T-1R: Residential Owner Policy of Title Insurance                              Form Prescribed by Texas Department of Insurance (1/1/93)

. File No. 34972                                                          Owner Policy No.  **O-A80-00-128557**

b)      Rights of parties in possession.

c)      Visible and apparent easements on or across property herein described.

d)      "Any violation of subdivision regulations in Volume 18, Page 582 of the Commissioners Court Minutes of Austin County, Texas."

e)      SECOND LIEN SECURITY Deed of Trust dated MARCH 9, 2006, executed by KENT MCALLISTER AND WIFE, ANDREA MCALLISTER to MICHAEL L. RIDDLE, Trustee, securing the payment of one Note of even date therewith payable to LONG BEACH MORTGAGE COMPANY, in the principal amount of $20,000.00, said Deed of Trust filed for record in the office of the County Clerk of Austin County, Texas, on MARCH 13, 2006, under Clerk's File No. 06-1376, Official Records, together with all indebtedness of whatsoever nature secured or to be secured by said Deed of Trust and subject to the terms conditions and stipulations contained in said Note and Deed of Trust.

f)      An undivided ½ royalty interest reserved in the Deed from Ida Louise Fort, et al, to Dewey W. Walden, dated April 5, 1957, recorded in Volume 231, Page 504, Deed Records of Austin County, Texas, for fifteen (15) years from date and as long as production. Should a T-19 Endorsement be requested by the Lender, Item 3 (b) on the T-19 Endorsement MUST be deleted.

BY: _____
      Authorized Countersignature

_____        Schedule B of this Policy consists of  2  page(s)

By _____                                                        **Lawyers Title Insurance Corporation**
      Authorized Countersignature

FORM T-1R: Owner Policy of Title Insurance                Form Prescribed by Texas Department of Insurance (Revised 1/1/93)

Policy Codes:  1200

## SCHEDULE A

File No.: **34972**                              Policy Date: **March 13, 2006**  at **1:44 PM**
Loan No. 6671518
Owners Policy No.:  **O-A80-00-128557**

Amount of Insurance: **One Hundred Thousand dollars and Zero cents-($100,000.00)**

Premium:  **($871.00)**

1.  Name of Insured:

    KENT MCALLISTER

2.  We insure your interest in the land covered by this Policy is:

    Fee Simple

3.  Legal Description of land:

    **2.620 Acres**  All that certain tract or parcel land lying and being situated in Austin County, Texas, and described as follows, to-wit: Lots numbered 142 – 144, 181 - 183, and part of THIRD STREET AND BARON DE BASTROP STREET, in the Old Town of San Felipe de Austin, Austin County, Texas, being more particularly described in Exhibit "A" attached hereto and by this reference made apart hereof for all purposes.

**Lawyers Title Insurance Corporation**

**SURVEY NOTES:**
1. ALL BEARINGS ARE BASED ON THE LINE AS REFERENCED ON THIS PLAT AND DESCRIBED ON A SURVEY MADE BY D.R. McCZEY, DATED MAY 2, 1995.
2. THIS PROPERTY IS SHOWN TO BE INSIDE (ZONE X) OF THE FLOOD HAZARD BOUNDARY AREA AS SHOWN ON FEMA FIRM MAP NO. 48015C0200 C, EFFECTIVE DATE OF JANUARY 17, 1990.
3. APPARENT VISIBLE EASEMENTS HAVE BEEN SHOWN.
4. FIELD NOTES TO ACCOMPANY THIS PLAT.

**SURVEY PLAT:**
OF A SURVEY OF 2.620 TOTAL AND A 12.668 TOTAL ACRE TRACT, LESS 3.46 ACRES IN ROAD, LEAVING A NET ACREAGE OF 9.209 ACRES OUT OF THE OLD TOWN OF SAN FELIPE DE AUSTIN, AUSTIN COUNTY, TEXAS. SAID 2.620 ACRE TRACT BEING ALL OF LOTS 142-144, AND ALL OF LOTS 181-183, AS DESCRIBED IN A DEED DATED MAY 27, 1994, AND RECORDED IN VOLUME 274, PAGE 631, AUSTIN COUNTY DEED RECORDS. SAID 12.668 ACRE TRACT BEING ALL OF LOTS 139-141, ALL OF LOTS 184-188, AND ALL OF LOTS 199-204, ALL OF LOTS 247-252, AND ALL OF LOTS 268-270, AND ALSO A PART OF THIRD STREET, A PART OF BARON DE BASTROP STREET AND A PART OF FOURTH STREET AS DECREED IN THE ABOVE SAID DEED AND ALSO IN A DEED DATED APRIL 5, 1938 TO DEWEY W. WALDEN, RECORDED IN VOLUME 231, PAGE 504, OF THE DEED RECORDS OF AUSTIN COUNTY, TEXAS.

I, LEONARD W. FRANK, DO HEREBY CERTIFY THAT THIS SURVEY WAS THIS DAY MADE ON THE GROUND, UNDER MY SUPERVISION AND IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. THIS SURVEY SUBSTANTIALLY COMPLIES WITH THE CURRENT TEXAS SOCIETY OF PROFESSIONAL SURVEYORS STANDARDS AND SPECIFICATIONS FOR A CATEGORY IA, CONDITION II, SURVEY.

LEONARD W. FRANK, RPLS
REGISTRATION NO. 1669

SCALE: 1" = 200 FEET

**BOUNDARY SURVEY OF TWO TRACTS OUT OF THE OLD TOWN OF SAN FELIPE DE AUSTIN AUSTIN COUNTY, TEXAS**

2205 WALNUT STREET
COLUMBUS, TX 78934
979.732.3114

**Frank Surveying Company**

COPYRIGHT 2000
ALL RIGHTS RESERVED

| SCALE: 1" = 200' | DRAWN BY: MATT LOESSIN | RDA |
| FIELD CREW: RJF/MKG | PROJECT NO: 03-143A | SHEET 1 OF 1 |
| | CHECKED BY: LWF | COMPUTATION MSL |

**FRANK SURVEYING CO., INC.**
2205 Walnut Street
Columbus, Texas 78934
979.732.3114

**STATE OF TEXAS**

**COUNTY OF AUSTIN**

**FIELD NOTES** of a survey of a 12.666 total acre tract, less 3.46 acre in road and leaving a NET ACREAGE of 9.209 acres out of the Old Town of San Felipe, Austin County, Texas. Said 12.666 acre tract being all of Lots 139-141, all of Lots 184-186, and all of Lots 199-204, all of Lots 247-252, and all of Lots 268-270, and also a part of Third Street, a part of Baron De Bastrop Street and a part of Fourth Street as described in a deed dated May 27, 1864, and recorded in Volume 274, Page 681, Austin County Deed Records, and in a deed dated April 5, 1958 to Dewey W. Walden, recorded in Volume 231, Page 504, of the Deed Records of Austin County, Texas for which reference is made and the said 12.666 total acre tract being described by metes and bounds as follows, TO-WIT:

**COMMENCING** at a 1/2 inch iron rod set (capped RPLS 1669) for the East corner of Lot 144, same being a East corner of a 2.620 acre tract surveyed also this day, corner being also in the Southwest line of Park Road No. 38, and being also in the Northwest line of Guadalupe Street;

**THENCE** S 24° 45' 51" W a distance of 332.01 feet with the Northwest line of Guadalupe Street, same being the Southeast line of the said 2.620 acre tract to a 1/2 inch iron rod set (capped RPLS 1669) for the South corner of Lot 181 and the South corner of the said 2.620 acre tract, corner being also a East corner and **POINT OF BEGINNING** of the herein described 12.666 acre tract;

**THENCE** S 24° 45' 51" W a distance of 651.11 feet with the Northwest line of Guadalupe Street, across Third Street (as platted), with the Southeast line of Lot 204 and Lot 247, across Fourth Street, and with the Southeast line of Lot 270, same being the Southeast line of the herein described tract to a 1/2 inch iron rod set (capped RPLS 1669) for the South corner of Lot 270, corner being also the East corner of Lot 313;

**THENCE** N 64° 49' 23" W a distance of 338.34 feet with the Southwest line of Lot 270, Lot 269, and Lot 268, same being the Northeast line of Lot 313-315 to a 1/2 inch iron rod set (capped RPLS 1669) for the West corner of Lot 268;

**THENCE** N 24° 51' 15" E a distance of 163.86 feet with the Northwest line of Lot 268 to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 268;

**THENCE** N 65° 01' 35" W a distance of 404.62 feet across Baron De Bastrop Street (as platted), and with the Southwest line of Fourth Street (as platted), the Northeast line of Lot 267-265 to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 265, said corner being also the West corner of the herein described 12.666 acre tract and being also in the Southeast line of Antonio Martinez Street;

**THENCE** N 24° 26' 48" E a distance of 819.69 feet with the Southeast line of Antonio Martinez Street, across Fourth Street and with the Northwest line of Lot 252, Lot 199, across Third Street (as platted) and with the Northwest line of Lot 186, and Lot 139 to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 139, corner being also in the Southwest line of Park Road No. 38, corner being also the North corner of the herein described tract;

**THENCE** S 64° 57' 00" E a distance of 402.79 feet with the Southwest line of Park Road No. 38, same being the Northeast line of Lot 139-141 and across Baron De Bastrop Street to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 142, corner being also the North corner of the said 2.620 acre tract;

**THENCE** S 24° 54' 57" W a distance of 332.14 feet with the Southeast line of Baron De Bastrop Street, same being the Northwest line of Lot 142 and Lot 183 to a 1/2 inch iron rod set (capped RPLS 1669) for the West corner of Lot 183, corner being also in the Northeast line of Third Street;

**THENCE** S 64° 52' 07" E a distance of 342.44 feet with the Northeast line of Third Street, same being the Southwest line of Lot 183-181 to the **PLACE OF BEGINNING**, containing 12.666 acres of land, **LESS AND EXCEPT** 3.46 acre in above said streets leaving a **NET ACREAGE** of 9.209 acres.

Survey Plat to accompany Field Notes.

Project No. 05-143A

All bearings are based on the Northeast line of a 12.666 acre tract surveyed also this day by Frank Surveying Co., Inc. and described on a survey plat made by D.R. Muzzy on May 2, 1965.

**IN WITNESS THEREOF**, my hand and seal, this the 11th day of January 2006.

For Frank Surveying Co., Inc.
By: Leonard W. Frank, RPLS
Registration No. 1669
Colorado County Surveyor

Page 1 of 1

**FRANK SURVEYING CO., INC.**
2205 Walnut Street
Columbus, Texas 78934
979.732.3114

*STATE OF TEXAS*

*COUNTY OF AUSTIN*

*FIELD NOTES* of a survey of a 2.620 total acre tract out of the Old Town of San Felipe, Austin County, Texas. Said 2.620 acre tract being all of Lots 142-144, and all of Lots 181-183 as described in a deed dated May 27, 1964, and recorded in Volume 274, Page 681, of the Deed Records of Austin County, Texas for which reference is made and the said 2.620 acre tract being described by metes and bounds as follows, TO-WIT:

*BEGINNING* at a 1/2 inch iron rod set (capped RPLS 1669) for the East corner of the herein described tract in the Northwest line of Guadalupe Street, same being the Southwest line of Park Road No. 38, corner being also the East corner of Lot 144;

*THENCE* S 24° 45' 51" W a distance of 332.01 feet with the Northwest line of Guadalupe Street, same being the Southeast line of Lot 144 and Lot 181 to a 1/2 inch iron rod set (capped RPLS 1669) for the South corner of Lot 181, said corner being also the South corner of the herein described tract;

*THENCE* N 64° 52' 07" W a distance of 342.44 feet with the Southwest line of Lot 181-183, same being the Southwest line of the herein described tract and the Northeast line of Third Street (as platted) to a 1/2 inch iron rod set (capped RPLS 1669) for the West corner of Lot 183, corner being also the West corner of the herein described tract;

*THENCE* N 24° 24' 57" E a distance of 332.14 feet with the Northwest line of Lot 183 and Lot 142, same being the Northwest line of the herein described tract and the Southeast line of Baron De Bastrop Street to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 142, corner being also the North corner of the herein described 2.620 acre tract and being also in the Southwest line of Park Road No. 38;

*THENCE* S 64° 57' 00" E a distance of 344.45 feet with the Southwest line of Park Road No. 38, same being the Northeast line of Lot 142-144 and the Northeast line of the herein described tract to the *PLACE OF BEGINNING*, containing 2.620 acres of land.

Survey Plat to accompany Field Notes.

Project No. 05-143A

All bearings are based on the Northeast line of a 12.666 acre tract surveyed also this day by Frank Surveying Co., Inc. and described on a survey plat made by D.R. Muzzy on May 2, 1965.

*IN WITNESS THEREOF*, my hand and seal, this the 11ᵗʰ day of January 2008.

For Frank Surveying Co., Inc.
By: Leonard W. Frank, RPLS
Registration No. 1669
Colorado County Surveyor

**EXHIBIT "A"**





Exhibit 3, pg 24 of 143

Exhibit 3, pg 25 of 143



## FRANK SURVEYING CO., INC.
2205 Walnut Street
Columbus, Texas 78934
979.732.3114

**STATE OF TEXAS**

**COUNTY OF AUSTIN**

**FIELD NOTES** of a survey of a 12.666 total acre tract, less 3.46 acre in road and leaving a NET ACREAGE of 9.209 acres out of the Old Town of San Felipe, Austin County, Texas. Said 12.666 acre tract being all of Lots 139-141, all of Lots 184-186, and all of Lots 199-204, all of Lots 247-252, and all of Lots 268-270, and also a part of Third Street, a part of Baron De Bastrop Street and a part of Fourth Street as described in a deed dated May 27, 1964, and recorded in Volume 274, Page 681, Austin County Deed Records, and in a deed dated April 5, 1958 to Dewey W. Walden, recorded in Volume 231, Page 504, of the Deed Records of Austin County, Texas for which reference is made and the said 12.666 total acre tract being described by metes and bounds as follows, TO-WIT:

**COMMENCING** at a 1/2 inch iron rod set (capped RPLS 1669) for the East corner of Lot 144, same being a East corner of a 2.620 acre tract surveyed also this day, corner being also in the Southwest line of Park Road No. 38, and being also in the Northwest line of Guadalupe Street;

**THENCE** S 24° 45' 51" W a distance of 332.01 feet with the Northwest line of Guadalupe Street, same being the Southeast line of the said 2.620 acre tract to a 1/2 inch iron rod set (capped RPLS 1669) for the South corner of Lot 181 and the South corner of the said 2.620 acre tract, corner being also a East corner and **POINT OF BEGINNING** of the herein described 12.666 acre tract;

**THENCE** S 24° 45' 51" W a distance of 651.11 feet with the Northwest line of Guadalupe Street, across Third Street (as platted), with the Southeast line of Lot 204 and Lot 247, across Fourth Street, and with the Southeast line of Lot 270, same being the Southeast line of the herein described tract to a 1/2 inch iron rod set (capped RPLS 1669) for the South corner of Lot 270, corner being also the East corner of Lot 313;

**THENCE** N 64° 49' 23" W a distance of 338.34 feet with the Southwest line of Lot 270, Lot 269, and Lot 268, same being the Northeast line of Lot 313-315 to a 1/2 inch iron rod set (capped RPLS 1669) for the West corner of Lot 268;

**THENCE** N 24° 51' 15" E a distance of 163.86 feet with the Northwest line of Lot 268 to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 268;

**THENCE** N 65° 01' 35" W a distance of 404.62 feet across Baron De Bastrop Street (as platted), and with the Southwest line of Fourth Street (as platted), the Northeast line of Lot 267-265 to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 265, said corner being also the West corner of the herein described 12.666 acre tract and being also in the Southeast line of Antonio Martinez Street;

**THENCE** N 24° 26' 48" E a distance of 819.69 feet with the Southeast line of Antonio Martinez Street, across Fourth Street and with the Northwest line of Lot 252, Lot 199, across Third Street (as platted) and with the Northwest line of Lot 186, and Lot 139 to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 139, corner being also in the Southwest line of Park Road No. 38, corner being also the North corner of the herein described tract;

**THENCE** S 64° 57' 00" E a distance of 402.79 feet with the Southwest line of Park Road No. 38, same being the Northeast line of Lot 139-141 and across Baron De Bastrop Street to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 142, corner being also the North corner of the said 2.620 acre tract;

**THENCE** S 24° 24' 57" W a distance of 332.14 feet with the Southeast line of Baron De Bastrop Street, same being the Northwest line of Lot 142 and Lot 183 to a 1/2 inch iron rod set (capped RPLS 1669) for the West corner of Lot 183, corner being also in the Northeast line of Third Street;

**THENCE** S 64° 52' 07" E a distance of 342.44 feet with the Northeast line of Third Street, same being the Southwest line of Lot 183-181 to the **PLACE OF BEGINNING**, containing 12.666 acres of land, **LESS AND EXCEPT** 3.46 acre in above said streets leaving a **NET ACREAGE** of 9.209 acres.

Survey Plat to accompany Field Notes.

Project No. 05-143A

*All bearings are based on the Northeast line of a 12.666 acre tract surveyed also this day by Frank Surveying Co., Inc. and described on a survey plat made by D.R. Muzzy on May 2, 1965.*

**IN WITNESS THEREOF**, my hand and seal, this the 11th day of January 2006.

For Frank Surveying Co., Inc.
By: Leonard W. Frank, RPLS
Registration No. 1669
Colorado County Surveyor



BOUNDARY SURVEY OF TWO TRACTS
OUT OF THE OLD TOWN OF SAN FELIPE
AUSTIN COUNTY, TEXAS

Exhibit 3, pg 28 of 143

BAC-S
21(5)

061447

GF 34978
21

# WARRANTY DEED

**NOTICE OF CONFIDENTIALITY RIGHTS:** If you are a natural person, you may remove or strike any or all of the following information from this instrument before it is filed for record in the public records: your social security number and your driver's license number.

STATE OF TEXAS

COUNTY OF AUSTIN                                    KNOW ALL MEN BY THESE PRESENTS:

THAT BRENNER FAMILY LIMITED PARTNERSHIP, a Texas limited partnership ("Grantor"), acting by and through its General Partners who are Lawrence Brenner and Louise Brenner, for and in consideration of the sum of Ten and No/100 Dollars ($10.00) and other valuable consideration to the undersigned paid by the Grantee herein named, the receipt of which is hereby acknowledged, and the further consideration of the execution and delivery by Grantee of his one certain promissory note of even date herewith, in the principal sum of Sixty Thousand and No/100 Dollars ($60,000.00), payable to the order of Grantor, as therein provided and bearing interest at the rates therein specified, containing the usual clauses providing for acceleration of maturity and for attorney's fees, the payment of which note is secured by a Vendor's Lien herein retained and is additionally secured by a Deed of Trust, of even date herewith, to Sidney Levine, Trustee, have GRANTED, SOLD and CONVEYED, and by these presents do GRANT, SELL and CONVEY unto KENTON J. McALLISTER, a resident of Harris County, Texas ("Grantee"), whose mailing address is 5906 Pine Lakes Drive, Katy, Texas 77493-3543, all of the following described property in Austin County, Texas (the "Property"), to-wit:

> 9.209 acres of land (being 12.666 acres less 3.46 acres in road) out of the Old Town of San Felipe, Austin County, Texas, being more particularly described in EXHIBIT "A" attached hereto and made a part hereof for all intents and purposes.

This conveyance is made and accepted SUBJECT TO the following:

1.   Fourth Street, Third Street and Baron De Bastrop Street as shown on survey plat dated May 26, 2005, by Frank Surveying Co., Inc.

C:\DATA\RealEstate\Owner Finance\Brenner McAllister
wd.11050 aj 030706.wpd

-1-

2.      An undivided ½ royalty interest reserved in the Deed from Ida Louise Fort, et al, to Dewey W. Walden, dated April 5, 1957, recorded in Volume 231, Page 504, Deed Records of Austin County.

## RESTRICTION

No mobile home, manufactured home, and/or modular home may be located on the Property at any time.

This restriction shall be for a term of twenty-five (25) years immediately following the date of this deed and shall be enforced by Grantor, its successor and assigns. At the end of such term, this restriction shall be of no further force or effect.

TO HAVE AND TO HOLD the Property, together with all and singular the rights and appurtenances thereto in anywise belonging, unto the said Grantee, his heirs, executors, administrators, successors, or assigns forever; and Grantor hereby binds itself and its successors to WARRANT AND FOREVER DEFEND all and singular the said Property unto the said Grantee, his heirs, executors, administrators, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

But it is expressly agreed that the Vendor's Lien, as well as the Superior Title in and to the Property, is retained against the Property, premises and improvements until the above described note and all interest thereon are fully paid according to the face, tenor, effect and reading thereof, when this Deed shall become absolute.

Ad valorem taxes on the Property for 2006 having been prorated, the payment thereof is assumed by Grantee.

EXECUTED this 10th day of March, 2006.

BRENNER FAMILY LIMITED PARTNERSHIP

BY: _____
LAWRENCE BRENNER, General Partner

BY: _____
LOUISE BRENNER, General Partner

C:\DATA\RealEstate\Owner Finance\Brenner McAllister
wd.11050.sj.030706.wpd

-2-

STATE OF TEXAS

COUNTY OF AUSTIN

This instrument was acknowledged before me on the _10th_ day of _March_, 2006, by LAWRENCE BRENNER, General Partner, on behalf of BRENNER FAMILY PARTNERSHIP, a Texas limited partnership.



BECKY BAGLEY
Notary Public, State of Texas
My Commission Expires
09-11-2008

Notary Public, State of Texas

STATE OF TEXAS

COUNTY OF AUSTIN

This instrument was acknowledged before me on the _10th_ day of _March_, 2006, by LOUISE BRENNER, General Partner, on behalf of BRENNER FAMILY PARTNERSHIP, a Texas limited partnership.

BECKY BAGLEY
Notary Public, State of Texas
My Commission Expires
09-11-2008

Notary Public, State of Texas

C:\DATA\RealEstate\Owner Finance\Brenner McAllister
wd.11050.sj.030706.wpd

-3-

3

FRANK SURVEYING CO., INC.
2205 Walnut Street
Columbus, Texas 78934
979.732.3114

STATE OF TEXAS

COUNTY OF AUSTIN

FIELD NOTES of a survey of a 12.666 total acre tract, less 3.46 acre in road and leaving a NET ACREAGE of 9.209 acres out of the Old Town of San Felipe, Austin County, Texas. Said 12.666 acre tract being all of Lots 139-141, all of Lots 184-186, and all of Lots 199-204, all of Lots 247-252, and all of Lots 268-270, and all of Third Street, a part of Baron De Bastrop Street and a part of Fourth Street as described in a deed dated May 27, 1964, and recorded in Volume 274, Page 681, Austin County Deed Records, and in a deed dated April 5, 1958 to Dewey W. Walden, recorded in Volume 231, Page 504, of the Deed Records of Austin County, Texas for which reference is made and the said 12.666 total acre tract being described by metes and bounds as follows, TO-WIT:

COMMENCING at a 1/2 inch iron rod set (capped RPLS 1669) for the East corner of Lot 144, same being a East corner of a 2.620 acre tract surveyed also this day, corner being also in the Southwest line of Park Road No. 38, and being also in the Northwest line of Guadalupe Street;

THENCE S 24° 45' 01" W a distance of 332.01 feet with the Northwest line of Guadalupe Street, same being the Southeast line of the said 2.620 acre tract to a 1/2 inch iron rod set (capped RPLS 1669) for the South corner of Lot 181 and the South corner of the said 2.620 acre tract, corner being also a East corner and POINT OF BEGINNING of the herein described 12.666 acre tract;

THENCE S 24° 45' 51" W a distance of 651.11 feet with the Northwest line of Guadalupe Street, across Third Street (as platted), with the Southeast line of Lot 204 and Lot 247, across Fourth Street, and with the Southeast line of Lot 270, same being the Southeast line of the herein described tract to a 1/2 inch iron rod set (capped RPLS 1669) for the South corner of Lot 270, corner being also the East corner of Lot 313;

THENCE N 64° 49' 23" W a distance of 338.34 feet with the Southwest line of Lot 270, Lot 269, and Lot 268, same being the Northeast line of Lot 313-315 to a 1/2 inch iron rod set (capped RPLS 1669) for the West corner of Lot 268;

THENCE N 24° 51' 15" E a distance of 163.86 feet with the Northwest line of Lot 268 to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 268;

THENCE N 65° 01' 35" W a distance of 404.62 feet across Baron De Bastrop Street (as platted), with the Southwest line of Fourth Street (as platted), the Northeast line of Lot 267-265 to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 265, said corner being also the West corner of the herein described 12.666 acre tract and being also in the Southeast line of Antonio Martinez Street;

THENCE N 24° 26' 48" E a distance of 819.69 feet with the Southeast line of Antonio Martinez Street, across Fourth Street and with the Northwest line of Lot 252, Lot 199, across Third Street (as platted) and with the Northwest line of Lot 186, and Lot 139 to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 139, corner being also in the Southwest line of Park Road No. 38, corner being also the North corner of the herein described tract;

THENCE S 64° 57' 00" E a distance of 402.79 feet with the Southwest line of Park Road No. 38, same being the Northeast line of Lot 139-141 and across Baron De Bastrop Street to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 142, corner being also the North corner of the said 2.620 acre tract;

THENCE S 24° 24' 57" W a distance of 332.14 feet with the Southeast line of Baron De Bastrop Street, same being the Northwest line of Lot 142 and Lot 183 to a 1/2 inch iron rod set (capped RPLS 1669) for the West corner of Lot 183, corner being also in the Northeast line of Third Street;

THENCE S 64° 52' 07" E a distance of 342.44 feet with the Northeast line of Third Street, same being the Southwest line of Lot 183-181 to the PLACE OF BEGINNING, containing 12.666 acres of land, LESS AND EXCEPT 3.46 acre in above said streets leaving a NET ACREAGE of 9.209 acres.

Survey Plat to accompany Field Notes.

Project No. 05-143A

All bearings are based on the Northeast line of a 12.666 acre tract surveyed also this day by Frank Surveying Co., Inc. and described on a survey plat made by D.R. Muzzy on May 2, 1965.

IN WITNESS THEREOF, my hand and seal, this the 11th day of January 2006.

For Frank Surveying Co., Inc.
By: Leonard W. Frank, RPLS
Registration No. 1669
Colorado County Surveyor

Page 1 of 1

EXHIBIT "A"

# *LAST PAGE*
# *OF*
# *DOCUMENT*

## (The bottom portion of this page
## is for recording purposes only)

FILED

06 MAR 15  PM 3: 09

*Carrie Gregor*

COUNTY CLERK
AUSTIN COUNTY, TEXAS

061447

STATE OF TEXAS                    COUNTY OF AUSTIN

I certify that this instrument was filed on the date and
time stamped by me and was duly RECORDED in the
OFFICIAL PUBLIC RECORDS OF AUSTIN COUNTY, TEXAS.



*Carrie Gregor*

Carrie Gregor, County Clerk
Austin County, Texas

Exhibit 3, pg 33 of 143



**FRANK SURVEYING CO., INC.**
2205 Walnut Street
Columbus, Texas 78934
979.732.3114

*STATE OF TEXAS*

*COUNTY OF AUSTIN*

*FIELD NOTES* of a survey of a 2.620 total acre tract out of the Old Town of San Felipe, Austin County, Texas. Said 2.620 acre tract being all of Lots 142-144, and all of Lots 181-183 as described in a deed dated May 27, 1964, and recorded in Volume 274, Page 681, of the Deed Records of Austin County, Texas for which reference is made and the said 2.620 acre tract being described by metes and bounds as follows, TO-WIT:

*BEGINNING* at a 1/2 inch iron rod set (capped RPLS 1669) for the East corner of the herein described tract in the Northwest line of Guadalupe Street, same being the Southwest line of Park Road No. 36, corner being also the East corner of Lot 144;

*THENCE* S 24° 45' 51" W a distance of 332.01 feet with the Northwest line of Guadalupe Street, same being the Southeast line of Lot 144 and Lot 181 to a 1/2 inch iron rod set (capped RPLS 1669) for the South corner of Lot 181, said corner being also the South corner of the herein described tract;

*THENCE* N 64° 52' 07" W a distance of 342.44 feet with the Southwest line of Lot 181-183, same being the Southwest line of the herein described tract and the Northeast line of Third Street (as platted) to a 1/2 inch iron rod set (capped RPLS 1669) for the West corner of Lot 183, corner being also the West corner of the herein described tract;

*THENCE* N 24° 24' 57" E a distance of 332.14 feet with the Northwest line of Lot 183 and Lot 142, same being the Northwest line of the herein described tract and the Southeast line of Baron De Bastrop Street to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 142, corner being also the North corner of the herein described 2.620 acre tract and being also in the Southwest line of Park Road No. 36;

*THENCE* S 64° 57' 00" E a distance of 344.45 feet with the Southwest line of Park Road No. 36, same being the Northeast line of Lot 142-144 and the Northeast line of the herein described tract to the *PLACE OF BEGINNING*, containing 2.620 acres of land.

Survey Plat to accompany Field Notes.

Project No. 05-143A

All bearings are based on the Northeast line of a 12.666 acre tract surveyed also this day by Frank Surveying Co., Inc. and described on a survey plat made by D.R. Muzzy on May 2, 1965.

*IN WITNESS THEREOF,* my hand and seal, this the 11th day of January 2006.

For Frank Surveying Co., Inc.
By: Leonard W. Frank, RPLS
Registration No. 1669
Colorado County Surveyor

# EXHIBIT "A"

Exhibit 3, pg 35 of 143



SURVEY NOTES
1. ALL BEARINGS ARE BASED ON THE LINE AS REFERENCED ON THIS PLAT AND DESCRIBED ON A SURVEY MADE BY D.R. MUZZY, DATED MAY 2, 1965.
2. THIS PROPERTY IS SHOWN TO BE INSIDE (ZONE X) OF THE FLOOD HAZARD BOUNDARY AREA AS SHOWN ON FEMA FIRM MAP NO. 4801SC020D C, EFFECTIVE DATE OF JANUARY 17, 1990.
3. APPARENT VISIBLE EASEMENTS HAVE BEEN SHOWN.
4. FIELD NOTES TO ACCOMPANY THIS PLAT.

SURVEY PLAT
OF A SURVEY OF 2.620 TOTAL AND A 12.666 TOTAL ACRE TRACT, LESS 3.46 ACRES IN ROAD, LEAVING A NET ACREAGE OF 9.209 ACRES OUT OF THE OLD TOWN OF SAN FELIPE DE AUSTIN, AUSTIN COUNTY, TEXAS. SAID 2.620 ACRE TRACT BEING ALL OF LOTS 142–144, AND ALL OF LOTS 181–183, AS DESCRIBED IN A DEED DATED MAY 27, 1964, AND RECORDED IN VOLUME 274, PAGE 681, AUSTIN COUNTY DEED RECORDS. SAID 12.666 ACRE TRACT BEING ALL OF LOTS 139–141, ALL OF LOTS 184–186, AND ALL OF LOTS 199–204, ALL OF LOTS 247–252, ALL OF LOTS 268–270, AND ALSO A PART OF THIRD STREET, A PART OF BARON DE BASTROP STREET AND A PART OF FOURTH STREET AS DECRIBED IN THE ABOVE SAID DEED AND ALSO IN A DEED DATED APRIL 5, 1958 TO DEWEY W. WALDEN, RECORDED IN VOLUME 231, PAGE 504, OF THE DEED RECORDS OF AUSTIN COUNTY, TEXAS.

I, LEONARD W. FRANK, DO HEREBY CERTIFY THAT THIS SURVEY WAS THIS DAY MADE ON THE GROUND, UNDER MY SUPERVISION AND IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. THIS SURVEY SUBSTANTIALLY COMPLIES WITH THE CURRENT TEXAS SOCIETY OF PROFESSIONAL SURVEYORS STANDARDS AND SPECIFICATIONS FOR A CATEGORY 1A, CONDITION IV, SURVEY.

FOR FRANK SURVEYING CO., INC.
BY: LEONARD W. FRANK, RPLS
REGISTRATION NO. 1669
COLORADO COUNTY SURVEYOR

SCALE: 1" = 200 FEET

BOUNDARY SURVEY OF TWO TRACTS
OUT OF THE OLD TOWN OF SAN FELIPE
AUSTIN COUNTY, TEXAS

FRANK SURVEYING COMPANY
2205 WALNUT STREET
COLUMBUS, TX 78934
970.732.3114

COPYRIGHT 2006
ALL RIGHTS RESERVED

| | | |
|---|---|---|
| SCALE: 1" = 200' | DRAWN BY: MATT LOESSIN | REV: |
| FIELD CREW: RJF/JWD | PROJECT NO: 05-143A | SHEET 1 OF 1 |
| | CHECKED BY: LWF | COMPUTATION: MHL |

061374

## WARRANTY DEED WITH VENDOR'S LIEN

Date:      March 9, 2006

Grantor:   BRENNER FAMILY LIMITED PARTNERSHIP

Grantee:   KENT MCALLISTER

Consideration:

> TEN AND NO/100 DOLLARS ($10.00) and other valuable consideration and notes of even date
> executed by Grantee payable to the order of
> LONG BEACH MORTGAGE COMPANY ("Lender"),
> in the amounts of  $ 80,000.00   and  $ 20,000.00
> the notes being secured in whole or in part by vendor's lien and superior title retained in favor of
> Lender in this deed and also secured by a deed of trust of even date from Grantee to MICHAEL L.
> RIDDLE, Trustee.

Property (including any improvements):

> SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE
OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS
FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR
DRIVER'S LICENSE NUMBER.

