Regular June Term, A.D., 1940.

THE STATE OF TEXAS, }
COUNTY OF AUSTIN. }

Be it remembered that on this, the 10th. day of June, A.D., 1940, the Commissioners' Court of Austin County, Texas, met in the Court House in Bellville for the regular June Term, A.D., 1940, of said Court.

Present: Hon. J. Lee Dittert, County Judge; Wm. J. Reinicke, Henry O. Schmidt, C. M. Keer and Erwin Graeter, Commissioners; Ed. Batla, Clerk, and E. E. Reinecker, Sheriff.

Court opened by proclamation of the Sheriff at the Court House door. Whereupon the following proceedings were had, to-wit:

WHEREAS, on the 1st. day of February, A.D. 1940, at the Special February Term of the Commissioners Court of Austin County, Texas, the said court assumed control of and full responsibility of the maintenance and upkeep of all roads, streets and alleys within the boundaries of the Corporation of San Felipe de Austin; and

WHEREAS, the State of Texas has acquired two certain tracts of land from the Corporation of San Felipe de Austin, for the purpose of maintaining a State Park, under the supervision of the Texas State Parks Board, and the said State of Texas desires to acquire title to certain streets connecting the two tracts of land acquired, from the Corporation of San Felipe de Austin, to improve and maintain the same for public use:

NOW, THEREFORE, Be it resolved by the Commissioners Court of Austin County, Texas, that the Commissioners Court of Austin County, Texas, relinquish control of streets within the Corporation of San Felipe de Austin, which are designated and described as follows, to-wit:

Second Street from the West line of Nickolas Bravo St. in a westerly direction to and across College St. to the West line of College St; Alamo or Elm St., which is a continuation of Second St. from the West line of College St. to the East line of Durazno or Peach St.; Durazno or Peach St. from the North line of Pecan St. in a southerly direction to the South line of Fresno or Ash St.; Fresno or Ash St. from the East line of Durazno or Peach St. in a westerly direction to the intersection of Fresno or Ash St. with the South-west line of the tract of land formerly known as the "Upper Corporation Bottom" which has been deeded to the State of Texas; Second and Alamo or Elm Sts. are 30 varas in width; Durazno or Peach St. is 25 varas in width; Fresno or Ash St. is 25 varas in width.

And, Be it further Resolved that the above relinquishment be made to the Corporation of San Felipe de Austin, to co-operate with the State of Texas in establishing a State Park at San Felipe de Austin, and that a copy of this Resolution be spread upon the minutes of the Commissioners Court of Austin County, Texas.

The above resolution was unanimously adopted by the Commissioners' Court of said County upon a motion made by Commissioner Keer and seconded by Commissioner Reinicke.

- - - - - - - - -

THE STATE OF TEXAS, }    IN THE COMMISSIONERS' COURT OF AUSTIN COUNTY, TEXAS.
COUNTY OF AUSTIN. }      REGULAR JUNE TERM, A.D., 1940.

On this, the 10th. day of June, A.D., 1940, the Commissioners' Court of Austin County, Texas, convened in regular session at a regular term thereof with all members present, and among others, passed the following order, to-wit:

On this day came on to be considered by the Court the several bids received and filed with this Court on one Road Maintainer for the public roads of said County, for which bids an advertisement or notice was published by the County Judge of said County, as required by law, and the receiving and opening of said bids having been postponed at a former term of this Court; and it appearing to the Court that the bid of McCall Tractor & Equipment Company, of Houston, Texas, in which it proposes to furnish and deliver at any destination named by said Court the following described Grader, viz: Model 42 Tandem Drive Allis Chalmers Speed Patrol with wide front axle and leaning front wheels. 12 x 3/4 Moldboard, 700x20 front tires with puncture proof tubes, 11.25x24 rear tires with puncture proof tubes and canopy top for $4,425.55, with a discount of 2% for cash within thirty days, is the lowest and best bid received:

THEREFORE, be it ordered, adjudged and decreed by the Commissioners' Court of Austin County, Texas, that the purchase of said Maintainer or Motor Grader hereinabove referred to, be and the same is hereby approved, and said McCall Tractor and Equipment Company, Houston, Texas, is hereby authorized and directed to deliver the said above described Maintainer to C. M. Keer, Commissioner of Precinct No. 3 of said County, and that upon the acceptance thereof by the said C. M. Keer, Commissioner, the Clerk of this Court is authorized to draw a draft in favor of the said McCall Tractor & Equipment Company for said sum of $4,425.55, and that such amount be charged against the Road and Bridge Fund of said Austin County allotted to said Commissioner's Precinct.

The above order being read in open Court, a motion was made by Commissioner Keer and seconded by Commissioner Reinicke that same do pass. Thereupon, the question being called for, the following members present voted AYE: Commissioners Reinicke, Schmidt, Keer and Graeter, and the following voted NO: None.

Done in open Court, this 10th. day of June, A.D., 1940.

Attest: Ed. Batla                           J. Lee Dittert
        Clerk.                   County Judge of Austin County, Texas.

- - - - - - - - -

Whereupon the Court adjourned this June 10th., A.D., 1940.

                    Lee Dittert
          County Judge of Austin County, Texas.

