174

Peters-San Felipe Road

N.45 E.   985   Ben Albert

Hy Remmert | Louis Remmert | Louis Downey Est | Josey

Amthor

Chas. Kurtz

Corporation of San Felipe de Austin

Klueve Bollinger Creek

Mike Esar | San Felipe

107 J. J. Tousan

Mike Esar  7
3
Ben Blacknell

Frank Cervenka | F.C. Zalesky

Will Thomas

1072

N Corporation San Felipe

Zaruba | Nelson M= Dade

Town of San Felipe de Austin

SE. 1421   N.45W

Brazos River

De Austin

Nelson Yatman

2946
2901
3035   S 1808
1991   John Shrivanek   Frank Schranek   Chas. Kurtz   3' Pecan Tree   15   S.59 W. 1154

Buchala

Feik Est.

Map of Incorporated Limits of
The Town of San Felipe de Austin
Scale 1" = 500 vrs.

M. F. Mersmann
Co. Surv. Austin Co.



(121.)

| THE STATE OF TEXAS ) | |
|---|---|
| COUNTY OF AUSTIN ) | FIELD NOTES of a re-survey of the Incorporated Limits of the Town of San Felipe de Austin in Austin County Texas; |

Beginning at a stake set for the extreme East corner of this survey on the West or SW bank of the Brazos River and being also the North corner of the Feik Estate; (1) Thence; S 59° W 1154 vrs. to an iron stake set on top of the Old River Bank in the NE line of a Public Road; (2) Thence; S 45° W with the Lower or SE line of the Corporation of San Felipe de Austin, cross Chas. Kurtz tract, Frank Scrivanek tract, at 1237 vrs. intersecting 40' raod and enter Nelson Yetman tract, at 1808 vrs. North corner of the Buchala tract in 30' Road, with road and at 1909 vrs. East corner of Corporation Tract, 2901 vrs intersecting the North line of M. K. & T. Ry., at 2946 vrs. the South line thereof, which is also the North line of H. W. No. 73, at 3035 vrs. the South line of said H. W., at 4050 vrs. the center line of the Frydek-San Felipe Road and the West corner of Buchala tract and the North corner of Frank Sodolac tract; with road (Sealy Road) 4690 vrs. to the South corner of this Survey and being also the East corner of the Hiram Gonzales Est.; (3) Thence; N 19° W (N 18° W) with Gonzales line at 535 vrs. pass North corner thereof and East corner of Berner Est. of Berner and East corner at 1032 vrs. North corner /of Frank Kulenda; at 1180 vrs intersecting the South line of H. W. No. 73, at 1558 vrs the South line of the M. K. & T. Ry. and at 1597 _ the North line thereof and the SE corner of the Krchnak tract; (4) Thence; N 9° W 570 vrs to the South corner of the Gebhardt Est. tract; (5) Thence; N 45° E with the SE line of the Gebhardt, Zaruba and Nelson McDade tracts 1421 vrs. to the South corner of McDade; (6) Thence; N 45° W 108 vrs. intersecting the Old Narrow Guage R. R. R. of W.; (7) Thence; N 65° W 522 vrs. to the South corner of the Will Thomas tract; (8) Thence; N 25° E with the SE line of the Will Thomas and the Frank Cervenka tracts 1072 vrs. to the east corner of the Cervenka tract; (9) Thence; N 65° W with the Street between the Frank Cervenka and Mike Esar tracts on the South and the F. C. Zalesky, Belle Blacknell and J. J. Jousan tracts on the North 1173 vrs. to a corner, being a North or NE corner of the Mike Esar tract; (10) Thence; S 25° W with the NW line of the said Esar tract 102 vrs. to a corner; (11) Thence; Due West with the Mike Esar and Kluever tracts and crossing the Chas Kurtz and the E. W. Amthor tracts 2113 vrs. to a 60' Street; (12) Thence; Due North, intersecting the centerline of Bollinger Creek at 582 vrs. and 985 vrs. to a corner in the original Corporation line and being the NW line hereof; (13) Thence; N 45° E with said line, at 2860 vrs. intersecting Mill Creek and 3213 vrs. to a stake set on the South or SW bank of the Brazos River; (14) Thence; in a Southwesterly direction with the meanders of said river to the place of beginning, containing 3906 acres of land.

