*CORRECTED BY ELECTION JUDGE*

All information is required to be provided unless indicated as optional

## APPLICATION FOR A PLACE ON THE ⬚⬚⬚⬚⬚⬚⬚ GENERAL ELECTION BALLOT

OFFICE SOUGHT

INDICATE TERM

FULL NAME

PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT

PERMANENT RESIDENCE ADDRESS (Do not include a P.O. Box or Rural Route. If you do not have a residence address, describe the address at which you receive personal mail and location of residence.)

PUBLIC MAILING ADDRESS (Campaign mailing address, if available)

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|------|-------|-----|------|-------|-----|
|      |       |     | SE-1 |  TX   | 77474 |

| PUBLIC EMAIL ADDRESS (if available) | OCCUPATION (Do not leave blank) | DATE OF BIRTH | VOTER REGISTRATION VUID NUMBER (Optional) |
|---|---|---|---|

TELEPHONE CONTACT INFORMATION (Optional)

Home:

Work:

Cell:

LENGTH OF CONTINUOUS RESIDENCE AS OF DATE APPLICATION SWORN

| IN STATE | IN TERRITORY ELECTED FROM |
|---|---|
| year(s) | year(s) |
| month(s) | month(s) |

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election.

Before me, the undersigned authority, on this day personally appeared (name) _____, who being by me here and now duly sworn, upon oath says:

"I, (name) _____ candidate for the office of _____ of _____ County, Texas, being a candidate for the office of _____ swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code.

I further swear that the foregoing statements included in my application are in all things true and correct."

X _____

SIGNATURE OF CANDIDATE

Sworn to and subscribed before me at _____, this the _____ day of _____

_____
Signature of Officer Administering Oath

Notary Public
Title of Officer Administering Oath

SUE LEA FOLEY
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-14-2018

TO BE COMPLETED BY CITY SECRETARY OR SECRETARY OF BOARD:
(See Section 1.007)

Date Received: 2/6/2018

_____
Signature of Secretary

Voter Registration Status Verified ☑

2/21/18
verified by Brenda
at Wharton County

*CORRECTED BY ELECTION JUDGE*

All information is required to be provided unless indicated as optional

## APPLICATION FOR A PLACE ON THE _____ GENERAL ELECTION BALLOT

OFFICE SOUGHT _____

INDICATE TERM

FULL NAME _____

PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT

PERMANENT RESIDENCE ADDRESS (Do not include a P.O. Box or route. If you do not have a residence address, describe the location of your residence)

PUBLIC MAILING ADDRESS (Campaign mailing address, if available)

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|------|-------|-----|------|-------|-----|
| | TX | | San Felipe | TX | |

PUBLIC EMAIL ADDRESS (if available) | OCCUPATION (Do not leave blank) | DATE OF BIRTH | VOTER REGISTRATION VUID NUMBER (Optional)

TELEPHONE CONTACT INFORMATION (Optional)

LENGTH OF CONTINUOUS RESIDENCE AS OF DATE APPLICATION SWORN

IN STATE       IN TERRITORY ELECTED FROM

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election.

Before me, the undersigned authority, on this day personally appeared (name) _____, who being by me here and now duly sworn, upon oath says:

"I, (name) _____, of _____ County, Texas, being a candidate for the office of _____, a citizen of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code

I further swear that the foregoing statements included in my application are in all things true and correct."

X _____
SIGNATURE OF CANDIDATE

Sworn to and subscribed before me at _____ this the ___ day of _____

Signature of Officer Administering Oath

Title of Officer Administering Oath

SUE LEANE FOLEY
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-14-2018

TO BE COMPLETED BY CITY SECRETARY OR SECRETARY OF BOARD
(See Section 1.007)

Date Received

Signature of Secretary

Voter Registration Status Verified

2/21/18
Verified by _____
at voters office ___

*CORRECTED BY ELECTION JUDGE*

*BOTTOM PORTION FILLED OUT BY JUDGE*

All information is required to be provided unless indicated as optional.

APPLICATION FOR A PLACE ON THE _Ballot City of Henry_ GENERAL ELECTION BALLOT
_Election May 5, 2018_

OFFICE SOUGHT

INDICATE TERM

FULL NAME (First, Middle, Last) *Alderman*

PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT
_Louis T Bonner Jr._

PERMANENT RESIDENCE ADDRESS (Do not include a P.O. Box or Rural Route. If you do not have a residence address, describe the location of your residence.)

PUBLIC MAILING ADDRESS (and mailing address if available)

CITY _2980 Stockold Rd._  STATE  ZIP

CITY _2980 Stockold Rd._  STATE  ZIP

CITY _San Felipi_  STATE _Tex_  ZIP _77474_

CITY _Sea 14_  STATE _Tex_  ZIP _77474_

PUBLIC EMAIL ADDRESS (if available) | OCCUPATION (Do not leave blank) _Retired_ | DATE OF BIRTH | VOTER REGISTRATION VUID NUMBER (Optional)

TELEPHONE CONTACT INFORMATION (Optional)
Home: _979 877 7310_

Work:

Cell:

LENGTH OF CONTINUOUS RESIDENCE AS OF DATE APPLICATION SWORN

IN STATE _65_ year(s) _____ month(s)

IN TERRITORY ELECTED FROM _____ year(s) _____ month(s)

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election.

Before me, the undersigned authority, on this day personally appeared (name) _Louis T. Bonner Jr._ who being by me here and now duly sworn, upon oath says:

"I, (name) _Louis T. Bonner Jr._ of _San Felipe Austin_ County, Texas, being a candidate for the office of _Alderman_, swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code.

I further swear that the foregoing statements included in my application are in all things true and correct."

X _Louis T. Bonner Jr._
SIGNATURE OF CANDIDATE

Sworn to and subscribed before me at _San Felipe_, this the _29_ day of _January_ _2018_.

_[signature]_
Signature of Officer Administering Oath

_Notary Public_
Title of Officer Administering Oath

SEANE FOLEY
Public
STATE OF TEXAS
My Comm. Exp. ___ 2018

TO BE COMPLETED BY CITY SECRETARY OR SECRETARY OF BOARD:
(See Section 1.007)

_1/29/2018_
Date Received

_[signature]_
Signature of Secretary

_11.45 AM_

Voter Registration Status Verified ☑

_2/21/2018_
_Verified by Brenda V. R._

## NOTICE
## SPECIAL COUNCIL MEETING
## TUESDAY
## May 15, 2018

Notice is hereby given that the governing body of the Town of San Felipe will meet at **7:00 P. M.** on **Tuesday, May 15, 2018** at the Town Hall Council Meeting Room located at 927 Sixth Street for the purpose of considering the following agenda.

Bobby Byars, Mayor

## AGENDA
## May 15, 2018

**I.   Call to Order**

**II.   Quorum Check**

**III.   Opening Prayer**

**IV.   Pledge of Allegiance**

**V.   Citizen's Comments** (**3 minutes**):  This is the opportunity for visitors and guests to address the City Council on any issue.  City Council may not discuss any presented issue, nor may any action be taken on any issue at this time.  (Attorney General Opinion-JC-0169)

**VI.**   Presentation: To designate the week of May 20-26, 2018 as Emergency Medical Services Week.

**VII.** Discussion and possible action adopting an ordinance canvassing the returns and declaring the results of the General Election held on Saturday, May 5, 2018 in the Town of San Felipe and distribution of Certificates of Election.

**VIII.** Administration of Oaths of Office to Newly Elected Officials:  Alfred Hall, Alderman; Cynthia "Dusty" Kelly, Alderman; and Kent McAllister, Alderman.

**IX.**   Discussion and possible action to elect a Mayor Pro Tem for one (1) year term by the Town Council.

**X.   Announcements**

**TOWN OF SAN FELIPE**
**SPECIAL COUNCIL MEETING**
May 15, 2018
Page 2

## XI. Adjournment

I, Sue Foley, Town Secretary, certify that the above Notice of Special Council Meeting was posted at the Town Hall of the Town of San Felipe on Friday, May 11, 2018 at 5:00 p.m., pursuant to the Texas Government Code Chapter 551 (Opening Meetings Act).

Sue Foley, Town Secretary

THIS FACILITY IS WHEELCHAIR ACCESSIBLE AND ACCESSIBLE PARKING SPACES ARE AVAILABLE. REQUESTS FOR ACCOMMODATIONS OR INTERPRETIVE SERVICE MUST BE MADE 48 HOURS PRIOR TO THIS MEETING. PLEASE CONTACT THE TOWN SECRETARY'S OFFICE AT (979) 885-7035 OR FAX (979) 885-0747 FOR FURTHER INFORMATION.

# EMS Week Proclamation

To designate the Week of May 20 - 26, 2018, as Emergency Medical Services Week

WHEREAS, emergency medical services is a vital public service; and

WHEREAS, the members of emergency medical services teams are ready to provide lifesaving care to those in need 24 hours a day, seven days a week; and

WHEREAS, access to quality emergency care dramatically improves the survival and recovery rate of those who experience sudden illness or injury; and

WHEREAS, emergency medical services has grown to fill a gap by providing important, out of hospital care, including preventative medicine, follow-up care, and access to telemedicine; and

WHEREAS, the emergency medical services system consists of first responders, emergency medical technicians, paramedics, emergency medical dispatchers, firefighters, police officers, educators, administrators, pre-hospital nurses, emergency nurses, emergency physicians, trained members of the public, and other out of hospital medical care providers; and

WHEREAS, the members of emergency medical services teams, whether career or volunteer, engage in thousands of hours of specialized training and continuing education to enhance their lifesaving skills; and

WHEREAS, it is appropriate to recognize the value and the accomplishments of emergency medical services providers by designating Emergency Medical Services Week; now

*THEREFORE, I [name, title, city, state] in recognition of this event do hereby proclaim the week of May 20-26, 2018, as*

# EMERGENCY MEDICAL SERVICES WEEK

With the theme, *EMS Strong: Stronger Together*, I encourage the community to observe this week with appropriate programs, ceremonies and activities.



_____

Name and Title of Official

### RESOLUTION NO. R2018- 4

A RESOLUTION OF THE CANVAS AND CERTIFICATION AS TO THE RESULT OF THE
TOWN OFFICERS' ELECTION IN THE TOWN OF SAN FELIPE,
TEXAS HELD ON SATURDAY, MAY 5, 2018

WHEREAS, there came on to be considered the returns of an election held on the 5th day of May 2018, for the purposes of electing the hereinafter named officials; and

WHEREAS, it appearing from said returns, duly and legally made, that there was cast at said election 215 valid and legal votes; and

WHEREAS, that of the listed candidates in said election, the following said candidates received votes as follows:

FOR ALDERMAN

| | |
|---|---|
| Brenda Newsome | 82 |
| Cynthia "Dusty" Kelly | 114 |
| Toni Franklin | 80 |
| Kent McAllister | 99 |
| Louis T. Bonner, Jr. | 59 |
| Alfred Hall | 89 |

BE IT RESOLVED BY THE TOWN COUNCIL OF THE TOWN OF SAN FELIPE, TEXAS:

Section 1:   That said Town Officers' Election of the Town of San Felipe, held on the 5th day of May 2018, was duly called, that notice of said election was given, and that said election was held in accordance with law.

Section 2:   That at said Town Officers' Election for said Town, Cynthia "Dusty" Kelly, Kent McAllister and Alfred Hall were duly elected as Aldermen at said Town Officers' Election for said Town.

Section 3:  That the above named persons hereby duly elected at said Town Officers' Election shall take their respective offices upon their qualification therefore, as provided by the laws of the State of Texas.

PASSED by the Town Council of the Town of San Felipe at a meeting on the 15th day of May, 2018, at which a quorum was present and for which due notice was given.

APPROVED this the 15th day of May, 2018.

ATTEST:

_____
Bobby Byars, Mayor

_____
Sue Foley
Town Secretary

Page 1 of 1

**TABULATION SHEET FOR OFFICIAL CANVASS OF BALLOT BOXES USED
FOR THE CITY OFFICERS' ELECTION HELD ON SATURDAY, MAY 5, 2018
FOR THE PURPOSE OF ELECTING THREE (3) ALDERMEN FOR TWO (2)
YEAR TERMS FOR THE TOWN OF SAN FELIPE,
AUSTIN COUNTY, TEXAS**

| CANDIDATES & POSITION | PRECINCT "A" 313, 417 & 418 | EARLY VOTING | TOTAL |
|---|---|---|---|
| ALDERMAN - (2 YEAR TERM): | | | |
| Brenda Newsome | 56 | 26 | 82 |
| Cynthia "Dusty" Kelly | 103 | 11 | 114 |
| Toni Franklin | 71 | 9 | 80 |
| Kent McAllister | 88 | 11 | 99 |
| Louis T. Bonner Jr. | 36 | 23 | 59 |
| Alfred Hall | 61 | 28 | 89 |
| TOTAL: | 415 | 108 | 523 |

| | |
|---|---|
| Total Votes Cast - Precinct "A": | 169 |
| Total Votes Cast - Early Voting: | 34 |
| Total Votes Cast – Mail: | 9 |
| Total Votes Cast-Provisional: | 3 |
| TOTAL VOTES CAST, TOWN OF SAN FELIPE: | 215 |

This tabulation was made at the Special Council Meeting of the Town Council of San Felipe, Texas on May 15, 2018, in accordance with the Texas Election Code, V.A.C.S., from the sealed returns presented to the Mayor and Council by the Presiding Judge of each precinct at the close of the election held on May 5, 2018. Said sealed documents were opened at the above-named meeting at the time designated for the official canvass and tabulated in the presence of the public. From this tabulation sheet the Official Order Declaring the Result of the Election is to be made.

TOWN OF SAN FELIPE

_____
Bobby Byars, Mayor

ATTEST:

_____
Sue Foley, Town Secretary
TOWN OF SAN FELIPE



In the name and by the authority of

# The State of Texas

THIS IS TO CERTIFY that at a general election held on

May 5, 2018

## ALFRED HALL

was duly elected

## ALDERMAN



In testimony whereof, I have hereunto signed my name and caused the Seal of San Felipe to be affixed at the Town of San Felipe, this the 15th day of May, 2018.

_____

**Bobby Byars, Mayor**
**Town of San Felipe**



In the name and by the authority of

# The State of Texas

THIS IS TO CERTIFY that at a general election held on

May 5, 2018

CYNTHIA "DUSTY" KELLY

was duly elected

## ALDERMAN



In testimony whereof, I have hereunto signed my name and caused the Seal of San Felipe to be affixed at the Town of San Felipe, this the 15th day of May, 2018.

_____

**Bobby Byars, Mayor**
**Town of San Felipe**



In the name and by the authority of

# The State of Texas

THIS IS TO CERTIFY that at a general election held on

May 5, 2018

KENT McALLISTER

was duly elected

## ALDERMAN



In testimony whereof, I have hereunto signed my name and caused the Seal of San Felipe to be affixed at the Town of San Felipe, this the 15th day of May, 2018.

_____

**Bobby Byars, Mayor**
**Town of San Felipe**

Exhibit 13, pg. 13

| Texas Secretary of State | P.O. Box 12060 | Austin, Texas 78711-2060 | 1-800-252-VOTE (8683) | www.sos.state.tx.us |

# ELECTION COMPLAINT TO THE TEXAS SECRETARY OF STATE

| Docket Number | **OFFICE USE ONLY** | Date Hand-delivered or Date Postmarked / / |

Please read the Important Information at the end of this **document. The Secretary of State has no authority to order a new election, change an election result, or conduct a criminal investigation. A complaint filed with this form will not alter the results of an election.**

This complaint form MUST BE SIGNED before it is submitted to the Secretary of State; therefore, you must print it out and sign it before mailing or faxing a copy or emailing a scanned, signed copy.

## I. IDENTITY OF COMPLAINANT

| 1 | COMPLAINANT NAME | MS / MRS / MR | FIRST Cynthia | MI |
| | | NICKNAME Dusty | LAST Kelly | SUFFIX |

| 2 | COMPLAINANT PHYSICAL ADDRESS | ADDRESS (TO INCLUDE APT / SUITE # IF APPLICABLE) 5436 Palacios | CITY San Felipe | STATE TX | ZIP CODE 77473 |
| | | (Full home or business address, including street, city, state, and zip code) | | | |

| 3 | COMPLAINANT MAILING ADDRESS ☐ (check if same as above) | ADDRESS (TO INCLUDE APT / SUITE # IF APPLICABLE) 5436 Palacios | CITY Sealy | STATE TX | ZIP CODE 77474 |
| | | (Full home or business address, including street, city, state and zip code) | | | |

| 4 | COMPLAINANT TELEPHONE NUMBER | AREA CODE   PHONE NUMBER   EXT (713) 899-6117 | 5 | COMPLAINANT E-MAIL ADDRESS | cynthia.kelly@mcsitexas.com |

## II. IDENTITY OF RESPONDENT
### PERSON OR ENTITY COMMITTING ALLEGED VIOLATION(S)

| 6 | RESPONDENT NAME | MS / MRS / MR | FIRST Sue | MI |
| | | NICKNAME | LAST Foley | SUFFIX |

| 7 | RESPONDENT POSITION OR TITLE | City Secretary/Election Official Town of San Felipe Texas |

| 8 | RESPONDENT PHYSICAL ADDRESS | ADDRESS (TO INCLUDE APT / SUITE # IF APPLICABLE) 927 6th Street | CITY San Felipe | STATE Tx | ZIP CODE 77473 |
| | | (Full home or business address, including street, city, state, and zip code) | | | |

| 9 | RESPONDENT MAILING ADDRESS ☐ (check if same as above) | ADDRESS (TO INCLUDE APT / SUITE # IF APPLICABLE) 927 6th Street | CITY Sealy | STATE Tx | ZIP CODE 77474 |
| | | (Full home or business address, including street, city, state, and zip code) | | | |

| 10 | RESPONDENT TELEPHONE NUMBER | AREA CODE   PHONE NUMBER   EXT | 11 | RESPONDENT E-MAIL ADDRESS (IF KNOWN) | |

## GO TO PAGE 2

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.

Revised 2/28/2014

Texas Secretary of State    P.O. Box 12060    Austin, Texas 78711-2060    1-800-252-VOTE (8683)    www.sos.state.tx.us

## III. NATURE OF ALLEGED VIOLATION                                        Page2

If you believe that a criminal violation of the Code has occurred, please state the specific acts committed by the person or entity named in this complaint, along with a reference to the section of the Code alleged to have been violated, if known. If you need more space, please attach a separate sheet.

Early Voting Election without properly securing of the ballot box and mail in ballots. Intimidation of the poll watchers.

ATTACH ADDITIONAL PAGES AS NEEDED

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.

Revised 2/28/2014

Texas Secretary of State     P.O. Box 12060     Austin, Texas 78711-2060     1-800-252-VOTE (8683)     www.sos.state.tx.us

## IV. STATEMENT OF FACTS                                                Page 3

**State the facts constituting the alleged violation(s), including the dates on which or the period of time in which the alleged violation(s) occurred. Identify allegations of fact not personally known to the complainant, but alleged on information and belief. Please use simple, concise, and direct statements.**

### ELECTION IN WHICH VIOLATION(S) OCCURRED

**NAME OF ELECTION** San Felipe City Election of Officers     **DATE OF ELECTION MM/DD/YYYY** 05/05/2018

**COUNTY OR POLITICAL SUBDIVISION** Austin County     **PRECINCT** 417

1)
Monday April 23, 2018 at 6:46am when our poll watcher arrived at the San Felipe City Hall he ask to observe the ballot box prior to the polls opening. He observed the ballot box was not secure per the election code rules. When the second poll watcher arrived at 9:00am he also observed the box was not secure. He brought it to the attention of the Election Official Ms. Sue Foley. She got angry and said," I have been doing this for 20 years. I will not be bullied or intimidated." The poll watcher left the building and called me. I called the SOS's legal office. The gentleman I spoke with referred me to my local DA's office. The poll watcher that observed the box called the DA's office. He spoke with Assitant District Attorney Brandy. She was unaware that they had any authority to do anything. She called the SOS and the San Felipe City Attorney. After their conversations, Ms. Foley was contact by both the City Attorney and the District Attorney. At approximately 5:00pm the Police Chief, Ms. Foley and two poll watchers attempted to fix the issue with the bottom of the ballot box. The ballot box did not have two locks and a seal on the bottom opening. The box is very old and the solution that was done was the best that it could be under the circumstances. There is only one lock on the bottom of the box and both Ms. Foley and the Police Chief have access to that same key. They did put a numbered seal on the bottom that now goes through the lock and the eye hole on the box. I called back to the SOS legal department and spoke with Caroline Gebhardt, she was very kind and helpful explaining the rules with regards to the ballot box. She offered to call Ms. Foley to help make sure she understood what the requirements for the ballot box are.

In addition Ms. Foley did not have a second person as an election clerk. She was in the office by herself and has done so for years. After this violation was pointed out to her Monday she had one of the Cities Police Officers sit in the office during business hours.

2)
Wednesday April 25, 2018 poll watchers observed Ms. Foley did not have a locking bag or box for the mail in ballots.

3)
Friday April 27, 2018. The hours for the early voting are posted on the window of the City Hall. There is no time listed for closing during the day. On Friday Ms. Foley informed the poll watcher that she was closing the office at 12 noon and would return at 1:00pm. A 72 hour notice was never posted on the window at City Hall.

4)
In addition, all the poll watchers have complained that Ms. Foley has the office air conditioning blowing full blast. The vent is directly above the chair she has set for the poll watchers. There is no other chair for them to move to. They have all had to wear heavy coats and blankets on their legs. She is also playing loud music which according to the poll watchers was distracting to voters.

**ATTACH ADDITIONAL PAGES AS NEEDED**

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.

Revised 2/28/2014

Texas Secretary of State      P.O. Box 12060      Austin, Texas 78711-2060      1-800-252-VOTE (8683)      www.sos.state.tx.us

## V. LISTING OF DOCUMENTS AND OTHER MATERIALS                    Page 4

List all documents and other materials filed with this complaint. Additionally, list all other documents and other materials that are relevant to this complaint and that are within your knowledge, including their location, if known.

**ATTACH ADDITIONAL PAGES AS NEEDED**

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.
Revised 2/28/2014

Texas Secretary of State       P.O. Box 12060       Austin, Texas 78711-2060       1-800-252-VOTE (8683)       www.sos.state.tx.us

## VI.  SIGNED STATEMENT                                                   Page 5

I, _____Cynthia Kelly_____ , the undersigned,
PRINTED NAME OF COMPLAINANT

under penalty of perjury do swear or affirm that the information contained in this
complaint is true and correct to the best of my knowledge.

I have read and understand the accompanying instructions, and I am aware that
completion of this form cannot and will not alter the outcome of the election.

_____
SIGNATURE OF COMPLAINANT

## NOTICE: THIS COMPLAINT IS NOT CONFIDENTIAL; ONCE REVIEWED BY
## THE SECRETARY OF STATE, IT WILL BE TREATED AS A PUBLIC RECORD.

## REMINDER: YOU MUST SIGN THIS FORM PRIOR TO SUBMITTING

**IF MAILING, PLEASE SEND TO:**
Texas Secretary of State
Elections Division
c/o Legal Dept.
P.O. Box 12060
Austin, TX 78711

**IF FAXING, PLEASE SEND TO:**
512.475.2811

**IF EMAILING, PLEASE SEND TO:**
elections@sos.state.tx.us

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.

Revised 2/28/2014

Texas Secretary of State    P.O. Box 12060    Austin, Texas  78711-2060    1-800-252-VOTE (8683)    www.sos.state.tx.us

## VII.  IMPORTANT INFORMATION

Pursuant to Section 31.006 of the Texas Election Code (the "Code"), the Office of the Secretary of State (the "Secretary of State") has the ability to refer elections complaints to the Office of the Attorney General (the "Attorney General"). If, after receiving a complaint alleging criminal conduct in connection with an election, the Secretary of State determines that there is reasonable cause to suspect that the alleged criminal conduct occurred, the Secretary of State shall promptly refer the complaint to the Attorney General.  The Secretary of State shall deliver to the Attorney General all pertinent documents in the Secretary of State's possession.

Any person who believes that a criminal violation of the Code has occurred may file a complaint.  In order to initiate the complaint process, a written and signed complaint must be filed with the Secretary of State.  The complaint must allege the violation with particularity, identify the person(s) or entity responsible for the alleged violation, and contain a reference to the section of the Code alleged to have been criminally violated, if known.

The Secretary of State has no authority to order a new election, change an election result, or conduct a criminal investigation.  This form is to be used solely to document alleged election irregularities and submit allegations of criminal violations of the Code to be referred to the Attorney General.  Often complaints will be Code violations that do not amount to criminal violations or acts.  These violations are election irregularities which may form the basis of an election contest, but do not carry a criminal penalty.  These election irregularities will not be referred to the Attorney General for possible criminal prosecution.

Challenging an election result can be done either through (1) a recount or (2) an election contest.  If you are seeking to alter the outcome of the election, you will need to use one of these methods of challenging the results, described below.  **A complaint filed with this form will not alter the results of an election.**

### Legal Remedies That May Alter the Election Outcome

**1. Recount**
Recounts are used only to recount the votes in a particular race (office) or measure.  A recount does not have the scope or authority of an election contest in court, i.e., the recount committee will not look at the manner in which voters were qualified to vote in person or by mail or whether voters were eligible to vote in the election.  The governing body of an entity cannot conduct a recount on its own motion, e.g., at the canvass.

Please note that recount request deadlines occur soon after the canvass - a recount must be requested not later than two days following the canvass.  More information on filing recounts (including form, deposit information, and who and how to file) is available on the Secretary of State's website.

**2. Election Contest**
If a candidate disputes the outcome of the election, regardless of whether or not a recount has been conducted, and has discovered irregularities, fraud, or mistakes in the conduct of the election that affected or could have affected the outcome, he/she can file an election contest to challenge the election results.  The legal question raised by an election contest is whether the outcome of the contested election, as shown by the final canvass, is not (or cannot be conclusively determined to be) the true outcome because (1) illegal votes were counted, or because (2) an election officer or other official administering the election either (i) prevented eligible voters from voting, (ii) failed to count legal votes, (iii) engaged in fraud or illegal conduct, or (iv) erred in some material way.

Contests involving county elections are filed in the district court in the relevant county.  In most circumstances, the filing deadline for an election contest is 30 days after the canvass, except in the case of a primary or an election where a runoff is necessary, in which case the deadline for filing is 10 days after the final canvass.  If a recount is held and the votes are changed, the date of the canvass of the recount (i.e., final canvass) becomes the new date by which the contest deadline is calculated.

Any losing candidate may contest an election.  In a contest of an officer election, the contestant files suit against the election's winner (or in the event that the election outcome is determined by majority vote rather than plurality vote, the person or persons entitled to a place on the runoff ballot).  Voters at large within a political subdivision do not possess standing to intervene as parties to an election contest for public office.

In an election contest, the court has the authority to:  (1) examine ballots and equipment; (2) compel voters to reveal how they voted; (3) declare an election void if illegal votes are greater than or equal to the number of votes necessary to change the outcome or cannot ascertain the true outcome of the election; (4) order a new election (or new runoff election), if unable to ascertain true outcome; (5) subtract illegal votes, if able to determine the side for which an illegal vote was cast; or (6) declare outcome of election, if able to ascertain true outcome.

If you think either a recount or an election contest is the proper procedure for the remedy you seek, you may wish to consult private legal counsel regarding your legal options.  The Secretary of State staff can provide general guidance on these procedures as well.

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.

Revised 2/28/2014

## VII.  IMPORTANT INFORMATION

Pursuant to Section 31.006 of the Texas Election Code (the "Code"), the Office of the Secretary of State (the "Secretary of State") has the ability to refer elections complaints to the Office of the Attorney General (the "Attorney General"). If, after receiving a complaint alleging criminal conduct in connection with an election, the Secretary of State determines that there is reasonable cause to suspect that the alleged criminal conduct occurred, the Secretary of State shall promptly refer the complaint to the Attorney General.  The Secretary of State shall deliver to the Attorney General all pertinent documents in the Secretary of State's possession.

