## DECLARATION OF ADRIAN BLAKEY

I declare under penalty of perjury that the proceeding statements are true and correct. My name is **Adrian Blakey**. My birthday is **4-2-52**. My mailing address is **5436 Palacios St, Sealy, TX 77474**

1. My name is Adrian Blakey. My family estate is located at 5436 Palacios St. in San Felipe and has belonged to my family since the mid 1800's. Mr. McAllister's property is only approximately one mile from my property. I am very familiar with Mr. McAllister's property having grown up and lived here all of my life. As a 6 to 8 year old youngster, myself and two neighbor boys would go to Mr. McAllister's property and ride Shetland ponies. Mr. Dewey Walden owned the McAllister property at that time and was kind enough to allow us kids to ride his horses on his property. We would ride for hours around the perimeter fences inside the property. It was all pasture land with no cross fences of any kind. This property has remained the same all of my life.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 10th, 2023

**Adrian Blakey**        **Adrian Blakey**
(Print name)              (Signature)