## QUITCLAIM DEED

**Notice of Confidentiality Rights.** If you are a natural person, you may remove or strike any of the following information from this instrument before it is filed for record in the public records: your social security number or your driver's license number.

**Date:**

**Grantor: Brenner Family Limited Partnership**

**Grantee: Kenton J. McAllister**

**Grantee's Mailing Address (including county):**

**Consideration: $10**

**Property (including any improvements):**

For the property known as 223 Park Rd. No. 38, San Felipe, Texas 77473 (also recognized as located in Sealy, Texas 77474), as formally described:

>A total of 12.666 acres consisting of colonial lots (139, 140, 141, 186, 185, 184) (199, 200, 201, 252, 251, 250) (202, 203, 204, 249, 248, 247) (268, 269, 270). and 3.46 acres in roads. Included roads are 3rd Street from the east side of Antonio Martinez Street to the west side of Guadolupe Victoria Street, and 4th Street from the east side of Antonio Martinez Street to the west side of Guadolupe Victoria Street, and Baron de Bastrop Street from the South side of 2nd Street. (Park Rd. 38) to the south side of 4th Street.

>A total of 2.92 acres consisting of colonial lots (142, 143, 144, 183, 182, 181) and .30 acres in roads. Included roads are Guadolupe Victoria Street from the south side of 2nd Street (Park Rd. 38) to the north side of 3rd Street.

>A total of 5.414 acres consisting of colonial lots (205, 206, 207, 246, 245, 244), and the west half of colonial lots (243, 208) and 2.867 acres in roads. Included roads are 3rd Street from the east side of Guadolupe Victoria Street to the west side of FM1458, 4th Street from the east side of Guadolupe Victoria Street to the west side of FM1458, all of Guadolupe Victoria Street from the north side of 3rd Street to the north side of 5th Street, and all of Nicholas Bravo Street from the north side of 3rd Street to the south side of 4th Street.

>A combined property totaling 21 acres being a part of the original grant by the Mexican Government to the municipal authority of the Town of San Felipe de Austin, Austin County, Texas.

For the consideration Grantor quitclaims to Grantee all of Grantor's right, title, and interest in and to the property, to have and to hold it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever. Neither Grantor nor Grantor's heirs, executors, administrators, successors, nor assigns shall have, claim, or demand any right or title to the property or any part of it.

When the context requires, singular nouns and pronouns include the plural.

Executed by:

BRENNER FAMILY LIMITED PARTNERSHIP

_____
(Signature)

GENERAL PARTNER
(Title)

## ACKNOWLEDGMENT

STATE OF TEXAS
COUNTY OF AUSTIN

This instrument was acknowledged before me on the 6 day of December, 2023 by Curtis Brenner

_____
NOTARY PUBLIC, STATE OF TEXAS



MELISA KLOSS
NOTARY PUBLIC
STATE OF TEXAS
ID # 12963429-8
My Comm. Expires 11-21-2025

### CORPORATE ACKNOWLEDGEMENT

STATE OF TEXAS
COUNTY OF AUSTIN

This instrument was acknowledged before me on the 6 day of December, 2023 by Curtis Brenner, of Brenner FLP, a TEXAS ~~corporation~~ Limited Partnership, on behalf of said ~~corporation~~ Limited Partnership.

_____
NOTARY PUBLIC, STATE OF TEXAS

MELISA KLOSS
NOTARY PUBLIC
STATE OF TEXAS
ID # 12963429-8
My Comm. Expires 11-21-2025

**AFTER RECORDING RETURN TO:**

Warren V. Norred, Texas Bar No. 24045094
warren@norredlaw.com
NORRED LAW, PLLC
515 E. Border Street
Arlington, Texas 76010
P: 817-704-3984; F: 817-524-6686

# FILED AND RECORDED

**Instrument Number:** 236103

**Instrument Type:** DEED

**Filing and Recording Date:** 12/06/2023  2:15 PM

**Number of Pages:** 3

**GRANTOR**     BRENNER FAMILY LIMITED PARTNERSHIP

**GRANTEE**     MCALLISTER, KENTON J

**Returned To:**   KENT MCALLISTER



*Andrea Cardenas*

Andrea Cardenas, County Clerk
Austin County, Texas

NOTICE: It is a crime to intentionally or knowingly file a fraudulent court record or instrument with the Clerk.

**DO NOT DESTROY - Warning, this document is part of the Official Public Record.**