*(Page 1 of 2 Pages)*

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns, as the case may be, forever. Grantor binds Grantor and Grantor's heirs, executors, administrators, successors and assigns, as the case may be, to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

The vendor's lien against and superior title to the property are retained until each note described is fully paid according to its terms, at which time this deed shall become absolute. The vendor's lien and superior title are transferred to Lender without recourse on Grantor.

When the context requires, singular nouns and pronouns include the plural.

BRENNER FAMILY LIMITED PARTNERSHIP
—Seller

By:

Its:

State of TEXAS
County of _Austin_

§
§

This instrument was acknowledged before me on the _10th_ day of _March_, 20__06__ by _Lawrence Brenner_, the _General Partner_ of BRENNER FAMILY LIMITED PARTNERSHIP on behalf of said limited partnership.

BECKY BAGLEY
Notary Public, State of Texas
My Commission Expires
09-11-2008

_____
Notary Public

_____
(Printed Name)

My commission expires:_____

GRANTEE/RETURN ADDRESS:

*(Page 2 of 2 Pages)*

2

**FRANK SURVEYING CO., INC.**
2205 Walnut Street
Columbus, Texas 78934
979.732.3114

*STATE OF TEXAS*

*COUNTY OF AUSTIN*

*FIELD NOTES* of a survey of a 2.620 total acre tract out of the Old Town of San Felipe, Austin County, Texas. Said 2.620 acre tract being all of Lots 142-144, and all of Lots 181-183 as described in a deed dated May 27, 1964, and recorded in Volume 274, Page 681, of the Deed Records of Austin County, Texas for which reference is made and the said 2.620 acre tract being described by metes and bounds as follows, TO-WIT:

*BEGINNING* at a 1/2 inch iron rod set (capped RPLS 1669) for the East corner of the herein described tract in the Northwest line of Guadalupe Street, same being the Southwest line of Park Road No. 38, corner being also the East corner of Lot 144;

*THENCE* S 24° 45' 51" W a distance of 332.01 feet with the Northwest line of Guadalupe Street, same being the Southeast line of Lot 144 and Lot 181 to a 1/2 inch iron rod set (capped RPLS 1669) for the South corner of Lot 181, said corner being also the South corner of the herein described tract;

*THENCE* N 64° 52' 07" W a distance of 342.44 feet with the Southwest line of Lot 181-183, same being the Southwest line of the herein described tract and the Northeast line of Third Street (as platted) to a 1/2 inch iron rod set (capped RPLS 1669) for the West corner of Lot 183, corner being also the West corner of the herein described tract;

*THENCE* N 24° 24' 57" E a distance of 332.14 feet with the Northwest line of Lot 183 and Lot 142, same being the Northwest line of the herein described tract and the Southeast line of Baron De Bastrop Street to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 142, corner being also the North corner of the herein described 2.620 acre tract and being also in the Southwest line of Park Road No. 38;

*THENCE* S 64° 57' 00" E a distance of 344.45 feet with the Southwest line of Park Road No. 38, same being the Northeast line of Lot 142-144 and the Northeast line of the herein described tract to the *PLACE OF BEGINNING*, containing 2.620 acres of land.

Survey Plat to accompany Field Notes.

Project No. 05-143A

*All bearings are based on the Northeast line of a 12.666 acre tract surveyed also this day by Frank Surveying Co., Inc. and described on a survey plat made by D.R. Muzzy on May 2, 1965.*

*IN WITNESS THEREOF*, my hand and seal, this the 11th day of January 2006.

For Frank Surveying Co., Inc.
By: Leonard W. Frank, RPLS
Registration No. 1669
Colorado County Surveyor

# EXHIBIT "A"

Page 1 of 1

# <u>RESTRICTIONS</u>

No mobile home, manufactured home, and/or modular home may be located on the Property at any time.

This restriction shall be for a term of twenty-five (25) years immediately following the date of this deed and shall be enforced by Grantor, its successor and assigns. At the end of such term, this restriction shall be of no further force or effect.

EXHIBIT "B"

FILED

06 MAR 13 PM 1: 44

*Carrie Gregor*

COUNTY CLERK
AUSTIN COUNTY, TEXAS

061374



STATE OF TEXAS                    COUNTY OF AUSTIN

I certify that this instrument was filed on the date and
time stamped hereon by me and was RECORDED in the
OFFICIAL PUBLIC RECORDS of AUSTIN COUNTY, TEXAS.

*Carrie Gregor*

Carrie Gregor, County Clerk
Austin County, Texas

133099



## RELEASE OF LIEN

Date:  June 5, 2013

Holder of Note and Lien:  Brenner Family Limited Partnership

Holder's Mailing Address (including county):
7 Falling Leaf Lane
Houston, Harris, Texas 77024

Note
    Date:  March 10, 2006

    Original Amount:  $60,000.00

    Maker:  Kenton J. McAllister

    Payee:  Brenner Family Limited Partnership

    Date of Maturity: March 15, 2026


Note and Lien are Described in the Following Documents.

Recorded in:  Austin County, Texas
        File number:  061448


Property (including any improvements) Subject to Lien:
9.209 acres of land (being 12.666 acres less 3.46 acres in road) out of the Old Town of
San Felipe, Austin County, Texas, being more particularly described in EXHIBIT "A"
attached hereto and made a part hereof for all intents and purposes.



Holder of Note and Lien is the owner and holder of the Note and Lien described above.

Holder of Note and Lien acknowledges payment in full of the Note and releases the Property from
the Lien and from all liens held by Holder of Note and Lien, without regard to how they were
created or evidenced.

For value received, Holder of Note and Lien releases the Property from the Lien.

Holder of Note and Lien expressly waives and releases all present and future rights to establish or
enforce the Lien as security for payment of any future or other indebtedness.



Brenner Family Limited Partnership
Lawrence Brenner, General Partner

STATE OF TEXAS

COUNTY OF <u>AUSTIN</u>

This instrument was acknowledged before me on the ___6th___ day of __June__,
2013 by <u>LAWRENCE BRENNER.</u>

PATRICIA SVEC
Notary Public
STATE OF TEXAS
My Comm. Exp. November 6, 2016

_____
Notary Public, State of Texas


Kenton J. McAllister

STATE OF TEXAS

COUNTY OF <u>AUSTIN</u>

This instrument was acknowledged before me on the ___6th___ day of __June__,
2013, by <u>KENTON J. McALLISTER.</u>



PATRICIA SVEC
Notary Public
STATE OF TEXAS
My Comm. Exp. November 6, 2016

_____
Notary Public, State of Texas

2

BLOCKS & LOTS - OLD TOWN SAN FELIPE

| GRANTOR: | SFdA Corp. |
| GRANTEE: | Gilbert Longstreet   (Public Sale) |
| VOL./PAGE: | B / p.17 |
| DATE: | 1/25/1839 |

244  207

NOTES:

*Kent 8*

*Wes Brenner*

*Gilbert Longstreet*
*Lots 209 4 244*

*3/20/1839*

17

*17*

Tract said Stephison now lives on crossis Piney Creek thence

S 25 W 758 vars to a Hickory marked --- another Hickory

and dogwood marked Thence S 65 E 338 vs a stake and a post

oak marked Thence N 25 E 888 vrs to Piney Creek thence up

the said creek to the beginning it being a part of the League

of Land granted to J. Nichols also another Tract Bounded Begin

-ning at a stake set for the E corner of the tract the said

Stephison now lives on thence N 25 E 250 vs to a stake on

a branch thence up said Branch with the meanders thereof

Bearing North 35 W. to where the S E, line of a tract of Land

belonging to B Granville crosses. said Branch thence S 25

W with said Granvilles line to the corner of said Stephesons

survey thence S. 65 E 958 vs to the place of beginning it being

a part of the League of Land granted to J Nichols for the above

specified sum above expressed I transfer unto the said Stepheson

for myself executors administrators Heirs & assigns with all my rights

and privileges and appertenances thereunto belonging unto James

Stephison his heirs executors and administrators all and every part

thereof guaranteeing the same against all lawful claimants whatsoever

renouncing all the Laws that might in anywise tender exist to impair

or in any manner to make null and void any part of this Deed and

instrument of conveyance from the true intent and meaning of this Deed.

Signed and delivered in presence of the subscribing witnesses this

15th day of April One Thousand Eight Hundred and Thirty Nine Town of Austin

Test David Ayres
H. J. Campbell

his
John x Nichols
mark

Republic of Texas )

County of Austin )   This day in proper person came John Nichols

before me at office and signed and delivered the foregoing Deed Town

of Austin April 15th 1839

Filed for record April 15th 1839 & recorded April 16-

J Benton Johnson
Clerk

- - - - - - - - -

(Corporation of San Felipe   to  Gilbert Longstreet.  No. 18.)

Republic of Texas )

County of Austin )   Corporation of San Felipe de Austin
Know all men by these presents that in virtue of

the faculties and powers conferd upon this corporation of the Town of San

Felipe de Austin having sold at public sale on the Twenty Fifth day January

1839 to Gilbert Longstreet he being the highest and best bidder for the

sum of Seventy one Dollars and fifty Cents the receipt of which is hereby

acknowledged to have been made in conformity with the terms of said sale

and by this act & instrument bargain sell and convey by real and public

sale by way of successive right & perpetual alienation to the

*Kent*

18

Gilbert Longstreet Two Town Lots being in said Town
known as Lots (207) No Two Hundred & seven & No (244)
Two Hundred & forty four and the said Corporation by
this act and instrument dispossesses itself of said Lots
giving to the said purchaser peaceable posession and a
warrantee title Deed to the said Lots with all and singular
the rights privileges & appertenances thereunto belonging
that he may posess use enjoy alienate or dispose of the same
as any other property acquired by a just and legal Title
in Testimony whereof we have hereunto signed this Deed
and delivered the same to the said purchaser signed with
the private seal of the secretary and Mayor of this Corporation
there being no seal of office signed sealed and delivered in
presnece of the subscribing witnesses this the 20th day of
March 1839.

                                        James Blair Mayor
William B Gayle Secretary
Republic of Texas )
County of Austin  )   In proper person came William B Gayle
before me at office and acknowledged his signature to the
foregoing Deed April 15th 1839 Town of Austin

                              J Benton Johnson Clerk & recorder
Filed April 15th & recorded on the 16th 1839

                              J Benton Johnson Clerk

                 - - - - - - - - -

(Simon Schloss    to  J Castanie   Deed    No. 19.)
State of Louisiana     )
City of New Orleans  )  Be it known that on this first day of
February one thousand eight hundred and thirty nine I Simon Schloss
of the City of New Orleans State of Louisiana, and United States of
America, of the one part, and Justin Castanie of the Republic of Texas
of the other part Witnesseth, that for and in consideration of the sum
of Five Thousand Dollars to me in hand paid by Justin Castanie the
receipt whereof is hereby acknowledged, have this day granted bargained
sold aliened, conveyed and confirmed and passed over in full and perfect
and bona fide sale and by these presents do grant bargain sell alien
convey and confirm and pass over in full, perfect and bona fide sale to
the said Justin Castanie his heirs and assigns, all the right title and
interest which I the said Simon Schloss have acquired by a deed of purchase
dated the thirteenth day of September, One thousand eight hundred and
thirty eight from Juan Antonia Padilla of Nacogdoches County, in
the Republic of Texas of the one part and Simon Schloss and Justin
Castanie of said County of the other part which said deed was recorded
on the third day of November one thousand eight hundred and thirty eight
in San Felipe de Austin in the book of Deeds A pages 316 - 317  18

BLOCKS & LOTS - OLD TOWN SAN FELIPE

| GRANTOR: | SFdA | |
|---|---|---|
| GRANTEE: | Caswell S. Parrish | - (Public Sale) |
| VOL./PAGE: | A / p. 379 | |
| DATE: | 1 / 7/1839 | |

NOTES:

Why? Municipal / Ross
Lot 180
Why? Church Square 177 ?

*5FLA to*
*Caswell Parrish*
*lots 180 | 108 | 177*
*246 | 205 |*

*1 | 7 | 1839*

379

379
contained

Given under my hand at office this ninth day January 1839

J Benton Johnson

County Recorder

Filed in office January 9 & recorded 17th 1839

J Benton Johnson

C. R.

- - - - - - - - -

( Corporation   to   C. S. Parrish   Deed.)

(No. 194)

Republic of Texas    )

County of Austin     )   Corporation of the Town of San Felipe

de Austin  Know all men by these presents that

in virtue of the faculties and powers confered

upon this Corporation of the Town of San Felipe de

Austin by the Laws and by an act of Congress of this

Republic incorporated said Town & the Corporation of

the Town of San Felipe de Austin having sold at

public sale on the Seventh day January Eighteen

Hundred and thirty nine to Caswell S Parrish he

being the highest & Best bidder for the sum

of Two Hundred & thirteen Dollars & seventy

Five cents the receipt of which is hereby acknow-

ledged to have been made in conformity with the

terms of said sale and by this act & instrument

bargain sell & convey by real and public sale

to the said Caswell S Parrish his

Heirs & Successors by way of Succession

right of perpetual alienation Five Town

Lots known as Lots No One Hundred

and Eighty No One Hundred and Eight

No One Hundred & Seventy Seven No Two

Hundred & Five and No Two Hundred and

Forty Six and the said Corporation

*Kent (246) (205)*
*Municipal | Ross (180)*
*Church Sq. (177)*

**380**

by this act disposeses itself of said
lots giving to the said purchaser
peacable posession and a warrantee
title Deed to the said Lots numbered
as aforesaid with all and singular
the rights  privileges & appurtenances
thereunto belonging that he may
posess use enjoy alienate or dispose
of the same as a thing which is his
own acquired by a just and legal
title In Testimony whereof we have
hereunto signed this Deed and delivered
the same to the said purchasers Caswell
S Parrish Signed with the private seals
of the secretary and Mayor of said
Corporation there being no seal of office –
      Signed selaed and in presence
of the subscribing witnesses
Jany 22d 1839 –
Witness                      James Blair Mayor
                             Wm B. Gayle Secretary
J H Money
Republic of Texas    )
  County of Austin   )    This day in proper
person came J H Money before me J Benton
Johnson (County Clerk) who on oath subscribes
& says that his signature  which is signed as
a witness to the foregoing Deed was signed
by him & & the signature of James Blair Mayor
was signed to the above Deed by the said Blair
in his presence & for the purposes therein set
forth.
      Town of Austin Jany 23 1839
            J H Money
Sworn to & subscribed before me
Filed Jany 23 & recorded same day

            J Benton Johnson C C



3/18/1839

Caswell Parrish

Wm. P. Huff &
Elinor (Eleanor) Huff
(minor)

(OB 2054.214)

( S. C. Parrish  to  Wm. P. Huff as Trustee for Eliner Huff.  Deed. 1 Town Lot.)

Republic of Texas  Austin County -

Know all men by these presents
that I Caswell S Parrish of the County aforesaid
for and in consideration of the Sum of Fifty Dollars
to me in hand paid by the purchaser have granted bargained
& sold and by this act sell and convey all my right title
and interest in and to a certain Town Lot in the Town of
San Felipe de Austin known in the Town Plat as Lot No 246
to Wm P Huff as trustee for  his Daughter Mary Louisa
Huff to her & her legal Heirs forever she being now a
minor about Two years of age -  Now whereas, I have
sold the above Lot of Ground described for the above
mentioned sum of money I bind myself my property present
and future to warrant and defend the Title to the same
against all the claims or demands whatsoever.

Given under my hand & seal this 18th day of March
1839 in the presence of the subscribing witnesses - -

J H Money         }
J M Pennington    }            C S Parrish    (Seal)

Republic of Texas County of Austin

This day in proper person came C S Parrish
and acknowledged the signing and delivery of the within
Deed & that he signed the same for the purposes therein set
forth
                    J Benton Johnson County Recorder

Filed for record March 19 & recorded 20th 1839
                    J Benton Johnson C. C. & R.

- - - - - - - - - -

No 2

Republic of Texas County of Austin
                    Know all men by
these presents that I Caswell Parrish of the County
aforeaid for and in consideration of the sum of Fifty Dolls
to me in hand paid by the purchaser have granted bargained
and sold and by this act sell and convey all my right
Title and interest in and to a certain Town Lot in
the Town of San Felipe de Austin known in the -
Plat of said Town as Lot  No 205 to Wm P Huff as
Trustee for his Daughter Elenor Huff to her and her
legal Heirs forever she being now a minor of about
four years of age - Now whereas I have sold
the above described Lot of Ground for the above mentioned
sum of Money I bind myself my property present

and future to warrant & defend the Title to the same
against all other claims or claimants whatsoever.

Given under my hand and seal this 18th day of
March 1839 in the presence of subscribing  -
Witnesses

J H Money          )                    C. S. Parrish
J M Pennington     )

Filed for record 19th & recorded March 20th 1839

                              J Benton Johnson County Recorder

Republic of Texas County of Austin

                This day personally came C S Parrish and -
acknowledged the signing & delivery of this Deed and that
the same was signed by him for the purposes therein set forth.
Town of Austin March 20th 1839

                         J Benton Johnson County Clerk

                                        & recorder

              - - - - - - - - - - -

( C R Johnson      to     John A Barclay )

                         No 3

              Know all men by these presents that
I Edwin R Johnson am held and firmly bound unto John
A Barkley in the penal sum of Twenty Thousand Dollars
for which payment well & truly to be made I bind
myself my Heirs Executors and assigns and firmly by
these presents the conditions of the above obligation is
such that wherein I have this day constituted John A
Barclay my attorney to clear out One Third of a League
of Land and also Nine Hundred and Sixty Three Hundred
& Twenty acres of Land for which consideration I bind
myself my heirs assigns and to make him a good and sufficient
Title to one Third of the Three claims as aforesaid third
to be taken on any one side or end of said survey or
surveys so as to be runn in a square but the said Barkley
agrees to take his part of the Third and the Nine Hundred
& Sixty acre claim by agreement of parties - Now if I make
or cause to be made to the sd Barkley his heirs or assigns
a good & sufficient title to one Third as aforesaid within
one month from the time I shall receve a patent from the
Government or as soon tharein after as circumstances will
permit then this obligation to be null in void otherwise to
remain in full force & virtue in law - In testimony whereof I
have hereto set my hand and seal March 12th 1839

John x Trunall mark  )              Edwin R Johnson
Thos x Splaum  mark  )
James C Armstrong    )     Republic of Texas County of Austin

This day personally came Edwd R Johnson before me at office in this
Town and acknowledged his signature to the foregoing act & that he
signed the same for the purposes therein set forth March 20 1839
Town of Austin Filed & recorded same day    J Benton Johnson C. U. & R.

*3/20/1839*   *Chancy Shepard & Gilbert Longstreet*   *B7*

( C B Shepard    to   Gilbert Longstreet.)

No 9

Republic of Texas }

County of Austin } Know all men by these presents That I Chancy B Shepard for and in consideration of the sum of Eighty Dollars to me in hand paid by Gilbert Longstreet the receipt whereof is hereby acknowledged to have been made to my entire satisfaction from this day bargained sold alienated and disposed of all my right title and interest in and to Two certain Town Lots in the Town of San Felipe de Austin known in the plat of said Town as Lots No 206 Two Hundred & Six and 245 Two Hundred and Forty Five and as more particularly described in a Deed from the Corporation of said Town to me bearing date on the 22nd of January Eighteen hundred & thirty Nine I do by this act and instrument dispossess myself of said Lots numbered as aforesaid vesting in the said purchaser Gilbert Longstreet all the right title interest privileges and appurtenances that I acquired by virtue of the said Deed that he may possess use enjoy alienate or dispose of the same in any manner that he may think proper as any thing of his own acquired by a Just and legal Title: all of which I declare and sign in presence of the subscribing witnesses this March 26th 1839

Witness  Wm B Gayle }

          Alexander T Gayle }          C B Shepard

                              This day in proper person came C B Shepard before me at office and acknowledged the signing & delivery of the foregoing Deed

                              J Benton Johnson  Clerk

Town of Austin March 20th 1839 & the same filed for recor_ & recorded April 9 1839 - J Benton Johnson

- - - - - -

( N Townsend    to    N Whitehead   Note.)

Republic of Texas }          #10

County of Harrisburg ) Know all men by these presents that I Nathaniel Townsend of the Republic aforesaid for and in consideration of the sum of seven Hundred Dollars for which Nicholas Whitehead has executed his promissory Notes in favor of John H Money and Nathaniel Townsend payable on the first of January next I do hereby grant bargain and sell unto the said Whitehead a certain part of Town Lot No 535 in the Town of San Felipe de Austin being the remaining half of the Lot on which the said Whitehead store stands together with the improvements thereon and one twelve Hundred Gallon Cistern and I bind myself my heirs &c in the penal sum of One Thousand Dolls

7

*Kent lots 206+245*

*1/22/1839*

*Chancey Shepard*

329

No. 265.

Republic of Texas }
County of Austin }

Corporation of San Felipe De Austin

    Know all men by these presents that in virtue of the faoculties and powers confirmed upon this Corporation of the Town of San Felipe de Austin by the laws and by an Act of Congress of this Republic incorporating said Town & the Corporation of the Town of San Felipe de Austin having sold at public sale on the seventh day of January eighteen hundred and thirty nine to Chancey B Shepard, he being the highest and best bidder for the sum of Two hundred and seventy five Dolls and Twenty five cents the receipt of which is hereby acknowledged , to have been in  conformity with the terms of said sale and by this act and instrument, bargain, sell and convey by real and public sale to the said Chancey B Shepard his heirs and successors by way of succession right and perpetual alienation Six town lots being in said Town Known as Lots No. one hundred and forty seven, No. one hundred and forty six, No. Two hundred and six, No. Two hundred and Eleven, No. Two hundred and forty, and No. Two hundred and forty five, and the said Corporation, by this act, dispossesses it self, of said lots, giving to the said purchaser peaceable possession and a warrantee title deed to the said lots numbered as aforesaid, with all and singular the rights previledges & appertinances thereunto belonging that he may possess use enjoy sell alienate or or dispose of the same as a thing which is his own acquired by a just and legal title, In Testimony whereof we have hereunto signed this deed and delivered the same to the said purchaser Chancey B Shepard. Signed with the private seals of the Secretary and Mayor of said Corporation there being no seal of office. Signed sealed and delivered this day in presence of the subscribing witnesses. January 22nd 1839.

*147, 146, 149*
*206, 211, 240*
*& 45*

Witnesses

J H Money

James Blair Mayor

William B Gayle

Secretary

Republic of Texas }
County of Austin }

    This day came & appeared before me the undersigned Deputy Clerk, James Blair & William B Gayle whose names appear to the foregoing instrument & acknowledged that they signed the same for the purposes therein contained & expressed.

    Given under my hand & seal of office at San Felipe May 26th A D 1842.

Filed & recorded May 26th 1842

    J Hillyard  D. C.

A. Somervell Clerk C. Ct. C.

pr J. Hillyard Deputy Clerk

329

*lots 147/ 146*
*206/211*
*240/245*

*Parsonage*
*Kent*
*(206/245)*
*(Brenner)*

11/20/1858

N. Townsend to
F. A. Engelke
lots

573

ORIGINAL PAGE
NOT LEGIBLE

this thirteenth day of January, in the year of our Lord
One Thousand Eight Hundred and Fifty Eight

Recorded
1° 278
Continued

Witness

John T. Brady
Daniel J. Adams

Joseph Allen          [L.S.]
Corbin Warwick        [L.S.]
Trustees for the Va Co. by their Atty in fact
J. W. Laurance        [L.S.]
Peter C. Minor        [L.S.]
per J. W. Laurance
Atty in fact

The State of Texas )
Harris County      )   Before me Augustus C. Daws a Notary
Public in and for said County duly commis-
sioned and qualified, this day personally appeared Joseph
Allen & Corbin Warwick Trustees for the Va Company and
Peter C. Minor by their Attorney in fact Jas W. Laurance, to
me well known, and acknowledged the execution of the Instru-
ment of writing on the first and second pages hereof, as his and
their act and deed, for the purposes and consideration there-
in contained.

Given under my hand and official seal at
office in Houston this 13th January A.D. 1858.
Aug C Daws
Not Pub Harris Co

Filed for Record on the 25th day of November 1858
A.D. 1858 & Recorded on the 9th day of December 37 & 38
A.D. 1858. — The words "& Peter C. Minor for himself" in 2nd &
this records interlined in original &
A Robinson Co Clk A.C. Co

A Robert Helper

State of Texas   )
County of Travis )   Know all men by these presents, that
I, Nathaniel Townsend of the State
and County aforesaid for and in consideration of One
Hundred and forty Dollars to me in hand paid by F.
A. Engelke of Austin County, Texas, do hereby convey
to the said Engelke One Block of lots in the town of San
Felipe, County of Austin and State of Texas, numbered 142,
143, 144, 181, 182, 183 in accordance with the plan of said town
and being the same lots on which I resided prior to the Texas
Revolution. To have and to hold said lots and appurtenan-
ces unto the said Engelke his heirs and assigns forever, hereby
warranting and defending the title to the same against
all persons whomsoever claiming the same by, through
or under me. In witness whereof I have hereunto

lots 142-144
and 181-183

Kent
main lots

ORIGINAL PAGE
NOT LEGIBLE

579
574

Record
No 479
Continued

set my hand and scrawl for seal at the city of Austin the 20th day of November A.D. 1858.

Nath'l Townsend

State of Texas
Travis County

Personally appeared before me Geo W. White, Notary public for said County & State, Nathaniel Townsend to me well known & acknowledged that he executed the within Deed for the purposes and considerations therein stated. Witness my hand and official Seal this 20 Nov 1858.

Geo W White
Notary Public

L.S.
$P 16

Filed 20th day of Novem A.D. 1858 at 2 O'clk P.M. & Recorded Dec 10 10 o'clk A.M. A.D. 1858.

Geo F Johnson Clerk Austin Co
Austin Texas

Record
No 480

State of Texas
County of Austin

Known all men by these presents, that I, Christian Rudloff of the State and County aforesaid, for and in consideration of the sum of One Hundred And Ninety Three Dollars to me in hand paid by Frederick Grentrup of the same State and County, the receipt whereof is hereby acknowledged, have sold, released and conveyed, and by these presents do sell, release, and convey unto the said Frederick Grentrup a certain parcel of Land, being a part of a tract of Land deeded to me on the 23rd of July, 1857 by ... Clark out of a league of Land originally granted to Wm Sutherland situated on the West bank of the West prong of Mill Creek in Austin County, and said parcel of land is more fully described by the field notes as follows: Beginning at a Stake on one of the S.E. corners of a tract of land belonging to Vogtsang, running thence ... said Vogtsang's line ... S 43 E at 810 varas passed the S.E. corner of a piece of land belonging to F Grentrup at 978 varas set a stake for the N.W. corner; thence S 2 ... W 88 varas to a lake on a branch; thence S 47 W 88 varas, thence ... W 27 varas to the place of beginning containing in said limits 22 acres of Land, together with all and singular the rights, hereditaments and appurtenances belonging to the same or in any wise appertaining thereunto, To Have and to Hold all and singular the premises above mentioned unto the said Frederick Grentrup his heirs or assigns forever, And I do hereby bind myself, my heirs, Executors, Administrators or assigns, to warrant and forever defend all and singular the said premises unto the said Frederick Grentrup his heirs

BLOCKS & LOTS - OLD TOWN SAN FELIPE

| GRANTOR: | J. a. Engelke + Fredrica Engelke |
|----------|----------------------------------|
| GRANTEE: | R. R. Penn |
| VOL./PAGE: | H / p. 649 |
| DATE: | 12/21/1859 |

| 183 | 142 |
|-----|-----|
| 182 | 143 |
| 181 | 144 |

NOTES:

*Engelke to Penn 1860*

Lots 142-144
Lots 181-183

649

incident or appertaining, to have and to hold all and singular the
premises above mentioned unto the said August Lindermann his heirs
and assigns forever, and I do hereby bind myself my heirs, executors
and administrators to warrant and forever defend all and singular the
said premises unto the aforesaid August Lindermann his heirs and assigns
against every person whomsoever lawfully claiming or to claim the same
or any part thereof, through myself or any act whatever on my part or
on the part of my heirs executors and administrators -

Witness my hand and seal this the 9th day of December A. D. Eighteen
Hundred and fifty four.

Signed sealed and delivered                    Alfred Evans      (seal)

in presence of

F Joseph Miller

The State of Texas  )

County of Austin    )   Before me Samuel A. Shelburne a Notary
Public in and for said County of Austin
personall_ appeared F Joseph Miller one of the subscribing witnesses
to the foregoing deed or instrument of writing and to me well known
bearing date December the 9th day A. D. Eighteen Hundred and fifty four
and stated under oath that he saw Alfred Evans sign said instrument
and that said Evans declared that __ signed sealed and delivered the
same for the purposes and considerations therein stated -

To certify to which I hereunto sign my name and attach the impress
of my official seal this 10th day of December A. D. 1859.

(L.S.)     _____

Filed for Record at 4 P. M. January 7th A. D. 1860 and recorded at
1½ P. M. January 12th A. D. 1860. "August in the 5th line of this
record is written over an erasure in original -

Geo. W. Johnson C C C A C

Z. W. Matthews Deputy.

- - - - - - - -

( F A Engelling to R R Penn.)

Record No. 436.

State of Texas   )

County of Austin )   Know all men by these presents that we F. A.
Engelke and Frederica Engelke of the State
and County aforesaid for and in consideration of eight hundred Dollars
to me in hand paid also by a note for six good stock cows with calves
delivered in the month of May 1860, by R. R. Penn of Austin County
Texas, do hereby sell and convey to the said Penn one Block of lots
and houses and other improvements on said Block in the town of San
Felipe County of Austin and State of Texas numbered 142, 143, 144, 181,
182, 183 in accordance with the plan of said Town and being the same
lots we bought and held by a deed from Nathaniel Townsend Austin,
County of Travis, State of Texas.

*Kent*

650

To have and to hold the said lots and appurtenance_ unto the said
Penn his hears and assigns forever, hereby warranting and defending
the tittle to the same against all persons whomsoever claiming the
same by, through or under us.

In witness whereof we have hereunto set our hand and scrawl for
seal at the town of San Felipe the 21st day of December A. D. 1859.

F. A. Engelke      (L.S.)

Frederica Engelke  (L.S.)

The State of Texas  )
                    )
County of Austin    )      Before me, Ernst Kleberg, a Notary Public in

Austin County personally appeared this day
F. A. Engelke and his wife Frederika Engelke of San Felipe in this
County of Austin, known to me as the party who had signed the foregoing
conveyance, dated the 21st day of Decbr. 1859 in favor of R. R. Penn and
declared the said conveyance to be their act and deed, and that they
had signed, a ealed & delivered the same for the uses and considerations
therein contained & expressed. And the said Frederica on a private exmina-
tion seperate from her said husband, having the consequences of said con-
veyance & her rights fully explained to her by me, furthermore acknowledged
that she had signed sealed & delivered the said conveyance freely and
voluntarily without fear or compulsion and that she wished not to re-
tract it.

In testimony whereof I sign hereto my name & impress my notarial seal
on the 21st day of December 1859.

(L.S.)   Ernst Kleberg Not. Publ. A. C.
No. 404

Filed for Record at 9 A. M. January 9th A. D. 1860 and recorded at 2½ P. M.
January 12th A. D. 1860.

Geo. W. Johnson C C C. A. C.

Z. W. Matthews Deputy.

- - - - - - - -

( A Groesbeck   to  D H Paige.)

Record No. 437.

The State of Texas  )
                    )
County of Harris    )      Know all men by these presents, that I Abraham

Groesbeck of the County of Harris & State of Texas,
in consideration of the sum of one Thousand one hundred & seven dollars to
me paid by David H. Paige of the City County & State of New York, the
receipt whereof is hereby acknowledged have this day granted bargained,
sold & quit claimed, & do hereby grant, bargain, sell, convey & quit claim
to him the said D. H. Paige his heirs & assigns, an undivided one half of
the following described land to wit: on the east side of the Brazos River,
and joining on the east side of the Justo Liendo Hacienda survey and more

BLOCKS & LOTS - OLD TOWN SAN FELIPE

| | |
|---|---|
| GRANTOR: | R.R. Penn & Sarah Penn |
| GRANTEE: | John W. Allen |
| VOL./PAGE: | Q / p.126 |
| DATE: | 12/29/1868 |

| 183 | 142 |
|---|---|
| 182 | 143 |
| 181 | 144 |

NOTES:

R. L. Penn
& Sarah Penn
to
John W. Allen
1868

126

lots: 142, 143, 144
181, 182, 183

Record No 115
Continued

Jany 1871

P. S. McKay
Hattie F. McKay

The State of Texas } Before me W. S. Wright a Notary Public in
County of Austin } and for the County of Austin this day personally
appeared R. N. McKay and Hattie F. McKay
husband & wife to me known as the parties whose names are signed to
the above and foregoing Deed or instrument of writing and who
acknowledged to me that they signed sealed, and delivered the same
for all the purposes and considerations therein expressed and contained
And the said Hattie F. McKay having been in tier examined
privily and apart from her said husband touching said Deed or
instrument of writing and having had the same read and
fully explained to her declared that she fully understood its and
that she signed the same of her own free will and accord
without any compulsion whatever on the part of any one, and
that she did not wish to retract.

In testimony whereof I hereunto sign my name
and affix the impress of my Official Seal
at Office in Hempstead this the 29th day
of April A.D. 1871.
W. S. Wright Notary Public Austin Co.