Regular June Term, A.D., 1940.

THE STATE OF TEXAS, )
COUNTY OF AUSTIN.   )

Be it remembered that on this, the 10th. day of June, A.D., 1940, the Commissioners' Court of Austin County, Texas, met in the Court House in Bellville for the regular June Term, A.D., 1940, of said Court.

Present: Hon. J. Lee Dittert, County Judge; Wm. J. Reinicke, Henry O. Schmidt, O. M. Keer and Erwin Graeter, Commissioners; Ed. Batla, Clerk, and E. E. Reinecker, Sheriff.

Court opened by proclamation of the Sheriff at the Court House door. Whereupon the following proceedings were had, to-wit:

WHEREAS, on the 1st. day of February, A.D. 1940, at the Special February Term of the Commissioners Court of Austin County, Texas, the said court assumed control of and full responsibility of the maintenance and upkeep of all roads, streets and alleys within the boundaries of the Corporation of San Felipe de Austin; and

WHEREAS, the State of Texas has acquired two certain tracts of land from the Corporation of San Felipe de Austin, for the purpose of maintaining a State Park, under the supervision of the Texas State Parks Board, and the said State of Texas desires to acquire title to certain streets connecting the two tracts of land acquired, from the Corporation of San Felipe de Austin, to improve and maintain the same for public use;

NOW, THEREFORE, Be it resolved by the Commissioners Court of Austin County, Texas, that the Commissioners Court of Austin County, Texas, relinquish control of streets within the Corporation of San Felipe de Austin, which are designated and described as follows, to-wit:

Second Street from the West line of Nickolas Bravo St. in a westerly direction to and across College St. to the West line of College St; Alamo or Elm St., which is a continuation of Second St. from the West line of College St. to the East line of Durazno or Peach St.; Durazno or Peach St. from the North line of Pecan St. in a southerly direction to the South line of Fresno or Ash St.; Fresno or Ash St. from the East line of Durazno or Peach St. in a westerly direction to the intersection of Fresno or Ash St. with the South-west line of the tract of land formerly known as the "Upper Corporation Bottom" which has been deeded to the State of Texas; Second and Alamo or Elm Sts. are 30 varas in width; Durazno or Peach St. is 25 varas in width; Fresno or Ash St. is 25 varas in width.

And, Be it further Resolved that the above relinquishment be made to the Corporation of San Felipe de Austin, to co-operate with the State of Texas in establishing a State Park at San Felipe de Austin, and that a copy of this Resolution be spread upon the minutes of the Commissioners Court of Austin County, Texas.

The above resolution was unanimously adopted by the Commissioners' Court of said County upon a motion made by Commissioner Keer and seconded by Commissioner Reinicke.

- - - - - - - - - -

THE STATE OF TEXAS, )   IN THE COMMISSIONERS' COURT OF AUSTIN COUNTY, TEXAS.
COUNTY OF AUSTIN.   )        REGULAR JUNE TERM, A.D., 1940.

On this, the 10th. day of June, A.D., 1940, the Commissioners' Court of Austin County, Texas, convened in regular session at a regular term thereof with all members present, and among others, passed the following order, to-wit:

On this day came on to be considered by the Court the several bids received and filed with this Court on one Road Maintainer for the public roads of said County, for which bids an advertisement or notice was published by the County Judge of said County, as required by law, and the receiving and opening of said bids having been postponed at a former term of this Court; and it appearing to the Court that the bid of McCall Tractor & Equipment Company, of Houston, Texas, in which it proposes to furnish and deliver at any destination named by said Court the following described Grader, viz: Model 42 Tandem Drive Allis Chalmers Speed Patrol with wide front axle and leaning front wheels. 12 x 3/4 Moldboard, 700x20 front tires with puncture proof tubes, 11.25x24 rear tires with puncture proof tubes and canopy top for $4,425.55, with a discount of 2% for cash within thirty days, is the lowest and best bid received:

THEREFORE, be it ordered, adjudged and decreed by the Commissioners' Court of Austin County, Texas, that the purchase of said Maintainer or Motor Grader hereinabove referred to, be and the same is hereby approved, and said McCall Tractor and Equipment Company, Houston, Texas, is hereby authorized and directed to deliver the said above described Maintainer to O. M. Keer, Commissioner of Precinct No. 3 of said County, and that upon the acceptance thereof by the said O. M. Keer, Commissioner, the Clerk of this Court is authorized to draw a draft in favor of the said McCall Tractor & Equipment Company for said sum of $4,425.55, and that such amount be charged against the Road and Bridge Fund of said Austin County allotted to said Commissioner's Precinct.

The above order being read in open Court, a motion was made by Commissioner Keer and seconded by Commissioner Reinicke that same do pass. Thereupon, the question being called for, the following members present voted AYE: Commissioners Reinicke, Schmidt, Keer and Graeter, and the following voted NO: None.

Done in open Court, this 10th. day of June, A.D., 1940.

Attest: Ed. Batla                           J. Lee Dittert
            Clerk.                          County Judge of Austin County, Texas.

- - - - - - - - - -

Whereupon the Court adjourned this June 10th., A.D., 1940.

                    *J. Lee Dittert*
            County Judge of Austin County, Texas.