December 21st 1939

M. F. Mersmann
County Surveyor Austin County, Texas.

The State of Texas, )
County of Austin. ) I, M. F. Mersmann, County Surveyor of Austin County, Texas, do hereby certify that the above and foregoing plat and field notes were made from an actual survey of the ground on December 21, 1939.

M. F. Mersmann
County Surveyor, Austin County, Texas.

Sworn to and subscribed before me, this, the 27th., day of December, A. D. 1939.

(seal)   Lawrence Dittert Notary Public in and for Austin County, Texas.

The State of Texas, )
County of Austin. ) Before me, the undersigned authority, in and for Austin County, Texas, on this day personally appeared M. F. Mersmann, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, and in the capacity therein stated.

Given under my hand and seal of office, on this the 27th., day of December, A. D., 1939.

(seal)   Lawrence Dittert Notary Public in and for Austin County, Texas.

(121.) Filed for record at 11:30 o'clock A. M. December 27-1939. Ed. Batla, Clerk. Recorded at 4:30 o'clock P. M. December 30th. A. D., 1939.

Ed. Batla, Clerk, County Court, Austin County, Texas.

By *Leona Granaud*, Deputy.

- - - - - - - - - - - - -

(122. Certified Copy of Will & Order in the Matter of the Estate of Chas. C. McRae, deceased.)

## LAST WILL AND TESTAMENT OF CHARLES C. McRAE.

KNOW ALL MEN BY THESE PRESENTS: That I, Charles C. McRae, of the County of Harris and State of Texas, being of sound and disposing mind and memory, do publish and declare this to be my last Will and Testament, and I do hereby revoke any and all other Wills and Codicils heretofore by me at any time made. ARTICLE I. I direct that all my just debts shall be paid out of my estate by my Executrix hereinafter named, as soon after my decease as can be conveniently done without injury to my estate. ARTICLE II. I give, devise and bequeath unto my wife, Cora Bryan McRae, all the property of which I die seized and possessed, real, personal and mixed, including all equities and interests of every kind and character, wherever situated. ARTICLE III. Having confidence in the good judgment and ability of my wife, Cora Bryan McRae, to manage prudently my estate so that she and my two children, Charles C. McRae, Jr. and Martha Shepard McRae, will be provided for, I make no special provisions or bequests to and for my said two children. By this recitation I do not intend that there shall be placed upon my wife, as Independent Executrix hereunder, any restrictions or limitations whatsoever in her powers as such Executrix, nor any limitation or restriction upon the bequest herein made to her. ARTICLE IV. I hereby make, constitute and appoint my wife, Cora Bryan McRae, Independent Executrix of this my Last Will and Testament, and direct that no bond or other security be required of her as such Independent Executrix. ARTICLE V. I direct that no other action be had in the County Court save and except the probate of this Will and filing of an inventory and list of claims.

IN WITNESS WHEREOF, I have hereunto set my hand this the 7th day of June, A. D. 1939, in the presence of E. H. Suhr and Paul G. Bell, who attest the same at my request.

Chas. C. McRae

The above instrument was now here subscribed by Charles C. McRae, the testator, in our presence, and we, at his request, in his presence, and in the presence of each other, sign and subscribe our names thereto as attesting witnesses.

Paul G. Bell
E. H. Suhr

Filed Nov. 6, 1939

Henry M. Dudley, Clerk County Court, Harris Co., Tex.

By Lera Bates, Deputy.

NO. 27343

| IN THE MATTER OF THE ESTATE | IN THE COUNTY COURT OF |
|---|---|
| OF CHAS. C. McRAE, DECEASED. | HARRIS COUNTY, TEXAS. |

On this the 21st day of November, 1939 came on to be heard the application of Cora Bryan McRae, a resident of Harris County, Texas, for the probate of a certain instrument in writing, dated June 7th, 1939, purporting and alleged to be the last Will of Chas. C. McRae, deceased, which said application is also for letters testamentary; and due proof being taken in the manner required by law, and it being proven to the satisfaction of the Court that this Court has jurisdiction of said Estate; that every citation required by law has been duly issued, served and returned in the manner, and for the length of time required by law; and that the Testator, Chas. C. McRae, at the time of executing said Will was at least twenty-one years of age, was