Any person who believes that a criminal violation of the Code has occurred may file a complaint.  In order to initiate the complaint process, a written and signed complaint must be filed with the Secretary of State. The complaint must allege the violation with particularity, identify the person(s) or entity responsible for the alleged violation, and contain a reference to the section of the Code alleged to have been criminally violated, if known.

The Secretary of State has no authority to order a new election, change an election result, or conduct a criminal investigation.  This form is to be used solely to document alleged election irregularities and submit allegations of criminal violations of the Code to be referred to the Attorney General.  Often complaints will be Code violations that do not amount to criminal violations or acts.  These violations are election irregularities which may form the basis of an election contest, but do not carry a criminal penalty.  These election irregularities will not be referred to the Attorney General for possible criminal prosecution.

Challenging an election result can be done either through (1) a recount or (2) an election contest.  If you are seeking to alter the outcome of the election, you will need to use one of these methods of challenging the results, described below.  **A complaint filed with this form will not alter the results of an election.**

### Legal Remedies That May Alter the Election Outcome

**1. Recount**
Recounts are used only to recount the votes in a particular race (office) or measure.  A recount does not have the scope or authority of an election contest in court, i.e., the recount committee will not look at the manner in which voters were qualified to vote in person or by mail or whether voters were eligible to vote in the election.  The governing body of an entity cannot conduct a recount on its own motion, e.g., at the canvass.

Please note that recount request deadlines occur soon after the canvass - a recount must be requested not later than two days following the canvass.  More information on filing recounts (including form, deposit information, and who and how to file) is available on the Secretary of State's website.

**2. Election Contest**
If a candidate disputes the outcome of the election, regardless of whether or not a recount has been conducted, and has discovered irregularities, fraud, or mistakes in the conduct of the election that affected or could have affected the outcome, he/she can file an election contest to challenge the election results.  The legal question raised by an election contest is whether the outcome of the contested election, as shown by the final canvass, is not (or cannot be conclusively determined to be) the true outcome because (1) illegal votes were counted, or because (2) an election officer or other official administering the election either (i) prevented eligible voters from voting, (ii) failed to count legal votes, (iii) engaged in fraud or illegal conduct, or (iv) erred in some material way.

Contests involving county elections are filed in the district court in the relevant county.  In most circumstances, the filing deadline for an election contest is 30 days after the canvass, except in the case of a primary or an election where a runoff is necessary, in which case the deadline for filing is 10 days after the final canvass.  If a recount is held and the votes are changed, the date of the canvass of the recount (i.e., final canvass) becomes the new date by which the contest deadline is calculated.

Any losing candidate may contest an election.  In a contest of an officer election, the contestant files suit against the election's winner (or in the event that the election outcome is determined by majority vote rather than plurality vote, the person or persons entitled to a place on the runoff ballot).  Voters at large within a political subdivision do not possess standing to intervene as parties to an election contest for public office.

In an election contest, the court has the authority to:  (1) examine ballots and equipment; (2) compel voters to reveal how they voted; (3) declare an election void if illegal votes are greater than or equal to the number of votes necessary to change the outcome or cannot ascertain the true outcome of the election; (4) order a new election (or new runoff election), if unable to ascertain true outcome; (5) subtract illegal votes, if able to determine the side for which an illegal vote was cast; or (6) declare outcome of election, if able to ascertain true outcome.

If you think either a recount or an election contest is the proper procedure for the remedy you seek, you may wish to consult private legal counsel regarding your legal options.  The Secretary of State staff can provide general guidance on these procedures as well.

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.

Revised 2/28/2014

Texas Secretary of State        P.O. Box 12060        Austin, Texas 78711-2060        1-800-252-VOTE (8683)        www.sos.state.tx.us

## III.  NATURE OF ALLEGED VIOLATION                                                    Page2

If you believe that a criminal violation of the Code has occurred, please state the specific acts committed by the person or entity named in this com plaint, along with a reference to the section of the Code alleged to have been violated, if known.  If you need more space, please attach a separate sheet.

Early Voting Election without properly securing of the ballot box and mail in ballots

ATTACH ADDITIONAL PAGES AS NEEDED

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.
Revised 2/28/2014

Exhibit 13, pg. 21

| Texas Secretary of State | P.O. Box 12060 | Austin, Texas 78711-2060 | 1-800-252-VOTE (8683) | www.sos.state.tx.us |

# ELECTION COMPLAINT TO THE TEXAS SECRETARY OF STATE

| Docket Number | OFFICE USE ONLY | Date Hand-delivered or Date Postmarked<br>/    / |

Please read the **Important Information** at the end of this **document. The Secretary of State has no authority to order a new election, change an election result, or conduct a criminal investigation. A complaint filed with this form will not alter the results of an election.**

This complaint form **MUST BE SIGNED** before it is submitted to the Secretary of State; therefore, you must print it out and sign it before mailing or faxing a copy or emailing a scanned, signed copy.

## I. IDENTITY OF COMPLAINANT

| 1 | COMPLAINANT NAME | MS / MRS / MR | FIRST Cynthia | MI |
| | | NICKNAME Dusty | LAST Kelly | SUFFIX |

| 2 | COMPLAINANT PHYSICAL ADDRESS | ADDRESS (TO INCLUDE APT / SUITE # IF APPLICABLE) 5436 Palacios | CITY San Felipe | STATE TX | ZIP CODE 77473 |
| | | (Full home or business address, including street, city, state, and zip code) | | | |

| 3 | COMPLAINANT MAILING ADDRESS ☐ (check if same as above) | ADDRESS (TO INCLUDE APT / SUITE # IF APPLICABLE) 5436 Palacios | CITY Sealy | STATE TX | ZIP CODE 77474 |
| | | (Full home or business address, including street, city, state, and zip code) | | | |

| 4 | COMPLAINANT TELEPHONE NUMBER | AREA CODE   PHONE NUMBER   EXT (713) 899-6117 | 5 | COMPLAINANT E-MAIL ADDRESS | cynthia.kelly@mcsitexas.com |

## II. IDENTITY OF RESPONDENT
### PERSON OR ENTITY COMMITTING ALLEGED VIOLATION(S)

| 6 | RESPONDENT NAME | MS / MRS / MR | FIRST Sue | MI |
| | | NICKNAME | LAST Foley | SUFFIX |

| 7 | RESPONDENT POSITION OR TITLE | City Secretary/Election Official Town of San Felipe Texas |

| 8 | RESPONDENT PHYSICAL ADDRESS | ADDRESS (TO INCLUDE APT / SUITE # IF APPLICABLE) 927 6th Street | CITY San Felipe | STATE Tx | ZIP CODE 77473 |
| | | (Full home or business address, including street, city, state, and zip code) | | | |

| 9 | RESPONDENT MAILING ADDRESS ☐ (check if same as above) | ADDRESS (TO INCLUDE APT / SUITE # IF APPLICABLE) 927 6th Street | CITY Sealy | STATE Tx | ZIP CODE 77474 |
| | | (Full home or business address, including street, city, state, and zip code) | | | |

| 10 | RESPONDENT TELEPHONE NUMBER | AREA CODE   PHONE NUMBER   EXT | 11 | RESPONDENT E-MAIL ADDRESS (IF KNOWN) | |

## GO TO PAGE 2

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.
Revised 2/28/2014

Texas Secretary of State        P.O. Box 12060        Austin, Texas 78711-2060        1-800-252-VOTE (8683)        www.sos.state.tx.us

## III. NATURE OF ALLEGED VIOLATION                                            Page2

If you believe that a criminal violation of the Code has occurred, please state the specific acts committed by the person or entity named in this com plaint, along with a reference to the section of the Code alleged to have been violated, if known. If you need more space, please attach a separate sheet.

Intimidation and or delay by not accepting two candidates' applications without an independent notary.

ATTACH ADDITIONAL PAGES AS NEEDED

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.

Revised 2/28/2014

Texas Secretary of State     P.O. Box 12060     Austin, Texas 78711-2060     1-800-252-VOTE (8683)     www.sos.state.tx.us

## IV. STATEMENT OF FACTS     Page 3

**State the facts constituting the alleged violation(s), including the dates on which or the period of time in which the alleged violation(s) occurred. Identify allegations of fact not personally known to the complainant, but alleged on information and belief. Please use simple, concise, and direct statements.**

### ELECTION IN WHICH VIOLATION(S) OCCURRED

**NAME OF ELECTION**   San Felipe City Election of Officers     **DATE OF ELECTION MM/DD/YYYY**   05/05/2018

**COUNTY OR POLITICAL SUBDIVISION**   Austin County     **PRECINCT**   417

The Application for Placement on the Ballot clearly states the City Secretary can sign. However, Ms. Foley indicated to me that she did not have her notary (which is provided by the town) with her at work the day I went to submit my application. I would have to go get my application notarized elsewhere . This was also done to another candidate.   All the other applications were signed by Ms. Foley as they were submitted.  Please note the dates and times on the last three applications.

### ATTACH ADDITIONAL PAGES AS NEEDED

**NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.**

Revised 2/28/2014

Texas Secretary of State      P.O. Box 12060      Austin, Texas 78711-2060      1-800-252-VOTE (8683)      www.sos.state.tx.us

## V. LISTING OF DOCUMENTS AND OTHER MATERIALS          Page 4

List all documents and other materials filed with this complaint. Additionally, list all other documents and other materials that are relevant to this complaint and that are within your knowledge, including their location, if known.

See Attached

ATTACH ADDITIONAL PAGES AS NEEDED

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.
Revised 2/28/2014

Texas Secretary of State      P.O. Box 12060      Austin, Texas  78711-2060      1-800-252-VOTE (8683)      www.sos.state.tx.us

## VI.  SIGNED STATEMENT
**Page 5**

I, _____Cynthia Kelly_____ , the undersigned,

PRINTED NAME OF COMPLAINANT

under penalty of perjury do swear or affirm that the information contained in this complaint is true and correct to the best of my knowledge.

I have read and understand the accompanying instructions, and I am aware that completion of this form cannot and will not alter the outcome of the election.

_____

SIGNATURE OF COMPLAINANT

## NOTICE: THIS COMPLAINT IS NOT CONFIDENTIAL; ONCE REVIEWED BY THE SECRETARY OF STATE, IT WILL BE TREATED AS A PUBLIC RECORD.

## REMINDER: YOU MUST SIGN THIS FORM PRIOR TO SUBMITTING

**IF MAILING, PLEASE SEND TO:**
Texas Secretary of State
Elections Division
c/o Legal Dept.
P.O. Box 12060
Austin, TX 78711

**IF FAXING, PLEASE SEND TO:**
512.475.2811

**IF EMAILING, PLEASE SEND TO:**
elections@sos.state.tx.us

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.

Revised 2/28/2014

Austin County
Appraisal District
906 E. Amelia St.
Bellville, Texas 77418



Telephone: 979-865-9124
Facsimile: 979-865-3296

January 8, 2018

MCALLISTER KENT
223 PARK ROAD 38
SEALY, TEXAS  77474

RE: R014042  SAN FELIPE BLDG ADDN LOT 139-144, 181-186, 199-204, 247-252, 268-270
15.2860  ACRES

Dear Taxpayer,

Our records indicate that the property and or properties listed above are due for inspection by the appraisal district staff. However due to a locked gate or No trespassing we were unable to perform the inspection.

Your assistance in providing access to your property for the purpose of accurately appraising the land and improvements will be greatly appreciated.  State law requires the appraisal of all real and business personal property in Austin County, Texas. Being unable to physically inspect your property and correct your appraisal records could result in an inaccurate appraisal.

Please contact me at 979-865-9124 extension 28 within seven days of receipt of this letter to make arrangements to conduct the appraisal review.  Should you have any questions, do not hesitate to call.

Your prompt attention to this matter is greatly appreciated.

Respectfully,

Suzy Kiesewetter Zaskoda
Appraiser

Exhibit 13, pg. 27

AUSTIN COUNTY APPRAISAL DISTRICT
906 E. AMELIA ST.
BELLVILLE, TX 77418
ADDRESS SERVICE REQUESTED

http://www.austincad.org/
Phone: (979) 865-9124
Fax: (979) 865-3296

NOTICE DATE: 05/11/2017
PROTEST BY: 06/12/2017

**ACCOUNT NUMBER**
R000014042

MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

Property Address: 223 PARK RD 38

Acres: 15.286    Und. Int.: 1.0000000

| PROPERTY DESCRIPTION |
|---|

SAN FELIPE BLDG ADDN
LOT 139-144, 181-186, 199-204, 247-252, 268-270

| YEAR | PERSONAL PROPERTY | AG USE | LAND MARKET | STRUCTURES & OTHER IMPROVEMENT | TOTAL MARKET | APPRAISED VALUE (WITH LIMITED 10% INCREASE, IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 2016 | | 1,900 | 159,480 | 29,822 | 189,302 | 42,156 |
| 2017 | | 1,800 | 159,480 | 209,487 | 369,967 | 184,446 |

EXEMPTIONS GRANTED: HS

SPECIAL USE APPRAISALS: AG5

Percent difference from **2012** Appraised Value: **347.49%**

| Last Year's Taxable Value | Taxing Unit | Exemptions/ Deductions | This Year's Taxable Value | Last Year's Tax Rate | Estimated Taxes |
|---|---|---|---|---|---|
| 34,188 | SEALY ISD | 13,076 | 171,370 | 1.340000 | 2,296.36 |
| 42,156 | TOWN OF SAN FELIPE | | 184,446 | 0.155700 | 287.18 |
| 37,156 | AUSTIN COUNTY | 5,000 | 179,446 | 0.396400 | 711.32 |
| 37,156 | FARM/MARKET RD | 5,000 | 179,446 | 0.080400 | 144.27 |
| 37,156 | AUSTIN COUNTY ESD#1 | 5,000 | 179,446 | 0.031200 | 55.99 |
| 37,156 | SPC RD & BRIDGE | 5,000 | 179,446 | 0.066700 | 119.69 |

**TAX TOTAL ESTIMATED FOR 2017: $3,614.81**

## 2017 NOTICE OF APPRAISED VALUE

This is your Appraisal Notice explaining the appraised value placed on the referenced property. The estimated taxes are calculated by using the previous year's tax rates and the taxable value for this year. This is the amount you would pay if the governing body of each jurisdiction were to adopt the same tax rate as last year. The governing body of each of these taxing units decide whether or not taxes on property will increase and the appraisal district only determines the value of property.

*"The Texas Legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials and all inquiries concerning your taxes should be directed to those officials"*

If you receive the Over-65 or Disabled Person exemption for a residence homestead, a participating jurisdiction's tax may not exceed your established tax ceiling, unless you have added land or improvements since the ceilings were set.

If you disagree with the proposed value or any other action the appraisal district may have taken, contact the AUSTIN COUNTY APPRAISAL DISTRICT at (979) 865-9124. If you are unable to resolve the situation with the appraisal district, you have the right to file a protest and receive a hearing with the Appraisal Review Board (ARB). Your protest must be in writing and postmarked or hand delivered by 06/12/2017.

The protest form on the back of this notice may be used to file your written protest. The ARB will begin hearings on 06/27/2017.

For online protests go to http://www.austincad.org//OnlineProtest -- PIN: 266053

| NOTE: THIS IS NOT A TAX STATEMENT! | DO NOT PAY FROM THIS NOTICE! |
|---|---|

| Taxing Unit | Exemption by Type* | Prior ExemptAmount | Current Exemption Amount | Canceled or Reduced Exemption Amount |
|---|---|---|---|---|
| AUSTIN COUNTY | HS | $5,000.00 | $5,000.00 | $0.00 |
| AUSTIN COUNTY | AG5 | $147,146.00 | $147,246.00 | $0.00 |
| AUSTIN COUNTY ESD#1 | HS | $5,000.00 | $5,000.00 | $0.00 |
| AUSTIN COUNTY ESD#1 | AG5 | $147,146.00 | $147,246.00 | $0.00 |
| FARM/MARKET RD | HS | $5,000.00 | $5,000.00 | $0.00 |
| FARM/MARKET RD | AG5 | $147,146.00 | $147,246.00 | $0.00 |
| SEALY ISD | HS | $7,968.00 | $13,076.00 | $0.00 |
| SEALY ISD | AG5 | $147,146.00 | $147,246.00 | $0.00 |
| SPC RD & BRIDGE | HS | $5,000.00 | $5,000.00 | $0.00 |
| SPC RD & BRIDGE | AG5 | $147,146.00 | $147,246.00 | $0.00 |
| TOWN OF SAN FELIPE | HS | $0.00 | $0.00 | $0.00 |
| TOWN OF SAN FELIPE | AG5 | $147,146.00 | $147,246.00 | $0.00 |

* Exemption Types: HS-Homestead, O65-Over 65, DIS-Disabled, Vet-Disabled Veteran, VHS-100% Disabled Veteran's
Homestead, ABT-Abatement, POL-Pollution Control, HIS-Historic, PWR-Alternate Power, FRP-Freeport, T-EX-Total Exempt

AUSTIN COUNTY APPRAISAL DISTRICT
906 E. AMELIA ST.
BELLVILLE, TX 77418

ADDRESS SERVICE REQUESTED

Phone: (979) 865-9124
Fax: (979) 865-3296

**NOTICE DATE:** 05/11/2017
**PROTEST BY:** 06/12/2017

||||||| (barcode)

**ACCOUNT NUMBER**
**R000017855**

MCALLISTER KENTON JOHN
223 PARK RD
SEALY TX 77474

**Property Address:** 15631 FM 1458 SAN FELIPE

**Acres:** 2.547     **Und. Int.:** 1.0000000

**PROPERTY DESCRIPTION**

SAN FELIPE BLDG ADDN
LOT 205, 206, 207, 244, 245, 246

| YEAR | PERSONAL PROPERTY | AG USE | LAND MARKET | STRUCTURES & OTHER IMPROVEMENT | TOTAL MARKET | APPRAISED VALUE (WITH LIMITED 10% INCREASE, IF APPLICABLE) |
|------|------|------|------|------|------|------|
| 2016 | | 339 | 26,573 | | 26,573 | 339 |
| 2017 | | 321 | 26,573 | | 26,573 | 321 |

**EXEMPTIONS GRANTED:**

**SPECIAL USE APPRAISALS:**    AG5

Percent difference from **2012** Appraised Value: **40.17%**

| Last Year's Taxable Value | Taxing Unit | Exemptions/ Deductions | This Year's Taxable Value | Last Year's Tax Rate | Estimated Taxes |
|------|------|------|------|------|------|
| 339 | SEALY ISD | | 321 | 1.340000 | 4.30 |
| 339 | TOWN OF SAN FELIPE | | 321 | 0.155700 | 0.50 |
| 339 | AUSTIN COUNTY | | 321 | 0.396400 | 1.27 |
| 339 | FARM/MARKET RD | | 321 | 0.080400 | 0.26 |
| 339 | AUSTIN COUNTY ESD#1 | | 321 | 0.031200 | 0.10 |
| 339 | SPC RD & BRIDGE | | 321 | 0.066700 | 0.21 |

**TAX TOTAL ESTIMATED FOR 2017:**    **$6.64**

## 2017 NOTICE OF APPRAISED VALUE

This is your Appraisal Notice explaining the appraised value placed on the referenced property. The estimated taxes are calculated by using the previous year's tax rates and the taxable value for this year. This is the amount you would pay if the governing body of each jurisdiction were to adopt the same tax rate as last year. The governing body of each of these taxing units decide whether or not taxes on property will increase and the appraisal district only determines the value of property.

*"The Texas Legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials and all inquiries concerning your taxes should be directed to those officials"*

If you receive the Over-65 or Disabled Person exemption for a residence homestead, a participating jurisdiction's tax may not exceed your established tax ceiling, unless you have added land or improvements since the ceilings were set.

If you disagree with the proposed value or any other action the appraisal district may have taken, contact the AUSTIN COUNTY APPRAISAL DISTRICT at (979) 865-9124. If you are unable to resolve the situation with the appraisal district, you have the right to file a protest and receive a hearing with the Appraisal Review Board (ARB). Your protest must be in writing and postmarked or hand delivered by 06/12/2017.

The protest form on the back of this notice may be used to file your written protest. The ARB will begin hearings on 06/27/2017.

**NOTE: THIS IS NOT A TAX STATEMENT!**      **DO NOT PAY FROM THIS NOTICE!**

Exhibit 13, pg. 31

| Taxing Unit | Exemption by Type* | Prior Exempt Amount | Current Exemption Amount | Canceled or Reduced Exemption Amount |
|---|---|---|---|---|
| AUSTIN COUNTY | AG5 | $26,234.00 | $26,252.00 | $0.00 |
| AUSTIN COUNTY ESD#1 | AG5 | $26,234.00 | $26,252.00 | $0.00 |
| FARM/MARKET RD | AG5 | $26,234.00 | $26,252.00 | $0.00 |
| SEALY ISD | AG5 | $26,234.00 | $26,252.00 | $0.00 |
| SPC RD & BRIDGE | AG5 | $26,234.00 | $26,252.00 | $0.00 |
| TOWN OF SAN FELIPE | AG5 | $26,234.00 | $26,252.00 | $0.00 |

* Exemption Types: HS-Homestead, O65-Over 65, DIS-Disabled, Vet-Disabled Veteran, VHS-100% Disabled Veteran's Homestead, ABT-Abatement, POL-Pollution Control, HIS-Historic, PWR-Alternate Power, FRP-Freeport, T-EX-Total Exempt

Austin County Appraisal District
906 E. Amelia St.
Bellville, TX 77418



Phone: 979-865-9124
Fax: 979-865-3296
Email: austincad@gmail.com

May 7, 2018

Dear Property Owner,

The Austin County Appraisal District has made available the ability to file online protests. Be advised that <u>only</u> your residential homestead property for the current tax year is eligible for this service.

In order to file an online protest go to www.austincad.org, then select the "ONLINE PROTEST" link. You will need your account number and the PIN # located on your appraisal notice to set up an online protest. Once you have registered you may begin filing your on-line protest.

If you do not wish to file a protest online, you may file your protest by completing the enclosed notice of protest form and returning it to our office via mail, or in person.

**Please be advised that the deadline for filing a protest, whether online or otherwise is indicated on your Notice of Appraised Value. Any appeal filed after this date is considered untimely and may not be considered.**

Sincerely,

Austin County Appraisal District

Exhibit 13, pg. 33

| Taxing Unit | Exemption by Type* | Prior ExemptAmount | Current Exemption Amount | Canceled or Reduced Exemption Amount |
|---|---|---|---|---|
| | | | | |

\* Exemption Types: HS-Homestead, O65-Over 65, DIS-Disabled, Vet-Disabled Veteran, VHS-100% Disabled Veteran's Homestead, ABT-Abatement, POL-Pollution Control, HIS-Historic, PWR-Alternate Power, FRP-Freeport, T-EX- Total Exempt

2018 Tax Statement

Exhibit 13, pg. 34

**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

**Property Account Number**

# R000071831

Owner: MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 774740000

| Owner ID: | 000118744 | Acres: | 2.635000 | Ownership: | 100 | | Assessment Ratio: | 100% |
|---|---|---|---|---|---|---|---|---|
| Legal Description: | SAN FELIPE BLDG ADDN LOT 142-144, 181-183 | | | | | | | |
| Exemptions: | AG002 | | | Location: | 0000000 PARK RD 38 | | | |

| Improvement Market Value | Land Market Value | Less Capped | Appraised | Ag Value | Mineral Value | Personal Property | Total Market Value |
|---|---|---|---|---|---|---|---|
| 6,865 | 29,310 | 0 | 36,175 | 241 | 0 | 0 | 36,175 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate per $100 | Base Tax |
|---|---|---|---|---|
| AUSTIN COUNTY | 23,507 | 12,668 | 0.399600 | 50.62 |
| TOWN OF SAN FELIPE | 23,507 | 12,668 | 0.152000 | 19.25 |
| SEALY ISD | 23,507 | 12,668 | 1.390000 | 176.08 |
| FARM/MARKET RD | 23,507 | 12,668 | 0.081100 | 10.28 |
| AUSTIN COUNTY ESD#1 | 23,507 | 12,668 | 0.031820 | 4.03 |
| SPC RD & BRIDGE | 23,507 | 12,668 | 0.067200 | 8.51 |

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $ 7.29.

| SEALY ISD | | | | **Total Tax Amount Due:** | 268.77 |
|---|---|---|---|---|---|
| 2018 rate is: | 1.110000(M&O) + | 0.280000(I&S) | | | |
| 2017 rate is: | 1.040000(M&O) + | 0.350000(I&S) | | | |

For all exemptions or if you are 65 years of age or older or are disabled and the property described in this document is your residence, you should contact the Appraisal District regarding any entitlement you may have to postponement in the payment of these taxes.

- The deadline for paying 2018 property taxes without penalty & interest is January 31, 2019.
- If your mortgage company pays your property taxes, please forward this notice to them so they can make payment by the deadline.
- **The post office cancellation mark is considered the date of payment if it is sent by first-class mail, properly addressed with postage prepaid.**
- **If you are qualified for the over 65 or disabled homestead exemptions, you may pay your current taxes on your home in four installments. You must contact the Appraisal District for a quarterly installment plan.**
- This statement reflects the amount due for the 2018 tax year only. Delinquent taxes are not included on this statement.

THIS TOP PORTION AND YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH ON PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT

# 2018 TAX STATEMENT

**Make Checks Payable to:**

**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

| Owner ID: | 000118744 | Ownership: | 100 |
|---|---|---|---|

| Property Account Number |
|---|
| **R000071831** |

| **Total Tax Amount Due:** | | 268.77 |
|---|---|---|
| FEB | 7% | 287.59 |
| MAR | 9% | 292.97 |

MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

TO PAY BY CREDIT CARD VISIT
WWW.AUSTINCAD.ORG
CREDIT CARD PAYMENTS ARE CHARGED 2.5%
CONVENIENCE FEE BY FORTE.
FEE FOR AN E-CHECK IS $1.50

   

## *Account History*

| R000071831 | Tax Year | Appraised Value | Appraised % chg | Exemption Amount | Taxable Value | Value % chg | Tax Rate Per $100 | Rate % chg | Tax | Tax % chg |
|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN COUNTY | 2018 | 36,175 | 0.00% | 23,507 | 12,668 | 0.00% | 0.399600 | 0.00% | $50.62 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| AUSTIN COUNTY ESD#1 | 2018 | 36,175 | 0.00% | 23,507 | 12,668 | 0.00% | 0.031820 | 0.00% | $4.03 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| FARM/MARKET RD | 2018 | 36,175 | 0.00% | 23,507 | 12,668 | 0.00% | 0.081100 | 0.00% | $10.28 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| SEALY ISD | 2018 | 36,175 | 0.00% | 23,507 | 12,668 | 0.00% | 1.390000 | 0.00% | $176.08 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| SPC RD & BRIDGE | 2018 | 36,175 | 0.00% | 23,507 | 12,668 | 0.00% | 0.067200 | 0.00% | $8.51 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| TOWN OF SAN FELIPE | 2018 | 36,175 | 0.00% | 23,507 | 12,668 | 0.00% | 0.152000 | 0.00% | $19.25 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |

Texas Comptroller of Public Accounts · Exhibit 13, pg. 36

Form
50-132

# Property Appraisal – Notice of Protest

## AUSTIN COUNTY APPRAISAL DISTRICT

(979) 865-9124

Appraisal District's Name

Phone *(area code and number)*

906 E. AMELIA ST., BELLVILLE, TEXAS 77418

Address, City, State, ZIP Code

**GENERAL INSTRUCTIONS:** This form is for use by a property owner or the owner's designated agent to file a protest regarding certain actions of the appraisal district responsible for appraising the owner's property and have the appraisal review board (ARB) hear and decide the matter. Section 3 of this form identifies the reasons or grounds under Tax Code Section 41.41 that a property owner has the right to protest.