Filed for record Sept 12th 1871 at 4 o'clock P.M. and recorded
at 3.20 o'clock P.M. Sept 28th 1871.      Thos Chapman Clerk

50 cent Revenue Stamp attached

State of Texas }
County of Austin } Know all men by these presents that we
R. L. Penn and Sarah C. Penn of the State
and County aforesaid for and in consideration of the sum of
four hundred dollars in gold to us in hand paid the receipt
of which is hereby acknowledged, have bargained sold and
conveyed unto John W. Allen his heirs and assigns forever,
six block of lots in the town of San Felipe Austin County
State of Texas numbered as follows 142. 143. 44. 181. 182. and
183, in accordance with the plan of said Town; together
with all the improvements upon said lots and the
appurtenances belonging or appertaining to the entire
place. To have and to hold said premises with their
appurtenances unto the said John W. Allen his heirs
and assigns forever. And we do bind ourselves, our
heirs executors and administrators, unto the said
John W. Allen his heirs, executors administrators &
assigns, said premises forever to defend & warrant
against all lawful adverse claimants whatsoever.

Witness our hands and scrolls for seals on this
the 29th day of December A.D. 1868.
R. L. Penn
Sarah C. Penn

The State of Texas } Before me F. G. Eidman Notary
County of Austin } Public within and for the aforesaid
County & State this day personally
appeared R. L. Penn to me well known who signed the
Deed or instrument of writing on reverse side of this

Kent

127

Record No. 116
Continued

ment bearing date 29th December A.D. 1868. and acknowledged to me that he did so for all the purpose or consideration therein contained and expressed or intended to be expressed. also at the same time and place appeared Sarah E. Penn wife of the said R.R. Penn who signed the same in my presence and after being privately examined by me and having had the same read and explained to her separate and apart from her said husband she declared to me that she did so of her own accord without any force coercion or compulsion on the part of her said husband or any one else and that she did not wish to retract the same or any part thereof

To certify all which I hereunto sign my name and affix the impress of my Notarial Seal at Office SanFelipe this January 1st A.D. 1869.

(Seal)  P. G. Eidman Notary Public Austin Co. Tex

Filed for record at 2 oclock P.M. Sept. 16th 1871. and recorded at 2 oclock P.M. September 28th A.D. 1871.

Thos Chapman Clerk

Record No. 117 ✓
S.R. P.P. Stringfellow

D.S. Deed of Trust
to A. Danke
Koch Trustee

50 cent Revenue Stamp attached.

State of Texas }   Know all men by these presents that we Sarah L.
Austin County }   Stringfellow & husband P.P. Stringfellow for and in consideration of the sum of ten dollars to us in hand paid at & before the execution & delivery hereof, by Gustav Koch, the receipt of which is hereby acknowledged, have granted, bargained, sold & conveyed, & by these presents do grant, bargain sell & convey unto him the said Gustav Koch the following described tract of One hundred & seven acres of land out of the Gibson Kuykendall grantor of a league in Austin County & more particularly described as follows. Being all of that certain tract of 207 acres of land deeded by J.H. Catlin to Samuel H. Catlin & Sarah L. Catlin by deed of date the 25th day of April A.D. 1857, & recorded in Book A. of deed records of Austin County pages 180, 0-181 & 196. less one hundred acres sold & conveyed by the said Samuel H. & Sarah R. Catlin to William Schroeder by deed of date by deed of date January 25th 1871. recorded in Book P. of deeds records of said Austin County pages 361. 0-362 0-363 —: said 207 acres being described by metes & bounds as follows. "Beginning at the lower corner of the Gibson Kuykendall grantor of a "league on the E. bank of Mill Creek – Thence N 44½ E. 1740 varas to "Fortuuch's corner – Thence S. 44½ E. 1370 varas to another corner of "Fortuuch in the field – Thence N 70 E. 300 varas. to a rock near "the east side of the Bellville road & west of E. Cleveland's fence – "Thence N 31½ W. 424 varas to an old corner. The S.E. corner of J.H. "Catlin's Homestead. Thence S 86½ W. with said Homestead line 170 "varas to a stake in field – Thence S 11½ W. 1215 varas to a stake for "a corner of lot No 2. from which a Post Oak marked + bears N. 1 W. "5 va. & another Post Oak marked + bears S 24 E. 8 va — Thence S 59 E "100 varas to a corner of lot No 2. – Thence S 4½ W. 1400 va. to a 50 acre "track reserved by J.H. Catlin Thence S 87 E. with said track 205 "varas to the N.E. corner of the same – Thence S 42 W. with the E line "of the same to Mill Creek – Thence down Mill Creek to the beginning "Containing 207 acres" — To have & to hold all & singular the above described tract of land (less the 100 acres sold to William Schroeder as aforesaid) unto him the said Gustav Koch his heirs, assigns & successors in fee simple forever, & we hereby bind ourselves our heirs, & legal representatives to warrant

12/23/1876

So. of Fq.
Eidmar
Deed.

14/594

594

Record No.
585

Corporation of San Felipe

to

S.C. & R.G. Eidman

deed

The State of Texas }
County of Austin }  Know all men by these presents That the Corporation of San Felipe for and in consideration of the sum of fifty dollars in hand paid by S.C. Eidman & R.G. Eidman the receipt of which is hereby acknowledged have bargained sold released and conveyed and by these presents do bargain sell and convey unto S.C. Eidman and R.G. Eidman of the aforesaid County and state the following in and out lots situated within the limits of said Corporation To wit:

Nos In lots (79) seventy nine, (80) Eighty, (81) Eighty one, 118 one hundred & eighteen (119) one hundred & nineteen (124) one hundred & twenty, (203) two hundred & five. (206) Two hundred & six (207) Two hundred & seven (208) two hundred & eight (209) two hundred & nine (210) two hundred & ten, (211) two hundred & Eleven, (212) two hundred & twelve, (213) two hundred & thirteen, (238) two hundred & thirty Eight (239) two hundred & thirty nine, (240) two hundred & forty, (241) two hundred & forty one (242) two hundred & forty two (243) two hundred & forty three (244) two hundred & forty four (245) two hundred & forty five (246) two hundred & forty six (271) two hundred & seventy one, (272) two hundred & seventy two, (273) two hundred & seventy three (274) two hundred & seventy four (275) two hundred & seventy five, (276) two hundred & seventy six (277) two hundred & seventy seven (278) two hundred & seventy eight (279) two hundred & seventy nine (304) three hundred & four, (305) three hundred & five (306) three hundred & six (307) three hundred & seven, (308) three hundred & Eight (309) three hundred & nine (311) three hundred and ten, (311) three hundred & eleven, (312) three hundred and (346) three hundred & forty six, (347) three hundred & forty seven (348) three hundred & forty eight (349) three hundred & forty nine (351) three hundred & fifty one (364) three hundred and sixty four, (365) three hundred & sixty five (366) three hundred & sixty six, (367) three hundred & sixty seven (368) three hundred & sixty eight, (369) three hundred & sixty nine, (403) four hundred & three, (404) four hundred & four (405) four hundred & five (406) four hundred & six, (407) four hundred & seven (408) four hundred & Eight (409) four hundred & nine (410) four hundred & ten (411) four hundred & eleven (412) four hundred & twelve (413) four hundred & thirteen (414) four hundred & fourteen, (415) four hundred & fifteen (416) four hundred & sixteen (417) four hundred & seventeen, (430) four hundred & thirty, (431) four hundred & thirty one (432) four hundred & thirty two (433) four hundred & thirty three, (434) four hundred & thirty four, (435) four hundred & thirty five (436) four hundred & thirty six (437) four hundred & thirty seven (438) four hundred & thirty eight (439) four hundred & thirty nine, (440) four hundred & forty (441) four hundred & forty one, (442) four hundred & forty two (443) four hundred & forty three, (444) four hundred & forty four — To have and to hold all and singular the right members hereditaments and appurtenances hereunto belonging or in anywise appertaining unto the said S.C. Eidman & R.G. Eidman their heirs administrators and assigns forever, and said Corporation does hereby bind itself and successors in office to forever warrant and defend the title of the aforesaid lots of land against any person or persons claiming the same or any part thereof by or through said Corporation.

In testimony whereof I J.J. Josey mayor of the corporation of the town of San Felipe do hereby sign my name officially by order of said Corporation this the 23 day of Decr 1876. have twenty fifth interline (277) & on 2nd page (309) written before signing.
Witness                                                    J.J. Josey Mayor of the
N B English                                              Corporation of San Felipe

The State of Texas }
County of Austin }  Before me a Notary Public in and for said County ... English a subscribing witness to the fore...ument ... and stated on oath, this ... J.J. Josey ... subscribe the same, and that he signed the same as a witness at the request of said J.J. Josey Mayor as aforesaid

To all of which I Certify by hereto setting my hand officially, with the seal of my office this 31 day of March A.D. 1877

A. McKinney  N.P. A.C.

(seal)

Both sides of
FM 1458  4th

fencing of
4th street.

Ross
Kent (Brenner) 1458
Kent (Hode/Halsey)

585

Filed for record at 11 o'clock A.M. April 2nd 1877   and recorded at 2 o'clock P.M.
April 26th 1877

Jno Macklued Clerk C.C.A.C.

Record No
586

J.J. Josey

No }   Deed

D.S. Renvan

The State of Texas }
County of Austin }  Know all men by these presents that I J.J. Josey of said County
of Austin in Consideration of the Sum of Two Hundred and Sixty
Eight dollars and forty two cents gold to be to me paid by D.S. Renvan of the
County aforesaid on or before the first day of January 1878, with interest at the
rate of ten per cent per annum from the first day of January 1877 until paid
for which the said D.S. Renvan has this day executed his note payable to the
order of J.J. Josey who retains the vendor's lien on the premises hereinafter described
to secure said payment of said purchase money, do by these presents grant, bargain,
sell, and Convey unto the said D.S. Renvan his heirs, and assigns; all that tract
or parcel of land lying in the said County of Austin, being a part of Labors Nos
6 & 7 below the town tract of the town of San Felipe on the west side of the Brazos
river originally granted to Thomas Westall, described as follows, to wit:
Beginning at the west corner of said Labors, thence South 45° E. ninety five varas
with the south west boundary of said Labors; thence N. 45° E. two thousand one
hundred and eighty varas to the Brazos river, thence up said river with its
Meanders to the North corner of said Labors, thence S. 45° W. two thousand one
hundred and eighty varas with the North West line of said Westall's Labors to the
place of Beginning. Containing thirty six and sixty eight hundredths acres, being that
part of said Labors on which said D.S. Renvan has improvements, Together with
all and singular the rights, members, and appurtenances to the same in any manner
belonging. To have and to hold unto the said D.S. Renvan, his heirs, and assigns forever
in fee simple. And I the said J.J. Josey will, and my heirs, executors, and administrators
shall the right and title of said property to the said D.S. Renvan, his heirs, and assigns
forever warrant and defend, against the claim of ourselves, or the lawful claim of any
person or persons whatever.
Witness my hand this 19th day of February A.D. 1877

J.J. Josey

The State of Texas }
County of Austin }  Before me A. McKinney, a Notary Public in and for the said County
of Austin, personally came J.J. Josey, to me well known, by whom
the foregoing deed bearing even date herewith appears to have been executed, and acknowledged
that he executed the same for the Consideration and purposes therein stated.
To all of which I certify by hereto setting my hand officially, with the
seal of my office this 19th day of February A.D. 1877
(seal)                                          A. McKinney  N.P. Austin County.
Filed for record at 11 o'clock A.M. April 2nd 1877 and recorded at 3 o'clock
P.M. April 26th 1877

Jno Macklued Clerk

Record No
587
J.N. Thornton
No } billedmortgage
A.H. Meyer

$256 88/100 — On or before the first day of October A.D. 1877 I promise to pay, to the order of
A.H. Meyer the sum of two hundred and fifty six dollars and eighty eight cents, with
ten per cent interest per annum after maturity value received— March 31st 1877

J.N. Thornton.

The State of Texas }
County of Austin }  Know all men by these presents that I J.N. Thornton for and

BLOCKS & LOTS - OLD TOWN SAN FELIPE

GRANTOR:   SF∂A Corp.
GRANTEE:   John W. allen
VOL./PAGE:   vol. u / g. 143
DATE:   1/5/1876

| 252 | 199 |
|-----|-----|
| 251 | 200 |
| 250 | 201 |

| 186 | 139 |
|-----|-----|
| 185 | 140 |
| 184 | 141 |

NOTES:

S. O. Eidman
John W. Allen

11/8/1873

**401**

Record 320
Continued

for & within the County and State aforesaid this day personally
came Christian Dettmar & Dorothea Dettmar Husband & Wife
to me well known & acknowledged to me severally that they
had Executed signed sealed & delivered the above and fore-
going Deed or Instrument of Writing for all the purposes and
considerations therein contained & Expressed.

And the said Dorothea Dettmar Wife as aforesaid being examined
by me privily and apart from her said Husband & after having
read and fully Explained to her said Deed. She the said
Dorothea Dettmar declared to me that she had Executed the
same as her voluntary Act and Deed without any force
or Coercion on the part of her said Husband or any
other person & wished not to retract it.

(Seal)  In Testimony whereof I hereunto sign my
Name & affix the impress of my Official
Seal this the 25th Day of October A.D. 1873

Max Meissner
Notary Public A.C.

Filed for Record at 5 o'clock P.M. December 27 A.D. 1873.
Recorded At 11 o'clock A.M. January 10th 1874.

J W Matthews
Clerk D. Ct. A.C.

Record No. 321

S. O. Eidman
To } Deed.
John W. Allen

The State of Texas }
County of Austin } Know all Men by there presents that I
S. O. Eidman of the State & County aforesaid
for and in consideration of the sum of Forty Dollars the receipt of
which is hereby acknowledged have bargained. sold. released
and Conveyed and by there presents do bargain. sell. Quit Claim
and convey all my right Title & claim unto John W Allen in
the following Lots of land they being a part of the Town Tract of
San Felipe and designated on the Map of said Town as in
lots No Two hundred & Two (202) Two hundred & three (203)
Two hundred & forty seven (247). Two Hundred & forty Eight (248)
Two hundred & forty three (243) Two hundred & sixty Eight (268)
Two hundred & sixty three (269) Two hundred & Seventy (270) Three
hundred & thirteen (313). Three hundred and fourteen (314) & Three
hundred & fifteen (315) Together with all and singular the rights.
members hereditaments and appurtenances to the same belonging
or in anywise incident or appertaining. To have and to hold all
and singular the Premises above mentioned unto the said John W Allen
his Heirs and assigns forever. And I bind Myself My heirs.
Executors and Administrators to warrant & forever defend the
said premises unto the said John W Allen his Heirs and assigns
against Every person whomsoever. lawfully claiming or to
claim the same by. through or under me.
In Testimony of which I hereunto set my Name
& seal. using scroll for seal this the 8th November A.D. 1873.
Witness }

S. O. Eidman (Seal)

313-315
(10)3 202-203      (202-203)
247-248-249
268-270

* out 204 *                    Kent

402

Record No. 321

Continued

The State of Texas }
County of Austin } Be it known that on this day before me A. McKinney Notary Public in and for said County, personally appeared S O Eidman, who acknowledged that he Executed the foregoing Deed of Conveyance for the Considerations & purposes therein set forth.

To Certify which I hereto sign my name and affix my seal at office in San Felipe this 8 Day of November A.D. 1873.

(Seal)

A. McKinney, Notary Public A.C.

Filed for Record at 5 O'Clock P.M. December 27th 1873.
Recorded at 12 O'Clock M. January 10th 1874.

Z. W. Matthews
Clerk D. Co. &c.

Record No. 322

G. T. Ross

To } Deed.

S.O. & F.G. Eidman

State of Texas }
County of Austin } Know all Men by these presents that I, G.T. Ross of the State and county aforesaid for and in Consideration of the sum of Ten Dollars to me paid by S O & F G Eidman also of the aforesaid State and County the receipt of which is hereby acknowledged have bargained sold and Conveyed and by these presents do bargain, sell quit claim and release unto said S.O. & F.G. Eidman all my right title, claim & interest, in the following lot of land they being a part of the Town Tract of San Felipe designated on the Map of said Town by the following numbers Viz No lots No. Seventy nine (79) Eighty (80) and Eighty one (81) Together with all and singular the numbers, hereditaments and Appurtenances to the same belonging or in anywise incident or appertaining.

To have and to hold all and singular the Premises above mentioned unto the said S.O. & F.G. Eidman their Heirs and assigns forever and I bind myself, my heirs, Executors and Administrators to warrant & forever defend the said premises unto the said S.O. & F.G. Eidman their Heirs and assigns against Every Person whomsoever lawfully claiming or to claim the same by through or under me.

In Testimony of which I hereunto set my hand & seal using scroll for seal this the 1st January A.D. 1873.

G.T. Ross (Seal)

The State of Texas }
County of Austin } Be it known that on this day before me A McKinney Notary Public in & for said County of Austin personally appeared G.T. Ross and declared that he Executed the foregoing Deed of Conveyance for the Consideration & purposes therein set forth.

To certify which I hereto sign my name and affix My name At office in San Felipe this 9 Day of October A.D. 1873.

(Seal)

A. McKinney,
Notary Public A.C.

*SFdA to*
*John Allen*
*1876*
*not 144 lot.*

**143**

Record No
119.

Edmund Ward
To } Lien.
Koch & Kopisch

The State of Texas }
County of Austin }
Know all men by these presents that I. Edmund Ward of said County & State in consideration of Five dollars to me in hand paid by Koch & Kopisch also of the said County and State the receipt of which is hereby acknowledged have bargained and sold by these presents do bargain & sell unto the said Koch & Kopisch the first bale of cotton weighing not less than 500 lb raised and gathered the present year 1876 on my farm about 6 miles West of Bellville in the forks of mill creek to be by me delivered to Koch & Kopisch at Bellville. so soon as the same can be gathered & prepared for market. This sale is made upon condition however that if I shall well & truly pay or cause to be paid to the said Koch & Kopisch their Bill of Advances Merchandise and supplies to be made & furnished to me by said Koch & Kopisch to the amount of Sixty Gold Dollars or less as my necessities require and to enable me to raise said cotton during this the year 1876. then this instrument shall be null & void. otherwise to remain in full force and effect

Witness my hand this 11 day of March AD 1876.

Edmund ✗ Ward

The State of Texas }
County of Austin }
Before me J. W. Matthews Clerk of the District Court within and for the County and State aforesaid. this day personally came and appeared Edmund Ward to me well known. who acknowledged that he had executed and delivered the above & foregoing Lien on Bale of Cotton, or instrument of writing for all the purposes & considerations therein contained and expressed.

(Seal)

In testimony whereof I hereunto sign my name and affix the impress of the seal of said Court at Office in Bellville March 11" 1876.

J. W. Matthews, Clerk.

Filed for Record at 5. o'clock P.M. March 11" 1876.
Recorded at 8½ o'clock A.M. March 13" 1876.

J. W. Matthews Clerk
E. D. Thomas Deputy

Record No
120.
Corporation of
San Felipe.
To } Deed.
John M. Allen

The State of Texas
Know all men by these presents that the Corporation of San Felipe. of Austin Co. Texas for and in consideration of the sum of One hundred dollars Coin. to them paid by J. M. Allen. the receipt of which is hereby acknowledged. have granted bargained sold and released and by these presents do grant bargain sell and release unto the said J. M. Allen. the following described lots of land embraced in the Town tract of San Felipe to the map of which reference is made for a more particular description of said lots Viz – In Lot No (139) One hundred & thirty three. (140) One hundred & forty. (141) One hundred & forty one. (184) One hundred & Eighty four. (185) One hundred & Eighty five. (186) One hundred & Eighty six. (199) One hundred & thirty nine. (200) Two hundred (201) Two hundred & One – (250) Two hundred & fifty. (251) Two hundred & fifty one. (252) Two hundred & fifty two. constituting two Blocks of ten lots together with all and singular the rights members hereditaments & appurtenances to the same belonging. or in any wise incident or appertaining.

*Rent*

44

120

To have and to hold. all and singular the premises above men=
tioned unto the said J N Allen. heirs and assigns forever and we do hereby
bind said Corporation Executors & Administrators to warrant and forever
defend all and singular the said premises unto the said J N Allen heirs
and assigns. against every person whomsoever. Lawfully Claiming
or to Claim the same or any part thereof by through or under said
Corporation after the date of this instrument.

In Witness whereof by Order of the Council of said Corpo-
ration I have hereunto signed my name Officially. this 5th day
of Jan A.D 1876.
                                        J. T. Ross.
J B Josey                               Secty Corp San Felipe
J. J. Josey

The State of Texas.    }    Before me A McKinney a Notary Public of
Austin County.         }    the County of Austin in the State of Texas duly
Commissioned and qualified. this day came & personally appeared
J J Josey of the County aforesaid to me personally known who on
his Oath says that he signed the foregoing deed as a Witness at the
request of J T Ross Secretary of the Corporation of San Felipe
who declared to said Witness that he said Secretary acknowledged the
Execution of the foregoing deed dated the 5th day of January A.D 1876,
and delivered the same as his binding act and deed. for the pur-
poses and considerations herein set forth and Contained.
            Given under my hand and Official seal. at
    (Seal)   my Office in San Felipe the 15th day of January
            A.D One thousand Eight hundred & seventy six
                                        A. McKinney N.P.A.C
Filed for Record March 13th 1876 at 11 o'clock A.M—
Recorded March 13, 1876. at 12 o'clock M.
                                        J W Matthews Clerk
                                        P W Thomas Dpty

Trans A.    The State of Texas     }    Whereas Ernst Friedrich Bartium deceased late
  121       County of Austin       }    of the County and State aforesaid. made his
Ernst Bartium                           last will and Testament in writing bearing date the 26th day of February
            }   Deed.               A.D 1874. thereby giving. devising and bequeathing to each of his
To                                      two sons Charles Bartium & Gustav Bartium. being his only heirs. the
Gustav Bartium                          sum of four hundred and fifty Dollars. and all the rest & residue
                                        of his Estate he gave and bequeathed to his Son Gustav Bartium,
                                        and whereas the said Charles and Gustav Bartium have mutually
                                        agreed to divide the Estate of their deceased Father. as by him di
                                        rested: now therefore,
            Know all men by these presents that I Charles Bartium of the
County & State aforesaid for and in Consideration of the sum of Four hun-
dred fifty dollar to me in hand paid by Gustav Bartium. Also of  the
aforesaid county and State. the receipt whereof I hereby acknowledged
and I hereby do therof acquit and forever discharge the said Gustav Bar-
tium his heirs and assigns I have remised released & forever quit claimed
and by these presents do remise release and forever quit claimed unto the
said Gustav Bartium. and to his heirs and assigns all my right. title. interest
Claim and demand. whatsoever in law or equity or otherwise howsoever
of. in or to all the Estate real personal or mixed. of which the said

BLOCKS & LOTS - OLD TOWN SAN FELIPE

| | |
|---|---|
| GRANTOR: | John W. Allen |
| GRANTEE: | O. G. Cannon |
| VOL./PAGE: | W / p. 248 - 249 |
| DATE: | 4/12/1879 |

| | |
|---|---|
| | |
| | |
| | |

| | |
|---|---|
| 252 | 199 |
| 251 | 200 |
| 250 | 201 |

| | |
|---|---|
| 186 | 139 |
| 185 | 140 |
| 184 | 141 |

| | |
|---|---|
| 315 | 268 |
| 314 | 269 |
| 313 | 270 |

| | |
|---|---|
| 249 | 202 |
| 248 | 203 |
| 247 | 204 |

| | |
|---|---|
| 183 | 142 |
| 182 | 143 |
| 181 | |

not 144

| | |
|---|---|
| | |
| | |
| | |

| | |
|---|---|
| | |
| | |
| | |

| | |
|---|---|
| | |
| | |
| | |

| | |
|---|---|
| | |
| | |
| | |

| | |
|---|---|
| | |
| | |
| | |

| | |
|---|---|
| | |
| | |
| | |

NOTES:

1/248

John W. Allen
to
O. G. Cannon

4/12/1879

248

221

The State of Texas }
Austin County } Before me, G.W. Bowlders J.P. & Ex officio Notary Public in and for said County and state, this day personally appeared O.P. Josey and his wife Martha E Josey both of whom are true well known, and severally acknowledged to me that they had signed and delivered the foregoing deed bearing date the 26th day of May A.D. 1879 for all the purposes and considerations therein stated.

And the said Martha E Josey being examined by me privily and apart from her husband and having said deed fully explained to her by me, she, the said Martha E Josey acknowledged the same to be her act and deed, and declared to me that she had freely and willingly signed and delivered the same, and that she wishes not to retract it.

(seal) To Certify, which I hereunto sign my name and affix my official seal at San Filipe this 26th day of May A.D. 1879.

G.W. Bowlders J.P. and Notary Public A.C.

Filed for record at 5 oclock P.M. July 22d 1879 and recorded at 3 oclock P.M. August 5th 1179.

J.M. Carithers Clerk C.C.A.C.

Record No. 222

State of Texas }
County of Austin } Know all men by these presents that I John W. Allen of the State and county aforesaid for and in consideration of ($400) four hundred dollars, cash to me in hand, by O.G. Cannon the receipt of which is hereby acknowledged unto the said O.G. Cannon of the aforesaid state and county, have bargained, sold, conveyed, and by these presents do bargain sell release and convey unto the said O.G. Cannon the following property in the town of San Filipe Points In lots No. (142) one forty two, (143) one forty three, (181) one eighty one, (182) one eighty two, (183) one eighty three. Also In lots (202) Two hundred and two, (203) Two hundred and three, (204) Two hundred and four - (247) Two hundred and forty seven (248) two hundred and forty eight, (249) Two hundred and forty nine, (261) Two sixty eight, (269) two sixty nine (270) Two seventy, (313) Three thirteen (314) Three fourteen, (315) Three fifteen (139) One thirty nine, (140) One forty (141) one forty one (184) One eighty four (185) one eighty five (186) one eighty six (199) one ninety nine (200) Two hundred (201) Two hundred and one (250) Two fifty, (251) Two fifty one (252) Two fifty two —

Together with all and singular the rights members hereditaments and appurtenances to the same belonging, or in any wise incident or pertaining thereto, To have and to hold all and singular the premises herein set forth unto the said O.G. Cannon his heirs and assigns forever and I do bind myself My heirs, executors and administrators to warrent and defend the title to the aforesaid in lots No (142) one forty two (143) one forty three (181) one eighty one, (182) one eighty two, and (183) One eighty three, against every person whomsoever, lawfully, claiming, or to claim the same or any part thereof And I quit claim all my right, title and claim in and to, to the above in lots not warranted, No (202) Two hundred and two (203) Two hundred and three, (204) Two hundred and four, (247) Two hundred and forty seven, (248) Two hundred and forty eight (249) Two forty nine, (261) Two sixty eight, (269) Two sixty nine (270) Two seventy, (313) Three thirteen (314) Three fourteen, (315) Three fifteen (139) one thirty nine, (140) one forty (141) one forty one (184) one eighty four, (185) one eighty five

Kent

249

222

(186) One eighty six (199) one ninety nine (200) two hundred (201) two hundred and one (250) two fifty (251) two fifty one (252) two fifty two, against any person claiming the same through or under me.

In testimony whereof I hereunto sign my name, and affix scroll for seal this the 12 day of April A.D. 1879.

John W. Allen (seal)

The State of Texas }
Austin County }

Before me G. W. Proulkes Justice of the Peace and exofficio a Notary Public in and for the state and county aforesaid personally came John W. Allen, by whom the foregoing deed bearing date of the 12th day of April A.D. 1879 appears to have been executed, and acknowledges and stated to me that he had executed the same for the consideration and purposes therein stated, said John W. Allen is to me personally well known.

To certify which I have hereunto set my hand officially and my notarial (seal) seal this 12th day of April A.D. 1879.

G. W. Proulkes
Notary Public Austin County

Filed for record at 5 oclock P.M. July 22d 1879 and recorded at 5 oclock P.M. August 5th 1879.

J W Matthews clerk C.C.A.C.

Record No. 223 ✓

State of Texas }
Austin County }

Know all men by these presents, that We Julius Schonert and Elizabeth Schonert, husband & wife & citizens of said County

Schonert & wife
&
to } Gustave Segar

& State, for and in consideration of the sum of one hundred & thirty three 33/100 Dollars, cash to us in hand paid by Gustave Segar, the receipt of which is hereby fully acknowledged, have granted, bargained, sold, released & conveyed & by these presents do grant, bargain, sell, release & convey unto said Gustave Segar all our right, title, interest & claim in the hereinafter described tract or parcel of land, said interest being one eighth (1/8) interest of said Elizabeth Schonert as heir at law of the Estate of Mrs Johanna Segar now deed said land being described as follows to wit: One hundred & sixty acres out of the Thomas Bell League in said County, about three mile east from Bellville on Piny Creek, the same land conveyed by deed dated Sept 10th 1850 by Thomas Bockrane to Mrs Johanna Markheinike, recorded in book D of deeds of said County pages 198 & 199 it also being the Homestead of the said Mrs Johanna & Gustave Segar —

Beginning at a stake set in the League line as the N.W. corner of this survey & the S.W. corner of a tract belonging to the estate of Dr. Burchard, thence S. 25° W. with the west line of the League 1640 varas to a stake on the North bank of Piny creek, from which a Pecan marked X bears S 15° E. 8 varas & another Pecan marked U bears S. 20° W. 7 varas, thence S. 65° E. 550 varas to a stake, thence N. 25° E. 1640 varas to a stake, thence N. 65° W. 550 varas to the place of beginning containing one hundred & sixty (160) acres of land, the said 1/8 interest herein conveyed being twenty acres or 1/8 of said tract of

BLOCKS & LOTS - OLD TOWN SAN FELIPE

| | |
|---|---|
| GRANTOR: | O. G. Cannon & W. W. Cannon |
| GRANTEE: | John E. Robertson |
| VOL./PAGE: | v. X , p. 327 - 328 |
| DATE: | 12/22/1880 |

| | |
|---|---|
| | |
| | |
| | |

| | |
|---|---|
| 252 | 199 |
| 251 | 200 |
| 250 | 201 |

| | |
|---|---|
| 186 | 139 |
| 185 | 140 |
| 184 | 141 |

| | |
|---|---|
| 315 | 268 |
| 314 | 269 |
| 313 | 270 |

| | |
|---|---|
| 249 | 202 |
| 248 | 203 |
| 247 | 204 |

| | |
|---|---|
| 183 | 142 |
| 182 | 143 |
| 181 | |

← not 144

NOTES:

References "large field & unfenced land" (no access to those
→ 7/1/1881) on p. 328

DESCRIPTION: O.g. & W.W. Cannon to John E. Robertson

| DOCUMENT NO OR VOL/PG NO | DATE OF DOCUMENT | DOCUMENT TYPE | GRANTOR OR SELLER | GRANTEE OR BUYER | LEGAL DESCRIPTION | NOTES |
|---|---|---|---|---|---|---|
| V. X 327 | 12-22-1880 | Deed | O.G. Cannon | J.E Robertson | 142, -143, 181, | appurtenances |
| | | | | | 182, 183,-202, 203 | |
| | | | | | 204 ÷247, 248 | |
| | | | | | 249 ÷268, 269 | |
| | | | | | 270 ÷313, 314 | |
| | | | | | 315 ÷139, 140 | |
| | | | | | 141 ÷ 184, 185 | |
| | | | | | 186; 199, 200 | |
| | | | | | 201 ÷250 251 | |
| | | | | | 252 | |
| | | | | | | |
| | | | | | ☆ Not lot 144 ☆ | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

VOL X  327→

12/221. 080

O. G. Cannon
↳
J. E. Robertson

"all lots" except 144

327

291  of beginning, containing fifty acres of land more or less.
The vendors lien being reserved to secure the payment of the above notes.
Together with all and singular the rights, members, improvements, hereditaments
and appurtenances to the same belonging, or in anywise incident or appertaining.
To have and to hold, all and singular, the premises above mentioned unto the
said S. Y. Reams his heirs and assigns, forever; and we do hereby bind ourselves
our heirs, executors and administrators to warrant and forever defend, all and
singular, the said premises unto the said S. Y. Reams his heirs and assigns,
against every person whomsoever, lawfully claiming or to claim the same or
any part thereof.
          Witness our hands at Sempronius this 2nd day of December A.D. 1880
witness J. W. Matthews }                          N. W. Murray (seal)
        J. W. Nnroy }                             S. A. Murray (seal)

The State of Texas }
County of Austin } Before me, J. W. Matthews, Clerk of the County Court in and
              for said County, personally appeared Nathan W. Murray
and S. A. Murray wife of the said Nathan W. Murray known to me to
be the persons whose names are subscribed to the foregoing instrument,
and acknowledged to me that they executed the same, for the purposes and
consideration therein expressed.
     And the said S. A. Murray, known to me to be the person whose name
is subscribed to the foregoing instrument, and having been examined by me
privily and apart from her husband, and having the same fully explained
to her, she, the said S. A. Murray acknowledged such instrument to be
instrument to be her act and deed, and declared that she had willingly
signed the same, for the purposes and consideration therein expressed,
and that she did not wish to retract it.
    (seal)  Given under my hand and seal of office, this 18th day of December A.D. 1880
=1120.                         J. W. Matthews  Clerk C.C.A.C.
Filed for record January 8th 1881 at 10:30 o'clock A.M and recorded at 4
o'clock P.M. February 21th 1881— Six words erased in the original.
                               J. W. Matthews  Clerk C.C.A.C.