Lessees contractually obligated to reimburse a property owner for property taxes may be entitled to protest as a lessee if all Tax Code requirements are met, including those in Tax Code Section 41.413.

**FILING INSTRUCTIONS:** This document and all supporting documentation must be filed with the appraisal district office in each county in which the property is located. Do not file this document with the Texas Comptroller of Public Accounts. A directory with contact *information for appraisal district* offices may be found on the Comptroller's *website*.

**FILING DEADLINES:** The typical deadline for filing a notice of protest is midnight, May 15.

A different deadline may apply if:

- the notice of appraised value was delivered to the property owner after April 16;
- the protest concerns a change in the use of agricultural, open-space or timberland;
- the appraisal district or the ARB was required by law to send the property owner a notice about a property and did not;
- the ARB made a change to the appraisal records that adversely affects the property owner and the property owner received notice of the change; or
- in certain limited circumstances, the property owner had good cause for missing the protest filing deadline.

Contact the ARB for the county in which the property is located for the specific protest filing deadline.

**TYPES OF PROTEST HEARINGS:** Under Tax Code Section 41.45, a property owner may appear or participate in the ARB protest hearing in one of three ways: in person at the hearing; by telephone conference call; or by written affidavit submission.

**EVIDENCE FOR HEARINGS:** A person participating in an ARB hearing by telephone conference call or by written affidavit submission must submit evidence with a written affidavit delivered to the ARB **before** the hearing begins. A completed and signed Form 50-283, Property Owner's Affidavit of Evidence to the Appraisal Review Board, may be used as the affidavit to submit evidence before the ARB hearing. Evidence may be submitted for any hearing type either in paper or on a small portable electronic device (such as a CD, USB flash drive or thumb drive) which will be kept by the ARB. Do not bring evidence on a smart phone. The ARB's hearing procedures regarding all the requirements to properly submit evidence on a small portable electronic device must be reviewed.

**NOTICE:** The Comptroller's office may not advise a property owner, a property owner's agent, the chief appraiser or any appraisal district employee on a matter that the Comptroller's office knows is the subject of a protest to the ARB. Consult Tax Code Chapter 41 or the ARB hearing procedures for more information.

| Tax Year(s) | State the tax year(s) for which this protest is filed. | 2018 |
| --- | --- | --- |
| | | Tax Year(s) |

## SECTION 1: Property Owner or Lessee Information

Name of Property Owner or Lessee

Mailing Address, City, State, ZIP Code

Primary Phone Number *(area code and number)*          Email Address*

*An email address of a member of the public could be confidential under Government Code Section 552.137; however, by including the email address on this form, you are affirmatively consenting to its release under the Public Information Act.

## SECTION 2: Property Description

Provide the descriptive information requested below.

Physical Address, City, State, ZIP Code *(if different than above)*

If no street address, provide legal description.

Appraisal District Account Number *(if known)*

Mobile Home Make, Model and Identification Number

The Property Tax Assistance Division at the Texas Comptroller of Public Accounts provides property tax information and resources for taxpayers, local taxing entities, appraisal districts and appraisal review boards.

For more information, visit our website:
**comptroller.texas.gov/taxes/property-tax**
50-132 • 01-18/17

Texas Comptroller of Public Accounts

Form
50-132

## SECTION 3: Reason for Protest

**To preserve your right to present each reason for your protest to the ARB according to law, be sure to select all boxes that apply.**

For example, if you select the first box indicating an incorrect appraised (market) value for your property, you are representing that the value is incorrect—usually that the value should be lowered.

If you also want to protest that your property is not appraised at the same level as a representative sample of comparable properties appropriately adjusted for condition, size, location and other factors, you must also select the box indicating the value is unequal compared with other properties. Your property may be appraised at its market value, but be unequally appraised.

Failure to select the box that corresponds to each reason for your protest may result in your inability to protest an issue that you want to pursue.

☐ Incorrect appraised (market) value.

☐ Value is unequal compared with other properties.

☐ Property should not be taxed in _____.
*(name of taxing unit)*

☐ Property is not located in this appraisal district or otherwise should not be included on the appraisal district's record.

☐ Failure to send required notice. _____.
*(type)*

☐ Exemption was denied, modified or cancelled.

☐ Ag-use, open-space or other special appraisal was denied, modified or cancelled.

☐ Change in use of land appraised as ag-use, open-space or timberland.

☐ Incorrect appraised or market value of land under special appraisal for ag-use, open-space or other special appraisal.

☐ Owner's name is incorrect.

☐ Property description is incorrect.

☐ Other: _____

## SECTION 4: Additional Facts

Provide facts that may help resolve this protest.

What do you think your property's value is? *(Optional)*   $ _____

## SECTION 5: Hearing Type

Indicate below how you intend to appear or participate in a protest hearing scheduled for the property that is the subject of this protest. A property owner *does not* waive the right to appear in person at a protest hearing by submitting an affidavit to the ARB or by electing to appear by telephone conference call.

I intend to appear in the ARB hearing scheduled for my protest in the following manner *(Check only one box)*:

☐ In person

☐ By telephone conference call and will submit evidence with a written affidavit delivered to the ARB **before** the hearing begins.** Review the ARB's hearing procedures for county-specific telephone conference call procedures.

Telephone number for the ARB to contact you: _____
*(Owner's Telephone Number with Area Code)*

☐ On written affidavit submitted with evidence and delivered to the ARB **before** the hearing begins

**If you decide later to appear by telephone conference call, you must provide written notice to the ARB at least 10 days before the hearing date. You are responsible for providing access to the call to any person(s) you wish to invite to participate in the hearing.

## SECTION 6: Check to Receive ARB Hearing Procedures

If a protest goes to a hearing, the ARB automatically sends each party a copy of the ARB's hearing procedures.

I want the ARB to send me a copy of its hearing procedures.     ☐ Yes     ☐ No

## SECTION 7: Name and Signature

**print here** ▶ _____
Print Name of Person Filing Protest

**sign here** ▶ _____
Signature of Person Filing Protest                                    Date

# Property Tax Protest and Appeal Procedures

Property owners have the right to protest actions concerning their property tax appraisals. You may follow these appeal procedures if you have a concern about:

- The appraised (market) value of your property
- the unequal value of your property compared with other properties
- the inclusion of your property on the appraisal roll
- any exemptions that may apply to you
- the qualification for an agricultural or timber appraisal
- the taxing units taxing your property
- the property ownership
- the change of use of land receiving special appraisal
- failure of the chief appraiser or appraisal review board (ARB) to send a required notice
- any action taken by the chief appraiser, county appraisal district (CAD) or ARB that applies to and adversely affects you.

## Informal Review
*For information about informal review and obtaining property tax records, call the Austin County Appraisal District at 979-865-9124.*

## Review by the Appraisal Review Board
If you cannot resolve your problem informally with the CAD, you file a notice of protest requesting to have your case heard by the ARB.

The ARB is an independent board of citizens that hears and determines protests regarding property appraisals or other concerns listed above. It has the power to order the CAD to make the necessary changes based on evidence heard during the ARB hearing.

If you file a written request for an ARB hearing (notice of protest) before the deadline, the ARB will set your case for a hearing and send you written notice of the time, date and place of the hearing. If necessary, you may request a hearing in the evening or on a Saturday or Sunday. You may use Comptroller Form 50-132, *Property Appraisal – Notice of Protest*, to file your written request for an ARB hearing.

Prior to your hearing, you may ask to review the evidence the CAD plans to introduce at the hearing to establish any matter at issue. Before a hearing on a protest or immediately after the hearing begins, you or your agent and the CAD are required to provide each other with  a copy of any materials (evidence) intended to be offered or submitted to the ARB at the hearing. Evidence may be submitted for any hearing type either in paper or on a small portable electronic device (such as a CD, USB flash drive or thumb drive) which will be *kept by the ARB*. Do NOT bring evidence on a smart phone. The ARB's hearing procedures regarding all the requirements to properly submit evidence on a small portable electronic device must be reviewed.

To the greatest extent practicable, the hearing will be informal. You or a designated agent may appear in person or you may be telephone conference call or submission of written affidavit to present your evidence, facts and argument. If you decide to participate by telephone conference call, you must provide your evidence to the ARB with a written affidavit before the ARB hearing begins. You may use Comptroller Form 50-283, *Property Owner's Affidavit of Evidence to the Appraisal Review Board*, to submit evidence for your telephone conference call hearing or for hearing by affidavit.

You and the CAD representative have the opportunity to present evidence about your case. You may cross-examine the CAD representative. The ARB will make its decision based on the evidence presented by both parties. In most cases, the CAD has the burden of establishing the property's value by a *preponderance* of the evidence presented.

In certain protests, the chief appraiser has the burden of proving the property's value by clear and convincing evidence. You should review ARB hearing procedures to learn more about evidence and related matters.

You should not try to contact ARB members outside of the hearing. ARB members are required to sign an affidavit saying that they have not talked about your case before the ARB hears it.

## Review by the District Court or an Arbitrator or SOAH
After it decides your case, the ARB must send you a copy of its order by certified mail. If you are not satisfied with the ARB's decision, you have the right to appeal to district court. As an alternative to district court, you may appeal through binding arbitration or the State Office of Administrative Hearings (SOAH) if you meet the qualifying criteria.

If you choose to go to district court, you must start the process by filing a petition with the district court within 60 days of the date you receive the ARB's order. If you choose to appeal through binding arbitration, you must file a request for binding arbitration with the CAD not later than the 45th day after you receive notice of the ARB order. If you choose to appeal to the SOAH, you must file an appeal with the CAD not later than the 30th day after you receive notice of the ARB's order. Appeals to district court, binding arbitration or SOAH all require payment of certain fees or deposits.

## Tax Payment
You must pay the amount of taxes due on the portion of the taxable value not in dispute, the amount of taxes due on the property under the order from which the appeal is taken or the amount of taxes due in the previous year.

## More Information
You can get more information by contacting your CAD at Austin County Appraisal District, 906 E. Amelia St., Bellville, Texas 77418-2843, or 979-865-9124. You can get Comptroller forms and additional information on how to prepare a protest from the Comptroller's website at comptroller.texas.gov/taxes/property-tax/.

# Deadline for Filing Protests with the ARB*

## Usual Deadline
Not later than May 15 (or 30 days after a notice of appraised value was mailed to you, whichever is later).

Late protests are allowed for good cause if you miss the usual deadline. The ARB decides whether you have good cause. Late protests are not allowed after the ARB approves the appraisal records for the year.

## Special Deadlines
For change of use (the CAD informed you that you are losing agricultural appraisal because you changed the use of your land), the deadline is not later than the 30th day after the notice of determination was mailed to you.

For ARB changes (the ARB has informed you of a change that increases your tax liability and the change did not result from a protest you filed), the deadline is not later than the 30th day after the notice of the change was mailed to you.

If you believe the CAD or ARB should have sent you a notice and did not, you may file a protest until the day before taxes become delinquent (usually February 1) or no later than the 125th day after the date you claim you received a tax bill from one or more of the taxing units that tax your property. The ARB decides whether it will hear your case based on evidence about whether a required notice was mailed to you.

*The deadline is postponed to the next business day if it falls on a weekend or legal, state or national holiday.



**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TX 77418

Phone: (979) 865-9124
Fax: (979) 865-3296

http://www.austincad.org

NOTICE DATE: 05/07/2018
PROTEST BY: 06/06/2018

**ADDRESS SERVICE REQUESTED**

| | |
|---|---|
| **Property Address:** | 223 PARK RD 38 |
| **Acres:** 2.635 | **Und. Int.:** 1.0000000 |

**ACCOUNT NUMBER**
R000014042

MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

$ 2013.50

### PROPERTY DESCRIPTION

SAN FELIPE BLDG ADDN
LOT 139-141, 184-186

| YEAR | PERSONAL PROPERTY | AG USE | LAND MARKET | STRUCTURES & OTHER IMPROVEMENT | TOTAL MARKET | APPRAISED VALUE (WITH LIMITED 10% INCREASE, IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 2017 | 1,800 | | 159,480 | 115,116 | 274,596 | 127,350 |
| 2018 | 241 | | 29,310 | 136,654 | 165,964 | 117,353 |

**EXEMPTIONS GRANTED:** HS

**SPECIAL USE APPRAISALS:** AG5

Percent difference from 2013 Appraised Value: **104.26%**

| Last Year's Taxable Value | Taxing Unit | Exemptions/ Deductions | This Year's Taxable Value | Last Year's Tax Rate | Estimated Taxes |
|---|---|---|---|---|---|
| 114,780 | SEALY ISD | 48,422 | 68,931 | 1.390000 | 958.14 |
| 127,350 | TOWN OF SAN FELIPE | | 117,353 | 0.148210 | 173.93 |
| 122,350 | AUSTIN COUNTY | 5,000 | 112,353 | 0.399600 | 448.96 |
| 122,350 | FARM/MARKET RD | 5,000 | 112,353 | 0.081100 | 91.12 |
| 122,350 | AUSTIN COUNTY ESD#1 | 5,000 | 112,353 | 0.031820 | 35.75 |
| 122,350 | SPC RD & BRIDGE | 5,000 | 112,353 | 0.067200 | 75.50 |

**TAX TOTAL ESTIMATED FOR 2018:    $1,783.40**

## 2018 NOTICE OF APPRAISED VALUE

*This is your Appraisal Notice explaining the appraised value placed on the referenced property.* The estimated taxes are calculated by using the previous year's tax rates and the taxable value for this year. This is the amount you would pay if the governing body of each jurisdiction were to adopt the same tax rate as last year. The governing body of each of these taxing units decide whether or not taxes on property will increase and the appraisal district only determines the value of property.

*"The Texas Legislature does not set the amount of your local taxes.  Your property tax burden is decided by your locally elected officials and all inquiries concerning your taxes should be directed to those officials"*

If you receive the Over-65 or Disabled Person exemption for a residence homestead, a participating jurisdiction's tax may not exceed your established tax ceiling, unless you have added land or improvements since the ceilings were set.

If you disagree with the proposed value or any other action the appraisal district may have taken, contact the AUSTIN COUNTY APPRAISAL DISTRICT at (979) 865-9124. If you are unable to resolve the situation with the appraisal district, you have the right to file a protest and receive a hearing with the Appraisal Review Board (ARB).  Your protest must be in writing and postmarked or hand delivered by 06/06/2018.

The protest form on the back of this notice may be used to file your written protest.  The ARB will begin hearings on 06/18/2018.

For online protests go to http://www.austincad.org//OnlineProtest  -- PIN: 751775

**NOTE: THIS IS NOT A TAX STATEMENT!**     **DO NOT PAY FROM THIS NOTICE!**

Exhibit 13, pg. 40

| Taxing Unit | Exemption by Type* | Prior Exempt Amount | Current Exemption Amount | Canceled or Reduced Exemption Amount |
|---|---|---|---|---|
| AUSTIN COUNTY | HS | $5,000.00 | $5,000.00 | $0.00 |
| AUSTIN COUNTY | AG5 | $147,246.00 | $23,507.00 | $123,739.00 |
| AUSTIN COUNTY ESD#1 | HS | $5,000.00 | $5,000.00 | $0.00 |
| AUSTIN COUNTY ESD#1 | AG5 | $147,246.00 | $23,507.00 | $123,739.00 |
| FARM/MARKET RD | HS | $5,000.00 | $5,000.00 | $0.00 |
| FARM/MARKET RD | AG5 | $147,246.00 | $23,507.00 | $123,739.00 |
| SEALY ISD | HS | $12,570.00 | $48,422.00 | $0.00 |
| SEALY ISD | AG5 | $147,246.00 | $23,507.00 | $123,739.00 |
| SPC RD & BRIDGE | HS | $5,000.00 | $5,000.00 | $0.00 |
| SPC RD & BRIDGE | AG5 | $147,246.00 | $23,507.00 | $123,739.00 |
| TOWN OF SAN FELIPE | HS | $0.00 | $0.00 | $0.00 |
| TOWN OF SAN FELIPE | AG5 | $147,246.00 | $23,507.00 | $123,739.00 |

* Exemption Types: HS-Homestead, O65-Over 65, DIS-Disabled, Vet-Disabled Veteran, VHS-100% Disabled Veteran's Homestead, ABT-Abatement, POL-Pollution Control, HIS-Historic, PWR-Alternate Power, FRP-Freeport, T-EX- Total Exempt

# 2018 Tax Statement

Exhibit 13, pg. 41

**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

**Property Account Number**

**R000014042**

Owner: MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 774740000

| Owner ID: | 000019252 | Acres: | 2.635000 | Ownership: | 100 | | | Assessment Ratio: | 100% |
|---|---|---|---|---|---|---|---|---|---|
| Legal Description: | SAN FELIPE BLDG ADDN LOT 139-141, 184-186 | | | | | | | | |
| Exemptions: | HS001 AG002 CAP | | | Location: | 0000223 PARK RD 38 | | | | |

| Improvement Market Value | Land Market Value | Less Capped | Appraised | Ag Value | Mineral Value | Personal Property | Total Market Value |
|---|---|---|---|---|---|---|---|
| 136,654 | 29,310 | 25,104 | 140,860 | 241 | 0 | 0 | 165,964 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate per $100 | Base Tax |
|---|---|---|---|---|
| AUSTIN COUNTY | 28,507 | 112,353 | 0.399600 | 448.96 |
| TOWN OF SAN FELIPE | 23,507 | 117,353 | 0.152000 | 178.38 |
| SEALY ISD | 71,929 | 68,931 | 1.390000 | 958.14 |
| FARM/MARKET RD | 28,507 | 112,353 | 0.081100 | 91.12 |
| AUSTIN COUNTY ESD#1 | 28,507 | 112,353 | 0.031820 | 35.75 |
| SPC RD & BRIDGE | 28,507 | 112,353 | 0.067200 | 75.50 |

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $ 64.67.

| SEALY ISD | | | | | | |
|---|---|---|---|---|---|---|
| 2018 rate is: | 1.110000(M&O) | + | 0.280000(I&S) | **Total Tax Amount Due:** | | **1,787.85** |
| 2017 rate is: | 1.040000(M&O) | + | 0.350000(I&S) | | | |

**For all exemptions or if you are 65 years of age or older or are disabled and the property described in this document is your residence, you should contact the Appraisal District regarding any entitlement you may have for postponement in the payment of these taxes.**

- The deadline for paying 2018 property taxes without penalty & interest is January 31, 2019.
- If your mortgage company pays your property taxes, please forward this notice to them so they can make payment by the deadline.
- **The post office cancellation mark is considered the date of payment if it is sent by first-class mail, properly addressed with postage prepaid.**
- **If you are qualified for the over 65 or disabled homestead exemptions, you may pay your current taxes on your home in four installments. You must contact the Appraisal District for a quarterly installment plan.**
- This statement reflects the amount due for the 2018 tax year only. Delinquent taxes are not included on this statement.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THIS TOP PORTION AND YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT

PLEASE DETACH ON PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT

# 2018 TAX STATEMENT

**Make Checks Payable to:**
**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

| Owner ID: | 000019252 | Ownership: | 100 |
|---|---|---|---|

Property Account Number

**R000014042**

| **Total Tax Amount Due:** | | **1,787.85** |
|---|---|---|
| FEB | 7% | 1,913.01 |
| MAR | 9% | 1,948.77 |

MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

TO PAY BY CREDIT CARD VISIT
WWW.AUSTINCAD.ORG
CREDIT CARD PAYMENTS ARE CHARGED 2.5%
CONVENIENCE FEE BY FORTE.
FEE FOR AN E-CHECK IS $1.50

   

# Account History

| | Tax Year | Appraised Value | Appraised % chg | Exemption Amount | Taxable Value | Value % chg | Tax Rate Per $100 | Rate % chg | Tax | Tax % chg |
|---|---|---|---|---|---|---|---|---|---|---|
| R000014042 | | | | | | | | | | |
| AUSTIN COUNTY | 2018 | 165,964 | -39.57% | 53,611 | 112,353 | -8.18% | 0.399600 | 0.00% | $448.96 | -8.18% |
| | 2017 | 274,596 | 45.05% | 152,246 | 122,350 | 229.28% | 0.399600 | 0.81% | $488.91 | 231.93% |
| | 2016 | 189,302 | 70.78% | 152,146 | 37,156 | -27.09% | 0.396400 | -0.20% | $147.29 | -27.23% |
| | 2015 | 110,842 | 0.00% | 59,887 | 50,955 | -0.17% | 0.397200 | 5.02% | $202.39 | 4.84% |
| | 2014 | 110,842 | -1.55% | 59,801 | 51,041 | -2.70% | 0.378200 | -1.84% | $193.04 | -4.49% |
| | 2013 | 112,582 | 0.00% | 60,130 | 52,452 | 0.00% | 0.385300 | 0.00% | $202.10 | 0.00% |
| AUSTIN COUNTY ESD#1 | 2018 | 165,964 | -39.57% | 53,611 | 112,353 | -8.18% | 0.031820 | 0.00% | $35.75 | -8.17% |
| | 2017 | 274,596 | 45.05% | 152,246 | 122,350 | 229.28% | 0.031820 | 1.99% | $38.93 | 235.89% |
| | 2016 | 189,302 | 70.78% | 152,146 | 37,156 | -27.09% | 0.031200 | 4.00% | $11.59 | -24.20% |
| | 2015 | 110,842 | 0.00% | 59,887 | 50,955 | -0.17% | 0.030000 | 0.00% | $15.29 | -0.14% |
| | 2014 | 110,842 | -1.55% | 59,801 | 51,041 | -2.70% | 0.030000 | 0.00% | $15.31 | -2.74% |
| | 2013 | 112,582 | 0.00% | 60,130 | 52,452 | 0.00% | 0.030000 | 0.00% | $15.74 | 0.00% |
| FARM/MARKET RD | 2018 | 165,964 | -39.57% | 53,611 | 112,353 | -8.18% | 0.081100 | 0.00% | $91.12 | -8.18% |
| | 2017 | 274,596 | 45.05% | 152,246 | 122,350 | 229.28% | 0.081100 | 0.87% | $99.23 | 232.20% |
| | 2016 | 189,302 | 70.78% | 152,146 | 37,156 | -27.09% | 0.080400 | 0.00% | $29.87 | -27.10% |
| | 2015 | 110,842 | 0.00% | 59,887 | 50,955 | -0.17% | 0.080400 | 4.96% | $40.97 | 4.78% |
| | 2014 | 110,842 | -1.55% | 59,801 | 51,041 | -2.70% | 0.076600 | -2.05% | $39.10 | -4.69% |
| | 2013 | 112,582 | 0.00% | 60,130 | 52,452 | 0.00% | 0.078200 | 0.00% | $41.02 | 0.00% |
| SEALY ISD | 2018 | 165,964 | -39.57% | 97,033 | 68,931 | -39.95% | 1.390000 | 0.00% | $958.11 | -39.95% |
| | 2017 | 274,596 | 45.05% | 159,816 | 114,780 | 235.73% | 1.390000 | 3.73% | $1,595.44 | 248.25% |
| | 2016 | 189,302 | 70.78% | 155,114 | 34,188 | 17.08% | 1.340000 | 6.35% | $458.12 | 24.51% |
| | 2015 | 110,842 | 0.00% | 81,642 | 29,200 | -18.19% | 1.260000 | 0.00% | $367.92 | -18.19% |
| | 2014 | 110,842 | -1.55% | 75,152 | 35,690 | -2.98% | 1.260000 | 0.00% | $449.69 | -2.98% |
| | 2013 | 112,582 | 0.00% | 75,797 | 36,785 | 0.00% | 1.260000 | 0.00% | $463.49 | 0.00% |
| SPC RD & BRIDGE | 2018 | 165,964 | -39.57% | 53,611 | 112,353 | -8.18% | 0.067200 | 0.00% | $75.50 | -8.18% |
| | 2017 | 274,596 | 45.05% | 152,246 | 122,350 | 229.28% | 0.067200 | 0.75% | $82.22 | 231.79% |
| | 2016 | 189,302 | 70.78% | 152,146 | 37,156 | -27.09% | 0.066700 | 0.00% | $24.78 | -27.10% |
| | 2015 | 110,842 | 0.00% | 59,887 | 50,955 | -0.17% | 0.066700 | 5.04% | $33.99 | 4.87% |
| | 2014 | 110,842 | -1.55% | 59,801 | 51,041 | -2.70% | 0.063500 | -2.01% | $32.41 | -4.65% |
| | 2013 | 112,582 | 0.00% | 60,130 | 52,452 | 0.00% | 0.064800 | 0.00% | $33.99 | 0.00% |
| TOWN OF SAN FELIPE | 2018 | 165,964 | -39.57% | 48,611 | 117,353 | -7.86% | 0.152000 | 2.56% | $178.38 | -5.50% |
| | 2017 | 274,596 | 45.05% | 147,246 | 127,350 | 202.09% | 0.148210 | -4.81% | $188.75 | 187.55% |
| | 2016 | 189,302 | 70.78% | 147,146 | 42,156 | -24.67% | 0.155700 | -2.87% | $65.64 | -26.83% |
| | 2015 | 110,842 | 0.00% | 54,887 | 55,955 | -0.16% | 0.160300 | 0.50% | $89.70 | 0.34% |
| | 2014 | 110,842 | -1.55% | 54,801 | 56,041 | -2.46% | 0.159500 | -5.68% | $89.39 | -7.99% |
| | 2013 | 112,582 | 0.00% | 55,130 | 57,452 | 0.00% | 0.169100 | 0.00% | $97.15 | 0.00% |

Texas Comptroller of Public Accounts

Form 50-132

# Property Appraisal – Notice of Protest

**AUSTIN COUNTY APPRAISAL DISTRICT**                                  (979) 865-9124

Appraisal District's Name                                                             Phone *(area code and number)*

906 E. AMELIA ST., BELLVILLE, TEXAS 77418

Address, City, State, ZIP Code

**GENERAL INSTRUCTIONS:** This form is for use by a property owner or the owner's designated agent to file a protest regarding certain actions of the appraisal district responsible for appraising the owner's property and have the appraisal review board (ARB) hear and decide the matter. Section 3 of this *form identifies the* reasons or grounds under Tax Code Section 41.41 that a property owner has the right to protest.

Lessees contractually obligated to reimburse a property owner for property taxes may be entitled to protest as a lessee if all Tax Code requirements are met, including those in Tax Code Section 41.413.

**FILING INSTRUCTIONS:** This document and all supporting documentation must be filed with the appraisal district office in each county in which the property is located. Do not file this document with the Texas Comptroller of Public Accounts. A directory with *contact information for appraisal district offices* may be found on the Comptroller's website.

**FILING DEADLINES:** The typical deadline for filing a notice of protest is midnight, May 15.

A different deadline may apply if:

- the notice of appraised value was delivered to the property owner after April 16;
- the protest concerns a change in the use of agricultural, open-space or timberland;
- the appraisal district or the ARB was required by law to send the property owner a notice about a property and did not;
- the appraisal district made a change to the appraisal records that adversely affects the property owner and the property owner received notice of the change; or
- in certain limited circumstances, the property owner had good cause for missing the protest filing deadline.

Contact the ARB for the county in which the property is located for the specific protest filing deadline.

**TYPES OF PROTEST HEARINGS:** Under Tax Code Section 41.45, a property owner may appear or participate in the ARB protest hearing in one of three ways: in person at the hearing; by telephone conference call; or by written affidavit submission.