Record No.  The State of Texas }
  292     County of Austin } Know all men by these — that we O. G. Cannon
                          and W. W. Cannon, husband and wife of said Austin
O.G. Cannon  County and state of Texas, for and in consideration of four hundred and
& wife    fifty dollars — Four hundred dollars thereof paid to us, and in hand
          by John E. Robertson, and for the remaining fifty dollars of which the said
to  Deed  John E. Robertson hath executed to us his promissory note of even date
          herewith, payable on or by the first day of January A.D. 1882 to bear
J.E.Robertson  interest at the rate of ten per cent per annum, till paid, have this day
          granted, bargained, sold and conveyed, and by these presents do grant, bargain,
          release and convey unto the said John E. Robertson of the state and
          County, aforesaid, his heirs and assigns forever, the following described premises. Beg.

Kent

*to*
*J. E. Roberson*
*1880*

328

292   Situate in the town of San Felipe in Austin County and state of Texas, and represented on the plan of said town as in lots Nos. 142 (one hundred and forty two) 143 (one hundred and forty three) 181 (one hundred and eighty one) 182 (one hundred and eighty two) 183 (one hundred and eighty three) 202 (two hundred and two) 203 (two hundred and three) 204 (two hundred and four) 247 (two hundred and forty seven) 248 (two hundred and forty eight) 249 (two hundred and forty nine) 268 (two hundred and sixty eight) 269 (two hundred and sixty nine) 270 (two hundred and seventy), 313 (three hundred and thirteen) 314 (three hundred and fourteen) 315 (three hundred and fifteen) 139 (one hundred and thirty nine) 140 (one hundred and forty) 141 (one hundred and forty one) 184 (one hundred and eighty four) 185 (one hundred and eighty five) 186 (one hundred and eighty six) 199 (one hundred and ninety nine) 200 (two hundred) 201 (two hundred and one) 250 (two hundred and fifty) 251 (two hundred and fifty one) 252 (two hundred and fifty two).

To have and to hold unto him the said John E Robertson, his heirs and assigns forever, together with all and singular the improvements, hereditaments and appurtenances, thereto belonging or in anywise incident or appertaining except that we are to have the use and possession of all the buildings and enclosures thereon, but the large fields and unfenced land, till the first day of July A.D. 1881 — And we do hereby bind our heirs, executors and administrators to warrant and forever defend the said premises unto the said John E. Robertson, his heirs or assigns, against every person whomsoever, lawfully claiming or to claim the same or any part thereof — Witness our hands this 22nd day of December A.D. 1880

O. G. Cannon
W. M. Cannon

The State of Texas }
County of Austin }   Before me G. W. Fowlkes, a Justice of the Peace and Ex officio Notary Public in and for said Austin County on this day personally appeared O. G. Cannon and his wife W. M. Cannon both to me well known to be the persons whose names are subscribed to the foregoing deed bearing even date herewith, and severally acknowledged to me that they executed the same for the purposes and consideration therein expressed. And the said W. M. Cannon being by me examined privily and apart from her husband aforesaid, and having said instrument fully explained to her, she, the said W. M. Cannon, acknowledged the same to be her act and deed, and declares to me that she willingly signed the same for the purposes and consideration therein expressed —
Given under my hand and official seal, at my office in the town of
(seal)   San Felipe on this the 22nd day of December A.D. 1880
G. W. Fowlkes
Notary Public of Austin County Texas
Filed for record at 10:30 o'clock A.M. January 3rd 1881 and recorded at 6:00 o'clock
P.M. February 21st 1881
Z W Marshall
Clerk ccac

*unfenced land*

1/5/1886

Quitclaim
J. E. Roberson to SFRAC.

South 1/2 lot lots 313-315

282

170. The State of Texas }
County of Austin } Know all men by these presents that
I B. D. Davis for and in consideration
of the sum of Forty Eight ($48.00) Dollars cash in hand
the receipt whereof is hereby acknowledged have this day
bargained sold & released and conveyed and by these presents
do bargain sell release and convey unto the corporation of
San Felipe of the said B. D. Davis the following described parcel
of land known and described on the map of said town as in
lots Nos 366, 365, 364, 349, 350 & 351 — To have and to hold
all & singular the right titles land & tenements and appur
tenances to the same belonging or in any way incident there
unto the said corporation of San Felipe binds himself by these
presents to warrant and defend the title to the above mentioned
lots against the claim or claims of any person claiming the
same or any part thereof, by or through said B. D. Davis.
In testimony of which I B. D. Davis do hereunto sign my
my name this the 23rd day of September A.D. 1885.
                                        B. D. Davis

The State of Texas }
County of Austin } Before me G. D. Ross notary Public in
                          and for Austin County personally
appeared B. D. Davis known to me to be the person whose signature
is signed to the foregoing instrument and acknowledged to
me that he executed the same for the purposes and
consideration therein expressed.
        Witness my hand and seal of office this the 27th
        day of Oct, 1885.
                                  G. D. Ross    N.P. a.c.

Filed for record at 12:00 oclock M. February 20th 1886 and
recorded at 8:00 oclock PM March 8th 1886.
                                   J. M. Mathews clerk

171 } State of Texas }
      Austin County } Know all men by these presents that I J. E.
                        Roberson of the state of Texas & Austin County
have for & in consideration of the sum of twenty five dollars
$25.00 cash to me in hand paid by the corporation of San
Felipe the receipt of which is hereby acknowledged, granted
bargained sold released & quit claimed & by these presents do grant
release & quit claim unto the said corporation the following
land being the south half of all lots of the following

4/283

282

171

numbers, to wit 313, 314, 315, the same to have & to hold unto the said Corporation and I hereby bind my self firmly by these presents to warrant & forever defend said premises unto the said Corporation against every person lawfully claiming or to claim the same or any part thereof through or under me.

Witness my hand using scroll for seal this January 5 day A.D. 1886

J. E. Robertson (L.S.)

The State of Texas }
County of Austin }

Before me G. D. Ross a Notary Public in and for said County, personally appeared J. E. Robertson known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and considerations therein expressed.

Witness my hand and seal of office this 5th day of (seal) Jan. 1886.

G. D. Ross  N.P. a.c.

Filed for record at 12:00 o'clock M. February 20th 1886 and recorded at 9:00 o'clock A.M. March 8th 1886.—(6 words erased in original)

J. Matthias Clerk

No 172
G. E. McGregor
to
Andrew Herring

The State of Texas }
County of McLennan }

Know all men by these presents that I J. E. McGregor of the County of McLennan State of Texas for and in consideration of the sum of two thousand dollars to me in hand paid by Andrew Herring of the County of Austin State of Texas the receipt of which is hereby acknowledged have granted bargained sold and conveyed, and by these presents do grant bargain sell and convey, unto the said Andrew Herring his heirs and assigns all that piece or parcel of land, situated, lying and being in the county of Austin State of Texas, a part of the Samuel McWilliams league, and described as follows: Situated on the waters of Cedar & Dogwood Creeks tributaries of west mill creek. Beginning on the east of Dogwood Creek a corner of a survey made for N. C. Whatley (now Peter McKeester sen.) with a Mulberry marked A and a Spanish oak marked X, also a Box Elder marked X thence with Peter McKeester's line South 45 East 926 varas to a stake a corner on Dougald McGregor's line, with a Post oak bearing S. 11 W. 2 vs. dist. N.W. O. Thence S 42 West with D McGregor's line, 269 vs. to a stake, his corner, with a Black jack marked X bears N. 27½ E. 9½ vs. dist. also a Post Oak bears S. 71½ W. 6½ vs. dist. marked A. Thence S. 48 E 822 vs. a stake on the said D McGregor's line, a corner of Caprick

8/24/1918                    Clinton Ford

"all lots" except 144   54/17

17

(15.)

for the purposes and consideration therein expressed.

        Given under my hand and seal of office, this 24 day of August, 1917.

(Seal)          Jas. G. Scott Notary Public, Hill Co. Texas.

Filed for record at 8:00 o'clock A.M., September 2nd., A.D., 1918, and recorded at 11:45

o'clock A.M., September 6th., A.D., 1918. *Ed Batla*, Clerk Co.Court,Austin Co.,Texas.

(16. Deed. Kate Robertson, et al., to Clinton Ford.)
              ($1.50 revenue stamps attached and cancelled.)
The State of Texas, )
           :
 County of Austin  )     Know all Men by these Presents: That we, Mrs. Katheryne Robertson,

a feme sole, and daughter, Miss Willie Fay Robertson, a feme sole, residents of the County

of Austin State of Texas for and in consideration of the sum of One Thousand Two Hundred and

no/100 Dollars, to us in hand paid by Clinton Ford as follows, to-wit:- The sum of One Thou-

sand Two Hundred Dollars cash in hand paid, the receipt whereof is hereby fully acknowledg-

ed, have Granted, Sold and Conveyed, and by these presents do Grant, Sell and Convey, unto

the said Clinton Ford of the County of Austin State of Texas all that certain Lots of land

as follows, to-wit: Lots Nos. 142, 143, 181, 182, 183, 202, 203, 204, 247, 248, 249, 268,

269, 270, 139, 140, 141,184, 185, 186, 199, 200, 201, 250, 251 and 252 of the San Felipe

Town as shown upon the map of the plan of the said town, all in Austin County, Texas. Being

the same property and premises set apart to said Mrs. Katheryne Robertson, and daughter,

Willie Fay Robertson, by decree of the Austin County District Court, June 26th, A.D. 1901,

and of record in Vol. L pages 84-85-86-87 and 88, in cause No. 3845 upon the docket of the

said Court, to which reference is here made for further designation and description of said

several lots. To have and to hold the above described premises, together with all and singu-

lar the rights and appurtenances thereto in anywise belonging, unto the said Clinton Ford,

his heirs and assigns forever, and we do hereby bind ourselves, our heirs, executors and ad-

ministrators, to Warrant and Forever Defend, all and singular the said premises unto the sa-

id Clinton Ford, his heirs and assigns, against every person whomsoever lawfully claiming or

to claim the same or any part thereof.

      Witness our hands at Sealy, Texas this 26th day of August A.D. 1918.
Witnesses at Request of Grantor     (signed)  Katheryne Robertson

                        Willie Fay Robertson
The State of Texas, )
           :
 County of Austin  )  Before me, the undersigned authority, a Notary Public in and for Aus-

tin County, Texas, on this day personally appeared Mrs. Katheryne Robertson and Miss Willie

Fay Robertson known to me to be the persons whose names are subscribed to the foregoing in-

strument, and acknowledged to me that they executed the same for the purposes and considera-

tion therein expressed.

      Given under my hand and seal of office, this 26th day of August A.D. 1918.
(Seal) 1537         C. C Glenn Notary Public, Austin County, Texas.

Filed for record at 8:00 o'clock A.M., September 2" A.D., 1918, and recorded at 2:00 o'clock

P.M., September 16th., A.D., 1918.

         *Ed Batla*,  Clerk Co.Court, Austin Co., Texas.

*Magruder.*

*Magruder*
*lot + 144*
*9/30/1918*

457

(411).

same for the purposes and consideration therein expressed.

Given under my hand and seal of office, this 23 day of Dec. A. D. 1918.

(seal)                    Jno. C. Matejka, Notary Public, Austin Co. Tex.

The State of Texas, )

County of Austin.  )   Before me, Jno. C. Matejka a Notary Public in and for Austin County, Texas, on this day personally appeared Chas. Hranicky and Mary Hranicky his wife, both known to me to be the persons whose names are subscribed to the foregoing instrument, and acknowledged to me that they each executed the same for the purposes and consideration therein expressed and the said Mary Hranicky wife of the said Chas. Hranicky having been examined by me privily and apart from her husband, and having the same fully explained to her, she, the said Mary Hranicky acknowledged such instrument to be her act and deed, and she declared that she had willingly signed the same for the purposes and consideration therein expressed, and that she did not wish to retract it.

Given under my hand and seal of office, this 23 day of Dec. A. D. 1918.

(seal)                    Jno. C. Matejka, Notary Public, Austin Co. Tex.

Filed for record this 27 day of Jan. A. D. 1919 at 1:30 o'clock P.M., and recorded at 2:15 o'clock P.M. Jan. 28th, A. D. 1919, Ed. Bartl Clerk, C.C.A.C.T.  By Emma E. Collier
                                                                              Deputy.


(412. Deed. F. B. Magruder    to    Clinton Fort.)

The State of Texas, )

County of Tarrant.  )   Know All Men by These Presents: That I, F. B. Magruder, a single man, of the County of Tarrant State of Texas, in consideration of the sum of Twenty Dollars paid by Clinton Fort, of Austin County, Texas, the receipt of which is hereby fully acknowledged, have granted, sold and conveyed, and by these presents do grant, sell and convey unto the said Clinton Fort of the County of Austin and State of Texas all that certain lot, tract or parcel of land lying and being situated in the old town of San Felipe and being lot number 144 in block number___ as shown by plat of said town of San Felipe, Texas, of record in deed records of Austin County, Texas, to which reference is hereby made for all purposes. To have and to hold the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging, unto the said Clinton Fort and his heirs and assigns, forever. And I do hereby bind myself and heirs, executors and administrators, to warrant and forever defend all and singular, the said premises unto the said Clinton Fort and his heirs and assigns, against every person whomsoever lawfully claiming or to claim the same, or any part thereof.

Witness my hand at Fort Worth, Texas this 30th day of September A. D. 1918.

The State of Texas, )            (signed)  F. B. Magruder.

County of Tarrant.  )   Before me, H. O. Gossett a Notary Public in and for Tarrant County, Texas, on this day personally appeared Dr. F. B. Magruder, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office, this 30th day of September, A. D. 1918.

(seal)                    H. O. Gossett, A Notary Public in and for Tarrant County, Texas.

Filed for record the 28th. day of January, A. D. 1919 at 8:00 o'clock A.M., and recorded at 3:15 o'clock P.M. January 28th., A. D. 1919, Ed. Bartl, Clerk, C. C. A. C. T.
                                                 By Emma E. Collier, Deputy.

*Kent*

458

(413. Release. Gulf Production Co. to  W. C. Thielemann.)

The State of Texas, )                                                    No. 3943

County of Harris. :   Know all men by these presents that the Gulf Production Company here-

by releases, relinquishes and forever quitclaims any and all rights whatsoever acquired or

held by it under the following described oil and gas lease, dated the 16th day of March A.

D. 1915, executed to W. J. Cox, Art. R. Bailey and L. E. Raspberry by W. C. Tielemann re-

corded in volume 48, on pages 175-176 in the Deed Records of Austin County, Texas.

In testimony whereof witness the name of said Gulf Production Company signed hereto by

its proper officers.

Executed in duplicate at Houston, Texas, on this 17th day of July A. D. 1918.

Attest: L. E. Helcus.   (seal)    (signed) Gulf Production Company,

Assistant Secretary.          By Underwood Nazro, Vice-President.

The State of Texas, )

County of Harris. )   Before me, the undersigned authority, on this day personally appear-

ed Underwood Nazro, known to me to be the person whose name is subscribed to the foregoing

instrument as Vice-President of the Gulf Production Company, and acknowledged to me that

he executed the same for the purposes and consideration therein expressed as the act and

deed of said Gulf Production Company.

Given under my hand and seal of office this 17th day of July A. D. 1918.

(seal)          K. Windsor.  Notary Public in and for Harris County, Texas.

The undersigned, as the owner of the land covered by the above described lease or agree-

ment, hereby accept the foregoing release thereof.

Witnesses: Thos. B. Botts.          (signed) W. C. Thielemann.

Filed for record at 1:30 o'clock P.M. Jan. 28, 1919 and recorded at 5:00 o'clock P.M. Jan-

28th, A. D. 1919, *Ed. Botts* Clerk, C.C.A.C.T. By *Emma L. Livine*, Deputy.


(414. Release. The Texas Company    to   W. C. Thielemann.)

State of Texas, )                                                   Number 6591

County of Austin. )  The Texas Company, in consideration of $1.00 cash, and other valuable

considerations, receipt of which is acknowledged, hereby releases, relinquishes and forever

quitclaims any and all rights whatsoever acquired or held under the following oil and gas

lease, dated the 13th. day of March 1917 executed by W. C. Thielemann et

ux., recorded in volume 52, on pages 201-204, Deed Records of Austin County, Texas, reserv-

ing however, unto The Texas Company the unrestricted right of ingress and egress to and

from said premises for the purpose of removing any and all property placed upon said pre-

mises by The Texas Company during the existence of said lease.

Executed at Houston, Texas, on this 20th. day of November 1918.

Attest: Saml. J. Payne. Assistant Secretary.

(seal)                (signed) The Texas Company

By C. N. Scott, Manager of Producing Dept.

State of Texas, )

County of Harris. )  Before me, the undersigned authority, a Notary Public in and for said

County and State, on this day personally appeared C. N. Scott, Manager of Producing Depart-

ment of The Texas Company, known to me to be the person whose name is subscribed to the

foregoing instrument, who acknowledged to me that he executed the same as the act and deed

of the said The Texas Company, for the purposes and considerations and in the capacity

681/500

4/13/1957

to

Ida Louise Fort, et al

Qwtclaim Resolution



I, J.L.Stierling, Clerk of the District Court in and for
Austin County, Texas do hereby certify that the above and foregoing
is a true and correct copy of the JUDGMENT in Cause No.8369, entitled
"IN THE MATTER OF THE REMOVAL OF THE DISABILITIES OF MINORITY OF JOHN
LEE SPIES, A MINOR", as same appears of record on page 12 of Vol. T
of the Civil Minutes of the District Court of Austin County, Texas.
        To certify which, witness my hand and the seal of said court
at office in Bellville, Texas, this 2nd day of May, A.D. 1957.

                                    J. L. Stierling
                            Clerk,District Court,Austin County,Texas.

Filed for Record on the 2nd. day of _____ May, _____ A. D. 19 57, at 1:30 o'clock P. M.

Duly Recorded this the 2nd. day of _____ May, _____ A. D. 19 57, at 3:34 o'clock P. M.

                            LAWRENCE DITTERT, County Clerk
                                Austin County, Texas
                        By _____ Deputy

(File No. 726 - Resolution - Corporation of San Felipe de Austin to
                            Ida Louise Fort, et al.)

THE STATE OF TEXAS   )

COUNTY OF AUSTIN    )

        WHEREAS, heretofore on the 26th. day of June A. D. 1901,
In-Lots Numbered 139, 140, 141, 184, 185, 186, 199, 200, 201,
202, 203, 204, 247, 248, 249, 250, 251, 252, 268, 269 and 270,
of the Town of San Felipe de Austin, Texas, being a part of
the estate of J. E. Robertson, deceased, was partitioned to
Kathryn Robertson and Willie Fay Robertson by decree of the
Austin County District Court, recorded in Vol "L", pages 84, 85,
86, 87 and 88;

        AND WHEREAS, on the 26th. day of August 1918, the said
Kathryn Robertson and Willie Fay Robertson conveyed to Clinton
Fort the above described lots by deed recorded in Vol. 54, page 17,
Deed Records of Austin County, Texas;

        AND WHEREAS, the chain of title to said In-Lots 139, 140,
141, 184, 185, 186, 199, 200, 201, 202, 203, 204, 247, 248, 249,
250, 251, 252, 268, 269, and 270 to the present owners, to-wit,
the heirs of the Clinton Fort Estate, namely Mrs. Ida Louise
Fort, Emily Ellen Selman, Helen Blanche Hilton, Roy Clinton Fort
and Edward E. Fort, is continuous and same has been held adversely
to all claimants by the said Kathryn Robertson and Willie Fay
Robertson, and their successors in title, more than fifty years;

        AND WHEREAS, there does not appear of record in the Deed
Records of Austin County, Texas, a deed of conveyance from the
Corporation of San Felipe de Austin to anyone covering the above
described In-Lots, hwever it is the opinion of the Council duly

Kent (main)

231/501

assembled in regular meeting that a preceding Council of this Corporation did sell the said in-lots, 139, 140, 141, 184, 185, 186, 199, 200, 201, 202, 203, 204, 247, 248, 249, 250, 251, 252, 268, 269 and 270, to a predecessor in title of Mrs. Ida Louise Fort, Emily Ellen Selman, Helen Blanche Hilton, Roy Clinton Fort and Edward E. Fort;

AND WHEREAS, it is the desire of the Town Council , upon the request of Mrs. Ida Louise Fort, et al, that a Quit Claim Deed be executed, divesting the Corporation of San Felipe de Austin of all right, title and interest it may have in said in-lots heretofore described, and investing such title, interest and rights in the said (Mrs. ) Ida Louise Fort, Emily Ellen Selman, Helen Blanche Hilton, Roy Clinton Fort and Edward E. Fort:

NOW, THEREFORE, be it resolved by the Mayor and Board of Aldermen of the Corporation of San Felipe de Austin, a municipal corporation of Austin County, Texas, in regular meeting assembled on the 13th. day of April A. D. 1957, a quorum being present, that the Mayor of the Corporation of San Felipe de Austin, in consideration of the premises, execute a Quit Claim Deed to the above described in-lots, and that the said Quit Claim Deed when executed by the Mayor, shall be attested by the Secretary of the Corporation of San Felipe de Austin and its official seal impressed thereon, thereby divesting all right, title and interest that it may have in said in-lots out of the Corporation of San Felipe de Austin and investing such right, title and interest in the said (Mrs. ) Ida Louise Fort, Emily Ellen Selman, Helen Blanche Hilton, Roy Clinton Fort and Edward E Fort.

THEREFORE, upon motion duly made and seconded and carried, it is ordered that a copy of this Resolution be acknowledged by the Mayor and attested by the Secretary of the Corporation of San Felipe de Austin, entered in the Minute Book of the Corporation of San Felipe de Austin and a copy of this Resolution delivered to Ida Louise Fort, et al, together with a Quit Claim Deed as set out herein-above.

DONE AND CERTIFIED TO as the action of the Council of the Corporation of San Felipe de Austin, this the 13th. day of April, A. D. 1957.

CORPORATION OF SAN FELIPE DE AUSTIN

By _E. F. Rapsilver_

E. F. Rapsilver, Mayor of the Corporation
of San Felipe de Austin.

ATTEST:

_Clara L. Craig._

502

Clara L. Craig, Secretary,
of the Corporation of San
Felipe de Austin.

THE STATE OF TEXAS )

COUNTY OF AUSTIN )

BEFORE ME, the undersigned authority in and for Austin County,
Texas, on this day personally appeared E. F. Rapsilver, Mayor of the
Corporation of San Felipe de Austin, a Municipal Corporation of Austin
County, Texas, known to me to be the person and officer whose name
is subscribed to the foregoing instrument and acknowledged to me that
the same was the act of the said Corporation of San Felipe de Austin,
and that he executed the same as the act of said corporation for the
purposes and consideration therein expressed and in the capacity
therein stated.

GIVEN under my hand and seal of office this the 30th day of
April, A. D. 1957.

W D Bryan

( W. D. Bryan,) Notary Public in and for Austin
County, Texas.

Filed for Record on the 2nd day of     May,     A. D. 19 57 , at 3:00 o'clock P. M.
Duly Recorded this the 2nd day of     May,     A. D. 19 57 , at 3:43 o'clock P. M.

LAWRENCE DITTERT, County Clerk
Austin County, Texas.
By_____Deputy

(File No. 727 - Quitclaim Deed - Corporation of San Felipe de Austin
to Ida Louise Fort, et al.)

THE STATE OF TEXAS )
COUNTY OF AUSTIN )     KNOW ALL MEN BY THESE PRESENTS:

THAT, the Corporation of San Felipe de Austin, a municipal
corporation of Austin County, Texas, for and in consideration of
the sum of five ($5.00) Dollars, to it in hand paid by Ida Louise
Fort of Austin County, Texas; Emily Ellen Selman of Caddo Parish,
Louisiana; Helen Blanche Hilton of Anderson County, Texas; Roy
Clinton Fort of Anderson County, Texas; and Edward E. Fort of
Lubbock County, Texas; receipt of which is hereby acknowledged,
does, by these presents, BARGAIN, SELL RELEASE AND FOREVER QUIT
CLAIM unto the said Ida Louise Fort, Emily Ellen Selman, Helen
Blanche Hilton, Roy Clinton Fort and Edward E. Fort, their heirs
and assigns, all its right, title and interest in and to those
certain lots, lying within the corporate limits of the Town of San

502

to Forts
from SF Corp.

231/502

Clara L. Craig, Secretary,
of the Corporation of San
Felipe de Austin.

THE STATE OF TEXAS )

COUNTY OF AUSTIN ).

BEFORE ME, the undersigned authority in and for Austin County,
Texas, on this day personally appeared E. F. Rapsilver, Mayor of the
Corporation of San Felipe de Austin, a Municipal Corporation of Austin
County, Texas, known to me to be the person and officer whose name
is subscribed to the foregoing instrument and acknowledged to me that
the same was the act of the said Corporation of San Felipe de Austin,
and that he executed the same as the act of said corporation for the
purposes and consideration therein expressed and in the capacity
therein stated.

GIVEN under my hand and seal of office this the 30th day of
April, A. D. 1957.

W. D. Bryan

( W. D. Bryan,) Notary Public in and for Austin
County, Texas.

Filed for Record on the 2nd day of _____ May, _____ A. D. 19 57, at 3:00 o'clock P. M.

Duly Recorded this the 2nd day of _____ May, _____ A. D. 19 57, at 3:43 o'clock P. M.

LAWRENCE DITTERT, County Clerk
Austin County, Texas

By _____ Deputy

(File No. 727 - Quitclaim Deed - Corporation of San Felipe de Austin
to Ida Louise Fort, et al.)

THE STATE OF TEXAS )
                        KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF AUSTIN )

THAT, the Corporation of San Felipe de Austin, a municipal
corporation of Austin County, Texas, for and in consideration of
the sum of Five ($5.00) Dollars, to it in hand paid by Ida Louise
Fort of Austin County, Texas; Emily Ellen Selman of Caddo Parish,
Louisiana; Helen Blanche Hilton of Anderson County, Texas; Roy
Clinton Fort of Anderson County, Texas; and Edward E. Fort of
Lubbock County, Texas; receipt of which is hereby acknowledged,
does, by these presents, BARGAIN, SELL RELEASE AND FOREVER QUIT
CLAIM unto the said Ida Louise Fort, Emily Ellen Selman, Helen
Blanche Hilton, Roy Clinton Fort and Edward E. Fort, their heirs
and assigns, all its right, title and interest in and to those
certain lots, lying within the corporate limits of the Town of San

Quitclaim
Deed

503

Felipe de Austin, in Austin County, Texas, and more fully described as follows, towit:

In-lots Numbered 139, 140, 141, 184, 185, 186, 199, 200 201, 202, 203, 204, 247, 248, 249, 250 251, 252, 268, 269 and 270; being a part of the original grant by the Mexican Government to the municipal authorities of the Town of San Felipe de Austin;

TO HAVE AND TO HOLD, the said premises together with all and singular the rights, privileges and appurtenances thereto in any manner belonging, unto the said Ida Louise Fort, Emily Ellen Selman, Helen Blanche Hilton, Roy Clinton Fort and Edward E. Fort, their heirs and assigns, forever, and that the Corporation of San Felipe de Austin, nor any person claiming under it, shall, at any time hereafter, have, claim or demand any right or title to the aforesaid premises and appurtenances, or any part thereof.

IN WITNESS WHEREOF, the Corporation of San Felipe de Austin has caused these presents to be signed by E. F. Rapsilver, its Mayor, and attested by Clara L. Craig, its Secretary, on this, the 30th day of April A. D. 1957.

CORPORATION OF SAN FELIPE DE AUSTIN

By _E. F. Rapsilver_
E. F. Rapsilver, Mayor.

ATTESTED:

_Clara L. Craig_
Clara L. Craig, Secretary.

THE STATE OF TEXAS )
COUNTY OF AUSTIN )

BEFORE ME, the undersigned authority, a Notary Public, in and for Austin County, Texas, on this day personally appeared E. F. Rapsilver, Mayor of the Corporation of San Felipe de Austin, known to me to be the person and officer whose name appears and is subscribed on the foregoing instrument, and acknowledged to me that the same was the act of the Corporation of San Felipe de Austin, a municipal corporation, and that he executed the same as the act of such corporation for the purposes and consideration therein expressed and in the capacity therein stated.

GIVEN under my hand and seal of office, this the 30th day of April A. D. 1957.

_W. D. Bryan_                    (W. D. Bryan)
Notary Public in and for Austin County, Texas.



Filed for Record on the 2nd. day of ___ May, ___ A. D. 19 57 , at 3:00 o'clock P. M.

Duly Recorded this the 2nd. day of ___ May, ___ A. D. 19 57 , at 3:46 o'clock P. M.

LAWRENCE DITTERT, County Clerk
Austin County, Texas
By _____ Deputy

(File No. 728 - Deed - Ida Louise Fort, et al, to Dewey W. Walden)

THE STATE OF TEXAS
COUNTY OF AUSTIN

KNOW ALL MEN BY THESE PRESENTS:  That we, Ida Louise Fort, a widow, being the surviving wife of Clinton Fort, deceased, of Anderson County, Texas; Emily Ellen Selman, joined herein by my husband, H. W. Selman, of _Caldo_ Parish, Louisiana; Helen Blanche Hilton, joined herein by my husband, G. R. Hilton, of Anderson County, Texas; Roy Clinton Fort, joined herein by my wife, Loye Belle Fort, of Anderson County, Texas; and Edward E. Fort, joined herein by my wife, Dorothy Fort, of Lubbock County, Texas (the said Ida Louise Fort, as above stated, being the surviving widow of Clinton Fort, deceased, and the said Emily Ellen Selman, Helen Blanche Hilton, Roy Clinton Fort and Edward E. Fort being the children of the said Ida Louise Fort and Clinton Fort, deceased, and we, the said Ida Louise Fort, Emily Ellen Selman, Helen Blanche Hilton, Roy Clinton Fort and Edward E. Fort being the sole and surviving heirs of the said Clinton Fort, deceased); for and in consideration of the sum of Four Thousand Five Hundred and No/100 Dollars ($4,500.00) cash to us in hand paid by Dewey W. Walden, the receipt of which is hereby acknowledged, subject to the reservation hereinafter set forth, have GRANTED, SOLD AND CONVEYED, and by these presents do GRANT, SELL AND CONVEY, unto the said Dewey W. Walden, a single man, of Austin County, Texas, all of the following described lots or parcels of land situated in Austin County, Texas, to-wit:

Being out of five leagues of land originally granted to the Corporation of San Felipe de Austin, and being described as follows, to-wit:

FIRST TRACT:  Lot No. 144 situated in the old town of San Felipe as shown by plat or map of said town of San Felipe, Texas, of record in the Deed Records of Austin County, Texas, and being the same land described in the deed from F. B. Magruder to Clinton Fort, dated September 30, 1918, and recorded in Volume 54, on page 457, of the Deed Records of Austin County, Texas, to which map and plat and the record thereof and to which deed and the record thereof reference is here made for all purposes.

SECOND TRACT:  Lots Nos. 142, 143, 181, 182, 183, 202, 203, 204, 247, 248, 249, 268, 269, 270, 139, 140, 141, 184, 185, 186, 199, 200, 201, 250, 251 and 252, situated in the old town of San Felipe, as shown by plat of said town of San Felipe, Texas, of record in the Deed Records of Austin County, Texas, and being the same lots or parcels of land

504

*≈ Duplicate ✶*

Ida Fort
Lg etal
Walden
4/5/1957

231/504



| | |
|---|---|
| Filed for Record on the 2nd. day of | May, | A. D. 19 57, at 3:00 o'clock P. M. |
| Duly Recorded this the 2nd. day of | May, | A. D. 19 57, at 3:46 o'clock P. M. |

LAWRENCE DITTERT, County Clerk

Austin County, Texas

By _____ Deputy

(File No. 728 - Deed - Ida Louise Fort, et al, to Dewey W. Walden)

THE STATE OF TEXAS |
COUNTY OF AUSTIN |   KNOW ALL MEN BY THESE PRESENTS: That we, Ida

Louise Fort, a widow, being the surviving wife

of Clinton Fort, deceased, of Anderson County, Texas; Emily Ellen Selman,

joined herein by my husband, H. W. Selman, of _____Caldo_____ Parish,

Louisiana; Helen Blanche Hilton, joined herein by my husband, C. R.

Hilton, of Anderson County, Texas; Roy Clinton Fort, joined herein by

my wife, Loye Belle Fort, of Anderson County, Texas; and Edward E. Fort,

joined herein by my wife, Dorothy Fort, of Lubbock County, Texas (the

said Ida Louise Fort, as above stated, being the surviving widow of

Clinton Fort, deceased, and the said Emily Ellen Selman, Helen Blanche

Hilton, Roy Clinton Fort and Edward E. Fort being the children of the

said Ida Louise Fort and Clinton Fort, deceased, and we, the said Ida

Louise Fort, Emily Ellen Selman, Helen Blanche Hilton, Roy Clinton Fort

and Edward E. Fort being the sole and surviving heirs of the said Clinton

Fort, deceased); for and in consideration of the sum of Four Thousand

Five Hundred and No/100 Dollars ($4,500.00) cash to us in hand paid by

Dewey W. Walden, the receipt of which is hereby acknowledged, subject

to the reservation hereinafter set forth, have GRANTED, SOLD AND CON-

VEYED, and by these presents do GRANT, SELL AND CONVEY, unto the said

Dewey W. Walden, a single man, of Austin County, Texas, all of the

following described lots or parcels of land situated in Austin County,

Texas, to-wit:

Being out of five leagues of land originally granted to the Cor-
poration of San Felipe de Austin, and being described as follows, to-
wit:

FIRST TRACT: Lot No. 144 situated in the old town of San Felipe
as shown by plat or map of said town of San Felipe, Texas, of record
in the Deed Records of Austin County, Texas, and being the same land
described in the deed from F. B. Magruder to Clinton Fort, dated Septem-
ber 30, 1918, and recorded in Volume 54, on page 457, of the Deed Records
of Austin County, Texas, to which map and plat and the record thereof
and to which deed and the record thereof reference is here made for all
purposes.