**EVIDENCE FOR HEARINGS:** A person participating in an ARB hearing by telephone conference call or by written affidavit submission must submit evidence with a written affidavit delivered to the ARB **before** the hearing begins. A completed and signed Form 50-283, Property Owner's Affidavit of Evidence to the Appraisal Review Board, may be used as the affidavit to submit evidence before the ARB hearing. Evidence may be submitted for any hearing type either in paper or on a small portable electronic device (such as a CD, USB flash drive or thumb drive) which will be kept by the ARB. Do not bring evidence on a smart phone. The ARB's hearing procedures regarding all the requirements to properly submit evidence on a small portable electronic device must be reviewed.

**NOTICE:** The Comptroller's office may not advise a property owner, a property owner's agent, the chief appraiser or any appraisal district employee on a matter that the Comptroller's office knows is the subject of a protest to the ARB. Consult Tax Code Chapter 41 or the ARB hearing procedures for more information.

| Tax Year(s) | State the tax year(s) for which this protest is filed. | 2018 |
| --- | --- | --- |
| | | Tax Year(s) |

## SECTION 1: Property Owner or Lessee Information

Name of Property Owner or Lessee

Mailing Address, City, State, ZIP Code

Primary Phone Number *(area code and number)*                     Email Address*

*An email address of a member of the public could be confidential under Government Code Section 552.137; however, by including the email address on this form, you are affirmatively consenting to its release under the Public Information Act.

## SECTION 2: Property Description

Provide the descriptive information requested below.

Physical Address, City, State, ZIP Code *(if different than above)*

If no street address, provide legal description.

Appraisal District Account Number *(if known)*

Mobile Home Make, Model and Identification Number

The Property Tax Assistance Division at the Texas Comptroller of Public Accounts provides property tax information and resources for taxpayers, local taxing entities, appraisal districts and appraisal review boards.

For more information, visit our website:
**comptroller.texas.gov/taxes/property-tax**
50-132 • 01-18/17

Exhibit 13, pg. 44

Texas Comptroller of Public Accounts

**Form 50-132**

## SECTION 3: Reason for Protest

**To preserve your right to present each reason for your protest to the ARB according to law, be sure to select all boxes that apply.**

For example, if you select the first box indicating an incorrect appraised (market) value for your property, you are representing that the value is incorrect—usually that the value should be lowered.

If you also want to protest that your property is not appraised at the same level as a representative sample of comparable properties appropriately adjusted for condition, size, location and other factors, you must also select the box indicating the value is unequal compared with other properties. Your property may be appraised at its market value, but be unequally appraised.

Failure to select the box that corresponds to each reason for your protest may result in your inability to protest an issue that you want to pursue.

☐ Incorrect appraised (market) value.

☐ Value is unequal compared with other properties.

☐ Property should not be taxed in _____.
    *(name of taxing unit)*

☐ Property is not located in this appraisal district or otherwise should not *be included on the appraisal district's record.*

☐ Failure to send required notice. _____.
    *(type)*

☐ Exemption was denied, modified or cancelled.

☐ Ag-use, open-space or other special appraisal was denied, modified or cancelled.

☐ Change in use of land appraised as ag-use, open-space or timberland.

☐ Incorrect appraised or market value of land under special appraisal for ag-use, open-space or other special appraisal.

☐ Owner's name is incorrect.

☐ Property description is incorrect.

☐ Other: _____

## SECTION 4: Additional Facts

Provide facts that may help resolve this protest.

What do you think your property's value is? *(Optional)*   $ _____

## SECTION 5: Hearing Type

Indicate below how you intend to appear or participate in a protest hearing scheduled for the property that is the subject of this protest. A property owner does not waive the right to appear in person at a protest hearing by submitting an affidavit to the ARB or by electing to appear by telephone conference call.

I intend to appear in the ARB hearing scheduled for my protest in the following manner *(Check only one box)*:

☐ In person

☐ By telephone conference call and will submit evidence with a written affidavit delivered to the ARB **before** the hearing begins.** Review the ARB's hearing procedures for county-specific telephone conference call procedures.

Telephone number for the ARB to contact you: _____
    *(Owner's Telephone Number with Area Code)*

☐ On written affidavit submitted with evidence and delivered to the ARB **before** the hearing begins

**If you decide later to appear by telephone conference call, you must provide written notice to the ARB at least 10 days before the hearing date. You are responsible for providing access to the call to any person(s) you wish to invite to participate in the hearing.

## SECTION 6: Check to Receive ARB Hearing Procedures

If a protest goes to a hearing, the ARB automatically sends each party a copy of the ARB's hearing procedures.

I want the ARB to send me a copy of its hearing procedures.   ☐ Yes   ☐ No

## SECTION 7: Name and Signature

**print here** ▶ _____
    Print Name of Person Filing Protest

**sign here** ▶ _____
    Signature of Person Filing Protest                                     Date

50-132 • 01-18/17

# Property Tax Protest and Appeal Procedures

Property owners have the right to protest actions concerning their property tax appraisals. You may follow these appeal procedures if you have a concern about:

- The appraised (market) value of your property
- the unequal value of your property compared with other properties
- the inclusion of your property on the appraisal roll
- any exemptions that may apply to you
- the qualification for an agricultural or timber appraisal
- the taxing units taxing your property
- the property ownership
- the change of use of land receiving special appraisal
- failure of the chief appraiser or appraisal review board (ARB) to send a required notice
- any action taken by the chief appraiser, county appraisal district (CAD) or ARB that applies to and adversely affects you.

## Informal Review

For information about informal review and obtaining property tax records, call the Austin County Appraisal District at 979-865-9124.

## Review by the Appraisal Review Board

If you cannot resolve your problem informally with the CAD, you file a notice of protest requesting to have your case heard by the ARB.

The ARB is an independent board of citizens that hears and determines protests regarding property appraisals or other concerns listed above. It has the power to order the CAD to make the necessary changes based on evidence heard during the ARB hearing.

If you file a written request for an ARB hearing (notice of protest) before the deadline, the ARB will set your case for a hearing and send you written notice of the time, date and place of the hearing. If necessary, you may request a hearing in the evening or on a Saturday or Sunday. You may use Comptroller Form 50-132, *Property Appraisal – Notice of Protest*, to file your written request for an ARB hearing.

Prior to your hearing, you may ask to review the evidence the CAD plans to introduce at the hearing to establish any matter at issue. Before a hearing on a protest or immediately after the hearing begins, you or your agent and the CAD are required to provide each other with  a copy of any materials (evidence) intended to be offered or submitted to the ARB at the hearing. Evidence may be submitted for any hearing type either in paper or on a small portable electronic device (such as a CD, USB flash drive or thumb drive) which will be kept by the ARB. Do NOT bring evidence on a smart phone. The ARB's hearing procedures regarding all the requirements to properly submit evidence on a small portable electronic device must be reviewed.

To the greatest extent practicable, the hearing will be informal. You or a designated agent may appear in person or you may be telephone conference call or submission of written affidavit to present your evidence, facts and argument. If you decide to participate by telephone conference call, you must provide your evidence to the ARB with a written affidavit before the ARB hearing begins. You may use Comptroller Form 50-283, *Property Owner's Affidavit of Evidence to the Appraisal Review Board*, to submit evidence for your telephone conference call hearing or for hearing by affidavit.

You and the CAD representative have the opportunity to present evidence about your case. You may cross-examine the CAD representative. The ARB will make its decision based on the evidence presented by both parties. In most cases, the CAD has the burden of establishing the property's value by a preponderance of the evidence presented.

In certain protests, the chief appraiser has the burden of proving the property's value by clear and convincing evidence. You should review ARB hearing procedures to learn more about evidence and related matters.

You should not try to contact ARB members outside of the hearing. ARB members are required to sign an affidavit saying that they have not talked about your case before the ARB hears it.

## Review by the District Court or an Arbitrator or SOAH

After it decides your case, the ARB must send you a copy of its order by certified mail. If you are not satisfied with the ARB's decision, you have the right to appeal to district court. As an alternative to district court, you may appeal through binding arbitration or the State Office of Administrative Hearings (SOAH) if you meet the qualifying criteria.

If you choose to go to district court, you must start the process by filing a petition with the district court within 60 days of the date you receive the ARB's order. If you choose to appeal through binding arbitration, you must file a request for binding arbitration with the CAD not later than the 45th day after you receive notice of the ARB order. If you choose to appeal to the SOAH, you must file an appeal with the CAD not later than the 30th day after you receive notice of the ARB's order. Appeals to district court, binding arbitration or SOAH all require payment of certain fees or deposits.

## Tax Payment

You must pay the amount of taxes due on the portion of the taxable value not in dispute, the amount of taxes due on the property under the order from which the appeal is taken or the amount of taxes due in the previous year.

## More Information

You can get more information by contacting your CAD at Austin County Appraisal District, 906 E. Amelia St., Bellville, Texas 77418-2843, or 979-865-9124. You can get Comptroller forms and additional information on how to prepare a protest from the Comptroller's website at comptroller.texas.gov/taxes/property-tax/.

# Deadline for Filing Protests with the ARB*

## Usual Deadline

Not later than May 15 (or 30 days after a notice of appraised value was mailed to you, whichever is later).

Late protests are allowed for good cause if you miss the usual deadline. The ARB decides whether you have good cause. Late protests are not allowed after the ARB approves the appraisal records for the year.

## Special Deadlines

For change of use (the CAD informed you that you are losing agricultural appraisal because you changed the use of your land), the deadline is not later than the 30th day after the notice of determination was mailed to you.

For ARB changes (the ARB has informed you of a change that increases your tax liability and the change did not result from a protest you filed), the deadline is not later than the 30th day after the notice of the change was mailed to you.

If you believe the CAD or ARB should have sent you a notice and did not, you may file a protest until the day before taxes become delinquent (usually February 1) or no later than the 125th day after the date you claim you received a tax bill from one or more of the taxing units that tax your property. The ARB decides whether it will hear your case based on evidence about whether a required notice was mailed to you.

*The deadline is postponed to the next business day if it falls on a weekend or legal, state or national holiday.

**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TX 77418
ADDRESS SERVICE REQUESTED

Phone: (979) 865-9124
Fax: (979) 865-3296
http://www.austincad.org/

NOTICE DATE: 05/07/2018
Exhibit 13, pg. 46
PROTEST BY: 06/06/2018

| | |
|---|---|
| **Property Address:** | THIRD ST |
| **Acres:** 2.658 | **Und. Int.:** 1.0000000 |

**ACCOUNT NUMBER**
R000071829

MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

**PROPERTY DESCRIPTION**

SAN FELIPE BLDG ADDN
LOT 199-204, 250-252

| YEAR | PERSONAL PROPERTY | AG USE | LAND MARKET | STRUCTURES & OTHER IMPROVEMENT | TOTAL MARKET | APPRAISED VALUE (WITH LIMITED 10% INCREASE, IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 2017 | INFORMATION NOT AVAILABLE FOR THIS TAX YEAR. | | | | | |
| 2018 | | 300 | 29,565 | | 29,565 | 300 |

**EXEMPTIONS GRANTED:**

**SPECIAL USE APPRAISALS:** AG5

| Last Year's Taxable Value | Taxing Unit | Exemptions/ Deductions | This Year's Taxable Value | Last Year's Tax Rate | Estimated Taxes |
|---|---|---|---|---|---|
| 0 | SEALY ISD | | 300 | 1.390000 | 4.17 |
| 0 | TOWN OF SAN FELIPE | | 300 | 0.148210 | 0.44 |
| 0 | AUSTIN COUNTY | | 300 | 0.399600 | 1.20 |
| 0 | FARM/MARKET RD | | 300 | 0.081100 | 0.24 |
| 0 | AUSTIN COUNTY ESD#1 | | 300 | 0.031820 | 0.10 |
| 0 | SPC RD & BRIDGE | | 300 | 0.067200 | 0.20 |

**TAX TOTAL ESTIMATED FOR 2018:** $6.35

## 2018 NOTICE OF APPRAISED VALUE

*This* is your Appraisal Notice explaining the appraised value placed on the referenced property. The estimated taxes are calculated by using the previous year's tax rates and the taxable value for this year. This is the amount you would pay if the governing body of each jurisdiction were to adopt the same tax rate as last year. The governing body of each of these taxing units decide whether or not taxes on property will increase and the appraisal district only determines the value of property.

*"The Texas Legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials and all inquiries concerning your taxes should be directed to those officials"*

If you receive the Over-65 or Disabled Person exemption for a residence homestead, a participating jurisdiction's tax may not exceed your established tax ceiling, unless you have added land or improvements since the ceilings were set.

If you disagree with the proposed value or any other action the appraisal district may have taken, contact the AUSTIN COUNTY APPRAISAL DISTRICT at (979) 865-9124. If you are unable to resolve the situation with the appraisal district, you have the right to file a protest and receive a hearing with the Appraisal Review Board (ARB). Your protest must be in writing and postmarked or hand delivered by 06/06/2018.

The protest form on the back of this notice may be used to file your written protest. The ARB will begin hearings on 06/18/2018.

| NOTE: THIS IS NOT A TAX STATEMENT! | DO NOT PAY FROM THIS NOTICE! |
|---|---|

Exhibit 13, pg. 47

| Taxing Unit | Exemption by Type* | Prior ExemptAmount | Current Exemption Amount | Canceled or Reduced Exemption Amount |
|---|---|---|---|---|
| | | | | |

* Exemption Types: HS-Homestead, O65-Over 65, DIS-Disabled, Vet-Disabled Veteran, VHS-100% Disabled Veteran's Homestead, ABT-Abatement, POL-Pollution Control, HIS-Historic, PWR-Alternate Power, FRP-Freeport, T-EX-Total Exempt

# 2018 Tax Statement

Exhibit 13, pg. 48

**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

**Property Account Number**

## R000071829

Owner: MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 774740000

| Owner ID: | 000118742 | Acres: | 2.658000 | Ownership: | 100 | | | Assessment Ratio: | 100% |
|---|---|---|---|---|---|---|---|---|---|
| Legal Description: | SAN FELIPE BLDG ADDN LOT 199-204, 250-252 | | | | | | | | |
| Exemptions: | AG002 | | | | Location: | 0000000 THIRD ST | | | |

| Improvement Market Value | Land Market Value | Less Capped | Appraised | Ag Value | Mineral Value | Personal Property | Total Market Value |
|---|---|---|---|---|---|---|---|
| 0 | 29,565 | 0 | 29,565 | 300 | 0 | 0 | 29,565 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate per $100 | Base Tax |
|---|---|---|---|---|
| AUSTIN COUNTY | 29,265 | 300 | 0.399600 | 1.20 |
| TOWN OF SAN FELIPE | 29,265 | 300 | 0.152000 | 0.46 |
| SEALY ISD | 29,265 | 300 | 1.390000 | 4.17 |
| FARM/MARKET RD | 29,265 | 300 | 0.081100 | 0.24 |
| AUSTIN COUNTY ESD#1 | 29,265 | 300 | 0.031820 | 0.10 |
| SPC RD & BRIDGE | 29,265 | 300 | 0.067200 | 0.20 |

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $ 0.17.

| SEALY ISD | | | |
|---|---|---|---|
| 2018 rate is: | 1.110000 (M&O) + | 0.280000 (I&S) | **Total Tax Amount Due:** 6.37 |
| 2017 rate is: | 1.040000 (M&O) + | 0.350000 (I&S) | |

For all exemptions or if you are 65 years of age or older or are disabled and the property described in this document is your residence, you should contact the Appraisal District regarding any entitlement you may have to postponement in the payment of these taxes.

- The deadline for paying 2018 property taxes without penalty & interest is January 31, 2019.
- If your mortgage company pays your property taxes, please forward this notice to them so they can make payment by the deadline.
- **The post office cancellation mark is considered the date of payment if it is sent by first-class mail, properly addressed with postage prepaid.**
- **If you are qualified for the over 65 or disabled homestead exemptions, you may pay your current taxes on your home in four installments. You must contact the Appraisal District for a quarterly installment plan.**
- This statement reflects the amount due for the 2018 tax year only. Delinquent taxes are not included on this statement.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**THIS TOP PORTION AND YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT**

**PLEASE DETACH ON PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT**

# 2018 TAX STATEMENT

**Make Checks Payable to:**
**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

| Owner ID: | 000118742 | Ownership: | 100 |
|---|---|---|---|

Property Account Number

## R000071829

| **Total Tax Amount Due:** | | 6.37 |
|---|---|---|
| FEB | 7% | 6.80 |
| MAR | 9% | 6.92 |

MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

TO PAY BY CREDIT CARD VISIT
WWW.AUSTINCAD.ORG
CREDIT CARD PAYMENTS ARE CHARGED 2.5%
CONVENIENCE FEE BY FORTE.
FEE FOR AN E-CHECK IS $1.50

   

## Account History

| R000071829 | Tax Year | Appraised Value | Appraised % chg | Exemption Amount | Taxable Value | Value % chg | Tax Rate Per $100 | Rate % chg | Tax | Tax % chg |
|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN COUNTY | 2018 | 29,565 | 0.00% | 29,265 | 300 | 0.00% | 0.399600 | 0.00% | $1.20 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| AUSTIN COUNTY ESD#1 | 2018 | 29,565 | 0.00% | 29,265 | 300 | 0.00% | 0.031820 | 0.00% | $0.10 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| FARM/MARKET RD | 2018 | 29,565 | 0.00% | 29,265 | 300 | 0.00% | 0.081100 | 0.00% | $0.24 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| SEALY ISD | 2018 | 29,565 | 0.00% | 29,265 | 300 | 0.00% | 1.390000 | 0.00% | $4.17 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| SPC RD & BRIDGE | 2018 | 29,565 | 0.00% | 29,265 | 300 | 0.00% | 0.067200 | 0.00% | $0.20 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| TOWN OF SAN FELIPE | 2018 | 29,565 | 0.00% | 29,265 | 300 | 0.00% | 0.152000 | 0.00% | $0.46 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |

# Property Tax Protest and Appeal Procedures

Property owners have the right to protest actions concerning their property tax appraisals. You may follow these appeal procedures if you have a concern about:

- The appraised (market) value of your property
- the unequal value of your property compared with other properties
- the inclusion of your property on the appraisal roll
- any exemptions that may apply to you
- the qualification for an agricultural or timber appraisal
- the taxing units taxing your property
- the property ownership
- the change of use of land receiving special appraisal
- failure of the chief appraiser or appraisal review board (ARB) to send a required notice
- any action taken by the chief appraiser, county appraisal district (CAD) or ARB that applies to and adversely affects you.

## Informal Review
For information about informal review and obtaining property tax records, call the Austin County Appraisal District at 979-865-9124.

## Review by the Appraisal Review Board
If you cannot resolve your problem informally with the CAD, you file a notice of protest requesting to have your case heard by the ARB.

The ARB is an independent board of citizens that hears and determines protests regarding property appraisals or other concerns listed above. It has the power to order the CAD to make the necessary changes based on evidence heard during the ARB hearing.

If you file a written request for an ARB hearing (notice of protest) before the deadline, the ARB will set your case for a hearing and send you written notice of the time, date and place of the hearing. If necessary, you may request a hearing in the evening or on a Saturday or Sunday. You may use Comptroller Form 50-132, *Property Appraisal – Notice of Protest*, to file your written request for an ARB hearing.

Prior to your hearing, you may ask to review the evidence the CAD plans to introduce at the hearing to establish any matter at issue. Before a hearing on a protest or immediately after the hearing begins, you or your agent and the CAD are required to provide each other with  a copy of any materials (evidence) intended to be offered or submitted to the ARB at the hearing. Evidence may be submitted for any hearing type either in paper or on a small portable electronic device (such as a CD, USB flash drive or thumb drive) which will be *kept by the ARB*. Do NOT bring evidence on a smart phone. The ARB's hearing procedures regarding all the requirements to properly submit evidence on a small portable electronic device must be reviewed.

To the greatest extent practicable, the hearing will be informal. You or a designated agent may appear in person or you may be telephone conference call or submission of written affidavit to present your evidence, facts and argument. If you decide to participate by telephone conference call, you must provide your evidence to the ARB with a written affidavit before the ARB hearing begins. You may use Comptroller Form 50-283, *Property Owner's Affidavit of Evidence to the Appraisal Review Board*, to submit evidence for your telephone conference call hearing or for hearing by affidavit.

You and the CAD representative have the opportunity to present evidence about your case. You may cross-examine the CAD representative. The ARB will make its decision based on the evidence presented by both parties. In most cases, the CAD has the burden of establishing the property's value by a preponderance of the evidence presented.

In certain protests, the chief appraiser has the burden of proving the property's value by clear and convincing evidence. You should review ARB hearing procedures to learn more about evidence and related matters.

You should not try to contact ARB members outside of the hearing. ARB members are required to sign an affidavit saying that they have not talked about your case before the ARB hears it.

## Review by the District Court or an Arbitrator or SOAH
After it decides your case, the ARB must send you a copy of its order by certified mail. If you are not satisfied with the ARB's decision, you have the right to appeal to district court. As an alternative to district court, you may appeal through binding arbitration or the State Office of Administrative Hearings (SOAH) if you meet the qualifying criteria.

If you choose to go to district court, you must start the process by filing a petition with the district court within 60 days of the date you receive the ARB's order. If you choose to appeal through binding arbitration, you must file a request for binding arbitration with the CAD not later than the 45th day after you receive notice of the ARB order. If you choose to appeal to the SOAH, you must file an appeal with the CAD not later than the 30th day after you receive notice of the ARB's order. Appeals to district court, binding arbitration or SOAH all require payment of certain fees or deposits.

## Tax Payment
You must pay the amount of taxes due on the portion of the taxable value not in dispute, the amount of taxes due on the property under the order from which the appeal is taken or the amount of taxes due in the previous year.

## More Information
You can get more information by contacting your CAD at Austin County Appraisal District, 906 E. Amelia St., Bellville, Texas 77418-2843, or 979-865-9124. You can get Comptroller forms and additional information on how to prepare a protest from the Comptroller's website at comptroller.texas.gov/taxes/property-tax/.

# Deadline for Filing Protests with the ARB*

## Usual Deadline
Not later than May 15 (or 30 days after a notice of appraised value was mailed to you, whichever is later).

Late protests are allowed for good cause if you miss the usual deadline. The ARB decides whether you have good cause. Late protests are not allowed after the ARB approves the appraisal records for the year.

## Special Deadlines
For change of use (the CAD informed you that you are losing agricultural appraisal because you changed the use of your land), the deadline is not later than the 30th day after the notice of determination was mailed to you.

For ARB changes (the ARB has informed you of a change that increases your tax liability and the change did not result from a protest you filed), the deadline is not later than the 30th day after the notice of the change was mailed to you.

If you believe the CAD or ARB should have sent you a notice and did not, you may file a protest until the day before taxes become delinquent (usually February 1) or no later than the 125th day after the date you claim you received a tax bill from one or more of the taxing units that tax your property. The ARB decides whether it will hear your case based on evidence about whether a required notice was mailed to you.

*The deadline is postponed to the next business day if it falls on a weekend or legal, state or national holiday.

Texas Comptroller of Public Accounts

Form
50-132

# Property Appraisal – Notice of Protest

AUSTIN COUNTY APPRAISAL DISTRICT                                      (979) 865-9124

Appraisal District's Name                                            Phone *(area code and number)*

906 E. AMELIA ST., BELLVILLE, TEXAS 77418

Address, City, State, ZIP Code

**GENERAL INSTRUCTIONS:** This form is for use by a property owner or the owner's designated agent to file a protest regarding certain actions of the appraisal district responsible for appraising the owner's property and have the appraisal review board (ARB) hear and decide the matter. Section 3 of this form identifies the reasons or grounds under Tax Code Section 41.41 that a property owner has the right to protest.

Lessees contractually obligated to reimburse a property owner for property taxes may be entitled to protest as a lessee if all Tax Code requirements are met, including those in Tax Code Section 41.413.

**FILING INSTRUCTIONS:** This document and all supporting documentation must be filed with the appraisal district office in each county in which the property is located. Do not file this document with the Texas Comptroller of Public Accounts. A directory with contact information for appraisal district offices may be found on the Comptroller's website.

**FILING DEADLINES:** The typical deadline for filing a notice of protest is midnight, May 15.

A different deadline may apply if:

- the notice of appraised value was delivered to the property owner after April 16;
- the protest concerns a change in the use of agricultural, open-space or timberland;
- the appraisal district or the ARB was required by law to send the property owner a notice about a property and did not;
- the ARB made a change to the appraisal records that adversely affects the property owner and the property owner received notice of the change; or
- in certain limited circumstances, the property owner had good cause for missing the protest filing deadline.

Contact the ARB for the county in which the property is located for the specific protest filing deadline.

**TYPES OF PROTEST HEARINGS:** Under Tax Code Section 41.45, a property owner may appear or participate in the ARB protest hearing in one of three ways: in person at the hearing; by telephone conference call; or by written affidavit submission.

**EVIDENCE FOR HEARINGS:** A person participating in an ARB hearing by telephone conference call or by written affidavit submission must submit evidence with a written affidavit delivered to the ARB **before** the hearing begins. A completed and signed Form 50-283, Property Owner's Affidavit of Evidence to the Appraisal Review Board, may be used as the affidavit to submit evidence before the ARB hearing. Evidence may be submitted for any hearing type either in paper or on a small portable electronic device (such as a CD, USB flash drive or thumb drive) which will be kept by the ARB. Do not bring evidence on a smart phone. The ARB's hearing procedures regarding all the requirements to properly submit evidence on a small portable electronic device must be reviewed.

**NOTICE:** The Comptroller's office may not advise a property owner, a property owner's agent, the chief appraiser or any appraisal district employee on a matter that the Comptroller's office knows is the subject of a protest to the ARB. Consult Tax Code Chapter 41 or the ARB hearing procedures for more information.

| Tax Year(s) | State the tax year(s) for which this protest is filed. | 2018 |
| | | Tax Year(s) |

## SECTION 1: Property Owner or Lessee Information

Name of Property Owner or Lessee

Mailing Address, City, State, ZIP Code

Primary Phone Number *(area code and number)*                       Email Address*

*An email address of a member of the public could be confidential under Government Code Section 552.137; however, by including the email address on this form, you are affirmatively consenting to its release under the Public Information Act.

## SECTION 2: Property Description

Provide the descriptive information requested below.

Physical Address, City, State, ZIP Code *(if different than above)*

If no street address, provide legal description.

Appraisal District Account Number *(if known)*

Mobile Home Make, Model and Identification Number

The Property Tax Assistance Division at the Texas Comptroller of Public Accounts provides property tax information and resources for taxpayers, local taxing entities, appraisal districts and appraisal review boards.

For more information, visit our website:
**comptroller.texas.gov/taxes/property-tax**
50-132 • 01-18/17

Texas Comptroller of Public Accounts

Form
50-132

## SECTION 3: Reason for Protest

**To preserve your right to present each reason for your protest to the ARB according to law, be sure to select all boxes that apply.**

For example, if you select the first box indicating an incorrect appraised (market) value for your property, you are representing that the value is incorrect—usually that the value should be lowered.

If you also want to protest that your property is not appraised at the same level as a representative sample of comparable properties appropriately adjusted for condition, size, location and other factors, you must also select the box indicating the value is unequal compared with other properties. Your property may be appraised at its market value, but be unequally appraised.

Failure to select the box that corresponds to each reason for your protest may result in your inability to protest an issue that you want to pursue.

☐ Incorrect appraised (market) value.

☐ Value is unequal compared with other properties.

☐ Property should not be taxed in _____.
*(name of taxing unit)*

☐ Property is not located in this appraisal district or otherwise should not be included on the appraisal district's record.

☐ Failure to send required notice. _____.
*(type)*

☐ Exemption was denied, modified or cancelled.

☐ Ag-use, open-space or other special appraisal was denied, modified or cancelled.

☐ Change in use of land appraised as ag-use, open-space or timberland.

☐ Incorrect appraised or market value of land under special appraisal for ag-use, open-space or other special appraisal.