SECOND TRACT: Lots Nos. 142, 143, 181, 182, 183, 202, 203, 204,
247, 248, 249, 268, 269, 270, 139, 140, 141, 184, 185, 186, 199, 200,
201, 250, 251 and 252, situated in the old town of San Felipe, as shown
by plat of said town of San Felipe, Texas, of record in the Deed Records
of Austin County, Texas, and being the same lots or parcels of land

505

described in the deed from Mrs. Katheryne Robertson, et al, to Clinton
Fort (therein written Clinton Ford), dated August 26, 1918, and recorded
in Volume 54, on page 17, of the Deed Records of Austin County, Texas,
to which said map and the record thereof and to which said deed and the
record thereof reference is here made for all purposes.

Subject to the reservation hereinafter set forth, TO HAVE AND TO
HOLD the above described premises, together with all and singular the
rights and appurtenances thereto in anywise belonging, unto the said
Dewey W. Walden, his heirs and assigns, forever. And we and each of us
do hereby bind ourselves, our heirs, executors and administrators, sub-
ject to the reservation hereinafter set forth, to WARRANT AND FOREVER
DEFEND all and singular the said premises unto the said Dewey W. Walden,
his heirs and assigns, against every person whomsoever lawfully claiming,
or to claim the same, or any part thereof.

### R E S E R V A T I O N

The grantors herein, to-wit, Ida Louise Fort, Emily Ellen Selman,
Helen Blanche Hilton, Roy Clinton Fort and Edward E. Fort, collectively
reserve unto themselves, and to their heirs and assigns, for a period
of fifteen (15) years from date hereof and so long thereafter as oil,
gas or other minerals are produced from the land herein conveyed, or
land with which the same may be pooled, an undivided one-half (1/2)
interest in and to all of the royalties payable on oil, gas or other
minerals which may be produced, saved and sold from such land, or land
with which the same may be pooled, which may become due and payable
under any present lease covering said land, if any, or which may become
due and payable under any future lease covering said land during the
tenure of this reservation, but neither the grantors, nor their heirs,
successors and assigns, shall ever be required to join with the grantee,
his heirs, successors and assigns, in the execution of an oil, gas and
mineral lease covering said land, or any part thereof, nor shall the
grantors herein, their heirs, successors and assigns, ever be entitled
to receive any of the cash bonuses or other thing of value as considera-
tion for the giving of or execution of an oil, gas or other mineral lease
covering said land, nor shall the grantors herein, their heirs, successors

and assigns, ever be entitled to receive any of the rentals or renewals
or other thing of value paid to keep any oil, gas or other mineral lease
in force or effect, provided that the grantee herein, his heirs, successors
and assigns, shall never execute an oil, gas or other mineral lease
covering said land which does not provide for a royalty of at least one-
eighth (1/8th) on oil and gas, a royalty of at least one-tenth (1/10th)
on other minerals, and a royalty of at least One Dollar ($1.00) per long
ton on sulphur; and provided further that the grantee herein, his heirs,

506

successors and assigns, shall have the right and authority to pool or unitize such land with other land without the joinder of the grantors herein, their heirs, successors and assigns, provided that in such event and when such land shall be included with and developed as a part of a unit the grantors herein, to-wit, Ida Louise Fort, Emily Ellen Selman, Helen Blanche Hilton, Roy Clinton Fort and Edward E. Fort, their heirs, successors and assigns, shall collectively receive one-half (1/2) of the royalties payable on oil, gas or other minerals that may be allocated to such land as a part of a unit, and in the event of such unitizing or pooling of such land by the grantee herein, his heirs, successors and assigns, the grantee herein, his heirs, successors and assigns, shall, without the joinder of the grantors herein, their heirs, successors and assigns, bind the royalty herein reserved without the necessity of the grantors herein, their heirs, successors and assigns, joining in such unitizing or pooling program; provided further, however, that if there is no production from said land, or land with which the same may be pooled or unitized, at the expiration of fifteen (15) years from date hereof, then and in that event this reservation shall terminate and the royalties herein reserved shall thereupon be and become the property of the grantee herein, his heirs, successors and assigns.

WITNESS our hands this 5th day of April, A. D., 1957.

_Ida Louise Fort_
Ida Louise Fort

_Emily Ellen Selman_
Emily Ellen Selman

_Helen Blanche Hilton_
Helen Blanche Hilton

_H. W. Selman_
H. W. Selman

_C. H. Hilton_
C. H. Hilton

_Roy Clinton Fort_
Roy Clinton Fort

_Edward E. Fort_
Edward E. Fort

_Loye Belle Fort_
Loye Belle Fort

_Dorothy Fort_
Dorothy Fort

THE STATE OF TEXAS |
COUNTY OF AUSTIN |

Before me, the undersigned authority, on this day personally appeared Ida Louise Fort, a feme sole, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office, this the 2nd day of May, A. D., 1957.

_Ora Nell Meyer_ Ora Nell Meyer
Notary Public, Austin County, Texas.

THE STATE OF LOUISIANA |
PARISH OF _Caddo_ |

Before me, the undersigned authority, on this day personally appeared H. W. Selman and wife, Emily Ellen Selman, both known to me to be the persons whose names are subscribed to the foregoing instrument, and acknowledged to me that they each executed the same for the purposes and consideration therein expressed. And the said Emily Ellen Selman, wife of the said H. W. Selman, having been examined by me privily and apart from her said husband, and having the same fully explained to her, she,

507

the said Emily Ellen Selman, acknowledged such instrument to be her act
and deed, and declared that she had willingly signed the same for the
purposes and consideration therein expressed, and that she did not wish
to retract it.

Given under my hand and seal of office, this the 5th day of April,
A. D., 1957.

Notary Public, _____ Parish,
Louisiana.

THE STATE OF TEXAS|
| Before me, the undersigned authority, on this day
COUNTY OF ANDERSON| personally appeared C. R. Hilton and wife, Helen
Blanche Hilton, both known to me to be the persons
whose names are subscribed to the foregoing instrument, and acknowledged
to me that they each executed the same for the purposes and consideration
therein expressed. And the said Helen Blanche Hilton, wife of the said
C. R. Hilton, having been examined by me privily and apart from her said
husband, and having the same fully explained to her, she, the said Helen
Blanche Hilton, acknowledged such instrument to be her act and deed, and
declared that she had willingly signed the same for the purposes and con-
sideration therein expressed, and that she did not wish to retract it.

Given under my hand and seal of office, this the 8th day of April,
A. D., 1957.

Notary Public, Anderson County, Texas.

THE STATE OF TEXAS|
| Before me, the undersigned authority, on this day
COUNTY OF ANDERSON| personally appeared Roy Clinton Fort and wife, Loye
Belle Fort, both known to me to be the persons whose
names are subscribed to the foregoing instrument, and acknowledged to me
that they each executed the same for the purposes and consideration therein
expressed. And the said Loye Belle Fort, wife of the said Roy Clinton Fort,
having been examined by me privily and apart from her said husband, and
having the same fully explained to her, she, the said Loye Belle Fort,
acknowledged such instrument to be her act and deed, and declared that
she had willingly signed the same for the purposes and consideration
therein expressed, and that she did not wish to retract it.

Given under my hand and seal of office, this the 6th day of April,
A. D., 1957.

Notary Public, Anderson County, Texas.

THE STATE OF TEXAS|
| Before me, the undersigned authority, on this day
COUNTY OF LUBBOCK | personally appeared Edward E. Fort and wife, Dorothy
Fort, both known to me to be the persons whose names
are subscribed to the foregoing instrument, and acknowledged to me that
they each executed the same for the purposes and consideration therein
expressed. And the said Dorothy Fort, wife of the said Edward E. Fort,
having been examined by me privily and apart from her said husband, and
having the same fully explained to her, she, the said Dorothy Fort, ac-
knowledged such instrument to be her act and deed, and declared that she
had willingly signed the same for the purposes and consideration therein
expressed, and that she did not wish to retract it.

Given under my hand and seal of office, this the 16 day of April,
A. D., 1957.

Notary Public, Lubbock County, Texas.

Filed for Record on the 2nd. day of _____ May, _____ A.D. 19 57, at 3:00 o'clock P.M.
Duly Recorded this the 6th. day of _____ May, _____ A.D. 19 57, at 1:56 o'clock P.M.

LAWRENCE DITTERT, County Clerk
Austin County, Texas
By _____ Deputy

BLOCKS & LOTS - OLD TOWN SAN FELIPE

| | |
|---|---|
| GRANTOR: | SFdA Corp |
| GRANTEE: | Wm. c. Hill & Eiko Hill |
| VOL./PAGE: | Vol 258 / pp 254 - 256 |
| DATE: | 3/24/1958 |

| | |
|---|---|
| 318 | 265 |
| 317 | 266 |
| 316 | 267 |

Kent {
| | |
|---|---|
| 315 | |
| 314 | |
| 313 | |

NOTES:

*254

Lots 265-267
313-318

Wm. Hill
3/29/1958

(File No. 856 - Corporation of San Felipe de Austin to William C. Hill,
et ux.)

R E S O L U T I O N

THE STATE OF TEXAS )

COUNTY OF AUSTIN )

    BE IT REMEMBERED, that the Town Council of the CORPORATION
OF SAN FELIPE DE AUSTIN, a municipal corporation, of Austin
County, Texas, met in regular session at its regular meeting
place in the Town Hall of the said municipal corporation,,
on the 29th. day of March A. D. 1958, a quorum being present,
and among other business passed the following RESOLUTION, to-wit:

    BE IT RESOLVED, that the CORPORATION OF SAN FELIPE DE
AUSTIN, a municipal corporation as aforesaid, sell and convey
to William C. Hill and wife, Eiko Hill, of the County of Austin
and State of Texas, the following described real estate for a
consideration of the sum of One hundred, ninety-one and twenty/100
($191.20) Dollars, to be paid in cash, to-wit:

        Building Lots Numbered 265,266,267, 313,314,315,
        316,317 and 318, of the Original Town of San
        Felipe de Austin, and being out of the original
        Five Leagues of land granted to the Municipal
        Authorities, July 1st, 1824, in Austin County,
        Texas;

    AND THAT the Mayor of the CORPORATION OF SAN FELIPE DE
AUSTIN execute a proper conveyance of said real estate to the
purchaser thereof, and that the conveyance when executed by the
Mayor, shall be attested by the Secretary of the CORPORATION
OF SAN FELIPE DE AUSTIN and its official seal affixed thereto;

    THEREFORE, upon a motion duly made, seconded and carried
(Alderman J. L. Hill not voting), it is ORDERED that a copy
of this RESOLUTION be acknowledged by the Mayor and attested
by the Secretary of the CORPORATION OF SAN FELIPE DE AUSTIN,
and entered in the Minute Book of the CORPORATION OF SAN FELIPE
DE AUSTIN, and that a copy of this RESOLUTION be delivered to the
purchaser of said lands with a deed conveying same to purchaser.

    DONE AND CERTIFIED TO, as the action of the Town Council
of the CORPORATION OF SAN FELIPE DE AUSTIN, a municipal
corporation, on this the __29th.__ day of March, A. D. 1958.

Kent ?
313-315 ?

(File No. 857 - Deed - Corporation of San Felipe de Austin to William C. Hill, et ux.)

THE STATE OF TEXAS )

COUNTY OF AUSTIN )   KNOW ALL MEN BY THESE PRESENTS:

THAT, the CORPORATION OF SAN FELIPE DE AUSTIN, a municipal corporation, of the County of Austin and State of Texas, for and in consideration of the sum of One Hundred Ninety-one and twenty/100 ($191.20) Dollars, to it cash in hand paid by William C. Hill and wife, Elko Hill, of Austin County, State of Texas, receipt of which is hereby acknowledged and confessed, HAS GRANTED, SOLD AND CONVEYED, and by these presents, does GRANT, SELL AND CONVEY, unto the said William C. Hill and wife, Elko Hill, of Austin County, Texas, all those certain lots or parcels of land lying and being situated in Austin County, Texas,

E. F. Napsilver, Mayor

ATTEST:

Clara L. Craig, Secretary.

THE STATE OF TEXAS )

COUNTY OF AUSTIN )

BEFORE ME, the undersigned authority, a Notary Public, in and for Austin County, Texas, on this day personally appeared E. F. Napsilver, Mayor of the Corporation of San Felipe de Austin, a Municipal corporation, known to me to be the person and officer whose name is subscribed to the foregoing instrument, and acknowledged to me that the same was the act of such corporation, and that he executed the same as the act of such corporation for the purposes and considerations therein expressed and in the capacity therein stated.

GIVEN under my hand and seal of office, this the 24th day of May, A. D. 1958.

Mrs. W. F. Godenzweig
Sealy, Texas
Notary Public in and for Austin County, Texas.

Filed for Record on the 20th day of June, A. D. 19 58, at 11:10 o'clock A.M.

Duly Recorded this the 23rd day of June, A. D. 19 58, at 10:10 o'clock A.M.

LAWRENCE DITERT, County Clerk
Austin County, Texas
By _____ Deputy

256

and more fully described as follows, to-wit:

Building Lots numbered 265, 266, 267, 313, 314,
315, 316, 317 and 318, of the Original Town of
San Felipe de Austin, and being out of the original
Five League Grant to the Municipal authorities
of the Town of San Felipe de Austin, July 1st,
1824;

TO HAVE AND TO HOLD, the above described premises, to-
gether with all and singular the rights and appurtenances there-
to in anywise belonging unto the said William C. Hill and wife,
Eiko Hill, their heirs and assigns forever, and the said COR-
PORATION OF SAN FELIPE DE AUSTIN does hereby bind itself to
WARRANT AND FOREVER DEFEND, all and singular the said premises
unto the said William C. Hill and wife, Eiko Hill, their heirs
and assigns, against every person whomsoever lawfully claiming
or to claim the same, or any part thereof.

IN WITNESS WHEREOF, the CORPORATION OF SAN FELIPE DE AUSTIN
has caused these presents to be signed by E. F. Rapsilver, its
Mayor and attested by Clara L. Craig, its secretary, on this the
24th day of May, A. D. 1958.

CORPORATION OF SAN FELIPE DE AUSTIN

By _____
E. F. Rapsilver, Mayor.

ATTEST:

_____
Clara L. Craig, Secretary.

THE STATE OF TEXAS    )

COUNTY OF AUSTIN      )

BEFORE ME, the undersigned authority, a Notary Public, in
and for Austin County, Texas, on this day personally appeared
E. F. Rapsilver, Mayor of the Corporation of San Felipe de Austin,
a Municipal corporation, known to me to be the person and officer
whose name is subscribed to the foregoing instrument, and acknow-
ledged to me that the same was the act of the said Corporation,
and that he executed the same as the act of such Corporation for
the purposes and consideration therein expressed and in the capacity
therein stated.

GIVEN under my hand and seal of office, this the 24th day
of May, A. D. 1958.

_____
Mrs. W. F. Godenzweig    Notary Public in and for Austin County,
Sealy, Texas                        Texas.

274/681

Walden → Dazey
5/27/1964

he executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this the 26th day of May, A. D., 1964.

*Winona Heitsmann*
Notary Public in and for Austin County, Texas

Filed for Record on the 26th day of   May,   A. D. 19 64, at 1:40 o'clock P. M.
Duly Recorded this the 27th day of   May,   A. D. 19 64, at 2:18 o'clock P. M.

LAWRENCE DITTERT, County Clerk
Austin County, Texas

By _____ Deputy

(File No. 821)

THE STATE OF TEXAS )
                    (     KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF AUSTIN )

That I, DEWEY W. WALDEN, a single man, of the County of Austin, State of Texas, for and in consideration of the sum of Ten Dollars ($10.00) cash and other good and valuable consideration to me in hand paid by WILLIAM B. DAZEY and wife, DOLORES ANN DAZEY, the receipt of which I do hereby acknowledge and confess, and in further consideration of the execution by the said WILLIAM B. DAZEY and DOLORES ANN DAZEY of their one certain promissory note, of even date herewith, in the principal sum of Seven Thousand Five Hundred and No/100 Dollars ($7,500.00), bearing interest from date at the rate of six per cent. (6%) per annum, payable to the order of DEWEY W. WALDEN at Citizens State Bank, Sealy, Texas in monthly installments of principal of not less than One Hundred Dollars ($100.00) monthly, accrued interest to be paid simultaneously with and in addition to the said installment payments of principal, the first of which installments to become due and payable on or before July 1, 1964, and a like installment to become due and payable on or before the first day of each and every succeeding calendar month thereafter until the full sum of principal and interest is paid, the said promissory note providing that all past installments of principal shall bear interest at the rate of ten per cent. (10%) per annum and all past due interest to bear interest at the maximum legal rate, and further granting and giving to the holder thereof, at holder's option, the right to accelerate the payment of all amounts of principal and accrued interest in the event of default and to declare the entire amount unpaid on said note immediately due and payable in event of such default, and the said note further providing that, in the event of default, if the note is placed in the hands of an attorney for collection, the makers are to pay a sum equal to ten per cent. (10%) of the amount of principal and interest then due as agreed and stipulated attorney's fees, the said

promissory note being secured by a VENDOR'S LIEN herein and hereby ex-
pressly retained against the property herein conveyed and described, and
being further secured by a DEED OF TRUST LIEN given by the said WILLIAM
B. DAZEY and DOLORES ANN DAZEY to _____J. D. Kamas_____, Trustee, ex-
ecuted and delivered of even date herewith in addition to and not lieu of
the aforesaid VENDOR'S LIEN, both of such liens being first and prior in
time and right and consituting a reservation of the superior title to
the property hereinafter described until the indebtedness evidenced by
the promissory note aforesaid is paid in full, HAVE GRANTED, SOLD and
CONVEYED, and by these presents do GRANT, SELL and CONVEY, unto the said
WILLIAM B. DAZEY and wife, DOLORES ANN DAZEY, of the County of Harris,
State of Texas, all that certain tract or parcel of land situated in
the County of Austin, State of Texas, described as follows, to-wit:

> Lot 144 in Tract One and Lots 139, 140, 141, 142,
> 143, 181, 182, 183, 184, 185, 186, 199, 200, 201,
> 202, 203, 204, 247, 248, 249, 250, 251, and 252 in
> Tract Two in the Old Town of San Felipe, Austin
> County, Texas, together with all improvements there-
> on, as the said land is described in deed dated April
> 5, 1957, from Ida Louise Fort, et al., to Dewey W.
> Walden of record in Volume 231, at page 504, in the
> Deed Records of Austin County, Texas - - - - - - - -

TO HAVE and TO HOLD the above described premises, together with all and
singular the rights, tenements, hereditaments and appurtenances there-
to in anywise belonging or appertaining, unto the said WILLIAM B. DAZEY
and DOLORES ANN DAZEY, their heirs and assigns, forever.

And, subject to the payment of the indebtedness secured by the
liens above described only, I do hereby bind myself, my heirs, execu-
tors and administrators to warrant and forever defend all and singular
the said premises unto the said WILLIAM B. DAZEY and DOLORES ANN DAZEY,
their heirs or assigns, against every person whomsoever lawfully claim-
ing, or to claim, the same or any part thereof.

Executed and delivered this 27th day of May, 1964.

_Dewey W. Walden_
DEWEY W. WALDEN

THE STATE OF TEXAS
COUNTY OF AUSTIN

BEFORE ME, the undersigned Notary Public in and for Austin
County, Texas, on this day personally appeared DEWEY W. WALDEN, a
single man, known to me to be the person whose name is subscribed to

the foregoing instrument, and he acknowledged to me that he executed

the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 27th day of

May , 1964.

_Doyle E. Kecke_

Notary Public in and for
Austin County, Texas

My commission expires June 1, 1965.

| | | | |
|---|---|---|---|
| Filed for Record on the 27th day of | May, | A. D. 19 64 , at 10:25 o'clock A.M. |
| Duly Recorded this the 27th day of | May, | A. D. 19 64 , at 2:23 o'clock P.M. |

LAWRENCE DITTERT, County Clerk
Austin County, Texas

By _R. H. Melcher_ , Deputy

(File No. 823 - Lease - John Stokes, et al, with Roy Meinecke)

THE STATE OF TEXAS        )
                          )
COUNTY  OF  AUSTIN        )

This contract made and entered into this day by and between

JOHN STOKES of Austin County, Texas, and LLOYD G. STOKES of Austin

County, Texas, parties of the first part, and ROY MEINECKE of Austin

County, Texas, party of the second part,

W I T N E S S E T H :

That the parties of the first part, for and in consideration

of the covenants and agreements hereinafter mentioned to be kept and

performed by the party of the second part, have DEMISED AND LEASED to

the party of the second part all those certain tracts or parcels of

land lying and being situated in Austin County, Texas, and described

as follows, to-wit:

All those certain tracts or parcels of land situated
in Austin County, Texas, on Buffalo Creek, and being part
of the J. Fitzgibbons League and part of the Rufus H.
Brewer's & Mary E. Brewer's estate as partitioned among
the heirs of Mary E. Brewer, deceased, as appears from
Book Q, on pages 348-9, of the Succession Records of
Austin County, Texas, and described as "FIRST TRACT"
containing 92-1/2 acres of land, "SECOND TRACT" con-
taining 12-1/2 acres of land, and "THIRD TRACT" con-
taining 32 acres of land, as described by metes and
bounds in a deed from John Stokes, et ux, to Lloyd G.
Stokes, et al, dated July 27, 1955, and recorded in
Vol. 221, on pages 146-50, of the Deed Records of Aus-
tin County, Texas, to which said deed and the record
thereof reference is here made for all intents, pur-
poses and descriptions.

TO HAVE AND TO HOLD the above described premises with all

*Mortgage*  *Walden* *Exhibit 3, pg 96 of 143*  *1964*

known to me to be the person whose name is subscribed to the foregoing instrument, and having been examined by me privily and apart from her husband, and having the same fully explained to her, she, the said _Jessie E. Smith_ acknowledged such instrument to be her act and deed, and declared that she had willingly signed the same for the purposes and consideration therein expressed, and that she did not wish to retract it.

Given under my hand and seal of office, this the _25_ day of _May_ A.D. 19 _64_

_Maurine Stieck_

Notary Public, _Austin_ County, Texas

Filed for Record on the _25th_ day of _May,_ A.D. 19 _64_, at _2:10_ o'clock P. M.

Duly Recorded this the _27th_ day of _May,_ A.D. 19 _64_, at _1:42_ o'clock P. M.

LAWRENCE DITTERT, County Clerk

Austin County, Texas

By _____ Deputy

(File No. 622-Deed of Trust-William B. Dazey, et ux to Dewey W. Walden)

# THE STATE OF TEXAS,

COUNTY OF __AUSTIN__

## Know All Men By These Presents:

That we, WILLIAM B. DAZEY and wife, DOLORES ANN DAZEY, of 5126 Keystone,

in the City of Houston - - - - - - - - - - - - - - - - - - - - - - - - - - -

of the County of - - - - - Harris - - - - - - - - - and State of Texas, for and in consideration

of the sum of Ten and No/100ths ($10.00) - - - - - - - - - - - - - - - - DOLLARS

to - - - us - - in hand paid by J. D. KAMAS, Trustee for DEWEY W. WALDEN, his heirs

or assigns - - of Austin County, Texas - - - - - - - - - - - - - - - - - - - -

and in further consideration of the debt and trust hereinafter mentioned, have Granted, Sold and Conveyed, and by these

presents do Grant, Sell and Convey unto the said - - - - J. D. KAMAS - - - - - -; Trustee, and to

his successor and substitute in this trust, and to his and their assigns forever, all and singular, the following described

property, situated, lying and being in the County of - - - Austin - - - - - - - and State of Texas, viz.:

Lot 144 in Tract One and Lots 139, 140, 141,
142, 143, 181, 182, 183, 184, 185, 186, 199,
200, 201, 202, 203, 204, 247, 248, 249, 250,
251 and 252 in Tract Two in the Old Town of
San Felipe, Austin County, Texas, together
with all improvements thereon, as the said
land is described in deed dated April 5, 1957,
from Ida Louise Fort, et al., to Dewey W.
Walden of record in Volume 231, at page 504,
in the Deed Records of Austin County, Texas

TO HAVE AND TO HOLD The herein described premises, together with all and singular the rights and appurte-

nances thereto in anywise belonging unto the said - - - - - - - J. D. KAMAS, - - - - Trustee, to his

successor or substitute in this trust, and to his and their assigns forever.

And - - we - - do hereby bind ourselves, our - - - heirs, executors and administrators to warrant

and forever defend, all and singular, the said premises unto the said - - - - - J. D. KAMAS - - Trustee,

to his successor or substitute, and to his and their assigns forever, against any person whomsoever lawfully claiming or to

claim the same or any part thereof; IN TRUST, however for the following purposes and upon the following conditions, viz.:

If the said WILLIAM B. DAZEY and wife, DOLORES ANN DAZEY, - - - - shall well and truly

pay off and discharge, at the maturity thereof, according to the tenor and effect thereof one (1) certain - - -

promissory note - - - - made by WILLIAM B. DAZEY and wife, DOLORES ANN DAZEY - Payable

to the order of - - - - - - - - - DEWEY W. WALDEN - - - - - - - - - - - and

described as follows:

Executed and delivered of even date herewith in the

*Mortgage Meeting Vol 39*

*Kent (with lot 144)*

principal sum of Seven Thousand Five Hundred Dollars
($7,500.00), bearing interest from date at the rate
six per cent. (6%) per annum, the said note being
payable in monthly installments of principal of not
less than One Hundred Dollars ($100.00), accrued
interest on the unpaid balance to be paid simultane-
ously with and in addition to the payment of said
principal installments, the first of which install-
ments to become due and payable on or before July 1,
1964, and a like installment to become due and payable
on or before the same day of each and every succeeding
calendar month thereafter until the full sum of princi-
pal and interest is paid, and said note providing for
the payment of interest at the rate of ten per cent.
(10%) per annum on all past due installment payments
of principal and interest at the maximum legal rate
on past due interest and containing the usual and cus-
tomary optional acceleration of maturity in the event
of default, attorney's fees in a sum equal to ten per
cent. (10%) of the amount of principal and interest due,

with interest thereon from   date as above described - - - - - - - - - - - - - until paid,
at the rate of  six  (6%)       per cent per annum, said interest payable   monthly as it accrues
~~until accrual of the other~~ at                                          , then this conveyance

shall become null and void and these presents shall be released in due form at   Dazeys' - - - - - -   expense.

But in case of default or failure to make prompt payment of said indebtedness, or any part thereof, principal or interest, as the same shall become due and payable, or failure to observe and keep any of the covenants hereof by the grantors herein, then and in that event the whole of the principal of the debt secured hereby may, at the option of the holder, be declared due and the said Trustee is hereby authorized and empowered, and it shall be his special duty, at the request of the payee or any holder of any of the above described notes, to sell the above described property to the highest bidder for cash, at the court house door of the county in which said property, or any part thereof, is situated, at public outcry between the hours of ten o'clock a.m. and four o'clock p.m. on the first Tuesday in any month, after having given notice of such sale by posting up written or printed notices at three public places in said County of   Austin - - -
- - - - - - - and State of Texas, one of which notice shall be at the court house door of said County of
Austin - - - - - -   State of Texas, and all of which said notices shall have been posted for at least twenty-
one days successively next before the day of sale;
                                                and after such sale, to make the purchaser or purchasers
hereunder good and sufficient deeds in the name of the grantors herein, conveying the property so sold to the purchasers in fee simple, with general warranty of title, and to receive the proceeds of said sale and apply the same as follows: First, to the payment of all necessary costs and expenses incident to the execution of said trust, including a fee to the Trustee of
five   per cent to be estimated upon the amount realized at said sale. Second, to the payment, ratably of said note   , then unpaid principal and accrued interest (it being understood that when default shall be made in the payment of any of said note   , or any installment of interest on said note   , or failure to pay any State, County or City taxes assessed upon said property, after the same by law becomes delinquent, all of the principal of all notes secured hereby together with accrued interest thereon to the date of the exercise of the option shall become at once due and payable, at the option of the holder or holders thereof). Third, the remainder, if any there shall be after payment of all said costs and expenses, and the principal and interest of said note   , shall be paid to the said   WILLIAM B. DAZEY and wife,
DOLORES ANN DAZEY   or to their              heirs, assigns or legal representatives.
    In case of death of said   - - - J. D. KAMAS = - - - - - - -   Trustee, or his removal from the
County of   Austin   Texas, or his refusal, or failure or inability, for any reason, within   ten   days after
such requests by the holder or holders of said note   as above stipulated to make said sale or to perform said trusts, then the legal holder or holders of said note   or any of them may appoint, in writing, substitute Trustee, who shall thereupon succeed to all the estate, rights, powers and trusts hereinbefore granted to and vested in said Trustee.

    And it is further specially agreed by the parties hereunto, that in any deed or deeds given by any Trustee or substi- tute duly appointed hereunder, any and all statements of facts or other recitals therein made as to the non-payment of the money secured, or as to the request to sell, the time, place, terms of sale and property to be sold having been duly pub- lished, or as to any other act or thing having been duly done by any Trustee, or substitute, shall be taken by any and all courts of law and equity as prima facie evidence that the said statements or recitals do state facts, and are without fur- ther question to be accepted. And   WILLIAM B. DAZEY and DOLORES ANN DAZEY, - - - - - - -
the said grantors   do   hereby ratify and confirm any and all acts that the Trustee or substitute, or his successor in this trust may lawfully do in the premises by virtue hereof.   Erasures and interlineations made and approved before signing.

    IT IS SPECIALLY AGREED that when, as and if any accelerated maturity of any item secured by this instrument may be declared due under any term of this or any other paper evidencing the debt or any part thereof, that the maximum amount that can be collected for or on account of the debt shall be the principal amount thereof and interest accrued to the date of payment at not to exceed ten per cent per annum. That if any possible construction of any and all of the papers may seem to indicate any possibility of a different power given to the creditor or any authority to ask for, demand or receive any larger rate of interest the parties covenant that same is a mistake in calculation or wording which this clause is intended to override and control.

    WITNESS  our   hand this   27th   day of   May,              A. D. 1964.

                                        _William B. Dazey_
                                        WILLIAM B. DAZEY
                                        _Dolores Ann Dazey_
                                        DOLORES ANN DAZEY

42

42

# THE STATE OF TEXAS,

COUNTY OF ___AUSTIN___

BEFORE ME, the undersigned, a duly

constituted Notary Public _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ in and for

Austin _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ County, Texas, on this day personally appeared

_ _ _ _ _ _ _ _ WILLIAM B. DAZEY _ _ _ _ _ _ _ _

known to me to be the person___ whose name___ is ___ subscribed to the foregoing instrument, and acknowledged to me that

he___ executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, This 27 day of May, A. D. 19 64

(L. S.)

Notary Public in and for Austin Co. Texas

# THE STATE OF TEXAS,

COUNTY OF ___AUSTIN___

BEFORE ME, THE UNDERSIGNED, A DULY

CONSTITUTED AND APPOINTED NOTARY PUBLIC _ _ _ _ _ _ _ _ _ _ _ _ in and for

Austin _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ County, Texas, on this day personally appeared

_ _ _ _ _ _ _ _ DOLORES ANN DAZEY _ _ _ _ _ _ _ _ wife of

WILLIAM B. DAZEY _ _ _ _ _ _ _ _ _ _ _

known to me to be the person whose name is subscribed to the foregoing instrument, and having been examined by me privily and

apart from her husband, and having the same fully explained to her, she, the said DOLORES ANN DAZEY _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ acknowledged such instrument to be her act and deed, and

she declared that she had willingly signed the same for the purposes and consideration therein expressed, and that she did not wish

to retract it.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, This 27 day of May, A. D. 19 64

(L. S.)

Notary Public in and for Austin Co. Texas

Filed for Record on the 27th day of _____May,_____ A. D. 19 64, at 10:25 o'clock A. M.

Duly Recorded this the 1st day of _____June,_____ A. D. 19 64, at 8:55 o'clock A. M.

LAWRENCE DITTERT, County Clerk

Austin County, Texas

By _____ Deputy

(File No. 837-Deed of Trust- Mitchem A. Ledbetter , et ux to Adele Bourgeois, et al.)

# THE STATE OF TEXAS

COUNTY OF ___AUSTIN___

KNOW ALL MEN BY THESE PRESENTS:

That we, Mitchem A. Ledbetter and wife, Helen B. Ledbetter,

of _____Harris_____ County, Texas, hereinafter called First Party, in consideration of $10.00

paid by _____J. D. Kamas,_____

Trustee, of _____Austin_____ County, Texas, hereinafter called Second Party, and the further
consideration, uses, purposes and trusts herein set forth and declared, have SOLD, GRANTED, AND CON-
VEYED, and by these presents do SELL, GRANT, AND CONVEY unto Second Party, and also the the substi-
tute trustee, as hereinafter provided, all of the following described real estate, situated in Austin County,
Texas, together with the old house, well and pond located thereon, to-
wit:

All that certain tract of land situated in Austin County, Texas, in
the Miles N. Allen 3/4 League, Abstract No. 2, and being a part of the
same tracts of land described as 1st tract, 43 acres; 2nd tract, 25.7
acres; and 3rd tract, 59.2 acres, conveyed in a deed from Minna Necker,
to Adele Bourgeois, et al, dated the 4th day of February, 1950, and re-
corded in Vol. 178, on page 409, of the Deed Records of Austin County,
Texas, and being more particularly described as follows, to-wit:

BEGINNING at the Southwest corner of the said 43 acre tract;

THENCE North 19 deg. 30 min. East 406.7 feet to a stake;

THENCE North 20 deg. 15 min. East 549.6 feet to a stake;

THENCE North 21 deg. 39 min. East 523.4 feet to an iron pin;

THENCE North 84 deg. 03 min. East 1463.5 feet across the three tracts
to an iron pin in the Westerly margin of a county road;

THENCE with the Westerly margin of said county road the following
calls and distances: South 20 deg. 39 min. West 1158.4 feet; South 31 deg.