☐ Owner's name is incorrect.

☐ Property description is incorrect.

☐ Other: _____

## SECTION 4: Additional Facts

Provide facts that may help resolve this protest.

What do you think your property's value is? *(Optional)*   $ _____

## SECTION 5: Hearing Type

Indicate below how you intend to appear or participate in a protest hearing scheduled for the property that is the subject of this protest. A property owner *does not waive* the right to appear in person at a protest hearing by submitting an affidavit to the ARB or by electing to appear by telephone conference call.

I intend to appear in the ARB hearing scheduled for my protest in the following manner *(Check only one box)*:

☐ In person

☐ By telephone conference call and will submit evidence with a written affidavit delivered to the ARB **before** the hearing begins.** Review the ARB's hearing procedures for county-specific telephone conference call procedures.

Telephone number for the ARB to contact you: _____
*(Owner's Telephone Number with Area Code)*

☐ On written affidavit submitted with evidence and delivered to the ARB **before** the hearing begins

**If you decide later to appear by telephone conference call, you must provide written notice to the ARB at least 10 days before the hearing date. You are responsible for providing access to the call to any person(s) you wish to invite to participate in the hearing.

## SECTION 6: Check to Receive ARB Hearing Procedures

If a protest goes to a hearing, the ARB automatically sends each party a copy of the ARB's hearing procedures.

I want the ARB to send me a copy of its hearing procedures.   ☐ Yes   ☐ No

## SECTION 7: Name and Signature

**print here** ▶ _____
Print Name of Person Filing Protest

**sign here** ▶ _____      _____
Signature of Person Filing Protest                                        Date

Exhibit 13, pg. 53

**AUSTIN COUNTY APPRAISAL DIST.**
906 E. AMELIA ST.
BELLVILLE, TX 77418

ADDRESS SERVICE REQUESTED

Phone: (979) 865-9124
Fax: (979) 865-3296

http://www.austincad.org

NOTICE DATE: 05/07/2018
PROTEST BY: 06/06/2018

ACCOUNT NUMBER
R000071830

MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

Property Address:  THIRD ST
Acres:  2.635
Und. Int.:  1.0000000

**PROPERTY DESCRIPTION**

SAN FELIPE BLDG ADDN
LOT 202-204, 247-249

| YEAR | PERSONAL PROPERTY | AG USE | LAND MARKET | STRUCTURES & OTHER IMPROVEMENT | TOTAL MARKET | APPRAISED VALUE (WITH LIMITED 10% INCREASE, IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 2017 | INFORMATION NOT AVAILABLE FOR THIS TAX YEAR. | | | | | |
| 2018 | | 298 | 29,309 | | 29,309 | 298 |

EXEMPTIONS GRANTED:

SPECIAL USE APPRAISALS:    AG5

| Last Year's Taxable Value | Taxing Unit | Exemptions/ Deductions | This Year's Taxable Value | Last Year's Tax Rate | Estimated Taxes |
|---|---|---|---|---|---|
| 0 | SEALY ISD | | 298 | 1.390000 | 4.14 |
| 0 | TOWN OF SAN FELIPE | | 298 | 0.148210 | 0.44 |
| 0 | AUSTIN COUNTY | | 298 | 0.399600 | 1.19 |
| 0 | FARM/MARKET RD | | 298 | 0.081100 | 0.24 |
| 0 | AUSTIN COUNTY ESD#1 | | 298 | 0.031820 | 0.09 |
| 0 | SPC RD & BRIDGE | | 298 | 0.067200 | 0.20 |

TAX TOTAL ESTIMATED FOR 2018:    $6.30

## 2018 NOTICE OF APPRAISED VALUE

This is your Appraisal Notice explaining the appraised value placed on the referenced property.    The estimated taxes are calculated by using the previous year's tax rates and the taxable value for this year. This is the amount you would pay if the governing body of each jurisdiction were to adopt the same tax rate as last year.    The governing body of each of these taxing units decide whether or not taxes on property will increase and the appraisal district only determines the value of property.

*"The Texas Legislature does not set the amount of your local taxes.   Your property tax burden is decided by your locally elected officials and all inquiries concerning your taxes should be directed to those officials"*

If you receive the Over-65 or Disabled Person exemption for a residence homestead, a participating jurisdiction's tax may not exceed your established tax ceiling, unless you have added land or improvements since the ceilings were set.

If you disagree with the proposed value or any other action the appraisal district may have taken, contact the AUSTIN COUNTY APPRAISAL DISTRICT at (979) 865-9124. If you are unable to resolve the situation with the appraisal district, you have the right to file a protest and receive a hearing with the Appraisal Review Board (ARB).   Your protest must be in writing and postmarked or hand delivered by 06/06/2018.

The protest form on the back of this notice may be used to file your written protest. The ARB will begin hearings on 06/18/2018.

**NOTE: THIS IS NOT A TAX STATEMENT!**         **DO NOT PAY FROM THIS NOTICE!**

Exhibit 13, pg. 54

| Taxing Unit | Exemption by Type* | Prior ExemptAmount | Current Exemption Amount | Canceled or Reduced Exemption Amount |
|---|---|---|---|---|
| | | | | |

* Exemption Types: HS-Homestead, O65-Over 65, DIS-Disabled, Vet-Disabled Veteran, VHS-100% Disabled Veteran's Homestead, ABT-Abatement, POL-Pollution Control, HIS-Historic, PWR-Alternate Power, FRP-Freeport, T-EX- Total Exempt

# 2018 Tax Statement

**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

Exhibit 13, pg. 55

**Property Account Number**

**R000071830**

Owner: MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 774740000

| Owner ID: | 000118743 | Acres: | 2.635000 | Ownership: | 100 | | Assessment Ratio: | 100% |
|---|---|---|---|---|---|---|---|---|
| Legal Description: | SAN FELIPE BLDG ADDN LOT 202-204, 247-249 | | | | | | | |
| Exemptions: | AG002 | | | Location: | 0000000 THIRD ST | | | |

| Improvement Market Value | Land Market Value | Less Capped | Appraised | Ag Value | Mineral Value | Personal Property | Total Market Value |
|---|---|---|---|---|---|---|---|
| 0 | 29,309 | 0 | 29,309 | 298 | 0 | 0 | 29,309 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate per $100 | Base Tax |
|---|---|---|---|---|
| AUSTIN COUNTY | 29,011 | 298 | 0.399600 | 1.19 |
| TOWN OF SAN FELIPE | 29,011 | 298 | 0.152000 | 0.45 |
| SEALY ISD | 29,011 | 298 | 1.390000 | 4.14 |
| FARM/MARKET RD | 29,011 | 298 | 0.081100 | 0.24 |
| AUSTIN COUNTY ESD#1 | 29,011 | 298 | 0.031820 | 0.09 |
| SPC RD & BRIDGE | 29,011 | 298 | 0.067200 | 0.20 |

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $ 0.17.

| SEALY ISD | | | | **Total Tax Amount Due:** | 6.31 |
|---|---|---|---|---|---|
| 2018 rate is: 1.110000 (M&O) + 0.280000 (I&S) | | | | | |
| 2017 rate is: 1.040000 (M&O) + 0.350000 (I&S) | | | | | |

For all exemptions or if you are 65 years of age or older or are disabled and the property described in this document is your residence, you should contact the Appraisal District regarding any entitlement you may have to postponement in the payment of these taxes.

- The deadline for paying 2018 property taxes without penalty & interest is January 31, 2019.
- If your mortgage company pays your property taxes, please forward this notice to them so they can make payment by the deadline.
- **The post office cancellation mark is considered the date of payment if it is sent by first-class mail, properly addressed with postage prepaid.**
- **If you are qualified for the over 65 or disabled homestead exemptions, you may pay your current taxes on your home in four installments. You must contact the Appraisal District for a quarterly installment plan.**
- This statement reflects the amount due for the 2018 tax year only. Delinquent taxes are not included on this statement.

**THIS TOP PORTION AND YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH ON PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT

# 2018 TAX STATEMENT

**Make Checks Payable to:**
**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

| Owner ID: | 000118743 | Ownership: | 100 |
|---|---|---|---|

Property Account Number

**R000071830**

| **Total Tax Amount Due:** | | 6.31 |
|---|---|---|
| FEB | 7% | 6.74 |
| MAR | 9% | 6.86 |

MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

TO PAY BY CREDIT CARD VISIT
WWW.AUSTINCAD.ORG
CREDIT CARD PAYMENTS ARE CHARGED 2.5%
CONVENIENCE FEE BY FORTE.
FEE FOR AN E-CHECK IS $1.50

   

*Account History*

| R000071830 | Tax Year | Appraised Value | Appraised % chg | Exemption Amount | Taxable Value | Value % chg | Tax Rate Per $100 | Rate % chg | Tax | Tax % chg |
|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN COUNTY | 2018 | 29,309 | 0.00% | 29,011 | 298 | 0.00% | 0.399600 | 0.00% | $1.19 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| AUSTIN COUNTY ESD#1 | 2018 | 29,309 | 0.00% | 29,011 | 298 | 0.00% | 0.031820 | 0.00% | $0.09 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| FARM/MARKET RD | 2018 | 29,309 | 0.00% | 29,011 | 298 | 0.00% | 0.081100 | 0.00% | $0.24 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| SEALY ISD | 2018 | 29,309 | 0.00% | 29,011 | 298 | 0.00% | 1.390000 | 0.00% | $4.14 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| SPC RD & BRIDGE | 2018 | 29,309 | 0.00% | 29,011 | 298 | 0.00% | 0.067200 | 0.00% | $0.20 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| TOWN OF SAN FELIPE | 2018 | 29,309 | 0.00% | 29,011 | 298 | 0.00% | 0.152000 | 0.00% | $0.45 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |

# Property Tax Protest and Appeal Procedures

Property owners have the right to protest actions concerning their property tax appraisals. You may follow these appeal procedures if you have a concern about:

- The appraised (market) value of your property
- the unequal value of your property compared with other properties
- the inclusion of your property on the appraisal roll
- any exemptions that may apply to you
- the qualification for an agricultural or timber appraisal
- the taxing units taxing your property
- the property ownership
- the change of use of land receiving special appraisal
- failure of the chief appraiser or appraisal review board (ARB) to send a required notice
- any action taken by the chief appraiser, county appraisal district (CAD) or ARB that applies to and adversely affects you.

**Informal Review**
For information about informal review and obtaining property tax records, call the Austin County Appraisal District at 979-865-9124.

**Review by the Appraisal Review Board**
If you cannot resolve your problem informally with the CAD, you file a notice of protest requesting to have your case heard by the ARB.

The ARB is an independent board of citizens that hears and determines protests regarding property appraisals or other concerns listed above. It has the power to order the CAD to make the necessary changes based on evidence heard during the ARB hearing.

If you file a written request for an ARB hearing (notice of protest) before the deadline, the ARB will set your case for a hearing and send you written notice of the time, date and place of the hearing. If necessary, you may request a hearing in the evening or on a Saturday or Sunday. You may use Comptroller Form 50-132, *Property Appraisal – Notice of Protest*, to file your written request for an ARB hearing.

Prior to your hearing, you may ask to review the evidence the CAD plans to introduce at the hearing to establish any matter at issue. Before a hearing on a protest or immediately after the hearing begins, you or your agent and the CAD are required to provide each other with a copy of any materials (evidence) intended to be offered or submitted to the ARB at the hearing. Evidence may be submitted for any hearing type either in paper or on a small portable electronic device (such as a CD, USB flash drive or thumb drive) which will be *kept by the ARB*. Do NOT bring evidence on a smart phone. The ARB's hearing procedures regarding all the requirements to properly submit evidence on a small portable electronic device must be reviewed.

To the greatest extent practicable, the hearing will be informal. You or a designated agent may appear in person or you may be telephone conference call or submission of written affidavit to present your evidence, facts and argument. If you decide to participate by telephone conference call, you must provide your evidence to the ARB with a written affidavit before the ARB hearing begins. You may use Comptroller Form 50-283, *Property Owner's Affidavit of Evidence to the Appraisal Review Board*, to submit evidence for your telephone conference call hearing or for hearing by affidavit.

You and the CAD representative have the opportunity to present evidence about your case. You may cross-examine the CAD representative. The ARB will make its decision based on the evidence presented by both parties. In most cases, the CAD has the burden of establishing the property's value by a preponderance of the evidence presented.

In certain protests, the chief appraiser has the burden of proving the property's value by clear and convincing evidence. You should review ARB hearing procedures to learn more about evidence and related matters.

You should not try to contact ARB members outside of the hearing. ARB members are required to sign an affidavit saying that they have not talked about your case before the ARB hears it.

**Review by the District Court or an Arbitrator or SOAH**
After it decides your case, the ARB must send you a copy of its order by certified mail. If you are not satisfied with the ARB's decision, you have the right to appeal to district court. As an alternative to district court, you may appeal through binding arbitration or the State Office of Administrative Hearings (SOAH) if you meet the qualifying criteria.

If you choose to go to district court, you must start the process by filing a petition with the district court within 60 days of the day you receive the ARB's order. If you choose to appeal through binding arbitration, you must file a request for binding arbitration with the CAD not later than the 45th day after you receive notice of the ARB order. If you choose to appeal to the SOAH, you must file an appeal with the CAD not later than the 30th day after you receive notice of the ARB's order. Appeals to district court, binding arbitration or SOAH all require payment of certain fees or deposits.

**Tax Payment**
You must pay the amount of taxes due on the portion of the taxable value not in dispute, the amount of taxes due on the property under the order from which the appeal is taken or the amount of taxes due in the previous year.

**More Information**
You can get more information by contacting your CAD at Austin County Appraisal District, 906 E. Amelia St., Bellville, Texas 77418-2843, or 979-865-9124. You can get Comptroller forms and additional information on how to prepare a protest from the Comptroller's website at comptroller.texas.gov/taxes/property-tax/.

# Deadline for Filing Protests with the ARB*

**Usual Deadline**
Not later than May 15 (or 30 days after a notice of appraised value was mailed to you, whichever is later).

Late protests are allowed for good cause if you miss the usual deadline. The ARB decides whether you have good cause. Late protests are not allowed after the ARB approves the appraisal records for the year.

**Special Deadlines**
For change of use (the CAD informed you that you are losing agricultural appraisal because you changed the use of your land), the deadline is not later than the 30th day after the notice of determination was mailed to you.

For ARB changes (the ARB has informed you of a change that increases your tax liability and the change did not result from a protest you filed), the deadline is not later than the 30th day after the notice of the change was mailed to you.

If you believe the CAD or ARB should have sent you a notice and did not, you may file a protest until the day before taxes become delinquent (usually February 1) or no later than the 125th day after the date you claim you received a tax bill from one or more of the taxing units that tax your property. The ARB decides whether it will hear your case based on evidence about whether a required notice was mailed to you.

*The deadline is postponed to the next business day if it falls on a weekend or legal, state or national holiday.

Texas Comptroller of Public Accounts

Exhibit 13, pg. 58

Form
50-132

# Property Appraisal – Notice of Protest

## AUSTIN COUNTY APPRAISAL DISTRICT

Appraisal District's Name

**(979) 865-9124**

Phone *(area code and number)*

## 906 E. AMELIA ST., BELLVILLE, TEXAS 77418

Address, City, State, ZIP Code

**GENERAL INSTRUCTIONS:** This form is for use by a property owner or the owner's designated agent to file a protest regarding certain actions of the appraisal district responsible for appraising the owner's property and have the appraisal review board (ARB) hear and decide the matter. Section 3 of this form identifies the reasons or grounds under Tax Code Section 41.41 that a property owner has the right to protest.

Lessees contractually obligated to reimburse a property owner for property taxes may be entitled to protest as a lessee if all Tax Code requirements are met, including those in Tax Code Section 41.413.

**FILING INSTRUCTIONS:** This document and all supporting documentation must be filed with the appraisal district office in each county in which the property is located. Do not file this document with the Texas Comptroller of Public Accounts. A directory with contact information for appraisal district offices may be found on the Comptroller's website.

**FILING DEADLINES:** The typical deadline for filing a notice of protest is midnight, May 15.

A different deadline may apply if:

- the notice of appraised value was delivered to the property owner after April 16;
- the protest concerns a change in the use of agricultural, open-space or timberland;
- the appraisal district or the ARB was required by law to send the property owner a notice about a property and did not;
- the ARB made a change to the appraisal records that adversely affects the property owner and the property owner received notice of the change; or
- in certain limited circumstances, the property owner had good cause for missing the protest filing deadline.

Contact the ARB for the county in which the property is located for the specific protest filing deadline.

**TYPES OF PROTEST HEARINGS:** Under Tax Code Section 41.45, a property owner may appear or participate in the ARB protest hearing in one of three ways: in person at the hearing; by telephone conference call; or by written affidavit submission.

**EVIDENCE FOR HEARINGS:** A person participating in an ARB hearing by telephone conference call or by written affidavit submission must submit evidence with a written affidavit delivered to the ARB **before** the hearing begins. A completed and signed Form 50-283, Property Owner's Affidavit of Evidence to the Appraisal Review Board, may be used as the affidavit to submit evidence before the ARB hearing. Evidence may be submitted for any hearing type either in paper or on a small portable electronic device (such as a CD, USB flash drive or thumb drive) which will be kept by the ARB. Do not bring evidence on a smart phone. The ARB's hearing procedures regarding all the requirements to properly submit evidence on a small portable electronic device must be reviewed.

**NOTICE:** The Comptroller's office may not advise a property owner, a property owner's agent, the chief appraiser or any appraisal district employee on a matter that the Comptroller's office knows is the subject of a protest to the ARB. Consult Tax Code Chapter 41 or the ARB hearing procedures for more information.

| Tax Year(s) | State the tax year(s) for which this protest is filed. | 2018 |
|---|---|---|
| | | Tax Year(s) |

## SECTION 1: Property Owner or Lessee Information

Name of Property Owner or Lessee

Mailing Address, City, State, ZIP Code

Primary Phone Number *(area code and number)*                    Email Address*

*An email address of a member of the public could be confidential under Government Code Section 552.137; however, by including the email address on this form, you are affirmatively consenting to its release under the Public Information Act.

## SECTION 2: Property Description

Provide the descriptive information requested below.

Physical Address, City, State, ZIP Code *(if different than above)*

If no street address, provide legal description.

Appraisal District Account Number *(if known)*

Mobile Home Make, Model and Identification Number

The Property Tax Assistance Division at the Texas Comptroller of Public Accounts provides property tax information and resources for taxpayers, local taxing entities, appraisal districts and appraisal review boards.

For more information, visit our website:
**comptroller.texas.gov/taxes/property-tax**
50-132 • 01-18/17

Texas Comptroller of Public Accounts

Exhibit 13, pg. 59

Form
50-132

## SECTION 3: Reason for Protest

**To preserve your right to present each reason for your protest to the ARB according to law, be sure to select all boxes that apply.**

For example, if you select the first box indicating an incorrect appraised (market) value for your property, you are representing that the value is incorrect—usually that the value should be lowered.

If you also want to protest that your property is not appraised at the same level as a representative sample of comparable properties appropriately adjusted for condition, size, location and other factors, you must also select the box indicating the value is unequal compared with other properties. Your property may be appraised at its market value, but be unequally appraised.

Failure to select the box that corresponds to each reason for your protest may result in your inability to protest an issue that you want to pursue.

☐ Incorrect appraised (market) value.

☐ Value is unequal compared with other properties.

☐ Property should not be taxed in _____.
  *(name of taxing unit)*

☐ Property is not located in this appraisal district or otherwise should not *be included on the* appraisal district's record.

☐ Failure to send required notice. _____.
  *(type)*

☐ Exemption was denied, modified or cancelled.

☐ Ag-use, open-space or other special appraisal was denied, modified or cancelled.

☐ Change in use of land appraised as ag-use, open-space or timberland.

☐ Incorrect appraised or market value of land under special appraisal for ag-use, open-space or other special appraisal.

☐ Owner's name is incorrect.

☐ Property description is incorrect.

☐ Other: _____.

## SECTION 4: Additional Facts

Provide facts that may help resolve this protest.

What do you think your property's value is? *(Optional)*   $ _____

## SECTION 5: Hearing Type

Indicate below how you intend to appear or participate in a protest hearing scheduled for the property that is the subject of this protest. A property owner *does not waive* the right to appear in person at a protest hearing by submitting an affidavit to the ARB or by electing to appear by telephone conference call.

I intend to appear in the ARB hearing scheduled for my protest in the following manner *(Check only one box)*:

☐ In person

☐ By telephone conference call and will submit evidence with a written affidavit delivered to the ARB **before** the hearing begins.** Review the ARB's hearing procedures for county-specific telephone conference call procedures.

  Telephone number for the ARB to contact you: _____
  *(Owner's Telephone Number with Area Code)*

☐ On written affidavit submitted with evidence and delivered to the ARB **before** the hearing begins

**If you decide later to appear by telephone conference call, you must provide written notice to the ARB at least 10 days before the hearing date. You are responsible for providing access to the call to any person(s) you wish to invite to participate in the hearing.

## SECTION 6: Check to Receive ARB Hearing Procedures

If a protest goes to a hearing, the ARB automatically sends each party a copy of the ARB's hearing procedures.

I want the ARB to send me a copy of its hearing procedures.   ☐ Yes   ☐ No

## SECTION 7: Name and Signature

**print here** ▶ _____
  Print Name of Person Filing Protest

**sign here** ▶ _____
  Signature of Person Filing Protest          Date _____

50-132 • 01-18/17

AUSTIN COUNTY APPRAISAL DISTRICT
906 E. AMELIA ST.
BELLVILLE, TX 77418
ADDRESS SERVICE REQUESTED

Phone: (979) 865-9124
Fax: (979) 865-3296

NOTICE DATE: 05/07/2018
PROTEST BY: 06/06/2018

ACCOUNT NUMBER
R000071828

**Property Address:** FOURTH ST

**Acres:** 1.273    **Und. Int.:** 1.0000000

MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

### PROPERTY DESCRIPTION

SAN FELIPE BLDG ADDN
LOT 268-270

| YEAR | PERSONAL PROPERTY | AG USE | LAND MARKET | STRUCTURES & OTHER IMPROVEMENT | TOTAL MARKET | APPRAISED VALUE (WITH LIMITED 10% INCREASE, IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 2017 | INFORMATION NOT AVAILABLE FOR THIS TAX YEAR. | | | | | |
| 2018 | | 144 | 14,160 | | 14,160 | 144 |

**EXEMPTIONS GRANTED:**

**SPECIAL USE APPRAISALS:**   AG5

| Last Year's Taxable Value | Taxing Unit | Exemptions/ Deductions | This Year's Taxable Value | Last Year's Tax Rate | Estimated Taxes |
|---|---|---|---|---|---|
| 0 | SEALY ISD | | 144 | 1.390000 | 2.00 |
| 0 | TOWN OF SAN FELIPE | | 144 | 0.148210 | 0.21 |
| 0 | AUSTIN COUNTY | | 144 | 0.399600 | 0.58 |
| 0 | FARM/MARKET RD | | 144 | 0.081100 | 0.12 |
| 0 | AUSTIN COUNTY ESD#1 | | 144 | 0.031820 | 0.05 |
| 0 | SPC RD & BRIDGE | | 144 | 0.067200 | 0.10 |

**TAX TOTAL ESTIMATED FOR 2018:**   $3.06

## 2018 NOTICE OF APPRAISED VALUE

This is your Appraisal Notice explaining the appraised value placed on the referenced property.   The estimated taxes are calculated by using the previous year's tax rates and the taxable value for this year. This is the amount you would pay if the governing body of each jurisdiction were to adopt the same tax rate as last year.   The governing body of each of these taxing units decide whether or not taxes on property will increase and the appraisal district only determines the value of property.

*"The Texas Legislature does not set the amount of your local taxes.   Your property tax burden is decided by your locally elected officials and all inquiries concerning your taxes should be directed to those officials"*

If you receive the Over-65 or Disabled Person exemption for a residence homestead, a participating jurisdiction's tax may not exceed your established tax ceiling, unless you have added land or improvements since the ceilings were set.

If you disagree with the proposed value or any other action the appraisal district may have taken, contact the AUSTIN COUNTY APPRAISAL DISTRICT at (979) 865-9124. If you are unable to resolve the situation with the appraisal district, you have the right to file a protest and receive a hearing with the Appraisal Review Board (ARB).   Your protest must be in writing and postmarked or hand delivered by 06/06/2018.

The protest form on the back of this notice may be used to file your written protest.  The ARB will begin hearings on 06/18/2018.

**NOTE: THIS IS NOT A TAX STATEMENT!**         **DO NOT PAY FROM THIS NOTICE!**

Exhibit 13, pg. 61

| Taxing Unit | Exemption by Type* | Prior ExemptAmount | Current Exemption Amount | Canceled or Reduced Exemption Amount |
|---|---|---|---|---|
| | | | | |

* Exemption Types: HS-Homestead, O65-Over 65, DIS-Disabled, Vet-Disabled Veteran, VHS-100% Disabled Veteran's Homestead, ABT-Abatement, POL-Pollution Control, HIS-Historic, PWR-Alternate Power, FRP-Freeport, T-EX-Total Exempt

# 2018 Tax Statement

Exhibit 13, pg. 62

**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

**Property Account Number**

## R000071828

Owner: MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 774740000

| Owner ID: | 000118741 | Acres: | 1.273000 | Ownership: | 100 | | | Assessment Ratio: | 100% |
|---|---|---|---|---|---|---|---|---|---|
| Legal Description: | SAN FELIPE BLDG ADDN LOT 268-270 | | | | | | | | |
| Exemptions: | AG002 | | | Location: | 0000000 FOURTH ST | | | | |

| Improvement Market Value | Land Market Value | Less Capped | Appraised | Ag Value | Mineral Value | Personal Property | Total Market Value |
|---|---|---|---|---|---|---|---|
| 0 | 14,160 | 0 | 14,160 | 144 | 0 | 0 | 14,160 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate per $100 | Base Tax |
|---|---|---|---|---|
| AUSTIN COUNTY | 14,016 | 144 | 0.399600 | 0.58 |
| TOWN OF SAN FELIPE | 14,016 | 144 | 0.152000 | 0.22 |
| SEALY ISD | 14,016 | 144 | 1.390000 | 2.00 |
| FARM/MARKET RD | 14,016 | 144 | 0.081100 | 0.12 |
| AUSTIN COUNTY ESD#1 | 14,016 | 144 | 0.031820 | 0.05 |
| SPC RD & BRIDGE | 14,016 | 144 | 0.067200 | 0.10 |

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $ 0.08.

| SEALY ISD | | | | |
|---|---|---|---|---|
| 2018 rate is: | 1.110000 (M&O) + | 0.280000 (I&S) | **Total Tax Amount Due:** | 3.07 |
| 2017 rate is: | 1.040000 (M&O) + | 0.350000 (I&S) | | |

For all exemptions or if you are 65 years of age or older or are disabled and the property described in this document is your residence, you should contact the Appraisal District regarding any entitlement you may have to postponement in the payment of these taxes.

- The deadline for paying 2018 property taxes without penalty & interest is January 31, 2019.
- If your mortgage company pays your property taxes, please forward this notice to them so they can make payment by the deadline.
- **The post office cancellation mark is considered the date of payment if it is sent by first-class mail, properly addressed with postage prepaid.**
- **If you are qualified for the over 65 or disabled homestead exemptions, you may pay your current taxes on your home in four installments. You must contact the Appraisal District for a quarterly installment plan.**
- This statement reflects the amount due for the 2018 tax year only. Delinquent taxes are not included on this statement.