Mtg. Vol. 39

*(handwritten annotations at top:)*
6/29/1964

Wood, Koy/Robertson/Estlinbaum    Exhibit 3, pg 99 of 143

to.

Dewey Walder

Lots 205-207, 244-246, 271-273
310-312

275/439

(File No. 1080 - Deed - Homer L. Wood, et al, to Dewey W. Walden.)

THE STATE OF TEXAS

COUNTY OF AUSTIN              KNOW ALL MEN BY THESE PRESENTS:

      THAT WE, Homer L. Wood, joined by my wife, Mae Wood, of

__Caddo__      Parish, Louisiana; Ernest Anyz Koy, joined by my wife,

Jane Koy, of Austin County, Texas; Margaret Lambert Robertson, joined

by my husband, X. B. Robertson, of Harris County, Texas; and Emma

Lambert Estlinbaum, joined by my husband, Will Estlinbaum, of Colo-

rado County, Texas; for and in consideration of the sum of Two Thous-

and ($2,000.00) and no/100 DOLLARS cash to us in hand paid by Dewey

W. Walden, of Austin County, Texas, the receipt of which is hereby

acknowledged and confessed, HAVE GRANTED, SOLD AND CONVEYED, and by

these presents, DO GRANT, SELL AND CONVEY unto the said Dewey W. Wal-

den, of Austin County, Texas, the following described land, together

with all improvements thereon, if any, to-wit:

      All those certain lots, tracts or parcels of land situated
      in the Town of San Felipe de Austin, in Austin County, Texas,
      and described as "In Lots" Nos. 205,206, 207, 244, 245, 246,
      271, 272, 273, 310, 311 and 312, and being the same lots des-
      cribed in a deed from T. O. Howard, et al, to F. Lambert, being
      the same and identical person as Felix Lambert, dated December
      10, 1904, and recorded in Vol. 30 on Page 178 of the Deed Re-
      cords of Austin County, Texas, to which said deed and the re-
      cord thereof, reference is here made for all purposes, intent
      and description.

      TO HAVE AND TO HOLD the above described premises, together

with all and singular the rights and appurtenances thereto in any-

wise belonging, unto the said Dewey W. Walden, his heirs and assigns,

forever; and we do hereby bind ourselves, our heirs, executors and

administrators, TO WARRANT AND FOREVER DEFEND, all and singular,

the said premises unto the said Dewey W. Walden, his heirs and as-

signs, against every person whomsoever lawfully claiming, or to claim

the same, or any part thereof.

      WITNESS OUR HANDS, this the 29 day of June, A. D.,

1964.

            + *Homer L. Wood*
              Homer L. Wood

            *Mae Wood*
              Mae Wood

CANCELLED          *Ernest Anyz Koy*
              Ernest Anyz Koy

            *Jane Koy*
               Jane Koy

*(handwritten annotations at bottom:)*

Brenner 1958    { 310-312
             lots 205-207.    }  Hodo/Hals'n
             244-246.     }  Kent 1958
             271-273

*Margaret Lambert Robertson*
Margaret Lambert Robertson

*X. B. Robertson*
X. B. Robertson

*Emma Lambert Estlinbaum*
Emma Lambert Estlinbaum

*Will Estlinbaum*
Will Estlinbaum

THE STATE OF LOUISIANA )

PARISH OF *Caddo* )

    BEFORE ME, the undersigned authority, on this day person-
ally appeared Homer L. Wood and Mae Wood, his wife, both known to
me to be the persons whose names are subscribed to the foregoing
instrument, and acknowledged to me that they each executed the same
for the purposes and consideration therein expressed, and the said
Mae Wood, wife of the said Homer L. Wood, having been examined by me
privily and apart from her husband, and having the same fully ex-
plained to her, she, the said Mae Wood, acknowledged such instrument
to be her act and deed, and declared that she had willingly signed
the same for the purposes and consideration therein expressed, and
that she did not wish to retract it.

    GIVEN UNDER MY HAND AND SEAL OF OFFICE, this the 29
day of *June*, A. D., 1964.

*Readus W. Price*
Notary Public in and for *Caddo*
Parish, Louisiana

READUS W. PRICE
NOTARY PUBLIC, CADD PARISH
My Commission is For Life

THE STATE OF TEXAS )

COUNTY OF AUSTIN )

    BEFORE ME, the undersigned authority, on this day person-
ally appeared Ernest Anyz Koy and Jane Koy, his wife, both known to
me to be the persons whose names are subscribed to the foregoing in-
strument, and acknowledged to me that they each executed the same
for the purposes and consideration therein expressed, and the said

Jane Koy, wife of the said Ernest Anyz Koy, having been examined by
me privily and apart from her husband, and having the same fully ex-
plained to her, she, the said Jane Koy, acknowledged such instrument
to be her act and deed, and declared that she had willingly signed
the same for the purposes and consideration therein expressed, and
that she did not wish to retract it.

    GIVEN UNDER MY HAND AND SEAL OF OFFICE, this the 3rd
day of *July*, A. D., 1964.

*Walter Krumrey*  WALTER KRUMREY
Notary Public in and for Austin County,
Texas

THE STATE OF TEXAS )

COUNTY OF *HARRIS* )

    BEFORE ME, the undersigned authority, on this day person-
ally appeared X. B. Robertson and Margaret Lambert Robertson, his
wife, both known to me to be the persons whose names are subscribed
to the foregoing instrument, and acknowledged to me that they each
executed the same for the purposes and consideration therein ex-
pressed, and the said Margaret Lambert Robertson, wife of the said
X. B. Robertson, having been examined by me privily and apart from

275/441

her husband, and having the same fully explained to her, she, the said Margaret Lambert Robertson, acknowledged such instrument to be her act and deed, and declared that she had willingly signed the same for the purposes and consideration therein expressed, and that she did not wish to retract it.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this the 2ND day of ___JULY___, A. D., 1964.

_____
Notary Public in and for HARRIS County, Texas

THE STATE OF TEXAS  
COUNTY OF _Colorado_

BEFORE ME, the undersigned authority, on this day personally appeared Will Estlinbaum and Emma Lambert Estlinbaum, his wife, both known to me to be the persons whose names are subscribed to the foregoing instrument, and acknowledged to me that they each executed the same for the purposes and consideration therein expressed, and the said Emma Lambert Estlinbaum, wife of the said Will Estlinbaum, having been examined by me privily and apart from her husband, and having the same fully explained to her, she, the said Emma Lambert Estlinbaum, acknowledged such instrument to be her act and deed, and declared that she had willingly signed the same for the purposes and consideration therein expressed, and that she did not wish to retract it.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this the 3rd day of July, A. D., 1964.

_____
Notary Public in and for Colorado County, Texas

Filed for Record on the 6th day of ___July___, A. D. 19_64_, at 9:40 o'clock A. M.
Duly Recorded this the 7th day of ___July___, A. D. 19_64_, at 10:26 o'clock A. M.

LAWRENCE DITTERT, County Clerk
Austin County, Texas
By _____, Deputy

(File No. 1081 - Deed - Wm. B. Walton, et ux to Adolph Hrachovy, et ux)

THE STATE OF TEXAS  
COUNTY OF AUSTIN

KNOW ALL MEN BY THESE PRESENTS: That we, WM. B. WALTON and wife, DORIS MAE WALTON, of Austin County, Texas, for and in consideration of the sum of One Hundred and NO/100 Dollars ($100.00) cash to us in hand paid by ADOLPH HRACHOVY and wife, LORENA HRACHOVY, the receipt of which is hereby acknowledged and confessed have GRANTED, SOLD AND CONVEYED, and by these presents do GRANT, SELL AND CONVEY, unto the said ADOLPH HRACHOVY and wife, LORENA HRACHOVY, of Austin County, Texas, the following described land:

All that certain tract or parcel of land in the John Nichols League in Austin County, Texas, and being a part of a tract of land described in a Deed from H. O. Fisher, et ux, to Wm. B. Walton, et ux, dated July 5, 1946, and recorded in Volume 157, on page 513, of the Deed Records of Austin County, Texas, and the tract herein conveyed being described by metes and bounds as follows, to-wit:

BEGINNING at the Northwest corner of the hereinabove mentioned tract of land described in said deed from H. O. Fisher, et ux, to Wm. B. Walton, et ux:

THENCE; S. 64 E. 50 ft. to a stake for a corner of this tract;
THENCE; S. 23 W. 110 ft to a stake for a corner this tract;
THENCE; N 64 W 50 ft. to a stake in the line marking the West margin of said Walton tract and the East margin of a tract owned by

040                                9/2/1966        Dazey's to
                                                   Brenner

(File No. 1851-Deed-William B. Dazey, et ux to Lawrence Brenner, et ux.)

THE STATE OF TEXAS    )
                      )    KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF HARRIS      )

That we, WILLIAM B. DAZEY and wife, DOLORES ANN DAZEY, of the County of Harris, State of Texas, for and in consideration of the sum of $10.00 cash and other good and valuable consideration to us in hand paid by LAWRENCE BRENNER and wife, LOUISE O. BRENNER, the receipt of which we do hereby acknowledge and confess, HAVE GRANTED, SOLD and CONVEYED, and by these presents to GRANT, SELL and CONVEY, unto the said LAWRENCE BRENNER and wife, LOUISE O. BRENNER of Houston, Harris County, Texas, all those certain lots or tracts of land situated in the County of Austin, State of Texas, described as follows, to-wit:

> Lots numbered 139, 140, 141, 142, 143, 144, 181, 182, 183, 184, 185, 186, 199, 200, 201, 202, 203, 204, 247, 248, 249, 250, 251 and 252 in the Old Town of San Felipe de Austin, Austin County, Texas, being the same land as that described in a deed dated May 27, 1964, which is recorded in Volume 274, Pg. 681, in the Deed Records of Austin County, Texas.

> This conveyance is made subject to an undivided one-half (½) royalty interest reserved for a period of 15 years from April 5, 1957, in deed from Ida Louise Fort, et al., to Dewey W. Walden recorded in Volume 231, pg. 504, of the Deed Records of Austin County, Texas.

TO HAVE and TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in any way belonging or appertaining, unto the said LAWRENCE BRENNER and wife, LOUISE O. BRENNER, their heirs or assigns, forever.

And we do hereby bind ourselves, our heirs, executors and administrators, to WARRANT and FOREVER DEFEND all and singular the said premises unto the said LAWRENCE BRENNER and wife, LOUISE O. BRENNER, their heirs and assigns, against every person whomsoever, lawfully claiming or to claim the same or any part thereof.

IN WITNESS WHEREOF we have hereunto set out hands this 22nd day of September, 1966.

_____
WILLIAM B. DAZEY

_____
DOLORES ANN DAZEY

THE STATE OF TEXAS    )
COUNTY OF HARRIS      )

041

BEFORE ME, JACQUELINE THERESE MCKEON, a Notary Public in and for Harris County, Texas, on this day personally appeared WILLIAM B. DAZEY and DOLORES ANN DAZEY, his wife, known to me to be the persons whose names are subscribed to the foregoing instrument, and the said WILLIAM B. DAZEY acknowledged to me that he executed the same for the purposes and consideration therein expressed. And the said DOLORES ANN DAZEY, wife of the said WILLIAM B. DAZEY, having been examined by me privily and apart from her husband, and having the same fully explained to her, she, the said DOLORES ANN DAZEY, acknowledged such instrument to be her act and deed, and declared that she had willingly signed the same for the purposes and consideration therein expressed, and that she did not wish to retract it.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this _22 nd_ day of September, 1966.



_Jacqueline Therese McKeon_
JACQUELINE THERESE MCKEON
Notary Public in and for
Harris County, T E X A S

Filed for Record on the 27th day of _____ September, _____ A. D. 19 66, at 11:25 o'clock A. M.

Duly Recorded this the 28th day of _____ September, _____ A. D. 19 66, at 2:18 o'clock P. M.

LAWRENCE DITTERT, County Clerk
Austin County, Texas

By _____, Deputy

(File No. 1852)

THE STATE OF TEXAS X

COUNTY OF AUSTIN X

BEFORE ME, the undersigned authority, on this day personally appeared SELMA COODY, a widow and a feme sole, a resident of Austin County, Texas, known to me to be a credible person, who, being by me duly sworn, upon her oath deposes and says:

My name is Selma Coody. I reside in Austin County, Texas, and am 56 years of age. I am the surviving wife of Owen G. Coody, who was also sometimes known as Owen Gilbert Coody. My husband, Owen G. Coody, died on the 17th day of July, A. D., 1963, without leaving a Will. At the time of his death, the said Owen G. Coody lived near Sealy, Austin County, Texas, and his death occurred at our home.

The said Owen G. Coody was married only once and then unto me. This marriage occurred on the 12th day of November, A. D., 1931, in Sealy, Austin County, Texas. We lived together as husband and wife

SFdH

LO. & F.G. Eidman

Exhibit 3, pg 104 of 143

p.594

Vol.

signed 12/23/1876
recorded 3/20/1877

594

In Lots

79, 80,

118, 119,

205, 206

208, 20

211, 21

238, 2

0 240, 2

244,

271,

274,

277,

304, 3

307, 3

310, 31

344, 3

349, 3

364,

367, 3

403, 40

406 40

409, 41

413 A 41

**The State of Texas**
**County of Austin**

Know all men by these presents that the Corporation of San Felipe for and in consideration of the sum of fifty dollars in hand paid by J.C. Eidman & R.G. Eidman the receipt of which is hereby acknowledged have bargained sold released and conveyed and by these presents do bargain sell and convey unto J.C. Eidman and R.G. Eidman of the aforesaid county and state the following described lots situated within the limits of said Corporation to wit:

[long list of lot numbers] ... to have and to hold all and singular the said premises hereditaments and appurtenances hereunto belonging or in anywise appertaining unto the said J.C. Eidman & R.G. Eidman their heirs administrators and assigns forever, and said Corporation does hereby bind itself and successors in office to forever warrant and defend the title of the aforesaid lots of land against any person or persons claiming the same or any part thereof by or through said Corporation.

In testimony whereof I J.J. Josey Mayor of the Corporation of the town of San Felipe do hereby affix my name officially by order of said Corporation this 23 day of Decr 1876.

J.J. Josey, Mayor of the Corporation of San Felipe

Witness
N.B. English

**The State of Texas**
**County of Austin**

Before me, A McKinny a Notary Public in and for said county of Austin, personally came N.B. English a subscribing witness to the foregoing deed, bearing date, December 23rd 1876, and stated on oath, that he knew J.J. Josey Mayor of the Corporation of San Felipe subscribe the same, and that he signed the same as a witness at the request of said J.J. Josey, Mayor as aforesaid.

In testimony of which I hereto setting my hand officially, with the seal of my office this 20 day of March 1877.

A McKinny, N.P. A.C.

434, 435, 436, 437, 438
439, 440,

10/13/1945

- Eidman
- Lambert
- Hageman
on behalf of A.F. Hageman
For all Lots below

275

(152.)

THE STATE OF TEXAS }
COUNTY OF AUSTIN }

WHEREAS, on the 23rd. day of December A. D. 1876 the Corporation of San Felipe did convey by deed to S. O. Eidman and F. G. Eidman lots Numbered 208, 209, 210, 211, 212, 213, 238, 239, 240, 241, 242, 243, 274, 275, 276, 277, 278, 279, 304, 305, 306, 307, 308, 309, 346, 347, 348, 367, 368, 369, together with other lots, in the limits of said corporation, which deed is recorded in Vol. U, page 594, deed records of Austin County, Texas; and,

Whereas, on the 3rd. day of January A. D. 1906 the Corporation of San Felipe did convey by deed to Felix Lambert the Military Square in the Town of San Felipe, which deed is recorded in Vol. 29, page 323, Deed Records of Austin County, Texas; and, WHEREAS, ON the 26th. day of August 1939, the Corporation of San Felipe de Austin did convey to Albert Hagemann by deed dated August 26, 1939 Lots Nos. 343, 344, 345, 370, 371 and 372 in the Town of San Felipe de Austin, which deed is recorded in Vol. 125, page 66, deed records of Austin County, Texas ; and, WHEREAS, it appears that said deeds are defective for one or more of the following reasons; 1. The deed contains no resolution authorizing the Mayor and/or Secretary to sign the deed. 2. The deed does not contain the corporation seal. 3. The deed conveys in the name of "Corporation of San Felipe" instead of the true name of said Corporation, namely: "Corporation of San Felipe de Austin"; and WHEREAS, A. F. Hagemann is now the record title owner of said tracts of land and the Corporation of San Felipe de Austin is desirous of correcting the above mistakes and omissions in said deeds so that the said A. F. Hagemann will have a good and merchantable title to said land: NOW, THEREFORE, BE IT RESOLVED by the Mayor and Board of Aldermen of the Corporation of San Felipe de Austin at a regular meeting of the Town Council of the said Corporation of San Felipe de Austin on this the 13 day of Oct, A. D. 1945, a quorum being present, that the Corporation of San Felipe de Austin hereby direct the Mayor and Secretary to execute to the said A. F. Hageman a new deed of conveyance covering said above described land and confirming said deeds in all respects so that all defects in said deeds will be corrected and title in fee simple be placed absolutely in said A. F. Hagemann.

ATTEST:
    J. H. Craig
    Secretary, Corporation of
    San Felipe de Austin

R. C. Kunze
Mayor, Corporation of San Felipe
de Austin

We, R. C. Kunze, Mayor and J. H. Craig, Secretaty, of the Corporation of San Felipe de Austin, do hereby certify that the above and foregoing "Resolution" was duly introduced and regularly adopted at a regular meeting of the Town Council of said Corporation, a quorum of said Board of Alderman being present, on the 13 day of October A. D. 1945.

Witness our hands at San Felipe de Austin, this the 19 day of October A. D. 1945.

ATTEST:
    J H. Craig
    Secretary, Corporation of
    San Felipe de Austin

R. C. Kunze
Mayor, Corporation of San Felipe de
Austin

THE STATE OF TEXAS }
COUNTY OF AUSTIN }

Before me, the undersigned authority, on this day personally appeared R. C. Kunze, Mayor, and J. H. Craig, Secretary, of the Corporation of San Felipe de Austin, well known to me to be the persons whose names are subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed and in the capacity therein stated, and as the act and deed of the Corporation of San Felipe de Austin.

Given under my hand and seal of office, this 19 day of October A. D. 1945.

(seal) Carrie May Ferrell Notary public in and for Austin County, Texas.

276

(152)
Filed for record at 11:00 o'clock A. M. October 31, 1945 Lawrence Dittert, Clerk. Recorded
Nov. 8, 1945 at 11:40 A. M.

Lawrence Dittert, Clerk, County Court, Austin County, Texas.

By     *Gladys Hartman*     Deputy

------------------

(153. Assignment of Lien. A. F. Hagemann to The Supreme Lodge of Slavonic Benevolent Order
of the State of Texas (S. P. J. S. T.)

THE STATE OF TEXAS,

COUNTY OF AUSTIN

Know all Men by These Presents: WHEREAS, On the 1st day of October A. D. 1945 W. C.
Pagel and wife Emma Pagel did execute one certain note, described as follows:    In the
principal sum of $500.00, payable to A. F. Hagemann, at Bellville, Texas, bearing 6% interest
from date, due in 10 annual installments of $50.00 each, the first installment due on October
1, 1946 and one like installment due annually thereafter until the entire principal sum is
paid; and which said note is set out and described in a certain Deed of Trust executed by
W. C. Pagel and wife Emma Pagel to Herbert Vogelpohl, Trustee for benefit of A. F. Hagemann
and recorded in volume _____, page____, records of Deeds of Trust of Austin County, Texas,
and secured by the Deed of Trust & Vendor's lien therein expressed on the following described
lot, or parcel of land, situated in the County of Austin State of Texas, to-wit;    Three
tracts of land situated in Austin County, Texas; First - The Military Square in the town of
San Felipe de Austin; Second - 36 lots in the town of San Felipe de Austin, being Lots 208,
209, 210, 241, 242, 243, 274, 275, 276, 307, 308, 309, 211, 212, 213, 238, 239, 240, 277,
278, 279, 304, 305, 306, 346, 347, 348, 367, 368, 369, 343, 344, 345, 370, 371, 372 - less
3 strips off of same; and Third - Lots 343, 344, 345, 370, 371 and 372;    NOW THEREFORE,
KNOW ALL MEN   BY THESE PRESENTS, That I, A. F. Hagemann the payee and owner and holder of
said note, for and in consideration of the sum of Five Hundred and no/100 ($500.00) Dollars
to me in hand paid by The Supreme Lodge of Slavonic Benevolent Order of the State of Texas,
(S. P. J. S. T.), of Fayetteville, Texas, have Sold, Transferred and Conveyed, and do here-
by Sell, Transfer and Convey unto said The Supreme Lodge of Slavonic Benevolent Order of the
State of Texas, (S. P. J. S. T.), without recourse on the undersigned the said Note and said
lien and all liens and titles held by me in and to said land.    To have and to hold the same
unto the said The Supreme Lodge of Slavonic Benevolent Order of the State of Texas, (S. P.
J. S. T.), its successors and assigns forever.

WITNESS my hand this 26th day of October A. D. 1945.

A. F. Hagemann
Ella Hagemann

THE STATE OF TEXAS

COUNTY OF AUSTIN

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this
day personally appeared A. F. Hagemann known to me to be the person whose name is subscribed
to the foregoing instrument, and acknowledged to me that he executed the same for the purpose
and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this the 26 day of October A. D. 1945.

(seal) Will Hill Notary Public in and for Austin County, Texas.

Filed for record this 31 day of October A. D. 1945 at 11:00 o'clock A. M. Lawrence Dittert,
Clerk. Recorded Nov. 8, 1945 at 12:00 A. M.

Lawrence Dittert, Clerk, County Court, Austin County, Texas

By     *Gladys Hartman*     Deputy

996802

## GENERAL WARRANTY DEED

**Date:**  November 11, 1999

**Grantors:**  LAWRENCE BRENNER and LOUISE O. BRENNER

**Grantors' Mailing Address:**

7 Falling Leaf Lane
Houston, Texas 77024
Harris County, Texas

**Grantee:**  BRENNER FAMILY LIMITED PARTNERSHIP

**Grantee's Mailing Address:**

7 Falling Leaf Lane
Houston, Texas 77024
Harris County, Texas

**Consideration:**

The sum of TEN ($10.00) AND NO/100 DOLLARS, and other valid, valuable, adequate and sufficient consideration, cash, paid to the Grantors, the receipt of which is hereby acknowledged.

**Property (including any improvements):**

All of Grantors' undivided interests in and to that certain tract and parcel of real property, together with all improvements located and situated thereon, being more particularly described in Exhibit "A" attached hereto and incorporated herein for all purposes.

**Reservations from and Exceptions to Conveyance and Warranty:**

This deed is subject to all easements, restrictions, conditions, covenants, reservations, and other instruments of record.

Grantors, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grant, sell, and convey to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's successors or assigns forever. Grantors bind Grantors and Grantors' heirs, executors, administrators, and successors to warrant and forever defend all and singular the property to Grantee and Grantee's successors and assigns against every person

whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

When the context requires, singular nouns and pronouns include the plural.

Grantee assumes all ad valorem taxes due on the property for the current year.

WITNESS OUR HANDS on November 11, 1999.

LAWRENCE BRENNER

LOUISE O. BRENNER

STATE OF TEXAS
COUNTY OF HARRIS

This instrument was acknowledged before me on November 11, 1999 by LAWRENCE BRENNER and LOUISE O. BRENNER.

Notary Public, State of Texas

BEVERLY A. HAM
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
DEC. 12, 2002

AFTER RECORDING RETURN TO:
THE VACEK LAW FIRM, PLLC
11511 Katy Freeway, Suite 520
Houston, Texas 77079

EXHIBIT "A"

All that certain tract or parcel of land lying and being situated in Austin County, Texas, and described as follows, to-wit:

All those certain lots, tracts or parcels of land situated in the Town of San Felipe de Austin, in Austin County, Texas, and described as "In Lots" Nos. 205, 206, 207, 244, 245, 246, 271, 272, 273, 310, 311 and 312, and being the same lots described in a Deed from Homer L. Wood, et al, to Dewey W. Walden, dated June 29, 1964, and recorded in Volume 275, Page 439, of the Deed Records of Austin County, Texas, to which said Deed and the record thereof reference is here made for all purposes, intent and description.

FILED

STATE OF TEXAS          COUNTY OF AUSTIN

99 NOV 16 PH 12: 07    I certify that this instrument was filed on the date and time stamped by me and was duly RECORDED in the OFFICIAL PUBLIC RECORDS OF AUSTIN COUNTY, TEXAS.

Carrie Gregor          Carrie Gregor          996802

COUNTY CLERK          Carrie Gregor, County Clerk
AUSTIN COUNTY, TEXAS          Austin County, Texas

3



996804

## GENERAL WARRANTY DEED

Date:          November 11, 1999

Grantors:      LAWRENCE BRENNER and LOUISE O. BRENNER

Grantors' Mailing Address:              7 Falling Leaf Lane
                                        Houston, Texas 77024
                                        Harris County, Texas

Grantee:       BRENNER FAMILY LIMITED PARTNERSHIP

Grantee's Mailing Address:              7 Falling Leaf Lane
                                        Houston, Texas 77024
                                        Harris County, Texas

Consideration:

The sum of TEN ($10.00) AND NO/100 DOLLARS, and other valid, valuable, adequate and sufficient consideration, cash, paid to the Grantors, the receipt of which is hereby acknowledged.

Property (including any improvements):

All of Grantors' undivided interests in and to that certain tract and parcel of real property, together with all improvements located and situated thereon, being more particularly described in Exhibit "A" attached hereto and incorporated herein for all purposes.

Reservations from and Exceptions to Conveyance and Warranty:

This deed is subject to all easements, restrictions, conditions, covenants, reservations, and other instruments of record.

Grantors, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grant, sell, and convey to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's successors or assigns forever. Grantors bind Grantors and Grantors' heirs, executors, administrators, and successors to warrant and forever defend all and singular the property to Grantee and Grantee's successors and assigns against every person

whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

When the context requires, singular nouns and pronouns include the plural.

Grantee assumes all ad valorem taxes due on the property for the current year.

WITNESS OUR HANDS on November 11, 1999.

_(signature)_
LAWRENCE BRENNER

_(signature)_
LOUISE O. BRENNER

STATE OF TEXAS
COUNTY OF HARRIS

This instrument was acknowledged before me on November 11, 1999 by LAWRENCE BRENNER and LOUISE O. BRENNER.

_(signature)_
Notary Public, State of Texas

> BEVERLY A. HAM
> NOTARY PUBLIC, STATE OF TEXAS
> MY COMMISSION EXPIRES
> DEC. 12, 2002

AFTER RECORDING RETURN TO:
→ THE VACEK LAW FIRM, PLLC
11511 Katy Freeway, Suite 520
Houston, Texas 77079

EXHIBIT "A"

All that certain tract or parcel of land lying and being situated in Austin County, Texas, and described as follows, to-wit:

Lots Nos. 268, 269 and 270 situated in the old Town of San Felipe, as shown by plat of said Town of San Felipe, Texas, of record in the Deed Records of Austin County, Texas, being out of the five leagues originally granted to the Corporation of San Felipe de Austin in Austin County, Texas, and being the same Lots Nos. 268, 269 and 270 described as part of Second Tract in Deed from Ida Louise Fort, et al, to Dewey W. Walden, dated April 5, 1957, and recorded in Volume 231, Page 504, of the Deed Records of Austin County, Texas, to which said Deed and the record thereof reference is here made for all purposes.

FILED          STATE OF TEXAS          COUNTY OF AUSTIN

99 NOV 16 PM 12: 07    I certify that this instrument was filed on the date and
                       time stamped by me and was duly RECORDED in the
                       OFFICIAL PUBLIC RECORDS OF AUSTIN COUNTY, TEXAS.

Carrie Gregor                    Carrie Gregor              996804
COUNTY CLERK                     Carrie Gregor, County Clerk
AUSTIN COUNTY, TEXAS             Austin County, Texas

3



**SURVEY NOTES**
1. ALL BEARINGS ARE BASED ON THE LAMBERT GRID, TEXAS COORDINATE SYSTEM OF 1983 (CORS 96), TEXAS SOUTH CENTRAL ZONE AS DETERMINED BY GPS OBSERVATIONS.
2. THIS PROPERTY IS SHOWN TO BE INSIDE (ZONE X) OF THE FLOOD HAZARD BOUNDARY AREA AS SHOWN ON FEMA FIRM MAP NO. 4815C0150 C, EFFECTIVE DATE OF JANUARY 3, 1990.
3. PROPERTY IS SUBJECT TO THOSE EASEMENTS, ETC. IF ANY THAT APPEAR OF RECORS IN THE REAL PROPERTY RECORDS OF AUSTIN COUNTY, TEXAS.
4. FIELD NOTES TO ACCOMPANY THIS PLAT.

JUNE 20, 2006

**LEGEND**
● 5/8" IRON ROD SET W/ CAP
○ METAL CAP FOUND
—?— OVERHEAD POWERLINE
—x— WIRE FENCELINE
( ) RECORD DEED CALL

SCALE: 1" = 80 FEET

**SURVEY PLAT**
OF A SURVEY OF LOTS 205–207, LOTS 244–246, CONTAINING 2.547 ACRES AND LOTS 271–273, LOTS 310–312, CONTAINING 2.550 ACRES OF LAND OUT OF THE TOWN OF SAN FELIPE, AUSTIN COUNTY, TEXAS. SAID LOTS BEING THAT SAME PROPERTY DESCRIBED IN A DEED DATED NOVEMBER 11, 1999 TO THE BRENNER FAMILY LIMITED PARTNERSHIP, RECORDED IN FILE NUMBER 996802, AUSTIN COUNTY OFFICIAL RECORDS.

I, LEONARD W. FRANK DO HEREBY CERTIFY THAT THIS SURVEY WAS THIS DAY MADE ON THE GROUND UNDER MY SUPERVISION AND THAT IT COMPLIES WITH THE CURRENT TEXAS SOCIETY OF PROFESSIONAL SURVEYORS STANDARDS AND SPECIFICATIONS FOR A CATEGORY 1A CONDITION IV SURVEY.

FOR FRANK SURVEYING CO., INC.
BY: LEONARD W. FRANK, RPLS
TEXAS REGISTRATION NO. 1669

LEONARD W. FRANK
1669

**SURVEY PLAT OF LOTS 205–207, LOTS 244–246, LOTS 271–273, AND LOTS 310–312 OF THE TOWN OF SAN FELIPE AUSTIN COUNTY, TX**

2205 WALNUT STREET
COLUMBUS, TX 78934
979.732.3114

FRANK SURVEYING COMPANY

COPYRIGHT 2006
ALL RIGHTS RESERVED

SCALE: 1" = 80'        DRAWN BY: MATT LOESSIN    REV:
FIELD CREW: NH/TH      PROJECT NO: 06–215        SHEET 1 OF 1
                       CHECKED BY: LWF    COMPUTATION: MWL

Fenced
town lots
referenced in
1901 court
affidavit
Roberson:
No. 3845

The State of Texas } In District Court
County of Austin } } Summer Term 1901 —
To Hon L M Moran
Judge of said court.