**THIS TOP PORTION AND YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLEASE DETACH ON PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT**

# 2018 TAX STATEMENT

| Owner ID: | 000118741 | Ownership: | 100 |
|---|---|---|---|

**Make Checks Payable to:**



**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

Property Account Number

## R000071828

| **Total Tax Amount Due:** | | 3.07 |
|---|---|---|
| FEB | 7% | 3.28 |
| MAR | 9% | 3.34 |

MCALLISTER KENT
223 PARK ROAD 38
SEALY TX 77474

TO PAY BY CREDIT CARD VISIT
WWW.AUSTINCAD.ORG
CREDIT CARD PAYMENTS ARE CHARGED 2.5%
CONVENIENCE FEE BY FORTE.
FEE FOR AN E-CHECK IS $1.50

   

## Account History

| R000071828 | Tax Year | Appraised Value | Appraised % chg | Exemption Amount | Taxable Value | Value % chg | Tax Rate Per $100 | Rate % chg | Tax | Tax % chg |
|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN COUNTY | 2018 | 14,160 | 0.00% | 14,016 | 144 | 0.00% | 0.399600 | 0.00% | $0.58 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| AUSTIN COUNTY ESD#1 | 2018 | 14,160 | 0.00% | 14,016 | 144 | 0.00% | 0.031820 | 0.00% | $0.05 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| FARM/MARKET RD | 2018 | 14,160 | 0.00% | 14,016 | 144 | 0.00% | 0.081100 | 0.00% | $0.12 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| SEALY ISD | 2018 | 14,160 | 0.00% | 14,016 | 144 | 0.00% | 1.390000 | 0.00% | $2.00 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| SPC RD & BRIDGE | 2018 | 14,160 | 0.00% | 14,016 | 144 | 0.00% | 0.067200 | 0.00% | $0.10 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |
| TOWN OF SAN FELIPE | 2018 | 14,160 | 0.00% | 14,016 | 144 | 0.00% | 0.152000 | 0.00% | $0.22 | 0.00% |
| | 2017 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2016 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2015 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2014 | INFORMATION NOT AVAILABLE | | | | | | | | |
| | 2013 | INFORMATION NOT AVAILABLE | | | | | | | | |

Texas Comptroller of Public Accounts

Form
50-132

# Property Appraisal – Notice of Protest

**AUSTIN COUNTY APPRAISAL DISTRICT**      **(979) 865-9124**

Appraisal District's Name      Phone *(area code and number)*

**906 E. AMELIA ST., BELLVILLE, TEXAS 77418**

Address, City, State, ZIP Code

**GENERAL INSTRUCTIONS:** This form is for use by a property owner or the owner's designated agent to file a protest regarding certain actions of the appraisal district responsible for appraising the owner's property and have the appraisal review board (ARB) hear and decide the matter. Section 3 of this form identifies the reasons or grounds under Tax Code Section 41.41 that a property owner has the right to protest.

Lessees contractually obligated to reimburse a property owner for property taxes may be entitled to protest as a lessee if all Tax Code requirements are met, including those in Tax Code Section 41.413.

**FILING INSTRUCTIONS:** This document and all supporting documentation must be filed with the appraisal district office in each county in which the property is located. Do not file this document with the Texas Comptroller of Public Accounts. A directory with contact information for appraisal district offices may be found on the Comptroller's website.

**FILING DEADLINES:** The typical deadline for filing a notice of protest is midnight, May 15.

A different deadline may apply if:

- the notice of appraised value was delivered to the property owner after April 16;
- the protest concerns a change in the use of agricultural, open-space or timberland;
- the appraisal district or the ARB was required by law to send the property owner a notice about a property and did not;
- the ARB made a change to the appraisal records that adversely affects the property owner and the property owner received notice of the change; or
- in certain limited circumstances, the property owner had good cause for missing the protest filing deadline.

Contact the ARB for the county in which the property is located for the specific protest filing deadline.

**TYPES OF PROTEST HEARINGS:** Under Tax Code Section 41.45, a property owner may appear or participate in the ARB protest hearing in one of three ways: in person at the hearing; by telephone conference call; or by written affidavit submission.

**EVIDENCE FOR HEARINGS:** A person participating in an ARB hearing by telephone conference call or by written affidavit submission must submit evidence with a written affidavit delivered to the ARB **before** the hearing begins. A completed and signed Form 50-283, Property Owner's Affidavit of Evidence to the Appraisal Review Board, may be used as the affidavit to submit evidence before the ARB hearing. Evidence may be submitted for any hearing type either in paper or on a small portable electronic device (such as a CD, USB flash drive or thumb drive) which will be kept by the ARB. Do not bring evidence on a smart phone. The ARB's hearing procedures regarding all the requirements to properly submit evidence on a small portable electronic device must be reviewed.

**NOTICE:** The Comptroller's office may not advise a property owner, a property owner's agent, the chief appraiser or any appraisal district employee on a matter that the Comptroller's office knows is the subject of a protest to the ARB. Consult Tax Code Chapter 41 or the ARB hearing procedures for more information.

| Tax Year(s) | State the tax year(s) for which this protest is filed. | 2018 |
|---|---|---|
| | | Tax Year(s) |

## SECTION 1: Property Owner or Lessee Information

Name of Property Owner or Lessee

Mailing Address, City, State, ZIP Code

Primary Phone Number *(area code and number)*      Email Address\*

\*An email address of a member of the public could be confidential under Government Code Section 552.137; however, by including the email address on this form, you are affirmatively consenting to its release under the Public Information Act.

## SECTION 2: Property Description

Provide the descriptive information requested below.

Physical Address, City, State, ZIP Code *(if different than above)*

If no street address, provide legal description.

Appraisal District Account Number *(if known)*

Mobile Home Make, Model and Identification Number

The Property Tax Assistance Division at the Texas Comptroller of Public Accounts provides property tax information and resources for taxpayers, local taxing entities, appraisal districts and appraisal review boards.

For more information, visit our website:
**comptroller.texas.gov/taxes/property-tax**
50-132 • 01-18/17

Texas Comptroller of Public Accounts

Form
50-132

## SECTION 3: Reason for Protest

**To preserve your right to present each reason for your protest to the ARB according to law, be sure to select all boxes that apply.**

For example, if you select the first box indicating an incorrect appraised (market) value for your property, you are representing that the value is incorrect—usually that the value should be lowered.

If you also want to protest that your property is not appraised at the same level as a representative sample of comparable properties appropriately adjusted for condition, size, location and other factors, you must also select the box indicating the value is unequal compared with other properties. Your property may be appraised at its market value, but be unequally appraised.

Failure to select the box that corresponds to each reason for your protest may result in your inability to protest an issue that you want to pursue.

- [ ] Incorrect appraised (market) value.
- [ ] Value is unequal compared with other properties.
- [ ] Property should not be taxed in _____ .
  *(name of taxing unit)*
- [ ] Property is not located in this appraisal district or otherwise should not be included on the appraisal district's record.
- [ ] Failure to send required notice. _____ .
  *(type)*
- [ ] Exemption was denied, modified or cancelled.

- [ ] Ag-use, open-space or other special appraisal was denied, modified or cancelled.
- [ ] Change in use of land appraised as ag-use, open-space or timberland.
- [ ] Incorrect appraised or market value of land under special appraisal for ag-use, open-space or other special appraisal.
- [ ] Owner's name is incorrect.
- [ ] Property description is incorrect.
- [ ] Other: _____ .

## SECTION 4: Additional Facts

Provide facts that may help resolve this protest.

What do you think your property's value is? *(Optional)*   $ _____

## SECTION 5: Hearing Type

Indicate below how you intend to appear or participate in a protest hearing scheduled for the property that is the subject of this protest. A property owner does not waive the right to appear in person at a protest hearing by submitting an affidavit to the ARB or by electing to appear by telephone conference call.

I intend to appear in the ARB hearing scheduled for my protest in the following manner *(Check only one box)*:

- [ ] In person
- [ ] By telephone conference call and will submit evidence with a written affidavit delivered to the ARB **before** the hearing begins.** Review the ARB's hearing procedures for county-specific telephone conference call procedures.
  Telephone number for the ARB to contact you: _____
  *(Owner's Telephone Number with Area Code)*
- [ ] On written affidavit submitted with evidence and delivered to the ARB **before** the hearing begins

**If you decide later to appear by telephone conference call, you must provide written notice to the ARB at least 10 days before the hearing date. You are responsible for providing access to the call to any person(s) you wish to invite to participate in the hearing.

## SECTION 6: Check to Receive ARB Hearing Procedures

If a protest goes to a hearing, the ARB automatically sends each party a copy of the ARB's hearing procedures.

I want the ARB to send me a copy of its hearing procedures.   [ ] Yes   [ ] No

## SECTION 7: Name and Signature

**print here** ▶ _____
Print Name of Person Filing Protest

**sign here** ▶ _____          _____
Signature of Person Filing Protest                              Date

50-132 • 01-18/17

## Property Tax Protest and Appeal Procedures

Property owners have the right to protest actions concerning their property tax appraisals. You may follow these appeal procedures if you have a concern about:

- The appraised (market) value of your property
- the unequal value of your property compared with other properties
- the inclusion of your property on the appraisal roll
- any exemptions that may apply to you
- the qualification for an agricultural or timber appraisal
- the taxing units taxing your property
- the property ownership
- the change of use of land receiving special appraisal
- failure of the chief appraiser or appraisal review board (ARB) to send a required notice
- any action taken by the chief appraiser, county appraisal district (CAD) or ARB that applies to and adversely affects you.

**Informal Review**
For information about informal review and obtaining property tax records, call the Austin County Appraisal District at 979-865-9124.

**Review by the Appraisal Review Board**
If you cannot resolve your problem informally with the CAD, you file a notice of protest requesting to have your case heard by the ARB.

The ARB is an independent board of citizens that hears and determines protests regarding property appraisals or other concerns listed above. It has the power to order the CAD to make the necessary changes based on evidence heard during the ARB hearing.

If you file a written request for an ARB hearing (notice of protest) before the deadline, the ARB will set your case for a hearing and send you written notice of the time, date and place of the hearing. If necessary, you may request a hearing in the evening or on a Saturday or Sunday. You may use Comptroller Form 50-132, *Property Appraisal – Notice of Protest*, to file your written request for an ARB hearing.

Prior to your hearing, you may ask to review the evidence the CAD plans to introduce at the hearing to establish any matter at issue. Before a hearing on a protest or immediately after the hearing begins, you or your agent and the CAD are required to provide each other with a copy of any materials (evidence) intended to be offered or submitted to the ARB at the hearing. Evidence may be submitted for any hearing type either in paper or on a small portable electronic device (such as a CD, USB flash drive or thumb drive) which will be kept by the ARB. Do NOT bring evidence on a smart phone. The ARB's hearing procedures regarding all the requirements to properly submit evidence on a small portable electronic device must be reviewed.

To the greatest extent practicable, the hearing will be informal. You or a designated agent may appear in person or you may be

telephone conference call or submission of written affidavit to present your evidence, facts and argument. If you decide to participate by telephone conference call, you must provide your evidence to the ARB with a written affidavit before the ARB hearing begins. You may use Comptroller Form 50-283, *Property Owner's Affidavit of Evidence to the Appraisal Review Board*, to submit evidence for your telephone conference call hearing or for hearing by affidavit.

You and the CAD representative have the opportunity to present evidence about your case. You may cross-examine the CAD representative. The ARB will make its decision based on the evidence presented by both parties. In most cases, the CAD has the burden of establishing the property's value by a preponderance of the evidence presented.

In certain protests, the chief appraiser has the burden of proving the property's value by clear and convincing evidence. You should review ARB hearing procedures to learn more about evidence and related matters.

You should not try to contact ARB members outside of the hearing. ARB members are required to sign an affidavit saying that they have not talked about your case before the ARB hears it.

**Review by the District Court or an Arbitrator or SOAH**
After it decides your case, the ARB must send you a copy of its order by certified mail. If you are not satisfied with the ARB's decision, you have the right to appeal to district court. As an alternative to district court, you may appeal through binding arbitration or the State Office of Administrative Hearings (SOAH) if you meet the qualifying criteria.

If you choose to go to district court, you must start the process by filing a petition with the district court within 60 days of the date you receive the ARB's order. If you choose to appeal through binding arbitration, you must file a request for binding arbitration with the CAD not later than the 45th day after you receive notice of the ARB order. If you choose to appeal to the SOAH, you must file an appeal with the CAD not later than the 30th day after you receive notice of the ARB's order. Appeals to district court, binding arbitration or SOAH all require payment of certain fees or deposits.

**Tax Payment**
You must pay the amount of taxes due on the portion of the taxable value not in dispute, the amount of taxes due on the property under the order from which the appeal is taken or the amount of taxes due in the previous year.

**More Information**
You can get more information by contacting your CAD at Austin County Appraisal District, 906 E. Amelia St., Bellville, Texas 77418-2843, or 979-865-9124. You can get Comptroller forms and additional information on how to prepare a protest from the Comptroller's website at comptroller.texas.gov/taxes/property-tax/.

## Deadline for Filing Protests with the ARB*

**Usual Deadline**
Not later than May 15 (or 30 days after a notice of appraised value was mailed to you, whichever is later).

Late protests are allowed for good cause if you miss the usual deadline. The ARB decides whether you have good cause. Late protests are not allowed after the ARB approves the appraisal records for the year.

**Special Deadlines**
For change of use (the CAD informed you that you are losing agricultural appraisal because you changed the use of your land), the deadline is not later than the 30th day after the notice of determination was mailed to you.

For ARB changes (the ARB has informed you of a change that increases your tax liability and the change did not result from a protest you filed), the deadline is not later than the 30th day after the notice of the change was mailed to you.

If you believe the CAD or ARB should have sent you a notice and did not, you may file a protest until the day before taxes become delinquent (usually February 1) or no later than the 125th day after the date you claim you received a tax bill from one or more of the taxing units that tax your property. The ARB decides whether it will hear your case based on evidence about whether a required notice was mailed to you.

*The deadline is postponed to the next business day if it falls on a weekend or legal, state or national holiday.

AUSTIN COUNTY APPRAISAL DISTRICT
906 E. AMELIA ST.
BELLVILLE, TX 77418

**ADDRESS SERVICE REQUESTED**

Phone: (979) 865-9124
Fax: (979) 865-3296

NOTICE DATE: 05/07/2018
Exhibit 13, pg. 67
PROTEST BY: 06/06/2018

**ACCOUNT NUMBER**
R000017855

MCALLISTER KENTON JOHN
223 PARK RD
SEALY TX 77474

**Property Address:** 15631 FM 1458 SAN FELIPE

**Acres:** 2.547     **Und. Int.:** 1.0000000

**PROPERTY DESCRIPTION**

SAN FELIPE BLDG ADDN
LOT 205, 206, 207, 244, 245, 246

| YEAR | PERSONAL PROPERTY | AG USE | LAND MARKET | STRUCTURES & OTHER IMPROVEMENT | TOTAL MARKET | APPRAISED VALUE (WITH LIMITED 10% INCREASE, IF APPLICABLE) |
|------|------|------|------|------|------|------|
| 2017 | | 321 | 28,330 | | 28,330 | 321 |
| 2018 | | 288 | 28,330 | | 28,330 | 288 |

**EXEMPTIONS GRANTED:**

**SPECIAL USE APPRAISALS:**     AG5

Percent difference from **2013** Appraised Value: **26.87%**

| Last Year's Taxable Value | Taxing Unit | Exemptions/ Deductions | This Year's Taxable Value | Last Year's Tax Rate | Estimated Taxes |
|------|------|------|------|------|------|
| 321 | SEALY ISD | | 288 | 1.390000 | 4.00 |
| 321 | TOWN OF SAN FELIPE | | 288 | 0.148210 | 0.43 |
| 321 | AUSTIN COUNTY | | 288 | 0.399600 | 1.15 |
| 321 | FARM/MARKET RD | | 288 | 0.081100 | 0.23 |
| 321 | AUSTIN COUNTY ESD#1 | | 288 | 0.031820 | 0.09 |
| 321 | SPC RD & BRIDGE | | 288 | 0.067200 | 0.19 |

**TAX TOTAL ESTIMATED FOR 2018:     $6.09**

## 2018 NOTICE OF APPRAISED VALUE

*This is your Appraisal Notice explaining the appraised value placed on the referenced property. The estimated taxes are calculated by using the previous year's tax rates and the taxable value for this year. This is the amount you would pay if the governing body of each jurisdiction were to adopt the same tax rate as last year. The governing body of each of these taxing units decide whether or not taxes on property will increase and the appraisal district only determines the value of property.*

*"The Texas Legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials and all inquiries concerning your taxes should be directed to those officials"*

If you receive the Over-65 or Disabled Person exemption for a residence homestead, a participating jurisdiction's tax may not exceed your established tax ceiling, unless you have added land or improvements since the ceilings were set.

If you disagree with the proposed value or any other action the appraisal district may have taken, contact the AUSTIN COUNTY APPRAISAL DISTRICT at (979) 865-9124. If you are unable to resolve the situation with the appraisal district, you have the right to file a protest and receive a hearing with the Appraisal Review Board (ARB). Your protest must be in writing and postmarked or hand delivered by 06/06/2018.

The protest form on the back of this notice may be used to file your written protest. The ARB will begin hearings on 06/18/2018.

**NOTE: THIS IS NOT A TAX STATEMENT!**          **DO NOT PAY FROM THIS NOTICE!**

Exhibit 13, pg. 68

| Taxing Unit | Exemption by Type* | Prior ExemptAmount | Current Exemption Amount | Canceled or Reduced Exemption Amount |
|---|---|---|---|---|
| AUSTIN COUNTY | AG5 | $28,009.00 | $28,042.00 | $0.00 |
| AUSTIN COUNTY ESD#1 | AG5 | $28,009.00 | $28,042.00 | $0.00 |
| FARM/MARKET RD | AG5 | $28,009.00 | $28,042.00 | $0.00 |
| SEALY ISD | AG5 | $28,009.00 | $28,042.00 | $0.00 |
| SPC RD & BRIDGE | AG5 | $28,009.00 | $28,042.00 | $0.00 |
| TOWN OF SAN FELIPE | AG5 | $28,009.00 | $28,042.00 | $0.00 |

* Exemption Types: HS-Homestead, O65-Over 65, DIS-Disabled, Vet-Disabled Veteran, VHS-100% Disabled Veteran's Homestead, ABT-Abatement, POL-Pollution Control, HIS-Historic, PWR-Alternate Power, FRP-Freeport, T-EX- Total Exempt

# 2018 Tax Statement

**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

Exhibit 13 pg. 68

**Property Account Number**

## R000017855

Owner: MCALLISTER KENTON JOHN
223 PARK RD
SEALY TX 774740000

| Owner ID: | 000021775 | Acres: | 2.547000 | Ownership: | 100 | | Assessment Ratio: | 100% |
|---|---|---|---|---|---|---|---|---|

| Legal Description: | SAN FELIPE BLDG ADDN LOT 205, 206, 207, 244, 245, 246 | | |
|---|---|---|---|

| Exemptions: | AG002 | Location: | 0015631 FM 1458 |
|---|---|---|---|

| Improvement Market Value | Land Market Value | Less Capped | Appraised | Ag Value | Mineral Value | Personal Property | Total Market Value |
|---|---|---|---|---|---|---|---|
| 0 | 28,330 | 0 | 28,330 | 288 | 0 | 0 | 28,330 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate per $100 | Base Tax |
|---|---|---|---|---|
| AUSTIN COUNTY | 28,042 | 288 | 0.399600 | 1.15 |
| TOWN OF SAN FELIPE | 28,042 | 288 | 0.152000 | 0.44 |
| SEALY ISD | 28,042 | 288 | 1.390000 | 4.00 |
| FARM/MARKET RD | 28,042 | 288 | 0.081100 | 0.23 |
| AUSTIN COUNTY ESD#1 | 28,042 | 288 | 0.031820 | 0.09 |
| SPC RD & BRIDGE | 28,042 | 288 | 0.067200 | 0.19 |

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $ 0.17.

| SEALY ISD<br>2018 rate is:  1.110000(M&O) +  0.280000(I&S)<br>2017 rate is:  1.040000(M&O) +  0.350000(I&S) | **Total Tax Amount Due:** | 6.10 |
|---|---|---|

**For all exemptions or if you are 65 years of age or older or are disabled and the property described in this document is your residence, you should contact the Appraisal District regarding any entitlement you may have to postponement in the payment of these taxes.**

- The deadline for paying 2018 property taxes without penalty & interest is January 31, 2019.
- If your mortgage company pays your property taxes, please forward this notice to them so they can make payment by the deadline.
- **The post office cancellation mark is considered the date of payment if it is sent by first-class mail, properly addressed with postage prepaid.**
- **If you are qualified for the over 65 or disabled homestead exemptions, you may pay your current taxes on your home in four installments.  You must contact the Appraisal District for a quarterly installment plan.**
- This statement reflects the amount due for the 2018 tax year only.  Delinquent taxes are not included on this statement.

**THIS TOP PORTION AND YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLEASE DETACH ON PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT**

# 2018 TAX STATEMENT



**Make Checks Payable to:**
**AUSTIN COUNTY APPRAISAL DISTRICT**
906 E. AMELIA ST.
BELLVILLE, TEXAS 77418
979-865-9124

| Owner ID: | 000021775 | Ownership: | 100 |
|---|---|---|---|

| Property Account Number |
|---|
| **R000017855** |

| Total Tax Amount Due: | 6.10 |
|---|---|
| FEB | 7% | 6.52 |
| MAR | 9% | 6.64 |

15207  T1  P1*******************SNGLP
MCALLISTER KENTON JOHN
223 PARK RD
SEALY TX 77474

TO PAY BY CREDIT CARD VISIT
WWW.AUSTINCAD.ORG
CREDIT CARD PAYMENTS ARE CHARGED 2.5%
CONVENIENCE FEE BY FORTE.
FEE FOR AN E-CHECK IS $1.50

   

# Account History

| R000017855 | Tax Year | Appraised Value | Appraised % chg | Exemption Amount | Taxable Value | Value % chg | Tax Rate Per $100 | Rate % chg | Tax | Tax % chg |
|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN COUNTY | 2018 | 28,330 | 6.61% | 28,042 | 288 | -10.29% | 0.399600 | 0.00% | $1.15 | -10.16% |
| | 2017 | 26,573 | 0.00% | 26,252 | 321 | -5.31% | 0.399600 | 0.81% | $1.28 | -4.48% |
| | 2016 | 26,573 | 31.91% | 26,234 | 339 | 48.03% | 0.396400 | -0.20% | $1.34 | 47.25% |
| | 2015 | 20,144 | 0.00% | 19,915 | 229 | -2.14% | 0.397200 | 5.02% | $0.91 | 3.40% |
| | 2014 | 20,144 | 97.72% | 19,910 | 234 | 3.08% | 0.378200 | -1.84% | $0.88 | 1.14% |
| | 2013 | 10,188 | 0.00% | 9,961 | 227 | 0.00% | 0.385300 | 0.00% | $0.87 | 0.00% |
| AUSTIN COUNTY ESD#1 | 2018 | 28,330 | 6.61% | 28,042 | 288 | -10.29% | 0.031820 | 0.00% | $0.09 | -10.00% |
| | 2017 | 26,573 | 0.00% | 26,252 | 321 | -5.31% | 0.031820 | 1.99% | $0.10 | -9.10% |
| | 2016 | 26,573 | 31.91% | 26,234 | 339 | 48.03% | 0.031200 | 4.00% | $0.11 | 57.14% |
| | 2015 | 20,144 | 0.00% | 19,915 | 229 | -2.14% | 0.030000 | 0.00% | $0.07 | 0.00% |
| | 2014 | 20,144 | 97.72% | 19,910 | 234 | 3.08% | 0.030000 | 0.00% | $0.07 | 0.00% |
| | 2013 | 10,188 | 0.00% | 9,961 | 227 | 0.00% | 0.030000 | 0.00% | $0.07 | |
| FARM/MARKET RD | 2018 | 28,330 | 6.61% | 28,042 | 288 | -10.29% | 0.081100 | 0.00% | $0.23 | -11.54% |
| | 2017 | 26,573 | 0.00% | 26,252 | 321 | -5.31% | 0.081100 | 0.87% | $0.26 | -3.71% |
| | 2016 | 26,573 | 31.91% | 26,234 | 339 | 48.03% | 0.080400 | 0.00% | $0.27 | 50.00% |
| | 2015 | 20,144 | 0.00% | 19,915 | 229 | -2.14% | 0.080400 | 4.96% | $0.18 | 0.00% |
| | 2014 | 20,144 | 97.72% | 19,910 | 234 | 3.08% | 0.076600 | -2.05% | $0.18 | 0.00% |
| | 2013 | 10,188 | 0.00% | 9,961 | 227 | 0.00% | 0.078200 | 0.00% | $0.18 | |
| SEALY ISD | 2018 | 28,330 | 6.61% | 28,042 | 288 | -10.29% | 1.390000 | 0.00% | $4.00 | -10.32% |
| | 2017 | 26,573 | 0.00% | 26,252 | 321 | -5.31% | 1.390000 | 3.73% | $4.46 | -1.77% |
| | 2016 | 26,573 | 31.91% | 26,234 | 339 | 48.03% | 1.340000 | 6.35% | $4.54 | 57.09% |
| | 2015 | 20,144 | 0.00% | 19,915 | 229 | -2.14% | 1.260000 | 0.00% | $2.89 | -2.04% |
| | 2014 | 20,144 | 97.72% | 19,910 | 234 | 3.08% | 1.260000 | 0.00% | $2.95 | 3.14% |
| | 2013 | 10,188 | 0.00% | 9,961 | 227 | 0.00% | 1.260000 | 0.00% | $2.86 | |
| SPC RD & BRIDGE | 2018 | 28,330 | 6.61% | 28,042 | 288 | -10.29% | 0.067200 | 0.00% | $0.19 | -13.64% |
| | 2017 | 26,573 | 0.00% | 26,252 | 321 | -5.31% | 0.067200 | 0.75% | $0.22 | -4.35% |
| | 2016 | 26,573 | 31.91% | 26,234 | 339 | 48.03% | 0.066700 | 0.00% | $0.23 | 53.33% |
| | 2015 | 20,144 | 0.00% | 19,915 | 229 | -2.14% | 0.066700 | 5.04% | $0.15 | 0.00% |
| | 2014 | 20,144 | 97.72% | 19,910 | 234 | 3.08% | 0.063500 | -2.01% | $0.15 | 0.00% |
| | 2013 | 10,188 | 0.00% | 9,961 | 227 | 0.00% | 0.064800 | 0.00% | $0.15 | |
| TOWN OF SAN FELIPE | 2018 | 28,330 | 6.61% | 28,042 | 288 | -10.29% | 0.152000 | 2.56% | $0.44 | -8.34% |
| | 2017 | 26,573 | 0.00% | 26,252 | 321 | -5.31% | 0.148210 | -4.81% | $0.48 | -9.44% |
| | 2016 | 26,573 | 31.91% | 26,234 | 339 | 48.03% | 0.155700 | -2.87% | $0.53 | 43.24% |
| | 2015 | 20,144 | 0.00% | 19,915 | 229 | -2.14% | 0.160300 | 0.50% | $0.37 | 0.00% |
| | 2014 | 20,144 | 97.72% | 19,910 | 234 | 3.08% | 0.159500 | -5.68% | $0.37 | -2.64% |
| | 2013 | 10,188 | 0.00% | 9,961 | 227 | 0.00% | 0.169100 | 0.00% | $0.38 | 0.00% |

Texas Comptroller of Public Accounts

Form
50-132

# Property Appraisal – Notice of Protest

## AUSTIN COUNTY APPRAISAL DISTRICT

Appraisal District's Name

**(979) 865-9124**

Phone *(area code and number)*

### 906 E. AMELIA ST., BELLVILLE, TEXAS 77418

Address, City, State, ZIP Code

**GENERAL INSTRUCTIONS:** This form is for use by a property owner or the owner's designated agent to file a protest regarding certain actions of the appraisal district responsible for appraising the owner's property and have the appraisal review board (ARB) hear and decide the matter. Section 3 of this form identifies the reasons or grounds under Tax Code Section 41.41 that a property owner has the right to protest.