Your Petitioner Catherine
Roberson who sues in her own right and
as natural Guardian and next friend to her
minor daughter Fay Roberson, Plaintiffs.
complaining of P R Roberson, & B Roberson
Guy Roberson and Emmett Roberson.
Defendants, would respectfully represent
that Plaintiffs and Defendants each of all reside in said Austin County
to the court, that Plaintiff Catherine Roberson
is the surviving widow of John E Roberson
deceased, who died in said Austin County
on or about the      day of       1900, That said
Fay Roberson is the only child the issue of
the marriage between Plaintiff and said
said John E Roberson dec who has no legal guardian. That said P R
Roberson is a brother of said John E Roberson
dec that Defendants X B, Guy and Emmett
Roberson are children of said John E Rober-
son dec, by a former marriage, that said
Guy & Emmett Roberson are minors under
the age of twenty one years and have no legal
Guardian. That said John E Roberson dec
at the date of his marriage with Plaintiff
Catherine, on or about July 14, 1892, owned a
home on the Corporation town tract of the
town of San Felipe, being lots 142. 143, 181 182
183, 202-203-204-247, 248, 249, 268-269, 270- 371-372-373-
137 140- 141, 184, 185, 186- 199, 200- 201- 250-251 & 252
conveyed to said John E Roberson dec by O Y Cannon
& wife by deed dated Dec 22, 1880, which deed is
recorded in Book X pages 327 & 8 — deed records
of Austin County Texas— also lot 426, said

E Robinson decd, by the corporation of the
town of San Felipe by deed dated April 11, 1884
recorded in said Austin County deed record
in vol. 3, page 64, all of which lots comprizing
about twenty acres of land was the home
stead of said E Robinson decd And continued
the homestead of said John E Robinson
decd. And Plaintiff Catherine, up to the time
of his death in the Spring or summer of 1700
And is now & has ever since been the home
stead of plaintiff Catherine and said
minor Children, That said John E Robinson
at the time of his Marriage with Plaintiff
Katherine, also owned lot no 3. in block
no 24. in the new addition to the town of
San Felipe, which last mentioned
lot was Conveyed to said John E Robinson
by deed of date Apr 30. 1889. from said
Corporation of the Town of San Felipe
which deed is recorded in said deed records
in vol 17, page 108 & 109, That on the 1st day of
August 1890. defendant P A Robinson
and John E Robinson decd bought in
Partnership from John Hill 98 acres of
land in Austin County Texas near said
town Corporation described in said deed
from said Hill to said Robinsons as
follows, "All that Certain tract or parcel of
land being a part of the lower half of
the S F Austin league about four miles
above the town of San Felipe in
Austin County Texas, Beginning at a
Stake on the N W side of the San Felipe
and Bellville road set for North Cor,

of a tract of land heretofore conveyed by said John Hill to Joe Kurtz, thence with said road N 46 W 455 vrs to a stake including a string of fence on this line, thence S 45 W 1228½ vrs to a stake 5 feet N 45 E from said string of fence, thence S 45 E 455½ vrs to a stake in said Kurtz NW line, thence with said line N 45 E 1202½ varas to the "place of beginning" which deed from said John Hill to said P A & John E Brinson is of record in vol 17 pages 109 & 10. of said Austin County deed records — That said 98 acres of land was at the time of the death of said John E Robinson, owned jointly by said P A Robinson & John E Robinson, each owning an undivided one half thereof that the same is still owned jointly by said P A Robinson and Plaintiff Catherine & Fay Robinson, and said & B, Guy & Emmett Robinson, that Plaintiff Catherine owns in her own right an undivided one half of one half thereof or one fourth of the whole tract — that said Plaintiff Fay Robinson, & B Robinson, Guy Robinson and Emmett Robinson, own jointly an undivided one half of one half thereof in equal portions, said one half of said 98 acres being the community property of John E Robinson dec and Plaintiff Catherine, that all the other land hereinbefore mentioned was the separate property of said John E Robinson now dec. And is owned jointly by said Children, viz, Plaintiff Fay, defendants

A B. Huey, & Emmett Robinson in equal
shares, each being entitled to an undi-
vided one fourth of said land being
the several lots hereinbefore mentioned
encumbered however with the same
trust like estate therein held by plain-
tiff Catherine, And encumbered also
with the homestead rights of plaintiff
Cathrine and her minor children Fay —
And plaintiff further shows to the court
that said deft P A Robinson and said John
E, Robinson at and before the death of
said John E Robinson owned jointly
in equal shares, the following described
personal property to wit — two head of
mare mules each branded JT And of the
value of $75.00 each also 13 head of horses
viz 4 mares of the value of $50.00 each 2
horses of the value of $30.00 each five
yearling colts of the value of $30.00
each & two sucking colts of the value of
$15.00 each, the total value of all of said
mules, horses, mares, yearlings & colts
being $730.00 or $830.00 also 8 head of cattle
including all grades sizes & ages, branded
JT. and of the value of $80.00, also a
lot of farm implements, such as, wagon
Cultivator, Stalk Cutter, turn plows and
other articles which plaintiff can not now
enumerate, but of the estimated value
of $150.00 all of said property being in one with and
Shows to the court that after her marriage
with said John E Robinson, there was
added to said homestead improvements
as follows an addition enlarging the dwelling

house which improvement is worth
$100.00 Also built a barn & hay shed of
the value of $150.00 that she owns an in=
terest in said homestead in addition to
her's life estate equal to ½ the value
of said improvements — Plaintiff represents
that there is considerable community property
between herself & said John E Robinson deceased
that she owns household furniture also
that she owns as her own separate property
a bed room suit, sewing machine, buggy
And some other articles of household
furniture, an itemized bill of which
community & separate property will
be furnished on the trial hereof — Plff
herein also shows to the Court
that No Administration has been had
on the Estate of said John E Robinson
deceased nor is Administration
necessary thereon, also that all of
said town lots are used & have been for
many years fenced as a farm & is & has
long been used by said John E Robinson
& his family as a home & it is upon
the lots that the residence, barns
& other improvements, that since 1895, the
said 98 acres of land has also been
used for farming by said John E
Robinson dec'd & is a barn & pasture
of the said homestead, Wherefore Plaintiff
Catherine, says that in the partition of
said property she is entitled to have
set apart to her as a homestead for herself
and said Minor Children all of said
real estate except the ½ of said 98 acres

of [...] that under the law she is entitled to
One third of all the personal property which
at the trial may be shown to have been
owned by said Robert E Robinson at the
date of his marriage with Plaintiff Catherine
And to 1/2 of all of said personal property
which may be shown to have come into
the Possession of said John E Robinson
And this Plaintiff Catherine after their
said marriage, and she alleges all of
said personal property to be Community
property of herself & said John E Robinson
deceased, Plaintiff Catherine Russ says
she & her minor child Fay, have no other
[...] than the one herein described
[...] no other property,—— ——
[...] Considered Plaintiffs, Catherine
for herself & her said minor daughter Fay
bring this Suit, And prays process to
each & all of said defendants Citing them
& each of them to appear before the
next regular Term of Loar Honors
Court to be held in Bellville Austin
County Texas, on the 17th day of June
1901. At the hearing hereof Plaintiff [...]
prays that a Guardian ad litem be appoin-
ted to represent the interest of each & all
of said Minors in this Cause — and
prays for a Partition of all of said
property [...] shown to belong jointly to the
said O A Robinson & the other parties to
this Suit, that Commissioners be appointed
to make such partition of said property
Real & personal in kind, that all the

rest of said property real & personal
after giving to said P A Robinson his
share thereof be set aside to plaintiff
Catherine & said Minor Children for
their use as a homestead to be managed
& controlled by plaintiff Catherine, but
should the court find that all of said
property except such as said P A Robinson
shall receive, ought also to be partitioned
between plaintiff Catherine & Fay Robinson
and X B. Guy, & Emmett Robinson, then
she asks that her share of all of said
property Real & personal be set aside to her
and according to her interest therein as
hereinbefore stated or as may be shown
to the court & to said defendants X B. Guy
& Emmett Robinson & plff Fay Robinson
their respective shares as herein stated or
as may appear to the court to be right
& proper, encumbered however with
the life Estate of plaintiff Catherine and
also encumbered with her homestead
rights, And for Costs of suit. And for
all such orders as plaintiff & said Fay
Robinson & may be entitled either in law
or equity & for General relief

John R. Bell
Atty for plaintiffs

No. 3843

Victoria Robinson
evt

vs } Confessed Plea

The State

PR Robinson
en bis

Filed May 28th 1901
86 Reg Clk of 6th D.C.
[signature]





Survey Plat and Field Notes

**FRANK SURVEYING CO., INC.**
2205 Walnut Street
Columbus, Texas 78934
979.732.9114

STATE OF TEXAS

COUNTY OF AUSTIN

*FIELD NOTES* of a survey of a 12.666 total acre tract, less 3.46 acre in road and leaving a NET ACREAGE of 9.209 acres out of the Old Town of San Felipe, Austin County, Texas. Said 12.666 acre tract being all of Lots 198-141, all of Lots 184/185, and all of Lots 159-204, all of Lots 247-252, and all of Lots 269-270, and also a part of Third Street, a part of Baron De Bastrop Street and a part of Fourth Street as described in a deed dated May 27, 1984, and recorded in Volume 274, Page 631, Austin County Deed Records, and in a deed dated April 8, 1958 to Dewoy W. Walden, recorded in Volume 291, Page 504, of the Deed Records of Austin County, Texas for which reference is made and the said 12.666 total acre tract being described by metes and bounds as follows, TO-WIT:

*COMMENCING* at a 1/2 inch iron rod set (capped RPLS 1669) for the East corner of Lot 144, same being a East corner of a 2.620 acre tract surveyed also this day, corner being also in the Southwest line of Park Road No. 38, and being also in the Northwest line of Guadalupe Street;

*THENCE* S 24° 46' 01" W a distance of 392.01 feet with the Northwest line of Guadalupe Street, same being the Southeast line of the said 2.620 acre tract to a 1/2 inch iron rod set (capped RPLS 1669) for the South corner of Lot 161 and the South corner of the said 2.620 acre tract, corner being also a East corner and *POINT OF BEGINNING* of the herein described 12.666 acre tract;

*THENCE* S 24° 45' 51" W a distance of 651.11 feet with the Northwest line of Guadalupe Street, across Third Street (as platted), with the Southeast line of Lot 204 and Lot 247, across Fourth Street, and with the Southeast line of Lot 270, same being the Southeast line of the herein described tract to a 1/2 inch iron rod set (capped RPLS 1669) for the South corner of Lot 270, corner being also the East corner of Lot 313;

*THENCE* N 64° 46' 23" W a distance of 335.94 feet with the Southwest line of Lot 270, Lot 269, and Lot 268, same being the Northeast line of Lot 313-316 to a 1/2 inch iron rod set (capped RPLS 1669) for the West corner of Lot 268;

*THENCE* N 24° 31' 18" E a distance of 163.66 feet with the Northwest line of Lot 268 to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 268;

*THENCE* N 65° 01' 35" W a distance of 404.62 feet across Baron De Bastrop Street (as platted), and with the Southwest line of Fourth Street (as platted), the Northeast line of Lot 267-265 to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 265, said corner being also the West corner of the herein described 12.666 acre tract and being also in the Southeast line of Antonio Martinez Street;

*THENCE* N 24° 26' 43" E a distance of 819.69 feet with the Southeast line of Antonio Martinez Street, across Fourth Street and with the Northwest line of Lot 282, Lot 199, across Third Street (as platted) and with the Northwest line of Lot 198, and Lot 138 to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 138, corner being also in the Southwest line of Park Road No. 38, same being the North corner of the herein described tract;

*THENCE* S 64° 57' 00" E a distance of 402.76 feet with the Southwest line of Park Road No. 38, same being the Northeast line of Lot 139-141 and across Baron De Bastrop Street to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 142, corner being also the North corner of the said 2.620 acre tract;

*THENCE* S 24° 24' 57" W a distance of 332.14 feet with the Southeast line of Baron De Bastrop Street, same being the Northwest line of Lot 142 and Lot 163 to a 1/2 inch iron rod set (capped RPLS 1669) for the West corner of Lot 163, corner being also in the Northeast line of Third Street;

*THENCE* S 64° 52' 07" E a distance of 342.44 feet with the Northeast line of Third Street, same being the Southwest line of Lot 163-161 to the *PLACE OF BEGINNING*, containing 12.666 acres of land, *LESS AND EXCEPT* 3.46 acre in above said streets leaving a *NET ACREAGE* of 9.208 acres.

Survey Plat to accompany Field Notes.

Project No. 05-143A

All bearings are based on the Northeast line of a 12.666 acre tract surveyed also this day by Frank Surveying Co., Inc. and described on a survey plat made by C.R. Muzzy on May 2, 1969.

*IN WITNESS THEREOF*, my hand and seal, this the 11ᵗʰ day of January 2006.

For Frank Surveying Co., Inc.
By: Leonard W. Frank, RPLS
Registration No. 1669
Colorado County Surveyor

Page 1 of 1

Survey Plat and Field Notes

BAC-3
27(5)

061447

GF 34978
2n'

## WARRANTY DEED

**NOTICE OF CONFIDENTIALITY RIGHTS: If you are a natural person, you may remove or strike any or all of the following information from this instrument before it is filed for record in the public records: your social security number and your driver's license number.**

STATE OF TEXAS

COUNTY OF AUSTIN                    KNOW ALL MEN BY THESE PRESENTS:

THAT BRENNER FAMILY LIMITED PARTNERSHIP, a Texas limited partnership ("Grantor"), acting by and through its General Partners who are Lawrence Brenner and Louise Brenner, for and in consideration of the sum of Ten and No/100 Dollars ($10.00) and other valuable consideration to the undersigned paid by the Grantee herein named, the receipt of which is hereby acknowledged, and the further consideration of the execution and delivery by Grantee of his one certain promissory note of even date herewith, in the principal sum of Sixty Thousand and No/100 Dollars ($60,000.00), payable to the order of Grantor, as therein provided and bearing interest at the rates therein specified, containing the usual clauses providing for acceleration of maturity and for attorney's fees, the payment of which note is secured by a Vendor's Lien herein retained and is additionally secured by a Deed of Trust, of even date herewith, to Sidney Levine, Trustee, have GRANTED, SOLD and CONVEYED, and by these presents do GRANT, SELL and CONVEY unto KENTON J. McALLISTER, a resident of Harris County, Texas ("Grantee"), whose mailing address is 5906 Pine Lakes Drive, Katy, Texas 77493-3543, all of the following described property in Austin County, Texas (the "Property"), to-wit:

9.209 acres of land (being 12.666 acres less 3.46 acres in road) out of the Old Town of San Felipe, Austin County, Texas, being more particularly described in EXHIBIT "A" attached hereto and made a part hereof for all intents and purposes.

This conveyance is made and accepted SUBJECT TO the following:

1.  Fourth Street, Third Street and Baron De Bastrop Street as shown on survey plat dated May 26, 2005, by Frank Surveying Co., Inc.

ACF # 061447

1 of 5

2. An undivided ½ royalty interest reserved in the Deed from Ida Louise Fort, et al, to Dewey W. Walden, dated April 5, 1957, recorded in Volume 231, Page 504, Deed Records of Austin County.

RESTRICTION

No mobile home, manufactured home, and/or modular home may be located on the Property at any time.

This restriction shall be for a term of twenty-five (25) years immediately following the date of this deed and shall be enforced by Grantor, its successor and assigns. At the end of such term, this restriction shall be of no further force or effect.

TO HAVE AND TO HOLD the Property, together with all and singular the rights and appurtenances thereto in anywise belonging, unto the said Grantee, his heirs, executors, administrators, successors, or assigns forever; and Grantor hereby binds itself and its successors to WARRANT AND FOREVER DEFEND all and singular the said Property unto the said Grantee, his heirs, executors, administrators, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

But it is expressly agreed that the Vendor's Lien, as well as the Superior Title in and to the Property, is retained against the Property, premises and improvements until the above described note and all interest thereon are fully paid according to the face, tenor, effect and reading thereof, when this Deed shall become absolute.

Ad valorem taxes on the Property for 2006 having been prorated, the payment thereof is assumed by Grantee.

EXECUTED this 10th day of March , 2006.

BRENNER FAMILY LIMITED PARTNERSHIP

BY: _____
LAWRENCE BRENNER, General Partner

BY _____
LOUISE BRENNER, General Partner

C:\04.TAX\RealEstate\Owner Finance\Brenner McAlister wd.11050.lq 030706.wpd

-2-

STATE OF TEXAS

COUNTY OF AUSTIN

This instrument was acknowledged before me on the 10th day of March 2006, by LAWRENCE BRENNER, General Partner, on behalf of BRENNER FAMILY PARTNERSHIP, a Texas limited partnership.

BECKY BAGLEY
Notary Public, State of Texas
My Commission Expires
09-11-2008

Notary Public, State of Texas

STATE OF TEXAS

COUNTY OF AUSTIN

This instrument was acknowledged before me on the 10th day of March 2006, by LOUISE BRENNER, General Partner, on behalf of BRENNER FAMILY PARTNERSHIP, a Texas limited partnership.

BECKY BAGLEY
Notary Public, State of Texas
My Commission Expires
09-11-2008

Notary Public, State of Texas

3

ACF #0614417
3 of 5

FRANK SURVEYING CO., INC.
2205 Walnut Street
Columbus, Texas 78934
979.732.3114

STATE OF TEXAS

COUNTY OF AUSTIN

FIELD NOTES of a survey of a 12.666 total acre tract, less 3.45 acre in road and leaving a NET ACREAGE of 9.209 acres out of the Old Town of San Felipe, Austin County, Texas. Said 12.666 acre tract being all of Lots 130-141, all of Lots 154-166, and all of Lots 199-204, all of Lots 247-252, and all of Lots 268-270, and also a part of Third Street, a part of Baron De Bastrop Street and a part of Fourth Street as described in a deed dated May 27, 1994, and recorded in Volume 374, Page 581, Austin County Deed Records, and in a deed dated April 5, 1955 to Dewey W. Walden, recorded in Volume 251, Page 504, of the Deed Records of Austin County, Texas for which reference is made and the said 12.666 total acre tract being described by metes and bounds as follows, TO-WIT:

COMMENCING at a 1/2 inch iron rod set (capped RPLS 1669) for the East corner of Lot 144, same being a East corner of a 2.620 acre tract surveyed also this day, corner being also in the Southwest line of Park Road No. 36, and being also in the Northwest line of Guadalupe Street;

THENCE S 24° 45' 01" W a distance of 332.01 feet with the Northwest line of Guadalupe Street, same being the Southeast line of the said 2.620 acre tract to a 1/2 inch iron rod set (capped RPLS 1669) for the South corner of Lot 181 and the South corner of the said 2.620 acre tract, corner being also a East corner and POINT OF BEGINNING of the herein described 12.666 acre tract.

THENCE S 24° 45' 51" W a distance of 651.11 feet with the Northwest line of Guadalupe Street, across Third Street (as platted), with the Southeast line of Lot 204 and Lot 247, across Fourth Street, and with the Southeast line of Lot 270, same being the Southeast line of the herein described tract to a 1/2 inch iron rod set (capped RPLS 1669) for the South corner of Lot 270, corner being also the East corner of Lot 313;

THENCE N 64° 49' 23" W a distance of 328.34 feet with the Southeast line of Lot 270, Lot 269, and Lot 268, same being the Northeast line of Lot 313-315 to a 1/2 inch iron rod set (capped RPLS 1669) for the West corner of Lot 268;

THENCE N 24° 51' 15" E a distance of 163.65 feet with the Northwest line of Lot 268 to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 268;

THENCE N 65° 01' 33" W a distance of 404.52 feet across Baron De Bastrop Street (as platted), and with the Southwest line of Fourth Street (as platted), the Northeast line of Lot 267-265 to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 265, said corner being also the West corner of the herein described 12.666 acre tract and being also in the Southeast line of Antonio Martinez Street;

THENCE N 24° 26' 49" E a distance of 813.59 feet with the Southeast line of Antonio Martinez Street, across Fourth Street and with the Northwest line of Lot 252, Lot 199, across Third Street (as platted) and with the Northwest line of Lot 166, and Lot 139 to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 139, corner being also in the Southwest line of Park Road No. 36, corner being also the North corner of the herein described tract;

THENCE S 64° 57' 00" E a distance of 402.78 feet with the Southwest line of Park Road No. 36, same being the Northeast line of Lot 139-141 and across Baron De Bastrop Street to a 1/2 inch iron rod set (capped RPLS 1669) for the North corner of Lot 142, corner being also the North corner of the said 2.620 acre tract;

THENCE S 24° 24' 57" W a distance of 332.14 feet with the Southeast line of Baron De Bastrop Street, same being the Northwest line of Lot 142 and Lot 163 to a 1/2 inch iron rod set (capped RPLS 1669) for the West corner of Lot 163, corner being also in the Northeast line of Third Street;

THENCE S 64° 52' 07" E a distance of 342.44 feet with the Northeast line of Third Street, same being the Southwest line of Lot 163-181 to the PLACE OF BEGINNING, containing 12.666 acres of land, LESS and EXCEPT 3.45 acre in above said streets leaving a NET ACREAGE of 9.209 acres.

Survey Plat to accompany Field Notes

Project No. 05-143A

All bearings are based on the Northeast line of a 12.666 acre tract surveyed also this day by Frank Surveying Co., Inc. and described on a survey plat made by D.R. Mutzy on May 3, 1955.

IN WITNESS THEREOF, my hand and seal, this the 11th day of January 2005.

Leon Frank Surveying Co., Inc.
By: Leonard W. Frank, RPLS
Registration No. 1669
Colorado County Surveyor

Page 1 of 1

**EXHIBIT "A"**

u

ACF # 0614447
4 of 5

# 2020 Tax Statement

DATE: 10-20-2020

**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

| Property Account Number |
| :---: |
| **14042001** |

Owner: MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

| Owner ID: | 000019252 | Acres: | 2.635000 | Ownership: | 100 | | Assessment Ratio: | 100% |
| :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- |
| **Legal Description:** | SAN FELIPE BLDG ADDN LOT 139-141, 184-186 | | | | | | | |
| **Exemptions:** | HS001 AG002 | | | **Location:** | 0000223 PARK RD 38 | | | |

| Improvement Market Value | Land Market Value | Less Capped | Appraised | Ag Value | Mineral Value | Personal Property | Total Market Value |
| :---: | :---: | :---: | :---: | :---: | :---: | :---: | :---: |
| 183,005 | 29,310 | 0 | 212,315 | 222 | 0 | 0 | 212,315 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate per $100 | Base Tax |
| :--- | :---: | :---: | :---: | :---: |
| AUSTIN COUNTY | 28,526 | 183,789 | 0.426770 | 784.36 |
| TOWN OF SAN FELIPE | 23,526 | 188,789 | 0.126940 | 239.65 |
| SEALY ISD | 86,239 | 126,076 | 1.266400 | 1,596.63 |
| FARM/MARKET RD | 31,526 | 180,789 | 0.078320 | 141.59 |
| AUSTIN COUNTY ESD#1 | 28,526 | 183,789 | 0.030000 | 55.14 |
| SPC RD & BRIDGE | 28,526 | 183,789 | 0.064550 | 118.63 |

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $ 98.25.

| SEALY ISD | | |
| :--- | :--- | :--- |
| 2020 rate is: | 0.966400(M&O) + | 0.300000(I&S) |
| 2019 rate is: | 0.970000(M&O) + | 0.300000(I&S) |

| Total Tax Amount Due: | 2,936.00 |
| :--- | :---: |

For all exemptions or if you are 65 years of age or older or are disabled and the property described in this document is your residence, you should contact the Appraisal District regarding any entitlement you may have to postponement in the payment of these taxes.

- The deadline for paying 2020 property taxes without penalty & interest is January 31, 2021.
- If your mortgage company pays your property taxes, please forward this notice to them so they can make payment by the deadline.
- The post office cancellation mark is considered the date of payment if it is sent by first-class mail, properly addressed with postage prepaid.
- If you are qualified for the over 65 or disabled homestead exemptions, you may pay your current taxes on your home in four installments. You must contact the Appraisal District for a quarterly installment plan.
- This statement reflects the amount due for the 2020 tax year only. Delinquent taxes are not included on this statement.

THIS TOP PORTION AND YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT

PLEASE DETACH ON PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT

# 2020 TAX STATEMENT

Make Checks Payable to:
**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

| Owner ID: | 000019252 | Ownership: | 100 |
| :--- | :--- | :--- | :--- |

| Property Account Number |
| :---: |
| **14042001** |

| Total Tax Amount Due: | 2,936.00 |
| :--- | :---: |
| FEB | 7 | 3,141.54 |
| MAR | 9 | 3,200.23 |

MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

TO PAY BY CREDIT CARD VISIT
WWW.AUSTINCAD.ORG
CREDIT CARD PAYMENTS ARE CHARGED 2.5%
CONVENIENCE FEE BY FORTE.
FEE FOR AN E-CHECK IS $1.50

   

## *Account History*

14042001

| | Tax Year | Appraised Value | Appraised % chg | Exemption Amount | Taxable Value | Value % chg | Tax Rate Per $100 | Rate % chg | Tax | Tax % chg |
|---|---|---|---|---|---|---|---|---|---|---|
| **AUSTIN COUNTY** | 2020 | 212,315 | 0.29% | 28,526 | 183,789 | 7.85% | 0.426770 | 2.61% | $784.36 | 10.66% |
| | 2019 | 211,695 | 27.55% | 41,295 | 170,400 | 51.66% | 0.415930 | 4.09% | $708.75 | 57.86% |
| | 2018 | 165,964 | -39.57% | 53,611 | 112,353 | -8.18% | 0.399600 | 0.00% | $448.96 | -8.18% |
| | 2017 | 274,596 | 45.05% | 152,246 | 122,350 | 229.20% | 0.399600 | 0.81% | $488.91 | 231.93% |
| | 2016 | 189,302 | 70.78% | 152,146 | 37,156 | -27.09% | 0.396400 | -0.20% | $147.29 | -27.23% |
| | 2015 | 110,842 | 0.00% | 59,887 | 50,955 | 0.00% | 0.397200 | 0.00% | $202.39 | 0.00% |
| **AUSTIN COUNTY ESD#1** | 2020 | 212,315 | 0.29% | 28,526 | 183,789 | 7.85% | 0.030000 | 1.35% | $55.14 | 9.31% |
| | 2019 | 211,695 | 27.55% | 41,295 | 170,400 | 51.66% | 0.029600 | -6.98% | $50.44 | 41.09% |
| | 2018 | 165,964 | -39.57% | 53,611 | 112,353 | -8.18% | 0.031820 | 0.00% | $35.75 | -8.17% |
| | 2017 | 274,596 | 45.05% | 152,246 | 122,350 | 229.20% | 0.031820 | 1.99% | $38.93 | 235.89% |
| | 2016 | 189,302 | 70.78% | 152,146 | 37,156 | -27.09% | 0.031200 | 4.00% | $11.59 | -24.20% |
| | 2015 | 110,842 | 0.00% | 59,887 | 50,955 | 0.00% | 0.030000 | 0.00% | $15.29 | 0.00% |
| **FARM/MARKET RD** | 2020 | 212,315 | 0.29% | 31,526 | 180,789 | 6.09% | 0.078320 | -3.43% | $141.59 | 2.46% |
| | 2019 | 211,695 | 27.55% | 41,295 | 170,400 | 51.66% | 0.081100 | 0.00% | $138.19 | 51.65% |
| | 2018 | 165,964 | -39.57% | 53,611 | 112,353 | -8.18% | 0.081100 | 0.00% | $91.12 | -8.18% |
| | 2017 | 274,596 | 45.05% | 152,246 | 122,350 | 229.20% | 0.081100 | 0.87% | $99.23 | 232.20% |
| | 2016 | 189,302 | 70.78% | 152,146 | 37,156 | -27.09% | 0.080400 | 0.00% | $29.87 | -27.10% |
| | 2015 | 110,842 | 0.00% | 59,887 | 50,955 | 0.00% | 0.080400 | 0.00% | $40.97 | 0.00% |
| **SEALY ISD** | 2020 | 212,315 | 0.29% | 86,239 | 126,076 | 9.28% | 1.266400 | -0.20% | $1,596.63 | 8.97% |
| | 2019 | 211,695 | 27.55% | 96,329 | 115,366 | 67.36% | 1.270000 | -8.63% | $1,465.15 | 52.91% |
| | 2018 | 165,964 | -39.57% | 97,033 | 68,931 | -39.95% | 1.390000 | 0.00% | $958.14 | -39.95% |
| | 2017 | 274,596 | 45.05% | 159,816 | 114,780 | 235.73% | 1.390000 | 3.73% | $1,595.44 | 248.25% |
| | 2016 | 189,302 | 70.78% | 155,114 | 34,188 | 17.08% | 1.340000 | 6.35% | $450.12 | 24.51% |
| | 2015 | 110,842 | 0.00% | 81,642 | 29,200 | 0.00% | 1.260000 | 0.00% | $367.92 | 0.00% |
| **SPC RD & BRIDGS** | 2020 | 212,315 | 0.29% | 28,526 | 183,789 | 7.85% | 0.064550 | -3.94% | $110.63 | 3.59% |
| | 2019 | 211,695 | 27.55% | 41,295 | 170,400 | 51.66% | 0.067200 | 0.00% | $114.51 | 51.66% |
| | 2018 | 165,964 | -39.57% | 53,611 | 112,353 | -8.18% | 0.067200 | 0.00% | $75.50 | -8.18% |
| | 2017 | 274,596 | 45.05% | 152,246 | 122,350 | 229.20% | 0.067200 | 0.75% | $82.22 | 231.79% |
| | 2016 | 189,302 | 70.78% | 152,146 | 37,156 | -27.09% | 0.066700 | 0.00% | $24.78 | -27.10% |
| | 2015 | 110,842 | 0.00% | 59,887 | 50,955 | 0.00% | 0.066700 | 0.00% | $33.99 | 0.00% |
| **TOWN OF SAN FELIPE** | 2020 | 212,315 | 0.29% | 23,526 | 188,789 | 7.63% | 0.126940 | -9.17% | $239.65 | -2.24% |
| | 2019 | 211,695 | 27.55% | 36,295 | 175,400 | 49.46% | 0.139750 | -8.06% | $245.12 | 37.41% |
| | 2018 | 165,964 | -39.57% | 48,611 | 117,353 | -7.86% | 0.152000 | 2.56% | $178.38 | -5.50% |
| | 2017 | 274,596 | 45.05% | 147,246 | 127,350 | 202.09% | 0.148210 | -4.81% | $188.75 | 187.55% |
| | 2016 | 189,302 | 70.78% | 147,146 | 42,156 | -24.67% | 0.155760 | -2.87% | $65.64 | -26.03% |
| | 2015 | 110,842 | 0.00% | 54,887 | 55,955 | 0.00% | 0.160300 | 0.00% | $89.70 | 0.00% |



## 2020 Tax Statement

DATE: 10-20-2020

AUSTIN COUNTY APPRAISAL DISTRICT
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

| Property Account Number |
|---|
| **71831001** |

Owner: MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

| Owner ID: | 000118744 | Acres: | 2.635000 | Ownership: | 100 | | | Assessment Ratio: | 100% |
|---|---|---|---|---|---|---|---|---|---|
| Legal Description: | SAN FELIPE BLDG ADDN LOT 142-144, 181-183 | | | | | | | | |
| Exemptions: | AG002 | | | Location: | 0000000 PARK RD 38 | | | | |

| Improvement Market Value | Land Market Value | Less Capped | Appraised | Ag Value | Mineral Value | Personal Property | Total Market Value |
|---|---|---|---|---|---|---|---|
| 9,673 | 29,310 | 0 | 38,983 | 222 | 0 | 0 | 38,983 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate per $100 | Base Tax |
|---|---|---|---|---|
| AUSTIN COUNTY | 23,526 | 15,457 | 0.426770 | 65.96 |
| TOWN OF SAN FELIPE | 23,526 | 15,457 | 0.126940 | 19.62 |
| SEALY ISD | 23,526 | 15,457 | 1.266400 | 195.75 |
| FARM/MARKET RD | 23,526 | 15,457 | 0.078320 | 12.11 |
| AUSTIN COUNTY ESD#1 | 23,526 | 15,457 | 0.030000 | 4.64 |
| SPC RD & BRIDGE | 23,526 | 15,457 | 0.064550 | 9.97 |

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $ 8.26.

| SEALY ISD | | | | | Total Tax Amount Due: | 308.05 |
|---|---|---|---|---|---|---|
| 2020 rate is: | 0.966400(M&O) + | 0.300000(I&S) | | | | |
| 2019 rate is: | 0.970000(M&O) + | 0.300000(I&S) | | | | |

For all exemptions or if you are 65 years of age or older or are disabled and the property described in this document is your residence, you should contact the Appraisal District regarding any entitlement you may have to postponement in the payment of these taxes.

· The deadline for paying 2020 property taxes without penalty & interest is January 31, 2021.
· If your mortgage company pays your property taxes, please forward this notice to them so they can make payment by the deadline.
· The post office cancellation mark is considered the date of payment if it is sent by first-class mail, properly addressed with postage prepaid.
· If you are qualified for the over 65 or disabled homestead exemptions, you may pay your current taxes on your home in four installments.  You must contact the Appraisal District for a quarterly installment plan.
· This statement reflects the amount due for the 2020 tax year only.  Delinquent taxes are not included on this statement.