Lessees contractually obligated to reimburse a property owner for property taxes may be entitled to protest as a lessee if all Tax Code requirements are met, including those in Tax Code Section 41.413.

**FILING INSTRUCTIONS:** This document and all supporting documentation must be filed with the appraisal district office in each county in which the property is located. Do <u>not</u> file this document with the Texas Comptroller of Public Accounts. A directory with contact information for appraisal district offices may be found on the Comptroller's website.

**FILING DEADLINES:** The typical deadline for filing a notice of protest is midnight, May 15.

A different deadline may apply if:

- the notice of appraised value was delivered to the property owner after April 16;
- the protest concerns a change in the use of agricultural, open-space or timberland;
- the appraisal district or the ARB was required by law to send the property owner a notice about a property and did not;
- the ARB made a change to the appraisal records that adversely affects the property owner and the property owner received notice of the change; or
- in certain limited circumstances, the property owner had good cause for missing the protest filing deadline.

Contact the ARB for the county in which the property is located for the specific protest filing deadline.

**TYPES OF PROTEST HEARINGS:** Under Tax Code Section 41.45, a property owner may appear or participate in the ARB protest hearing in one of three ways: in person at the hearing; by telephone conference call; or by written affidavit submission.

**EVIDENCE FOR HEARINGS:** *A person participating in an ARB hearing by telephone conference call or by written affidavit submission must submit evidence with a written affidavit delivered to the ARB* **before** *the hearing begins. A completed and signed Form 50-283, Property Owner's Affidavit of Evidence to the Appraisal Review Board, may be used as the affidavit to submit evidence before the ARB hearing. Evidence may be submitted for any hearing type either in paper or on a small portable electronic device (such as a CD, USB flash drive or thumb drive) which will be kept by the ARB. Do not bring evidence on a smart phone. The ARB's hearing procedures regarding all the requirements to properly submit evidence on a small portable electronic device must be reviewed.*

**NOTICE:** The Comptroller's office may not advise a property owner, a property owner's agent, the chief appraiser or any appraisal district employee on a matter that the Comptroller's office knows is the subject of a protest to the ARB. Consult Tax Code Chapter 41 or the ARB hearing procedures for more information.

| Tax Year(s) | State the tax year(s) for which this protest is filed. | 2018 |
| --- | --- | --- |
| | | Tax Year(s) |

### SECTION 1: Property Owner or Lessee Information

Name of Property Owner or Lessee

Mailing Address, City, State, ZIP Code

Primary Phone Number *(area code and number)*          Email Address*

*An email address of a member of the public could be confidential under Government Code Section 552.137; however, by including the email address on this form, you are affirmatively consenting to its release under the Public Information Act.

### SECTION 2: Property Description

Provide the descriptive information requested below.

Physical Address, City, State, ZIP Code *(if different than above)*

If no street address, provide legal description.

Appraisal District Account Number *(if known)*

Mobile Home Make, Model and Identification Number

The Property Tax Assistance Division at the Texas Comptroller of Public Accounts provides property tax information and resources for taxpayers, local taxing entities, appraisal districts and appraisal review boards.

For more information, visit our website:
**comptroller.texas.gov/taxes/property-tax**
50-132 • 01-18/17

Texas Comptroller of Public Accounts

Form
50-132

## SECTION 3: Reason for Protest

**To preserve your right to present each reason for your protest to the ARB according to law, be sure to select all boxes that apply.**

For example, if you select the first box indicating an incorrect appraised (market) value for your property, you are representing that the value is incorrect— usually that the value should be lowered.

If you also want to protest that your property is not appraised at the same level as a representative sample of comparable properties appropriately adjusted for condition, size, location and other factors, you must also select the box indicating the value is unequal compared with other properties. Your property may be appraised at its market value, but be unequally appraised.

Failure to select the box that corresponds to each reason for your protest may result in your inability to protest an issue that you want to pursue.

☐ Incorrect appraised (market) value.

☐ Value is unequal compared with other properties.

☐ Property should be taxed in _____.
*(name of taxing unit)*

☐ Property is not located in this appraisal district or otherwise should not be included on the appraisal district's record.

☐ Failure to send required notice. _____.
*(type)*

☐ Exemption was denied, modified or cancelled.

☐ Ag-use, open-space or other special appraisal was denied, modified or cancelled.

☐ Change in use of land appraised as ag-use, open-space or timberland.

☐ Incorrect appraised or market value of land under special appraisal for ag-use, open-space or other special appraisal.

☐ Owner's name is incorrect.

☐ Property description is incorrect.

☐ Other: _____.

## SECTION 4: Additional Facts

Provide facts that may help resolve this protest.

What do you think your property's value is? *(Optional)*   $ _____

## SECTION 5: Hearing Type

Indicate below how you intend to appear or participate in a protest hearing scheduled for the property that is the subject of this protest. A property owner *does not waive the right* to appear in person at a protest hearing by submitting an affidavit to the ARB or by electing to appear by telephone conference call.

I intend to appear in the ARB hearing scheduled for my protest in the following manner *(Check only one box)*:

☐ In person

☐ By telephone conference call and will submit evidence with a written affidavit delivered to the ARB **before** the hearing begins.** Review the ARB's hearing procedures for county-specific telephone conference call procedures.

Telephone number for the ARB to contact you: _____
*(Owner's Telephone Number with Area Code)*

☐ On written affidavit submitted with evidence and delivered to the ARB **before** the hearing begins

**If you decide later to appear by telephone conference call, you must provide written notice to the ARB at least 10 days before the hearing date. You are responsible for providing access to the call to any person(s) you wish to invite to participate in the hearing.

## SECTION 6: Check to Receive ARB Hearing Procedures

If a protest goes to a hearing, the ARB automatically sends each party a copy of the ARB's hearing procedures.

I want the ARB to send me a copy of its hearing procedures.   ☐ Yes   ☐ No

## SECTION 7: Name and Signature

**print here** ▶ _____
Print Name of Person Filing Protest

**sign here** ▶ _____
Signature of Person Filing Protest                                      Date

50-132 • 01-18/17

Exhibit 13, pg. 73

# Property Tax Protest and Appeal Procedures

Property owners have the right to protest actions concerning their property tax appraisals. You may follow these appeal procedures if you have a concern about:

- The appraised (market) value of your property
- the unequal value of your property compared with other properties
- the inclusion of your property on the appraisal roll
- any exemptions that may apply to you
- the qualification for an agricultural or timber appraisal
- the taxing units taxing your property
- the property ownership
- the change of use of land receiving special appraisal
- failure of the chief appraiser or appraisal review board (ARB) to send a required notice
- any action taken by the chief appraiser, county appraisal district (CAD) or ARB that applies to and adversely affects you.

**Informal Review**
For information about informal review and obtaining property tax records, call the Austin County Appraisal District at 979-865-9124.

**Review by the Appraisal Review Board**
If you cannot resolve your problem informally with the CAD, you file a notice of protest requesting to have your case heard by the ARB.

The ARB is an independent board of citizens that hears and determines protests regarding property appraisals or other concerns listed above. It has the power to order the CAD to make the necessary changes based on evidence heard during the ARB hearing.

If you file a written request for an ARB hearing (notice of protest) before the deadline, the ARB will set your case for a hearing and send you written notice of the time, date and place of the hearing. If necessary, you may request a hearing in the evening or on a Saturday or Sunday. You may use Comptroller Form 50-132, *Property Appraisal – Notice of Protest*, to file your written request for an ARB hearing.

Prior to your hearing, you may ask to review the evidence the CAD plans to introduce at the hearing to establish any matter at issue. Before a hearing on a protest or immediately after the hearing begins, you or your agent and the CAD are required to provide each other with a copy of any materials (evidence) intended to be offered or submitted to the ARB at the hearing. Evidence may be submitted for any hearing type either in paper or on a small portable electronic device (such as a CD, USB flash drive or thumb drive) which will be kept by the ARB. Do NOT bring evidence on a smart phone. The ARB's hearing procedures regarding all the requirements to properly submit evidence on a small portable electronic device must be reviewed.

To the greatest extent practicable, the hearing will be informal. You or a designated agent may appear in person or you may be telephone conference call or submission of written affidavit to present your evidence, facts and argument. If you decide to participate by telephone conference call, you must provide your evidence to the ARB with a written affidavit before the ARB hearing begins. You may use Comptroller Form 50-283, *Property Owner's Affidavit of Evidence to the Appraisal Review Board*, to submit evidence for your telephone conference call hearing or for hearing by affidavit.

You and the CAD representative have the opportunity to present evidence about your case. You may cross-examine the CAD representative. The ARB will make its decision based on the evidence presented by both parties. In most cases, the CAD has the burden of establishing the property's value by a *preponderance* of the evidence presented.

In certain protests, the chief appraiser has the burden of proving the property's value by clear and convincing evidence. You should review ARB hearing procedures to learn more about evidence and related matters.

You should not try to contact ARB members outside of the hearing. ARB members are required to sign an affidavit saying that they have not talked about your case before the ARB hears it.

**Review by the District Court or an Arbitrator or SOAH**
After it decides your case, the ARB must send you a copy of its order by certified mail. If you are not satisfied with the ARB's decision, you have the right to appeal to district court. As an alternative to district court, you may appeal through binding arbitration or the State Office of Administrative Hearings (SOAH) if you meet the qualifying criteria.

If you choose to go to district court, you must start the process by filing a petition with the district court within 60 days of the date you receive the ARB's order. If you choose to appeal through binding arbitration, you must file a request for binding arbitration with the CAD not later than the 45th day after you receive notice of the ARB order. If you choose to appeal to the SOAH, you must file an appeal with the CAD not later than the 30th day after you receive notice of the ARB's order. Appeals to district court, binding arbitration or SOAH all require payment of certain fees or deposits.

**Tax Payment**
You must pay the amount of taxes due on the portion of the taxable value not in dispute, the amount of taxes due on the property under the order from which the appeal is taken or the amount of taxes due in the previous year.

**More Information**
You can get more information by contacting your CAD at Austin County Appraisal District, 906 E. Amelia St., Bellville, Texas 77418-2843, or 979-865-9124. You can get Comptroller forms and additional information on how to prepare a protest from the Comptroller's website at comptroller.texas.gov/taxes/property-tax/.

# Deadline for Filing Protests with the ARB*

**Usual Deadline**
Not later than May 15 (or 30 days after a notice of appraised value was mailed to you, whichever is later).

Late protests are allowed for good cause if you miss the usual deadline. The ARB decides whether you have good cause. Late protests are not allowed after the ARB approves the appraisal records for the year.

**Special Deadlines**
For change of use (the CAD informed you that you are losing agricultural appraisal because you changed the use of your land), the deadline is not later than the 30th day after the notice of determination was mailed to you.

For ARB changes (the ARB has informed you of a change that increases your tax liability and the change did not result from a protest you filed), the deadline is not later than the 30th day after the notice of the change was mailed to you.

If you believe the CAD or ARB should have sent you a notice and did not, you may file a protest until the day before taxes become delinquent (usually February 1) or no later than the 125th day after the date you claim you received a tax bill from one or more of the taxing units that tax your property. The ARB decides whether it will hear your case based on evidence about whether a required notice was mailed to you.

*The deadline is postponed to the next business day if it falls on a weekend or legal, state or national holiday.

May 17, 2018

Bobby Byars, Mayor
City of San Felipe
927 Sixth Street
San Felipe, Texas 77473

Mr. Mayor,

On May 16, 2018 after being sworn in the night before, Alderwoman Kelly and myself arrived at City Hall to meet with the City Secretary, Sue Foley. It was my understanding that we would be given keys to City Hall along with other relative information like the city charter, operating procedures, financial information, etc.

Upon arriving, Ms. Foley asked us both to have a seat at her desk, which we did. She then began yelling at Alderwoman Kelly in an angry rant making statements like "you filed a complaint with the Secretary of State against me during the election and I don't have to put up with you. I don't have to do anything for y'all and you both need to go through the Mayor for any questions or request. I have already talked with the Mayor and let him know I don't have to work with you people". Her angry rant continued for several minutes. Alderwoman Kelly was able to calm Ms. Foley down and we ended up having a long conversation with her about why she was so angry.

I was disturbed by the City Secretaries unprofessional and aggressive behavior towards Alderwoman Kelly and myself. While campaigning for a position on the San Felipe City Council, I was approached by large numbers of citizens regarding the longstanding rude, aggressive, and abusive behavior they are forced to endure from Ms. Foley.

Ms. Foley stated several times that she has no intention of working with certain members of City Council and would have no direct contact with Alderwoman Kelly or myself moving forward. The comments and behavior displayed by Ms. Foley have clearly created a hostile work environment for members of Council. It is obviously important to the city that council is able to work effectively. Ms. Foley made it very clear that she will refuse to provide any assistance without direction from you.

I am requesting that you place an item on the agenda pursuant to Texas government code 551.074. PERSONNEL MATTERS; CLOSED MEETING. (a) This chapter does not require a governmental body to conduct an open meeting:

(1) to deliberate the appointment, employment, evaluation, reassignment, duties, discipline, or dismissal of a public officer or employee; or

(2) to hear a complaint or charge against an officer or employee.

(b) Subsection (a) does not apply if the officer or employee who is the subject of the deliberation or hearing requests a public hearing.

Thank you for your attention to this matter. I can be reached at 281-961-0334 if you require additional information.

Thank you,

Kent McAllister

---

Kent McAllister                                                         223 Park Rd 38
                                                                        Sealy, Texas 77474

# Kent McAllister
## 223 Park Rd 38
## Sealy, Texas 77474

May 18, 2018

Ms. Sue Foley
C/O Mayor Bobby Byars
Town of San Felipe
927 Sixth Street
San Felipe, Texas 77473

Dear Ms. Foley,

Under the Texas Public Information Act, §6252-17a et seg., I am requesting copies of public records listed below.

1. San Felipe City Charter
2. Current San Felipe Financial Audit
3. Current San Felipe Financial Statement

The Texas Public Information Act requires that you "promptly produce" the requested records unless, within 10 days you have sought an Attorney General's Opinion. If you expect a significant delay in responding to this request, please contact me with information about when I might expect copies or the ability to inspect the requested records.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Thank you,

Sincerely,

Kent McAllister

CC: Ross Fischer, City Attorney

# Ongoing Issues with City Secretary

From: Kent McAllister kent.mcallister@sanfelipetexas.com

To: 'bobby.byars10' bobby.byars10@gmail.com

Cc: Ross Fischer rf@gobergroup.com, Cynthia Kelly cynthia.kelly@sanfelipetexas.com

Date: Thu, Jun 28, 2018, 9:23 AM

Mr. Mayor,

I didn't have time to discuss what happened on Friday because I was headed out of town, but wanted to update you on the ongoing issues with the City Secretary. I stopped by City Hall to drop off the USB flash drive on Friday 6-22-2018 after our phone conversation earlier in the day regarding the quickbooks reports I requested. After arriving, I was confronted by the City Secretary who launched into a tirade about my request to discuss the addition of a city administrative position in the previous council meeting. Ms. Foley demanded a public apology for offending her. She claimed my request was offensive because she didnt ask for additional help and that my request suggested she wasn't doing her job. Ms. Foley pointed to the wall displaying her credentials and stated that she was more than capable of doing the job of 5 people and I, a council member, was simply a policy maker. As City Secretary, she would run the city office the way she wanted to run it and that she would provide the information to council members however she felt was best to transmit it. This was in reference to my request to have documents electronically transmitted in lieu of paper in our out box.

I was initially willing to go along with your request for the opportunity to resolve the various issues with Ms. Foley after the threatening and negative encounter Alderwoman Kelly and myself experienced, but my latest negative encounter makes it clear that Ms. Foley has chosen to ignore your direction as her manager. As I explained in my earlier email on this issue, Ms. Foley made it clear that she has no

intention of working with the new members of City Council in retaliation for having poll watchers during the election along with other personal  prejudices.

I am also aware that Alderwoman Kelly feels unsafe because of Ms. Foley's aggressive and unpredictable behavior. I will not be subjected to verbal abuse and a hostile work environment for the sake of trying to "get along". I am once again asking that an item be placed on the agenda for discussion and action regarding the City Secretary. I think it is prudent to seek the advise of our City Attorney moving forward with this issue.

I am currently still out of town, but can be reached by email if needed.

Thank you,

Kent McAllister
P.O. Box 418
San Felipe, Texas 77473



# Town of San Felipe

979/885-7035

927 Sixth Street
P.O. Box 129
San Felipe, Texas 77473

979/885-4100



**"Incorporated in 1837"**

Historical Town Hall
since 1842

*"The only home I had of my*
*own was at San Felipe."*
STEPHEN F. AUSTIN

March 1, 2018

Don Tillerson
5051 San Felipe Drive
Sealy, TX 77474

      Re: Public Information Act request received February 26, 2018

Mr. Tillerson:

      We are writing in response to your request for information dated February 20, 2018 and received by the Town on February 26, 2018, in which you request copies of all Applications for a Place on the Ballot related to the Town of San Felipe election to be held on May 5, 2018.

      Enclosed are copies of the six Applications for a Place on the ballot that the Town received. You will see that we redacted the date of birth of each applicant. The Texas Attorney General has determined that a city must withhold the dates of birth of public citizens, even if that information was voluntarily included on an application for a place on an election ballot. *See* OR2017-12778.

Sincerely,

Sue Foley
Town Secretary

San Felipe de Austin
"Colonial Capitol of Texas"
1824-1836

All information is required to be provided unless indicated as optional.

## APPLICATION FOR A PLACE ON THE _Ballot City of Hous_ GENERAL ELECTION BALLOT

TO: City Secretary, Secretary of Board

_election may 5, 2018_

I request that my name be placed on the above named general election as a candidate for the office indicated below.

OFFICE SOUGHT (Include any place number or other distinguishing number, if any)

_Alderman W_

**INDICATE TERM**
- [x] FULL
- [ ] UNEXPIRED

FULL NAME (First, Middle, Last)

PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT

_Louis T. Bonner Jr._

_Louis T. Bonner Jr._

PERMANENT RESIDENCE ADDRESS (Do not include a P.O. Box or Rural Route. If you do not have a residence address, describe the address at which you receive personal mail and location of residence.)

PUBLIC MAILING ADDRESS (Campaign mailing address if available.)

| _2980 Stockold Rd._ | | | _2980 Stockold Rd._ | | |
|---|---|---|---|---|---|
| CITY | STATE | ZIP | CITY | STATE | ZIP |
| _San Felipe_ | _Tex_ | _77474_ | _Sealy_ | _Tex_ | _77474_ |

| PUBLIC EMAIL ADDRESS (if available) | OCCUPATION (Do not leave blank) | DATE OF BIRTH | VOTER REGISTRATION VUID NUMBER (Optional) |
|---|---|---|---|
| | _Retired_ | ▓▓▓▓▓ | |

TELEPHONE CONTACT INFORMATION (Optional)

Home: _979 8774710_

LENGTH OF CONTINUOUS RESIDENCE AS OF DATE APPLICATION SWORN

| | IN STATE | IN TERRITORY ELECTED FROM |
|---|---|---|
| Work: | _65_ year(s) | _____ year(s) |
| Cell: | _____ month(s) | _____ month(s) |

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election.

Before me, the undersigned authority, on this day personally appeared (name) _Louis T. Bonner Jr._, who being by me here and now duly sworn, upon oath says:

"I, (name) _Louis T. Bonner Jr._ of _San Felipe Austin_ County, Texas, being a candidate for the office of _Alderman_, swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code.

I further swear that the foregoing statements included in my application are in all things true and correct."

X _Louis T. Bonner_

SIGNATURE OF CANDIDATE

Sworn to and subscribed before me at _San Felipe_, this the _29_ day of _January, 2018_.

_(signature)_

Signature of Officer Administering Oath

_Notary Public_

Title of Officer Administering Oath

SEANIE FOLEY
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-1-2019

TO BE COMPLETED BY CITY SECRETARY OR SECRETARY OF BOARD:
(See Section 1.007)

_1/30/2018_
Date Received

_(signature)_
Signature of Secretary

_11.45 AM_

Voter Registration Status Verified [✓]

_2/21/2018_
_Verified by Brenda V. R._
_City Secretary_

All information is required to be provided unless indicated as optional.

## APPLICATION FOR A PLACE ON THE _City of San Felipe_ GENERAL ELECTION BALLOT
(To City Secretary, Secretary of Board)

I request that my name be placed on the above named general election ballot as a candidate for the office indicated below.

**OFFICE SOUGHT** (include any place number or other distinguishing number, if applicable)

INDICATE TERM

_Alderman_

| FULL NAME (First, Middle, Last) | PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT |
|---|---|
| _Brenda Newsome_ | _Brenda Newsome_ |

| PERMANENT RESIDENCE ADDRESS (Do not include a P.O.B. or Rural Route. If you do not have a residence address, describe the address at which you receive personal mail and location of residence.) | PUBLIC MAILING ADDRESS (Campaign mailing address, if available) |
|---|---|
| _4820 Houston St._ | _P. O. Box 225_ _San Felipe, Tx 77473_ |

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| _San Felipe_ | _Tx_ | _77473_ | _San Felipe_ | _Tx_ | _77473_ |

| PUBLIC EMAIL ADDRESS (if available) | OCCUPATION (Do not leave blank) | DATE OF BIRTH | VOTER REGISTRATION VUID NUMBER (Optional) |
|---|---|---|---|
| | _DSP_ | ▓▓▓▓▓ | |

**TELEPHONE CONTACT INFORMATION** (Optional)
Home: _479-885-7091_

Work:

Cell: _479-637-3574_

**LENGTH OF CONTINUOUS RESIDENCE AS OF DATE APPLICATION SWORN**

| IN STATE | IN TERRITORY ELECTED FROM |
|---|---|
| _62_ year(s) | _28_ year(s) |
| _____ month(s) | _____ month(s) |

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election.

Before me, the undersigned authority, on this day personally appeared (name) _Brenda Newsome_, who being by me here and now duly sworn, upon oath says:

"I, (name) _Brenda Newsome_ of _Austin County_ County, Texas, being a candidate for the office of _Alderman_, swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code.

I further swear that the foregoing statements included in my application are in all things true and correct."

X _Brenda Newsome_
SIGNATURE OF CANDIDATE

Sworn to and subscribed before me at _____, this the _1st_ day of _February_,

| Signature of Officer Administering Oath | Title of Officer Administering Oath |
|---|---|

Notary stamp: SUE LEANE FOLEY / Notary Public / STATE OF TEXAS / My Comm. Exp. 11-14-2018

**TO BE COMPLETED BY CITY SECRETARY OR SECRETARY OF BOARD:**
(See Section 1.007)

| Date Received | Signature of Secretary |
|---|---|

Voter Registration Status Verified [✓]

_2/21/18_
_Verified by Brenda Y._
_at voters office ?_

All information is required to be provided unless indicated as optional

## APPLICATION FOR A PLACE ON THE _____ GENERAL ELECTION BALLOT

(To City, Secretary, Secretary of Board)

I swear that I am not the present or the above name officer or another representative the officer on the table below.

OFFICE SOUGHT (Include any place number or other distinguishing number, if any.)

**INDICATE TERM**
☐ FULL
☐ UNEXPIRED

FULL NAME (First, Middle, Last)

PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT

PERMANENT RESIDENCE ADDRESS (Do not include a P.O. Box or Rural Route. If you do not have a residence address, describe the address at which you receive personal mail and location of residence.)

PUBLIC MAILING ADDRESS (Campaign mailing address if available.)

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|------|-------|-----|------|-------|-----|
| | TX | 11113 | | TX | 11114 |

| PUBLIC EMAIL ADDRESS (if available) | OCCUPATION (Do not leave blank) | DATE OF BIRTH | VOTER REGISTRATION VUID NUMBER (Optional) |
|---|---|---|---|
| | Accountant | ▓▓▓▓▓▓▓▓ | |

TELEPHONE CONTACT INFORMATION (Optional)

Home:

Work:

Cell: 115 555-6667

LENGTH OF CONTINUOUS RESIDENCE AS OF DATE APPLICATION SWORN

| | IN STATE | IN TERRITORY ELECTED FROM |
|---|---|---|
| | 14 year(s) | 6 year(s) |
| | _____ month(s) | _____ month(s) |

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election.

Before me, the undersigned authority, on this day personally appeared (name) ___Cynthia L. Kelly___ who being by me here and now duly sworn, upon oath says:

"I, (name) ___Cynthia L. Kelly___ of ___Harris___ County, Texas, being a candidate for the office of ___Treasurer___, swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code.

I further swear that the foregoing statements included in my application are in all things true and correct."

X ___Cynthia L. Kelly___
SIGNATURE OF CANDIDATE

Sworn to and subscribed before me at ___1221 pm___, this the ___12th___ day of ___Feb.___, 2018.

___Signature of Officer Administering Oath___

Title of Officer Administering Oath: ___Notary Public___

TO BE COMPLETED BY CITY SECRETARY OR SECRETARY OF BOARD:
(See Section 1.007)

Date Received: 2/18/2018

Signature of Secretary

Voter Registration Status Verified ☑

2/2/18
Verified by Brandi V.

[Notary seal: ROSA L FLORES, NOTARY PUBLIC, STATE OF TEXAS, ID 130..., 12/22/2019]

All information is required to be provided unless indicated as optional.

APPLICATION FOR A PLACE ON THE _May 5, 2018_ GENERAL ELECTION BALLOT

OFFICE SOUGHT

INDICATE TERM ✓

FULL NAME
_Thelma_
_Toni J. Franklin_

PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT

_Toni Franklin_

PERMANENT RESIDENCE ADDRESS

PUBLIC MAILING ADDRESS
_410 6th Street_
_Sealy, Texas 77474_

_410 6th Street_
_San Felipe, Texas 77473_

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|------|-------|-----|------|-------|-----|
| SAN Felipe | TX | 77473 | Sealy | TY | 77474 |

PUBLIC EMAIL ADDRESS (if available)
_tonifranklin26@gmail.com_

OCCUPATION (If not, leave blank)
_retired_

DATE OF BIRTH

VOTER REGISTRATION VUID NUMBER (Optional)
_1112528609_

TELEPHONE CONTACT INFORMATION (Optional)
Home: _979-885-7139_

LENGTH OF CONTINUOUS RESIDENCE AS OF DATE APPLICATION SWORN

IN STATE
_42_ year(s)

IN TERRITORY/ELECTED FROM
_10_ year(s)

Work:

Cell:

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statement: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election.

Before me, the undersigned authority, on this day personally appeared (name) _Thelma "Toni" Jacobs Franklin_ who being by me here and now duly sworn, upon oath says:

"I, (name) _Thelma "Toni J." FRANKLIN_ of _Austin_ County, Texas, being a candidate for the office of _Alderman_ swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code.

I further swear that the foregoing statements included in my application are in all things true and correct."

X _Thelma "Toni" J. Franklin_
SIGNATURE OF CANDIDATE

Sworn to and subscribed before me at _San Felipe_ this the _16th_ day of _February_ 2018

_Sue Leane Foley_
Signature of Officer Administering Oath

_Notary Public_
Title of Officer Administering Oath

SUE LEANE FOLEY
SEAL Notary Public
STATE OF TEXAS
My Comm. Exp. 11-14-2018

TO BE COMPLETED BY CITY SECRETARY OR SECRETARY OF BOARD
(See Section 1.007)

_2/14/2018_
Date Received

_Smedley_
Signature of Secretary

Voter Registration Status Verified ✓

_2/21/2018_
_Verified by Brenda V._
_at ____ TXDL by_
_1:58 pm_

All information is required to be provided unless indicated as optional.