---

THIS TOP PORTION AND YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT

PLEASE DETACH ON PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT

## 2020 TAX STATEMENT



Make Checks Payable to:
AUSTIN COUNTY APPRAISAL DISTRICT
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

| Owner ID: | 000118744 | Ownership: | 100 |
|---|---|---|---|

| Property Account Number |
|---|
| **71831001** |

| Total Tax Amount Due: | | 308.05 |
|---|---|---|
| FEB | 7% | 329.64 |
| MAR | 9% | 335.77 |

MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

TO PAY BY CREDIT CARD VISIT
WWW.AUSTINCAD.ORG
CREDIT CARD PAYMENTS ARE CHARGED 2.5%
CONVENIENCE FEE BY FORTE.
FEE FOR AN E-CHECK IS $1.50

   

## Account History

| 71031001 | Tax Year | Appraised Value | Appraised % chg | Exemption Amount | Taxable Value | Value % chg | Tax Rate Per $100 | Rate % chg | Tax | Tax % chg |
|---|---|---|---|---|---|---|---|---|---|---|
| **AUSTIN COUNTY** | 2020 | 38,983 | -0.01% | 23,526 | 15,457 | -0.06% | 0.426770 | 2.61% | $65.96 | 2.54% |
| | 2019 | 38,985 | 7.76% | 23,520 | 15,465 | 22.07% | 0.415930 | 4.09% | $64.32 | 27.06% |
| | 2018 | 36,175 | 0.00% | 23,507 | 12,668 | 0.00% | 0.399600 | 0.00% | $50.62 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| **AUSTIN COUNTY ESD#1** | 2020 | 38,983 | -0.01% | 23,526 | 15,457 | -0.06% | 0.030000 | 1.35% | $4.64 | 1.53% |
| | 2019 | 38,985 | 7.76% | 23,520 | 15,465 | 22.07% | 0.029600 | -6.98% | $4.57 | 13.39% |
| | 2018 | 36,175 | 0.00% | 23,507 | 12,668 | 0.00% | 0.031820 | 0.00% | $4.03 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| **FARM/MARKET RD** | 2020 | 38,983 | -0.01% | 23,526 | 15,457 | -0.06% | 0.078320 | -3.43% | $12.11 | -3.51% |
| | 2019 | 38,985 | 7.76% | 23,520 | 15,465 | 22.07% | 0.081100 | 0.00% | $12.55 | 22.08% |
| | 2018 | 36,175 | 0.00% | 23,507 | 12,668 | 0.00% | 0.081100 | 0.00% | $10.28 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| **SEALY ISD** | 2020 | 38,983 | -0.01% | 23,526 | 15,457 | -0.06% | 1.266400 | -0.28% | $195.75 | -0.34% |
| | 2019 | 38,985 | 7.76% | 23,520 | 15,465 | 22.07% | 1.270000 | -8.63% | $196.40 | 11.54% |
| | 2018 | 36,175 | 0.00% | 23,507 | 12,668 | 0.00% | 1.390000 | 0.00% | $176.08 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| **SPC RD & BRIDGE** | 2020 | 38,983 | -0.01% | 23,526 | 15,457 | -0.06% | 0.064550 | -3.94% | $9.97 | -4.05% |
| | 2019 | 38,985 | 7.76% | 23,520 | 15,465 | 22.07% | 0.067200 | 0.00% | $10.39 | 22.09% |
| | 2018 | 36,175 | 0.00% | 23,507 | 12,668 | 0.00% | 0.067200 | 0.00% | $8.51 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| **TOWN OF SAN FELIPE** | 2020 | 38,983 | -0.01% | 23,526 | 15,457 | -0.06% | 0.126940 | -9.17% | $19.62 | -9.21% |
| | 2019 | 38,985 | 7.76% | 23,520 | 15,465 | 22.07% | 0.139750 | -8.06% | $21.61 | 12.25% |
| | 2018 | 36,175 | 0.00% | 23,507 | 12,668 | 0.00% | 0.152000 | 0.00% | $19.25 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |

# 2020 Tax Statement

DATE: 10-20-2020



**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

| Property Account Number |
|---|
| 71829001 |

Owner: MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

| Owner ID: | 000118742 | Acres: | 2.658000 | Ownership: | 100 | | Assessment Ratio: | 100% |
|---|---|---|---|---|---|---|---|---|
| Legal Description: | SAN FELIPE BLDG ADDN LOT 199-204, 250-252 | | | | | | | |
| Exemptions: | AG002 | | | Location: | 0000000 THIRD ST | | | |

| Improvement Market Value | Land Market Value | Less Capped | Appraised | Ag Value | Mineral Value | Personal Property | Total Market Value |
|---|---|---|---|---|---|---|---|
| 0 | 29,566 | 0 | 29,566 | 276 | 0 | 0 | 29,566 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate per $100 | Base Tax |
|---|---|---|---|---|
| AUSTIN COUNTY | 29,290 | 276 | 0.426770 | 1.18 |
| TOWN OF SAN FELIPE | 29,290 | 276 | 0.126940 | 0.35 |
| SEALY ISD | 29,290 | 276 | 1.266400 | 3.50 |
| FARM/MARKET RD | 29,290 | 276 | 0.078320 | 0.22 |
| AUSTIN COUNTY ESD#1 | 29,290 | 276 | 0.030000 | 0.08 |
| SPC RD & BRIDGE | 29,290 | 276 | 0.064550 | 0.18 |

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $ 0.15.

| SEALY ISD | | | |
|---|---|---|---|
| 2020 rate is: | 0.966400(M&O) + | 0.300000(I&S) | |
| 2019 rate is: | 0.970000(M&O) + | 0.300000(I&S) | |

| Total Tax Amount Due: | 5.51 |
|---|---|

For all exemptions or if you are 65 years of age or older or are disabled and the property described in this document is your residence, you should
contact the Appraisal District regarding any entitlement you may have to postponement in the payment of these taxes.

- The deadline for paying 2020 property taxes without penalty & interest is January 31, 2021.
- If your mortgage company pays your property taxes, please forward this notice to them so they can make payment by the deadline.
- The post office cancellation mark is considered the date of payment if it is sent by first-class mail, properly addressed with postage prepaid.
- If you are qualified for the over 65 or disabled homestead exemptions, you may pay your current taxes on your home in four installments. You must contact the Appraisal District for a quarterly installment plan.
- This statement reflects the amount due for the 2020 tax year only. Delinquent taxes are not included on this statement.

---

THIS TOP PORTION AND YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT

PLEASE DETACH ON PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT

# 2020 TAX STATEMENT



**Make Checks Payable to:**
AUSTIN COUNTY APPRAISAL DISTRICT
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

| Owner ID: | 000118742 | Ownership: | 100 |
|---|---|---|---|

| Property Account Number |
|---|
| 71829001 |

| Total Tax Amount Due: | 5.51 |
|---|---|
| FEB | 7% | 5.88 |
| MAR | 9% | 6.00 |

MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

TO PAY BY CREDIT CARD VISIT
WWW.AUSTINCAD.ORG
CREDIT CARD PAYMENTS ARE CHARGED 2.5%
CONVENIENCE FEE BY FORTE.
FEE FOR AN E-CHECK IS $1.50

   

## *Account History*

| 71829001 | Tax Year | Appraised Value | Appraised % chg | Exemption Amount | Taxable Value | Value % chg | Tax Rate Per $100 | Rate % chg | Tax | Tax % chg |
|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN COUNTY | 2020 | 29,566 | 0.00% | 29,290 | 276 | -2.82% | 0.426770 | 2.61% | $1.18 | 0.00% |
| | 2019 | 29,565 | 0.00% | 29,281 | 284 | -5.34% | 0.415930 | 4.09% | $1.18 | -1.67% |
| | 2018 | 29,565 | 0.00% | 29,265 | 300 | 0.00% | 0.399600 | 0.00% | $1.20 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| AUSTIN COUNTY ESD#1 | 2020 | 29,566 | 0.00% | 29,290 | 276 | -2.82% | 0.030000 | 1.35% | $0.08 | 0.00% |
| | 2019 | 29,565 | 0.00% | 29,281 | 284 | -5.34% | 0.029600 | -6.90% | $0.08 | -20.00% |
| | 2018 | 29,565 | 0.00% | 29,265 | 300 | 0.00% | 0.031820 | 0.00% | $0.10 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| FARM/MARKET RD | 2020 | 29,566 | 0.00% | 29,290 | 276 | -2.82% | 0.078320 | -3.43% | $0.22 | -4.35% |
| | 2019 | 29,565 | 0.00% | 29,281 | 284 | -5.34% | 0.081100 | 0.00% | $0.23 | -4.17% |
| | 2018 | 29,565 | 0.00% | 29,265 | 300 | 0.00% | 0.081100 | 0.00% | $0.24 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| SEALY ISD | 2020 | 29,566 | 0.00% | 29,290 | 276 | -2.82% | 1.266400 | -0.28% | $3.50 | -3.05% |
| | 2019 | 29,565 | 0.00% | 29,281 | 284 | -5.34% | 1.270000 | -8.63% | $3.61 | -13.43% |
| | 2018 | 29,565 | 0.00% | 29,265 | 300 | 0.00% | 1.390000 | 0.00% | $4.17 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| SPC RD & BRIDGE | 2020 | 29,566 | 0.00% | 29,290 | 276 | -2.82% | 0.064550 | -3.94% | $0.18 | -5.27% |
| | 2019 | 29,565 | 0.00% | 29,281 | 284 | -5.34% | 0.067200 | 0.00% | $0.19 | -5.00% |
| | 2018 | 29,565 | 0.00% | 29,265 | 300 | 0.00% | 0.067200 | 0.00% | $0.20 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| TOWN OF SAN FELIPE | 2020 | 29,566 | 0.00% | 29,290 | 276 | -2.82% | 0.126940 | -9.17% | $0.35 | -12.50% |
| | 2019 | 29,565 | 0.00% | 29,281 | 284 | -5.34% | 0.139750 | -8.06% | $0.40 | -13.05% |
| | 2018 | 29,565 | 0.00% | 29,265 | 300 | 0.00% | 0.152000 | 0.00% | $0.46 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |

# 2020 Tax Statement

DATE: 10-20-2020



**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

| Property Account Number |
|---|
| **71830001** |

Owner: MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

| Owner ID: | 000118743 | Acres: | 2.635000 | Ownership: | 100 | | Assessment Ratio: | 100% |
|---|---|---|---|---|---|---|---|---|
| Legal Description: | SAN FELIPE BLDG ADDN LOT 202-204, 247-249 | | | | | | | |
| Exemptions: | AG002 | | | Location: | 0000000 THIRD ST | | | |

| Improvement Market Value | Land Market Value | Less Capped | Appraised | Ag Value | Mineral Value | Personal Property | Total Market Value |
|---|---|---|---|---|---|---|---|
| 0 | 29,310 | 0 | 29,310 | 274 | 0 | 0 | 29,310 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate per $100 | Base Tax |
|---|---|---|---|---|
| AUSTIN COUNTY | 29,036 | 274 | 0.426770 | 1.17 |
| TOWN OF SAN FELIPE | 29,036 | 274 | 0.126940 | 0.35 |
| SEALY ISD | 29,036 | 274 | 1.266400 | 3.47 |
| FARM/MARKET RD | 29,036 | 274 | 0.078320 | 0.21 |
| AUSTIN COUNTY ESD#1 | 29,036 | 274 | 0.030000 | 0.08 |
| SPC RD & BRIDGE | 29,036 | 274 | 0.064550 | 0.18 |

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $ 0.15.

| SEALY ISD | | |
|---|---|---|
| 2020 rate is: | 0.966400 (M&O) + | 0.300000 (I&S) |
| 2019 rate is: | 0.970000 (M&O) + | 0.300000 (I&S) |

| Total Tax Amount Due: | 5.46 |
|---|---|

For all exemptions or if you are 65 years of age or older or are disabled and the property described in this document is your residence, you should contact the Appraisal District regarding any entitlement you may have to postponement in the payment of these taxes.

- The deadline for paying 2020 property taxes without penalty & interest is January 31, 2021.
- If your mortgage company pays your property taxes, please forward this notice to them so they can make payment by the deadline.
- The post office cancellation mark is considered the date of payment if it is sent by first-class mail, properly addressed with postage prepaid.
- If you are qualified for the over 65 or disabled homestead exemptions, you may pay your current taxes on your home in four installments. You must contact the Appraisal District for a quarterly installment plan.
- This statement reflects the amount due for the 2020 tax year only. Delinquent taxes are not included on this statement.

---

THIS TOP PORTION AND YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT

PLEASE DETACH ON PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT

# 2020 TAX STATEMENT



**Make Checks Payable to:**
**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

| Owner ID: | 000118743 | Ownership: | 100 |
|---|---|---|---|

| Property Account Number |
|---|
| **71830001** |

| Total Tax Amount Due: | 5.46 |
|---|---|
| FEB | 7 | 5.82 |
| MAR | 9 | 5.93 |

MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

TO PAY BY CREDIT CARD VISIT
WWW.AUSTINCAD.ORG
CREDIT CARD PAYMENTS ARE CHARGED 2.5%
CONVENIENCE FEE BY FORTE.
FEE FOR AN E-CHECK IS $1.50

   

## *Account History*

**71830001**

| | Tax Year | Appraised Value | Appraised % chg | Exemption Amount | Taxable Value | Value % chg | Tax Rate Per $100 | Rate % chg | Tax | Tax % chg |
|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN COUNTY | 2020 | 29,310 | 0.00% | 29,036 | 274 | -2.84% | 0.426770 | 2.61% | $1.17 | 0.00% |
| | 2019 | 29,309 | 0.00% | 29,027 | 282 | -5.37% | 0.415930 | 4.09% | $1.17 | -1.69% |
| | 2018 | 29,309 | 0.00% | 29,011 | 298 | 0.00% | 0.399600 | 0.00% | $1.19 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| AUSTIN COUNTY ESD#1 | 2020 | 29,310 | 0.00% | 29,036 | 274 | -2.84% | 0.030000 | 1.35% | $0.08 | 0.00% |
| | 2019 | 29,309 | 0.00% | 29,027 | 282 | -5.37% | 0.029600 | -6.98% | $0.08 | -11.12% |
| | 2018 | 29,309 | 0.00% | 29,011 | 298 | 0.00% | 0.031820 | 0.00% | $0.09 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| FARM/MARKET RD | 2020 | 29,310 | 0.00% | 29,036 | 274 | -2.84% | 0.078320 | -3.43% | $0.21 | -8.70% |
| | 2019 | 29,309 | 0.00% | 29,027 | 282 | -5.37% | 0.081160 | 0.00% | $0.23 | -6.17% |
| | 2018 | 29,309 | 0.00% | 29,011 | 298 | 0.00% | 0.081160 | 0.00% | $0.24 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| SEALY ISD | 2020 | 29,310 | 0.00% | 29,036 | 274 | -2.84% | 1.266400 | -0.28% | $3.47 | -3.00% |
| | 2019 | 29,309 | 0.00% | 29,027 | 282 | -5.37% | 1.270000 | -8.63% | $3.58 | -13.53% |
| | 2018 | 29,309 | 0.00% | 29,011 | 298 | 0.00% | 1.390000 | 0.00% | $4.14 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| SPC RD & BRIDGE | 2020 | 29,310 | 0.00% | 29,036 | 274 | -2.84% | 0.064550 | -3.94% | $0.18 | -5.27% |
| | 2019 | 29,309 | 0.00% | 29,027 | 282 | -5.37% | 0.067200 | 0.00% | $0.19 | -5.00% |
| | 2018 | 29,309 | 0.00% | 29,011 | 298 | 0.00% | 0.067200 | 0.00% | $0.20 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| TOWN OF SAN FELIPE | 2020 | 29,310 | 0.00% | 29,036 | 274 | -2.84% | 0.126940 | -9.17% | $0.35 | -10.26% |
| | 2019 | 29,309 | 0.00% | 29,027 | 282 | -5.37% | 0.139750 | -8.06% | $0.39 | -13.34% |
| | 2018 | 29,309 | 0.00% | 29,011 | 298 | 0.00% | 0.152000 | 0.00% | $0.45 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |

## 2020 Tax Statement

DATE: 10-20-2020



**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

**Property Account Number**

**71828001**

Owner: MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

| Owner ID: | 000118741 | Acres: | 1.273000 | Ownership: | 100 | | Assessment Ratio: 100% |
|---|---|---|---|---|---|---|---|
| Legal Description: | SAN FELIPE BLDG ADDN LOT 268-270 | | | | | | |
| Exemptions: | AG002 | | | Location: | 0000000 FOURTH ST | | |

| Improvement Market Value | Land Market Value | Less Capped | Appraised | Ag Value | Mineral Value | Personal Property | Total Market Value |
|---|---|---|---|---|---|---|---|
| 0 | 14,160 | 0 | 14,160 | 132 | 0 | 0 | 14,160 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate per $100 | Base Tax |
|---|---|---|---|---|
| AUSTIN COUNTY | 14,028 | 132 | 0.426770 | 0.56 |
| TOWN OF SAN FELIPE | 14,028 | 132 | 0.126940 | 0.17 |
| SEALY ISD | 14,028 | 132 | 1.266400 | 1.67 |
| FARM/MARKET RD | 14,028 | 132 | 0.078320 | 0.10 |
| AUSTIN COUNTY ESD#1 | 14,028 | 132 | 0.030000 | 0.04 |
| SPC FD & BRIDGE | 14,028 | 132 | 0.064550 | 0.09 |

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $ 0.07.

| SEALY ISD | | | Total Tax Amount Due: | 2.63 |
|---|---|---|---|---|
| 2020 rate is: | 0.966400(M&O) + | 0.300000(I&S) | | |
| 2019 rate is: | 0.970000(M&O) + | 0.300000(I&S) | | |

For all exemptions or if you are 65 years of age or older or are disabled and the property described in this document is your residence, you should contact the Appraisal District regarding any entitlement you may have to postponement in the payment of these taxes.

· The deadline for paying 2020 property taxes without penalty & interest is January 31, 2021.
· If your mortgage company pays your property taxes, please forward this notice to them so they can make payment by the deadline.
· The post office cancellation mark is considered the date of payment if it is sent by first-class mail, properly addressed with postage prepaid.
· If you are qualified for the over 65 or disabled homestead exemptions, you may pay your current taxes on your home in four installments. You must contact the Appraisal District for a quarterly installment plan.
· This statement reflects the amount due for the 2020 tax year only. Delinquent taxes are not included on this statement.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
THIS TOP PORTION AND YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT

PLEASE DETACH ON PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT

## 2020 TAX STATEMENT



Make Checks Payable to:
**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

| Owner ID: 000118741 | Ownership: 100 |
|---|---|

**Property Account Number**

**71828001**

| Total Tax Amount Due: | | 2.63 |
|---|---|---|
| FEB | 7% | 2.82 |
| MAR | 9% | 2.86 |

75  P2 . . . . . . . . . . . .
MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

TO PAY BY CREDIT CARD VISIT
WWW.AUSTINCAD.ORG
CREDIT CARD PAYMENTS ARE CHARGED 2.5%
CONVENIENCE FEE BY FORTE.
FEE FOR AN E-CHECK IS $1.50

   

## Account History

**71828001**

| Tax Year | Appraised Value | Appraised % chg | Exemption Amount | Taxable Value | Value % chg | Tax Rate Per $100 | Rate % chg | Tax | Tax % chg |
|---|---|---|---|---|---|---|---|---|---|
| **AUSTIN COUNTY** | | | | | | | | | |
| 2020 | 14,160 | 0.00% | 14,028 | 132 | -2.95% | 0.426770 | 2.61% | $0.56 | -1.76% |
| 2019 | 14,160 | 0.00% | 14,024 | 136 | -5.56% | 0.415930 | 4.09% | $0.57 | -1.73% |
| 2018 | 14,160 | 0.00% | 14,016 | 144 | 0.00% | 0.399600 | 0.00% | $0.58 | 0.00% |
| 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| **AUSTIN COUNTY ESD#1** | | | | | | | | | |
| 2020 | 14,160 | 0.00% | 14,028 | 132 | -2.95% | 0.030000 | 1.35% | $0.04 | 0.00% |
| 2019 | 14,160 | 0.00% | 14,024 | 136 | -5.56% | 0.029600 | -6.98% | $0.04 | -20.00% |
| 2018 | 14,160 | 0.00% | 14,016 | 144 | 0.00% | 0.031820 | 0.00% | $0.05 | |
| 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| **FARM/MARKET RD** | | | | | | | | | |
| 2020 | 14,160 | 0.00% | 14,028 | 132 | -2.95% | 0.078320 | -3.43% | $0.10 | -9.10% |
| 2019 | 14,160 | 0.00% | 14,024 | 136 | -5.56% | 0.081100 | 0.00% | $0.11 | -8.34% |
| 2018 | 14,160 | 0.00% | 14,016 | 144 | 0.00% | 0.081100 | 0.00% | $0.12 | |
| 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| **SEALY ISD** | | | | | | | | | |
| 2020 | 14,160 | 0.00% | 14,028 | 132 | -2.95% | 1.266400 | -0.28% | $1.67 | -3.47% |
| 2019 | 14,160 | 0.00% | 14,024 | 136 | -5.56% | 1.270000 | -8.63% | $1.73 | -13.50% |
| 2018 | 14,160 | 0.00% | 14,016 | 144 | 0.00% | 1.390000 | 0.00% | $2.00 | |
| 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| **SPC RD & BRIDGE** | | | | | | | | | |
| 2020 | 14,160 | 0.00% | 14,028 | 132 | -2.95% | 0.064550 | -3.94% | $0.09 | 0.00% |
| 2019 | 14,160 | 0.00% | 14,024 | 136 | -5.56% | 0.067200 | 0.00% | $0.09 | -10.00% |
| 2018 | 14,160 | 0.00% | 14,016 | 144 | 0.00% | 0.067200 | 0.00% | $0.10 | |
| 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| **TOWN OF SAN FELIPE** | | | | | | | | | |
| 2020 | 14,160 | 0.00% | 14,028 | 132 | -2.95% | 0.126960 | -9.17% | $0.17 | -10.53% |
| 2019 | 14,160 | 0.00% | 14,024 | 136 | -5.56% | 0.139750 | -8.06% | $0.19 | -13.64% |
| 2018 | 14,160 | 0.00% | 14,016 | 144 | 0.00% | 0.152000 | 0.00% | $0.22 | |
| 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |

# 2020 Tax Statement

DATE: 10-20-2020



**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

| Property Account Number |
|---|
| **17855001** |

Owner: MCALLISTER KENTON JOHN
223 PARK RD
SEALY TX 77474

| Owner ID: | 000021775 | Acres: | 2.547000 | Ownership: | 100 | | Assessment Ratio: | 100% |
|---|---|---|---|---|---|---|---|---|
| Legal Description: | SAN FELIPE BLDG ADDN LOT 205, 206, 207, 244, 245, 246 | | | | | | | |
| Exemptions: | AG002 | | | Location: | 0015631 FM 1458 | | | |

| Improvement Market Value | Land Market Value | Less Capped | Appraised | Ag Value | Mineral Value | Personal Property | Total Market Value |
|---|---|---|---|---|---|---|---|
| 0 | 28,331 | 0 | 28,331 | 265 | 0 | 0 | 28,331 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate per $100 | Base Tax |
|---|---|---|---|---|
| AUSTIN COUNTY | 28,066 | 265 | 0.426770 | 1.13 |
| TOWN OF SAN FELIPE | 28,066 | 265 | 0.126940 | 0.34 |
| SEALY ISD | 28,066 | 265 | 1.266400 | 3.36 |
| FARM/MARKET RD | 28,066 | 265 | 0.078320 | 0.21 |
| AUSTIN COUNTY ESD#1 | 28,066 | 265 | 0.030000 | 0.08 |
| SPC RD & BRIDGE | 28,066 | 265 | 0.064550 | 0.17 |

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $ 0.14.

| SEALY ISD | | | | Total Tax Amount Due: | 5.29 |
|---|---|---|---|---|---|
| 2020 rate is: | 0.966400(M&O) + | 0.300000(I&S) | | | |
| 2019 rate is: | 0.970000(M&O) + | 0.300000(I&S) | | | |

For all exemptions or if you are 65 years of age or older or are disabled and the property described in this document is your residence, you should contact the Appraisal District regarding any entitlement you may have to postponement in the payment of these taxes.

- The deadline for paying 2020 property taxes without penalty & interest is January 31, 2021.
- If your mortgage company pays your property taxes, please forward this notice to them so they can make payment by the deadline.
- The post office cancellation mark is considered the date of payment if it is sent by first-class mail, properly addressed with postage prepaid.
- If you are qualified for the over 65 or disabled homestead exemptions, you may pay your current taxes on your home in four installments. You must contact the Appraisal District for a quarterly installment plan.
- This statement reflects the amount due for the 2020 tax year only. Delinquent taxes are not included on this statement.

---

**THIS TOP PORTION AND YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT**

**PLEASE DETACH ON PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT**

# 2020 TAX STATEMENT



**Make Checks Payable to:**
**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

| Owner ID: | 000021775 | Ownership: | 100 |
|---|---|---|---|

| Property Account Number |
|---|
| **17855001** |

| Total Tax Amount Due: | | 5.29 |
|---|---|---|
| FEB | 7 | 5.64 |
| MAR | 9 | 5.76 |

MCALLISTER KENTON JOHN
223 PARK RD
SEALY TX 77474

TO PAY BY CREDIT CARD VISIT
WWW.AUSTINCAD.ORG
CREDIT CARD PAYMENTS ARE CHARGED 2.5%
CONVENIENCE FEE BY FORTE.
FEE FOR AN E-CHECK IS $1.50

   

## *Account History*

| 17055001 | Tax Year | Appraised Value | Appraised % chg | Exemption Amount | Taxable Value | Value % chg | Tax Rate Per $100 | Rate % chg | Tax | Tax % chg |
|---|---|---|---|---|---|---|---|---|---|---|
| **AUSTIN COUNTY** | 2020 | 28,331 | 0.00% | 28,066 | 265 | -2.9% | 0.426770 | 2.6% | $1.13 | -0.8% |
| | 2019 | 28,330 | 0.00% | 28,057 | 273 | -5.2% | 0.415930 | 4.0% | $1.14 | -0.8% |
| | 2018 | 28,330 | 6.6% | 28,042 | 288 | -10.2% | 0.399600 | 0.00% | $1.15 | -10.1% |
| | 2017 | 26,573 | 0.00% | 26,252 | 321 | -5.3% | 0.399600 | 0.8% | $1.28 | -4.4% |
| | 2016 | 26,573 | 31.9% | 26,234 | 339 | 48.0% | 0.396400 | -0.2% | $1.34 | 47.2% |
| | 2015 | 20,144 | 0.00% | 19,915 | 229 | 0.00% | 0.397200 | 0.00% | $0.91 | 0.00% |
| **AUSTIN COUNTY ESD#1** | 2020 | 28,331 | 0.00% | 28,066 | 265 | -2.9% | 0.030000 | 1.3% | $0.08 | 0.00% |
| | 2019 | 28,330 | 0.00% | 28,057 | 273 | -5.2% | 0.029600 | -6.9% | $0.08 | -11.1% |
| | 2018 | 28,330 | 6.6% | 28,042 | 288 | -10.2% | 0.031820 | 0.00% | $0.09 | -10.0% |
| | 2017 | 26,573 | 0.00% | 26,252 | 321 | -5.3% | 0.031820 | 1.9% | $0.10 | -9.1% |
| | 2016 | 26,573 | 31.9% | 26,234 | 339 | 48.0% | 0.031200 | 4.0% | $0.11 | 57.1% |
| | 2015 | 20,144 | 0.00% | 19,915 | 229 | 0.00% | 0.030000 | 0.00% | $0.07 | 0.00% |
| **FARM/MARKET RD** | 2020 | 28,331 | 0.00% | 28,066 | 265 | -2.9% | 0.078320 | -3.4% | $0.21 | -4.5% |
| | 2019 | 28,330 | 0.00% | 28,057 | 273 | -5.2% | 0.081100 | 0.00% | $0.22 | -4.3% |
| | 2018 | 28,330 | 6.6% | 28,042 | 288 | -10.2% | 0.081100 | 0.00% | $0.23 | -11.5% |
| | 2017 | 26,573 | 0.00% | 26,252 | 321 | -5.3% | 0.081100 | 0.8% | $0.26 | -3.7% |
| | 2016 | 26,573 | 31.9% | 26,234 | 339 | 48.0% | 0.080400 | 0.00% | $0.27 | 50.0% |
| | 2015 | 20,144 | 0.00% | 19,915 | 229 | 0.00% | 0.080400 | 0.00% | $0.18 | 0.00% |
| **SEALY ISD** | 2020 | 28,331 | 0.00% | 28,066 | 265 | -2.9% | 1.266400 | -0.2% | $3.36 | -3.1% |
| | 2019 | 28,330 | 0.00% | 28,057 | 273 | -5.2% | 1.270000 | -8.6% | $3.47 | -13.2% |
| | 2018 | 28,330 | 6.6% | 28,042 | 288 | -10.2% | 1.390000 | 0.00% | $4.00 | -10.3% |
| | 2017 | 26,573 | 0.00% | 26,252 | 321 | -5.3% | 1.390000 | 3.7% | $4.46 | -1.7% |
| | 2016 | 26,573 | 31.9% | 26,234 | 339 | 48.0% | 1.340000 | 6.3% | $4.54 | 57.0% |
| | 2015 | 20,144 | 0.00% | 19,915 | 229 | 0.00% | 1.260000 | 0.00% | $2.89 | 0.00% |
| **SPC RD & BRIDGE** | 2020 | 28,331 | 0.00% | 28,066 | 265 | -2.9% | 0.064550 | -3.9% | $0.17 | -5.5% |
| | 2019 | 28,330 | 0.00% | 28,057 | 273 | -5.2% | 0.067200 | 0.00% | $0.18 | -5.2% |
| | 2018 | 28,330 | 6.6% | 28,042 | 288 | -10.2% | 0.067200 | 0.00% | $0.19 | -13.6% |
| | 2017 | 26,573 | 0.00% | 26,252 | 321 | -5.3% | 0.067200 | 0.7% | $0.22 | -4.3% |
| | 2016 | 26,573 | 31.9% | 26,234 | 339 | 48.0% | 0.066700 | 0.00% | $0.23 | 53.3% |
| | 2015 | 20,144 | 0.00% | 19,915 | 229 | 0.00% | 0.066700 | 0.00% | $0.15 | 0.00% |
| **TOWN OF SAN FELIPE** | 2020 | 28,331 | 0.00% | 28,066 | 265 | -2.9% | 0.126940 | -9.1% | $0.34 | -10.5% |
| | 2019 | 28,330 | 0.00% | 28,057 | 273 | -5.2% | 0.139750 | -8.0% | $0.38 | -13.6% |
| | 2018 | 28,330 | 6.6% | 28,042 | 288 | -10.2% | 0.152000 | 2.5% | $0.44 | -8.3% |
| | 2017 | 26,573 | 0.00% | 26,252 | 321 | -5.3% | 0.148210 | -4.8% | $0.46 | -9.4% |
| | 2016 | 26,573 | 31.9% | 26,234 | 339 | 48.0% | 0.155700 | -2.0% | $0.53 | 43.2% |
| | 2015 | 20,144 | 0.00% | 19,915 | 229 | 0.00% | 0.160300 | 0.00% | $0.37 | 0.00% |



MY PROPERTY

Upon ¿ To ʃ/rancer
B nyant
GF # _8186_
ALL TEXAS TITLE, INC.
44.

Account 18775 .

110537



NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## OWELTY DEED   .

STATE OF TEXAS

COUNTY OF AUSTIN

WHEREAS, Toni J. Franklin, a resident of Austin County, Texas (who is the same person as Thelma J. Franklin), and Cynthia Ann Crowl (who is the same person as Cynthia Ann Hall), a resident of Harris County, Texas, each own an undivided one-half interest in the the following described real property located in Austin County, Texas:

- Lots 337, 338, 339, 376, 377 and 378 of the Town of San Felipe in Austin County, Texas, according to the plat thereof recorded in Volume 125, at Page 174 of the Deed Records of Austin County, Texas, said lots being a part of the land described in a deed from Zeta Waddell, et al, to Charles Kunze, et ux, dated December 2, 1940 and recorded in Volume 129, at Page 172 of the Deed Records of Austin County, Texas.

- 3.125 acres located in the San Felipe de Austin Town Tract, A-5, Austin County, Texas, being composed of Lots 334, 335, 336, 379, 380, and 381 of the Town of San Felipe and also composed of Baron de Bastrop Street as shown on map of San Felipe, said 3.125 acres being more fully described in EXHIBIT "A" attached hereto and made a part hereof for all intents and purposes; and

WHEREAS, the above described real property is sometimes hereinafter collectively referred to as "the Property"; and

WHEREAS, Toni J. Franklin and Cynthia Ann Crowl desire to have a partition of the Property, and in connection with and pursuant to the partition, Toni J. Franklin, together with her husband, David K. Franklin, desire to purchase the undivided one-half interest in the Property owned by Cynthia Ann Crowl so that Toni J. Franklin and/or David K. Franklin will own 100% of the Property in fee simple upon conclusion of the partition; and

WHEREAS, Toni J. Franklin and David K. Franklin are unable to pay for the full value of the undivided one-half interest owned by Cynthia Ann Crowl, and, as a result, the payment of $60,000.00 of consideration payable to Cynthia Ann Crowl will have to be financed if Toni J.

C:\DATA\RealEstate\Franklin Crowl Owelty Deed.13171.aj.011111.wpd

(File No. 856 - Corporation of San Felipe de Austin to William C. Hill, et ux.)

R E S O L U T I O N

THE STATE OF TEXAS )

COUNTY OF AUSTIN )

ACCOUNT 21106

BE IT REMEMBERED, that the Town Council of the CORPORATION
OF SAN FELIPE DE AUSTIN, a municipal corporation, of Austin
County, Texas, met in regular session at its regular meeting
place in the Town Hall of the said municipal corporation,,
on the 29th. day of March A. D. 1958, a quorum being present,
and among other business passed the following RESOLUTION, to-wit:

BE IT RESOLVED, that the CORPORATION OF SAN FELIPE DE
AUSTIN, a municipal corporation as aforesaid, sell and convey
to William C. Hill and wife, Eiko Hill, of the County of Austin
and State of Texas, the following described real estate for a
consideration of the sum of One hundred, ninety-one and twenty/100
($191.20) Dollars, to be paid in cash, to-wit:

> Building Lots Numbered 265,266,267, 313,314,315,
> 316,317 and 318, of the Original Town of San
> Felipe de Austin, and being out of the original
> Five Leagues of land granted to the Municipal
> Authorities, July 1st, 1824, in Austin County,
> Texas;

AND THAT the Mayor of the CORPORATION OF SAN FELIPE DE
AUSTIN execute a proper conveyance of said real estate to the
purchaser thereof, and that the conveyance when executed by the
Mayor, shall be attested by the Secretary of the CORPORATION
OF SAN FELIPE DE AUSTIN and its official seal affixed thereto;

THEREFORE, upon a motion duly made, seconded and carried
(Alderman J. L. Hill not voting), it is ORDERED that a copy
of this RESOLUTION be acknowledged by the Mayor and attested
by the Secretary of the CORPORATION OF SAN FELIPE DE AUSTIN,
and entered in the Minute Book of the CORPORATION OF SAN FELIPE
DE AUSTIN, and that a copy of this RESOLUTION be delivered to the
purchaser of said lands with a deed conveying same to purchaser.

DONE AND CERTIFIED TO, as the action of the Town Council
of the CORPORATION OF SAN FELIPE DE AUSTIN, a municipal
corporation, on this the _29th._ day of March, A. D. 1958.