## APPLICATION FOR A PLACE ON THE _____ GENERAL ELECTION BALLOT

OFFICE SOUGHT _____ INDICATE TERM

FULL NAME _____ PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT

_Kenton J McAlister_     _Kent McAlister_

PERMANENT RESIDENCE ADDRESS (Do not include a P.O. Box or Rural Route. If you do not have a residence address, describe the address at which you receive personal mail and location of residence.)    PUBLIC MAILING ADDRESS (Same as mailing address if available.)

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Dallas | TX | 77474 | Simonton | TX | 77473 |

| PUBLIC EMAIL ADDRESS (if available) | OCCUPATION (Do not leave blank) | DATE OF BIRTH | VOTER REGISTRATION VUID NUMBER (Optional) |
|---|---|---|---|
| | Concrete Business | | |

| TELEPHONE CONTACT INFORMATION (Optional) | LENGTH OF CONTINUOUS RESIDENCE AS OF DATE APPLICATION SWORN | |
|---|---|---|
| | IN STATE | IN TERRITORY ELECTED FROM |
| Home | 25 year(s) | __ year(s) |
| Work | | |
| Cell | ___ month(s) | ___ month(s) |

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election.

Before me, the undersigned authority, on this day personally appeared (name): _Kenton J McAlister_ who being by me here and now duly sworn, upon oath says:

"I (name), _KENTON J McAlister_ of _Austin_ County, Texas, being a candidate for the office of _Alderman_ swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code.

I further swear that the foregoing statements included in my application are in all things true and correct."

X _Kent M_____
SIGNATURE OF CANDIDATE

Sworn to and subscribed before me at _345_ , this the _15_ day of _Feb_ , _2018_

_____ _Public Vitam_
Signature of Officer Administering Oath    Title of Officer Administering Oath

TO BE COMPLETED BY CITY SECRETARY OR SECRETARY OF BOARD
(See Section 1.007)

_2/16/2018_    _Sue Foley_
Date Received    Signature of Secretary

Voter Registration Status Verified ☑

_2/21/18_
_Verified by Brenda V._

@ _9:30 Am._

POSA I FLORES
NOTARY PUBLIC
SEAL
STATE OF TEXAS
ID 13049847
12/22/2019

All information is required to be provided unless indicated as optional

## APPLICATION FOR A PLACE ON THE _____ GENERAL ELECTION BALLOT

To: City Secretary/Secretary of Board

I request that my name be placed on the above named official ballot as a candidate for the office indicated below.

**OFFICE SOUGHT** (include any place number or other distinguishing number, if any)

**INDICATE TERM**

**FULL NAME** (First, Middle, Last)

**PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT**

**PERMANENT RESIDENCE ADDRESS** (Do not include a P.O. Box or Rural Route. If you do not have a residence address, describe the address at which you receive personal mail and location of residence.)

**PUBLIC MAILING ADDRESS** (Campaign mailing address, if available)

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|------|-------|-----|------|-------|-----|
|      |       |     | Sealy | TX | 77474 |

| PUBLIC EMAIL ADDRESS (if available) | OCCUPATION (Do not leave blank) | DATE OF BIRTH | VOTER REGISTRATION VUID NUMBER (Optional) |
|---|---|---|---|
|   |   |   |   |

**TELEPHONE CONTACT INFORMATION** (Optional)

Home:

Work:

Cell:

| LENGTH OF CONTINUOUS RESIDENCE AS OF DATE APPLICATION SWORN | |
|---|---|
| IN STATE | IN TERRITORY ELECTED FROM |
| year(s) | year(s) |
| 6 month(s) | month(s) |

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election.

Before me, the undersigned authority, on this day personally appeared (name) _____, who being by me here and now duly sworn, upon oath says:

"I, (name) _____ of _____ County, Texas, being a candidate for the office of _____ swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code.

I further swear that the foregoing statements included in my application are in all things true and correct."

X _____

**SIGNATURE OF CANDIDATE**

Sworn to and subscribed before me at _____, this the _____ day of _____,

Signature of Officer Administering Oath          Notary Public  Title of Officer Administering Oath

SUE LEA FOLEY
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-14-2018

**TO BE COMPLETED BY CITY SECRETARY OR SECRETARY OF BOARD:**
(See Section 1.007)

2/6/2018          _____
Date Received          Signature of Secretary

Voter Registration Status Verified ☑

2/21/18
verified by Brandey

TABULATION SHEET FOR UNOFFICIAL CANVASS OF BALLOT BOXES USED
FOR THE GENERAL CITY OFFICERS' ELECTION IN THE TOWN OF SAN
FELIPE, COUNTY OF AUSTIN, STATE OF TEXAS, ON SATURDAY,
MAY 5, 2018

| CANDIDATES & POSITION | PRECINCTS "A" (313, 417 & 418) | EARLY VOTING | TOTAL |
|---|---|---|---|

### ALDERMAN – FULL TERM (2 YEARS):

| | | | |
|---|---|---|---|
| Brenda Newsome | 56 | 26 | 82 |
| Cynthia "Dusty" Kelly | 100 103 up | 11 | 111 114 up |
| Toni Franklin | 69 71 up | 9 | 78 80 up |
| Kent McAllister | 85 88 up | 11 | 96 99 up |
| Louis T. Bonner Jr. | 36 | 23 | 59 |
| Alfred Hall | 61 | 28 | 89 |
| TOTAL: | 407 | 108 | 515 |

**Total Votes Cast - Precinct "A":**  169
     (313, 417, & 418)

**Total Votes Cast - Early Voting:**  34

**TOTAL VOTES CAST, TOWN OF SAN FELIPE:**  203

PROVISIONAL BALLOTS:  11  *Provisional Ballots accepted for county on 5/10/2018 : Count 3*

This tabulation was made at the Town Office, 927 Sixth Street, San Felipe, Texas on the
5th day of May, 2018 at 10:29 P.M. from the election return sheets by Presiding
Judge of the precinct and the Presiding Judge of the Early Voting Ballot Board for Early
Voting Ballots and in their presence.

_____
Sue Foley, Town Secretary
TOWN OF SAN FELIPE

0911605

## Freedom of Information Request

*Completed* 3/6/19 4:45 pm

*RECEIVED 3/6/2019*

*Placed info. in Council members box.*

Kent McAllister
223 Park Rd 38
Sealy Texas 77474

*MARCH 6, 2019*
~~February 18, 2019~~

Ms. Sue Foley
City Secretary
Town of San Felipe
927 Sixth Street
San Felipe, Texas 77473

Dear Ms. Foley

Under the Texas Public Information Act, §6252-17a et seg., I am requesting an opportunity to inspect or obtain copies of public records described below.

## Copies of all Application for Place on the *San Felipe Texas* General Election Ballot for the May 4th 2019 election in the town of San Felipe, Texas.

If there are any fees for copying these records, please inform me if the cost will exceed $ 20.00. Standard copy cost should be applied since the forms do not include any sensitive personal information. This information is not being sought for commercial purposes.

The Texas Public Information Act requires that you "promptly produce" the requested records unless, within 10 days you have sought an Attorney General's Opinion.  If you expect a significant delay in responding to this request, please contact me with information about when I might expect copies or the ability to inspect the requested records.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Thank you for considering my request.

Sincerely,

Kent McAllister

Exhibit 13, pg. 87

2-21
Secretary of State
Section 141.031, Chapters 143 and 144, Texas Election Code
1/2017

ALL INFORMATION IS REQUIRED TO BE PROVIDED UNLESS INDICATED OPTIONAL

## APPLICATION FOR A PLACE ON THE _Town of San Felipe_ GENERAL ELECTION BALLOT

TO: City Secretary/Secretary of Board    _City officer's Election may 2019_

I request that my name be placed on the above-named official ballot as a candidate for the office indicated below.

**OFFICE SOUGHT** (include any place number or other distinguishing number, if any.)

_Mayor_

**INDICATE TERM**
- [✓] FULL
- [ ] UNEXPIRED

**FULL NAME** (First, Middle, Last)
_Bobby Owen Byars_

**PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT**
_Bobby Byars_

**PERMANENT RESIDENCE ADDRESS** (Do not include a P.O. Box or Rural Route. If you do not have a residence address, describe the address at which you receive personal mail and location of residence.)
_14330 FM 1458_
_San Felipe Tx. 77473_

**PUBLIC MAILING ADDRESS** (Campaign mailing address, if available.)
_P.O. Box 255_
_San Felipe Tx. 77473_

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|------|-------|-----|------|-------|-----|
| San Felipe | Tx. | 77473 | San Felipe | Tx. | 77473 |

**PUBLIC EMAIL ADDRESS** (if available)

**OCCUPATION** (Do not leave blank) _Lab Tech_

**DATE OF BIRTH** ▓▓▓▓

**VOTER REGISTRATION VUID NUMBER** (Optional)

**TELEPHONE CONTACT INFORMATION** (Optional)
Home:

Work:

Cell: _979-621-5877_

**LENGTH OF CONTINUOUS RESIDENCE AS OF DATE APPLICATION SWORN**

| IN STATE | IN TERRITORY FROM WHICH THE OFFICE SOUGHT IS ELECTED |
|----------|-----------------------------------------------------|
| _58_ year(s) | _58_ year(s) |
| _4_ month(s) | _4_ month(s) |

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election.

Before me, the undersigned authority, on this day personally appeared (name) _Bobby Owen Byars_, who being by me here and now duly sworn, upon oath says:

"I, (name) _Bobby Owen Byars_, of _Austin_ County, Texas, being a candidate for the office of _Mayor_, swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code.

I further swear that the foregoing statements included in my application are in all things true and correct."

X _Bobby Byars_
SIGNATURE OF CANDIDATE

Sworn to and subscribed before me at _San Felipe, TX_, this the _15th_ day of _February_, _2019_.

_Sue Leane Foley_
Signature of Officer Administering Oath

_Notary Public_
Title of Officer Administering Oath

SEAL
SUE LEANE FOLEY
Notary Public
STATE OF TEXAS
ID#11395199
My Comm. Exp. Nov. 19, 2022

TO BE COMPLETED BY CITY SECRETARY OR SECRETARY OF BOARD:
(See Section 1.007)

Date Received _2/15/19_

Signature of Secretary

Voter Registration Status Verified [✓]

_2/15/19_          © _8:10 Am_

ALL INFORMATION IS REQUIRED TO BE PROVIDED UNLESS INDICATED OPTIONAL

APPLICATION FOR A PLACE ON THE _Town of San Felipe_ GENERAL ELECTION BALLOT
TO: City Secretary/Secretary of Board

_City officers Election May 2019_

I request that my name be placed on the above-named official ballot as a candidate for the office indicated below.

**OFFICE SOUGHT** (include any place number or other distinguishing number, if any.)

_Alderman_

**INDICATE TERM**
[✓] FULL
[ ] UNEXPIRED

**FULL NAME** (First, Middle, Last)

_Derrick Dwain Dabney_

**PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT**

_Derrick Dwain Dabney_

**PERMANENT RESIDENCE ADDRESS** (Do not include a P.O. Box or Rural Route. If you do not have a residence address, describe the address at which you receive personal mail and location of residence.)

_4446 Nicholas Bravo_
_San Felipe TX 77473_

**PUBLIC MAILING ADDRESS** (Campaign mailing address, if available.)

_P.O. Box 198_
_San Felipe TX 77473_

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|------|-------|-----|------|-------|-----|
| _San Felipe_ | _TX_ | _77473_ | _San Felipe_ | _TX_ | _77473_ |

**PUBLIC EMAIL ADDRESS** (if available)

**OCCUPATION** (Do not leave blank) _Op. Director_

**DATE OF BIRTH**

**VOTER REGISTRATION VUID NUMBER** (Optional)

**TELEPHONE CONTACT INFORMATION** (Optional)
Home:
Work:
Cell: _281-924-1842_

**LENGTH OF CONTINUOUS RESIDENCE AS OF DATE APPLICATION SWORN**

| IN STATE | IN TERRITORY FROM WHICH THE OFFICE SOUGHT IS ELECTED |
|----------|------------------------------------------------------|
| _45_ year(s) | _45_ year(s) |
| _2_ month(s) | _2_ month(s) |

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election.

Before me, the undersigned authority, on this day personally appeared (name) _Derrick Dwain Dabney_, who being by me here and now duly sworn, upon oath says:

"I, (name) _Derrick Dwain Dabney_, of _Austin_ County, Texas, being a candidate for the office of _Alderman_, swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code.

I further swear that the foregoing statements included in my application are in all things true and correct."

X _____
SIGNATURE OF CANDIDATE

Sworn to and subscribed before me at _San Felipe_, this the _15th_ day of _February_, _2019_

_____
Signature of Officer Administering Oath

_Notary Public_
Title of Officer Administering Oath

SUE LEANE FOLEY
Notary Public
STATE OF TEXAS
ID#1139519-9
My Comm. Exp. Nov. 19, 2022

**TO BE COMPLETED BY CITY SECRETARY OR SECRETARY OF BOARD:**
(See Section 1.007)

Date Received _2/15/2019_

_____
Signature of Secretary

Voter Registration Status Verified [✓]

_2/15/19_       Ⓒ _2.15 pm_

Section 141.031, Chapters 141 and 144, Election Code

ALL INFORMATION IS REQUIRED TO BE PROVIDED UNLESS INDICATED OPTIONAL

## APPLICATION FOR A PLACE ON THE _SAN FELIPE CITY OFFICERS_ GENERAL ELECTION BALLOT

TO: City Secretary/Secretary of Board _MAY 4, 2019_

I request that my name be placed on the above-named official ballot as a candidate for the office indicated below.

OFFICE SOUGHT (Include any place number or other distinguishing number, if any.)

_CITY COUNCIL - ALDERMAN_

INDICATE TERM
[✓] FULL
[ ] UNEXPIRED

FULL NAME (First, Middle, Last)

_LARRY GENTRY_

PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT[1]

_LARRY GENTRY_

PERMANENT RESIDENCE ADDRESS (Do not include a P.O. Box or Rural Route. If you do not have a residence address, describe the address at which you receive personal mail and location of residence.)

_2325 SKRIVANEK RD._

PUBLIC MAILING ADDRESS (Campaign mailing address, if available.)

_2325 SKRIVANEK RD_

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|------|-------|-----|------|-------|-----|
| _SAN FELIPE_ | _TEXAS_ | _77474_ | _SEALY_ | _TEXAS_ | _77474_ |

PUBLIC EMAIL ADDRESS (If available)

OCCUPATION (Do not leave blank) _RETIRED_

DATE OF BIRTH

VOTER REGISTRATION VUID NUMBER (Optional)[2]

TELEPHONE CONTACT INFORMATION (Optional)

Home:

Work:

Cell: _832 - 578 - 6435_

LENGTH OF CONTINUOUS RESIDENCE AS OF DATE APPLICATION SWORN

| IN STATE | IN TERRITORY FROM WHICH THE OFFICE SOUGHT IS ELECTED[3] |
|----------|--------------------------------------------------------|
| _13_ year(s) | _13_ year(s) |
| _10_ month(s) | _10_ month(s) |

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election.

Before me, the undersigned authority, on this day personally appeared (name) _LARRY GENTRY_, who being by me here and now duly sworn, upon oath says:

"I, (name) _LARRY GENTRY_, of _AUSTIN_ County, Texas, being a candidate for the office of _CITY COUNCIL ALDERMAN_, swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code.

I further swear that the foregoing statements included in my application are in all things true and correct."

X _Larry Gentry_
SIGNATURE OF CANDIDATE

Sworn to and subscribed before me at _San Felipe TX_, this the _14th_ day of _February, 2019_

_Sue Leane Foley_
Signature of Officer Administering Oath[4]

_Notary Public_
Title of Officer Administering Oath

SUE LEANE FOLEY
Notary Public
STATE OF TEXAS
ID#113951 9-9
My Comm. Exp. Nov. 19, 2022

TO BE COMPLETED BY CITY SECRETARY OR SECRETARY OF BOARD:
(See Section 1.007)

_2/14/2019_
Date Received

_@ 10:45 Am_

_Sue Foley_
Signature of Secretary

Voter Registration Status Verified [✓]

_2/15/19_

Exhibit 13, pg. 90

Section 141.031, Chapters 143 and 144, Texas Election Code

ALL INFORMATION IS REQUIRED TO BE PROVIDED UNLESS INDICATED OPTIONAL

APPLICATION FOR A PLACE ON THE _San Felipe, Texas_ **GENERAL ELECTION BALLOT**

TO: City Secretary/Secretary of Board

I request that my name be placed on the above-named official ballot as a candidate for the office indicated below.

| OFFICE SOUGHT (Include any place number or other distinguishing number, if any.) | INDICATE TERM |
|---|---|
| Mayor | ☒ FULL  ☐ UNEXPIRED |

| FULL NAME (First, Middle, Last) | PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT[1] |
|---|---|
| Cynthia L Kelly | Cynthia Kelly |

| PERMANENT RESIDENCE ADDRESS (Do not include a P.O. Box or Rural Route. If you do not have a residence address, describe the address at which you receive personal mail and location of residence.) | PUBLIC MAILING ADDRESS (Campaign mailing address, if available.) |
|---|---|
| 5436 Palacios St | 5436 Palacios |

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| San Felipe | TX | 77473 | Sealy | TX | 77474 |

| PUBLIC EMAIL ADDRESS (If available) | OCCUPATION (Do not leave blank) | DATE OF BIRTH | VOTER REGISTRATION VUID NUMBER (Optional)[2] |
|---|---|---|---|
| Cynthia.kelly@santelipetexas.com | Accounting | | |

| TELEPHONE CONTACT INFORMATION (Optional) | LENGTH OF CONTINUOUS RESIDENCE AS OF DATE APPLICATION SWORN | |
|---|---|---|
| Home: | IN STATE | IN TERRITORY FROM WHICH THE OFFICE SOUGHT IS ELECTED[3] |
| Work: | 45 year(s) | 1 year(s) |
| Cell: 713-899-6117 | _____ month(s) | _____ month(s) |

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election.

Before me, the undersigned authority, on this day personally appeared (name) _Cynthia L Kelly_, who being by me here and now duly sworn, upon oath says:

"I, (name) _Cynthia L Kelly_, of _Austin_ County, Texas, being a candidate for the office of _Mayor_, swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code.

I further swear that the foregoing statements included in my application are in all things true and correct.

X _____
SIGNATURE OF CANDIDATE

Sworn to and subscribed before me at _Wells Fargo_, this the _1_ day of _February_, 2019

_____
Signature of Officer Administering Oath[4]

Notary
Title of Officer Administering Oath

TO BE COMPLETED BY CITY SECRETARY OR SECRETARY OF BOARD:
(See Section 1.007)

Date Received: 2/11/2019

Signature of Secretary

Voter Registration Status Verified ☑
2/15/19

@ 1:40 pm.

ALL INFORMATION IS REQUIRED TO BE PROVIDED UNLESS INDICATED OPTIONAL

**APPLICATION FOR A PLACE ON THE** _Munch San Felipe_   **GENERAL ELECTION BALLOT**

TO: City Secretary/Secretary of Board   _City Officer Election May 2019_

I request that my name be placed on the above-named official ballot as a candidate for the office indicated below.

| OFFICE SOUGHT (Include any place number or other distinguishing number, if any.) | INDICATE TERM |
|---|---|
| _Alderman_ | ☒ FULL  ☐ UNEXPIRED |

| FULL NAME (First, Middle, Last) | PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT[1] |
|---|---|
| _John Jeffrey Zeigler_ | _Jeff Zeigler_ |

| PERMANENT RESIDENCE ADDRESS (Do not include a P.O. Box or Rural Route. If you do not have a residence address, describe the address at which you receive personal mail and location of residence.) | PUBLIC MAILING ADDRESS (Campaign mailing address, if available.) |
|---|---|
| _5221 San Felipe Dr._ _Sealy TX 77474_ | _5221 San Felipe Dr._ _Sealy, Tx. 77474_ |

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| _Sealy_ | _TX_ | _77474_ | _Sealy_ | _TX_ | _77474_ |

| PUBLIC EMAIL ADDRESS (If available) | OCCUPATION (Do not leave blank) | DATE OF BIRTH | VOTER REGISTRATION VUID NUMBER (Optional)[2] |
|---|---|---|---|
| _AldermanZeigler@gmail_ | _Self employed - Irrigation_ | | |

| TELEPHONE CONTACT INFORMATION (Optional) | LENGTH OF CONTINUOUS RESIDENCE AS OF DATE APPLICATION SWORN | |
|---|---|---|
| Home:  Work:  Cell: _281 723.5329_ | IN STATE _54_ year(s) _2_ month(s) | IN TERRITORY FROM WHICH THE OFFICE SOUGHT IS ELECTED[3] _1_ year(s) _6_ month(s) |

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election.

Before me, the undersigned authority, on this day personally appeared (name) _Jeff Zeigler_ , who being by me here and now duly sworn, upon oath says:

"I, (name) _Jeff Zeigler_ , of _Austin_ County, Texas, being a candidate for the office of _Alderman_ , swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code.

I further swear that the foregoing statements included in my application are in all things true and correct."

X _John Jeffrey Zeigler_
SIGNATURE OF CANDIDATE

Sworn to and subscribed before me at _San Felipe_ , this the _15th_ day of _February, 2019_ .

_[signature]_
Signature of Officer Administering Oath[4]

_Notary Public_
Title of Officer Administering Oath

SUE LEANE FOLEY
Notary Public
STATE OF TEXAS
ID #1139519-9
My Comm. Exp. Nov. 19, 2022

TO BE COMPLETED BY CITY SECRETARY OR SECRETARY OF BOARD:
(See Section 1.007)

_2/15/2019_
Date Received

_[signature]_
Signature of Secretary

Voter Registration Status Verified ☑

_2/15/2019_
_@ 10.05 Am_

Exhibit 13, pg. 92

Section 141.031, Chapters 143 and 144, Texas Election Code

ALL INFORMATION IS REQUIRED TO BE PROVIDED UNLESS INDICATED OPTIONAL

**APPLICATION FOR A PLACE ON THE** SAN FELIPE CITY OFFICERS **GENERAL ELECTION BALLOT**

TO: City Secretary/Secretary of Board MAY-4-2019      ELECTION.

I request that my name be placed on the above-named official ballot as a candidate for the office indicated below.

| OFFICE SOUGHT (Include any place number or other distinguishing number, if any.) COUNCIL ALDERMAN. | INDICATE TERM ☐ FULL ☐ UNEXPIRED |
|---|---|

| FULL NAME (First, Middle, Last) MALCOLM JOHN UPFIELD | PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT¹ MALCOLM J. UPFIELD |
|---|---|

| PERMANENT RESIDENCE ADDRESS (Do not include a P.O. Box or Rural Route. If you do not have a residence address, describe the address at which you receive personal mail and location of residence.) 3816 COLLEGE ST | PUBLIC MAILING ADDRESS (Campaign mailing address, if available.) 3816 COLLEGE ST |
|---|---|

| CITY SAN FELIPE | STATE TX | ZIP 77474 | CITY SAN FELIPE | STATE TX | ZIP 77474 |
|---|---|---|---|---|---|

| PUBLIC EMAIL ADDRESS (if available) SEALYCYCLESERVICE@HOTMAIL.COM | OCCUPATION (Do not leave blank) RETIRED | DATE OF BIRTH | VOTER REGISTRATION VUID NUMBER (Optional)² |
|---|---|---|---|

| TELEPHONE CONTACT INFORMATION (Optional) Home: Work: 979-871-0999 Cell: 818-237-8709 | LENGTH OF CONTINUOUS RESIDENCE AS OF DATE APPLICATION SWORN | |
|---|---|---|
| | IN STATE | IN TERRITORY FROM WHICH THE OFFICE SOUGHT IS ELECTED³ |
| | 10 year(s) 2 month(s) | 9 year(s) 2 month(s) |

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election.

Before me, the undersigned authority, on this day personally appeared (name) Malcolm John Upfield, who being by me here and now duly sworn, upon oath says:

"I, (name) MALCOLM JOHN UPFIELD, of AUSTIN COUNTY County, Texas, being a candidate for the office of ALDERMAN, swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code.

I further swear that the foregoing statements included in my application are in all things true and correct."

X _____
(SIGNATURE OF CANDIDATE)

Sworn to and subscribed before me at San Felipe, TX, this the 15th day of February, 2019

_____
Signature of Officer Administering Oath⁴

Notary Public
Title of Officer Administering Oath

SUE LEANE FOLEY
Notary Public
STATE OF TEXAS
ID#1139519-9
My Comm. Exp. Nov. 19, 2022

TO BE COMPLETED BY CITY SECRETARY OR SECRETARY OF BOARD:
(See Section 1.007)

2/15/2019
Date Received
@ 10:40 Am

Voter Registration Status Verified ☑

2/13/19

_____
Signature of Secretary

Exhibit 13, pg. 93

Section 141.031, Chapters 143 and 144, Texas Election Code

1/2017

ALL INFORMATION IS REQUIRED TO BE PROVIDED UNLESS INDICATED OPTIONAL

**APPLICATION FOR A PLACE ON THE** _MAY 4, 2019_ **GENERAL ELECTION BALLOT**

TO: City Secretary/Secretary of Board

I request that my name be placed on the above-named official ballot as a candidate for the office indicated below.

OFFICE SOUGHT (Include any place number or other distinguishing number, if any.)

_ALDERMAN_

INDICATE TERM
☑ FULL
☐ UNEXPIRED

FULL NAME (First, Middle, Last)

_MICHAEL JOE SKRIVANEK_

PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT[1]

_MICHAEL J. SKRIVANEK_

PERMANENT RESIDENCE ADDRESS (Do not include a P.O. Box or Rural Route. If you do not have a residence address, describe the address at which you receive personal mail and location of residence.)

_5334 FRONT ST._

PUBLIC MAILING ADDRESS (Campaign mailing address, if available.)

_5334 FRONT ST._

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| _SAN FELIPE_ | _TX_ | _77473_ | _SEALY_ | _TX_ | _77474_ |

PUBLIC EMAIL ADDRESS (if available)

_MJSKRIVANEK@icloud.com_

OCCUPATION (Do not leave blank)

_RETIRED_

DATE OF BIRTH

████████

VOTER REGISTRATION VUID NUMBER (Optional)[2]

_96000052_

TELEPHONE CONTACT INFORMATION (Optional)

Home:

Work:

Cell: _979-472-0341_

LENGTH OF CONTINUOUS RESIDENCE AS OF DATE APPLICATION SWORN

IN STATE
_69_ year (s)
_____ month(s)

IN TERRITORY FROM WHICH THE OFFICE SOUGHT IS ELECTED[3]
_23_ year (s)
_____ month(s)

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election.

Before me, the undersigned authority, on this day personally appeared (name) _MICHAEL J SKRIVANEK_ who being by me here and now duly sworn, upon oath says:

"I, (name) _MICHAEL J. SKRIVANEK_, of _AUSTIN_ County, Texas, being a candidate for the office of _ALDERMAN_, swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code.

I further swear that the foregoing statements included in my application are in all things true and correct."

X _Michael J Skrivanek_

SIGNATURE OF CANDIDATE

Sworn to and subscribed before me at _Sealy, Tx_, this the _14th_ day of _February_ _2019_.

_[signature]_
Signature of Officer Administering Oath[4]

_Notary Public_
Title of Officer Administering Oath

YOLANDA ARRIAGA
Notary Public
STATE OF TEXAS
ID#12648699-0
My Comm. Exp. April 16, 2020

TO BE COMPLETED BY CITY SECRETARY OR SECRETARY OF BOARD:
(See Section 1.007)

_2-15-2019_
Date Received

_[signature]_
Signature of Secretary

Voter Registration Status Verified ☑

_2/22/19_

© _4:31 pm_